James N. Leik
*jleik@perkinscoie.com*
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
Telephone:  (907) 279-8561
Facsimile:  (907) 276-3108

Ramsey M. Al-Salam (*Pro Hac Vice* to be Submitted)
*RAlSalam@perkinscoie.com*
Ryan J. McBrayer (*Pro Hac Vice* to be Submitted)
*RMcBrayer@perkinscoie.com*
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff Arctic Circle Enterprises, LLC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ARCTIC CIRCLE ENTERPRISES, LLC., | |
|---|---|
| Plaintiff, | Case No. |
| v. | Jury Trial Demanded |
| ALASKA-JUNEAU MINING COMPANY LLC | |
| Defendant. | |

**COMPLAINT FOR COPYRIGHT INFRINGEMENT
AND JURY DEMAND**

COMES NOW Plaintiff Arctic Circle Enterprises, LLC ("Arctic Circle") and for its Complaint alleges as follows:

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

## PARTIES

1. Plaintiff Arctic Circle is a limited liability corporation organized and existing under the laws of the State of Washington with its principal place of business in Anchorage, Alaska.

2. Defendant Alaska-Juneau Mining Company LLC ("AJMC") is, on information and belief, an Alaska limited liability corporation with its principal place of business at 425 S. Franklin St., Juneau AK, 99801.

3. AJMC is doing business and committing acts of infringement in this judicial district and elsewhere.

## JURISDICTION AND VENUE

4. This is an action for copyright infringement arising under the copyright laws of the United States, 35 U.S.C. § 101 et seq.

5. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 (federal question) and 1338(a) (copyright).

6. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (c).

## ARCTIC CIRCLE'S INTELLECTUAL PROPERTY RIGHTS

7. Arctic Circle is engaged in the business of manufacturing and importing tourist goods and souvenirs for sale to retailers in Alaska and the Pacific Northwest. Arctic Circle has been in business for over 45 years and has developed a large number of distinctive products, such as photo albums, native dolls and other souvenirs which are manufactured based on designs created by Arctic Circle.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

8. In 1998, Arctic Circle's art department created the original design for its Alaska Map Photo Album. Arctic Circle's Alaska Map Photo Album has a tan cover and is die-stamped with "Alaska" and a brown Alaska map, a compass rose, and animals and other symbols of Alaska. The Album holds up to 100 photographs and is shown in Exhibit A.

9. To protect its original design, Arctic Circle registered the 100-pocket Alaska Map Photo Album with the United States Copyright Office and was granted United States Copyright No. VAu 567-178, attached hereto as Exhibit B.

10. After its copyright registration, Arctic Circle sold its 100-pocket Alaska Map Photo Albums with "© A.C.E." printed on the front cover.

11. With the success of the original Alaska Map Photo Album, Arctic Circle's art department created a new 200-pocket Alaska Map Photo Album in 1999. This album also has a tan cover and is die-stamped with "Alaska" and a brown Alaska map, a compass rose, and animals and other symbols of Alaska. The Album holds up to 200 photographs and is shown in Exhibit C.

12. Arctic Circle also registered the 200-pocket Alaska Map Photo Album with the United States Copyright Office and was granted United States Copyright No. VAu 567-176, attached hereto as Exhibit D. Arctic Circle's copyright Nos. VAu 567-176 and VAu 567-178 are collectively referred to herein as the "Alaska Map Photo Album Copyrights."

13. After its copyright registration, Arctic Circle sold its 200-pocket Alaska Map Photo Albums with "© A.C.E." printed on the front cover.

14. Arctic Circle's Alaska Map Photo Albums have a unique and inherently distinctive appearance which Arctic Circle has promoted since the

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Alaska Map Photo Albums were first created. Arctic Circle has prominently displayed the Alaska Map Photo Albums on advertising and in other promotional efforts.

15. Arctic Circle promoted and continuously sold its 100-pocket and 200-pocket Alaska Map Photo Albums in Alaska from at least 1999 until the present.

## AJMC'S INFRINGING ACTS

16. AJMC introduced competing 100-pocket and 200-pocket photo albums ("knock-off photo albums") in or about 2006 that are copies of Arctic Circle's original and protected Alaska Map Photo Albums. Photographs of the knock-off photo albums are attached as Exhibit E.

17. On information and belief, a reasonable opportunity for discovery will show that AJMC knowingly copied Arctic Circle's Alaska Map Photo Albums and knowingly infringed Arctic Circle's Alaska Map Photo Album copyrights.

18. In or about 2006, AJMC began reproducing and distributing its knock-off photo albums to retailers in at least Southeast Alaska.

19. AJMC simultaneously induced others to distribute its knock-off photo albums in at least Southeast Alaska.

20. At no time has Arctic Circle licensed either of its Alaska Map Photo Album Copyrights to AJMC or otherwise authorized AJMC to reproduce or distribute copies of Arctic Circle's copyrighted Alaska Map Photo Albums.

21. At no time has Arctic Circle authorized AJMC to use the appearance of Arctic Circle's Alaska Map Photo Albums.

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Arctic Circle v. Alaska-Juneau Mining Co.
Case No. _____   - 4 -   [59840-0003/SL061920.040]

## FIRST CAUSE OF ACTION
### Copyright Infringement

22. Arctic Circle repeats and realleges the allegations contained in paragraphs 1 through 21 above.

23. AJMC has infringed and is infringing Arctic Circle's Alaska Map Photo Album Copyrights in violation of 35 U.S.C. § 106 and § 501.

24. Upon information and belief, AJMC willfully infringed Arctic Circle's Alaska Map Photo Album Copyrights.

25. AJMC's acts of copyright infringement have damaged Arctic Circle and resulted in profit to the defendant in an amount to be proven at trial.

26. AJMC's acts of copyright infringement have caused irreparable injury to Arctic Circle and brought unjust profit to AJMC. Arctic Circle will continue to suffer irreparable injury unless AJMC is enjoined.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Arctic Circle prays for relief as follows:

A. A finding that AJMC has infringed Arctic Circle's Alaska Map Photo Album Copyrights;

B. An award of statutory damages or defendant's profits, together with interest and costs to compensate for the infringement by AJMC in an amount to be proven at trial, along with an accounting of the extent of the infringement and damages arising therefrom;

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Arctic Circle v. Alaska-Juneau Mining Co.
Case No. _____                - 5 -                [59840-0003/SL061920.040]

C. A permanent and/or preliminary injunction enjoining AJMC, its officers, directors, agents, servants, employees, subsidiaries, affiliates, and all others acting for, with, by, through, or under AJMC, from infringing Arctic Circle's Alaska Map Photo Album Copyrights, inducing others to infringe the Alaska Map Photo Album Copyrights, or contributing to the infringement of the Alaska Map Photo Album Copyrights by others;

D. An injunction requiring AJMC to deliver to the Court any and all products in its possession that infringe Arctic Circle's Alaska Map Photo Album Copyrights;

E. A finding that AJMC's copyright infringement was willful, along with an award of increased damages in accordance with 17 U.S.C. § 504(c)(2)

F. An award of Plaintiff's costs of suit, reasonable attorneys' fees in accordance with 17 U.S.C. § 505, or as otherwise permitted by law;

G. An award of pre-judgment and post-judgment interest and costs incurred in this action; and

H  Such other relief as the Court may deem just and proper.

## JURY DEMAND

Pursuant to Federal Rules of Civil Procedure Rule 38(b), Arctic Circle requests a trial by jury as to all issues so triable in this action.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Arctic Circle v. Alaska-Juneau Mining Co.
Case No. _____                      - 6 -                      [59840-0003/SL061920.040]

Respectfully submitted this 17th day of July, 2006.

**PERKINS COIE LLP**
Attorneys for Plaintiff
Arctic Circle Enterprises, LLC

By /s/ James N. Leik
James N. Leik
Alaska Bar No. 8111109
Ryan J. McBrayer
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
Email: jleik@perkinscoie.com