cv-00170-TMB     Document 1-6     Filed 07/17/2006




Exhibit E, Page 1