James N. Leik
*jleik@perkinscoie.com*
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
Telephone: (907) 279-8561
Facsimile: (907) 276-3108

Ramsey M. Al-Salam (*Pro Hac Vice* to be Submitted)
*RAlSalam@perkinscoie.com*
Ryan J. McBrayer (*Pro Hac Vice* to be Submitted)
*RMcBrayer@perkinscoie.com*
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff Arctic Circle Enterprises, LLC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA-JUNEAU MINING COMPANY LLC<br><br>Defendant. | Case No.<br><br>Jury Trial Demanded |
|---|---|

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Arctic Circle Enterprises, LLC states that no publicly traded corporation owns 10% or more of an interest in the LLC. Arctic Circle Holdings, LLC is a parent company.

Arctic Circle v. Alaska-Juneau Mining Co.
Case No. _____     - 1 -     [59840-0003/SL061940.272]

DATED: July 17, 2006.

                          **PERKINS COIE LLP**
                          Attorneys for Plaintiff
                          Arctic Circle Enterprises, LLC.

                          By   /s/ James N. Leik
                               James N. Leik
                               Alaska Bar No. 8111109
                               Ryan J. McBrayer
                               Perkins Coie LLP
                               1029 W. Third Avenue, Suite 300
                               Anchorage, Alaska 99501
                               (907) 279-8561
                               (907) 276-3108 (Facsimile)
                               Email: jleik@perkinscoie.com

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Arctic Circle v. Alaska-Juneau Mining Co.
Case No. _____     - 2 -     [59840-0003/SL061940.272]