James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
Telephone: (907) 279-8561
Facsimile: (907) 276-3108
jleik@perkinscoie.com

Ryan J. McBrayer
Perkins Coie LLP
1201 Third Avenue, 48th Floor
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff Arctic Circle Enterprises, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC, <br><br>Plaintiff,<br><br>v.<br><br>ALASKA-JUNEAU MINING COMPANY LLC,<br><br>Defendants. | Case No. 3:06-cv-00170 (TMB) |

**MOTION TO APPEAR AND PARTICIPATE**

Pursuant to D. Ak. LR 83.1(d), Ryan J. McBrayer moves for permission to appear and participate in this action as counsel for plaintiff Arctic Circle

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Enterprises, LLC. This motion is also accompanied by a certificate of good standing from the Washington State Bar Association where Ryan J. McBrayer is admitted to practice.

Applicant will be associated with James N. Leik, Perkins Coie LLP, 1029 W. Third Avenue, Suite 300, Anchorage, Alaska 99501, Telephone: (907) 279-8561 Facsimile: (907) 276-3108. James N. Leik is a member of the Alaska Bar Association and is admitted to practice in the United States District Court for the District of Alaska.

DATED: August 3, 2006.

By  /s/ *Ryan J. McBrayer*
Ryan J. McBrayer
Perkins Coie LLP
1201 Third Avenue
Suite 4800
(206) 359-8000
(206) 359-9000
Email: rmcbrayer@perkinscoie.com


By  /s/ *James N. Leik*
James N. Leik
Alaska Bar No. 8111109
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
Email: jleik@perkinscoie.com

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ACE v. Alaska-Juneau Mining Co.
Case No. 3:06-cv-00170 (TMB)                - 2 -                [59840-0003/SL062010.028]

I hereby certify that on August 3, 2006, a copy of the foregoing **MOTION TO APPEAR AND PARTICIPATE** was served via United States mail, postage prepaid, on Gregory F. Wesner, Preston Gates & Ellis LLP, Suite 2900, 925 Fourth Avenue, Seattle, WA 98104-1158, Phone: (206) 370-6746, Fax: (206) 370-6319, email: gwesner@prestongates.com.

/s/ *James N. Leik*
    James N. Leik

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ACE v. Alaska-Juneau Mining Co.
Case No. 3:06-cv-00170 (TMB)         - 3 -         [59840-0003/SL062010.028]