James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
Telephone: (907) 279-8561
Facsimile: (907) 276-3108
jleik@perkinscoie.com

Ryan J. McBrayer
Perkins Coie LLP
1201 Third Avenue, 48th Floor
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff Arctic Circle Enterprises, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA-JUNEAU MINING COMPANY LLC,<br><br>Defendants. | Case No. 3:06-cv-00170 (TMB) |

**PROPOSED ORDER GRANTING MOTION
TO APPEAR AND PARTICIPATE**

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ACE v. Alaska-Juneau Mining Co.
Case No. 3:06-cv-00170 (TMB)   - 1 -   [59840-0003/AA062090.007]

Ryan J. McBrayer's motion for permission to appear and participate in the above-referenced action is hereby GRANTED.

DATED this _____ day of _____, 2006.

_____
Timothy M. Burgess
United States District Judge

I hereby certify that on August 3, 2006, a copy of the foregoing **PROPOSED ORDER GRANTING MOTION TO APPEAR AND PARTICIPATE** was served via United States mail, postage prepaid, on Gregory F. Wesner, Preston Gates & Ellis LLP, Suite 2900, 925 Fourth Avenue, Seattle, WA 98104-1158, Phone: (206) 370-6746, Fax: (206) 370-6319, email: gwesner@prestongates.com.

　　/s/ James N. Leik
　　　　James N. Leik

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ACE v. Alaska-Juneau Mining Co.
Case No. 3:06-cv-00170 (TMB)        - 2 -        [59840-0003/AA062090.007]