James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
Telephone: (907) 279-8561
Facsimile: (907) 276-3108
jleik@perkinscoie.com

Ryan J. McBrayer
Perkins Coie LLP
1201 Third Avenue, 48th Floor
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff Arctic Circle Enterprises, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC, | |
| Plaintiff, | |
| v. | |
| ALASKA-JUNEAU MINING COMPANY LLC, | |
| Defendants. | Case No. 3:06-cv-00170 (TMB) |

## DECLARATION OF RYAN J. MCBRAYER

The following Declaration is made pursuant to 28 U.S.C. § 1746:

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

I, RYAN J. McBRAYER give this Declaration based on personal knowledge and for use in support of the Motion by Non-Resident Attorney Ryan J. McBrayer for Permission to Appear and Participate in the above-captioned case.

1.    I am known only by my given name, Ryan J. McBrayer.

2.    I am an attorney with the law firm of Perkins Coie LLP.  My business address is 1201 Third Avenue, Suite 4800, Seattle, Washington 98101. My business telephone number is (206) 359-8000, and my business facsimile number is (206) 359-9000.  My business email address is RMcBrayer@perkinscoie.com.

3.    I am a resident of the State of Washington.  My residence address is 6814 142ND Court N.E., Redmond, Washington  98052.

4.    I certify that I am admitted to practice in all Washington State courts and my Washington State Bar Number is 28338.  I am now a member in good standing of the following state and federal bars:

    (a)    all Washington courts (admitted November 4, 1998);

    (b)    the United States District Court for the Western District of Washington (admitted May 1, 2004);

    (c)    the United States Court of Appeals for the Ninth Circuit (admitted May 9, 2005).

5.    I am not the subject to any pending disciplinary action in any jurisdiction or before any court to which I have been admitted to practice.

6.    I have a current professional liability insurance policy that will apply in this case, and the policy will remain in effect during the course of these proceedings.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

7.     Pursuant to the Local Rules of this Court, the undersigned requests permission to appear in this matter as counsel for Plaintiff Arctic Circle Enterprises, LLC.  I certify that I am not a resident of this district and that I have read and understand the local rules of this Court and if approved, I will appear as co-counsel for Plaintiff Arctic Circle Enterprises, LLC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct t the best of my knowledge.

DATED at Seattle, Washington on August 1, 2006.

By _____

Ryan J. McBrayer
Perkins Coie LLP
1201 Third Avenue
Suite 4800
(206) 359-8000
(206) 359-9000
Email:  rmcbrayer@perkinscoie.com

I hereby certify that on August 3, 2006, a copy of the foregoing **DECLARATION OF RYAN J. MCBRAYER** was served via United States mail, postage prepaid, on Gregory F. Wesner, Preston Gates & Ellis LLP, Suite 2900, 925 Fourth Avenue, Seattle, WA  98104-1158, Phone:  (206) 370-6746, Fax: (206) 370-6319, email: gwesner@prestongates.com.

_____
James N. Leik

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108