UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

47464

Artic Circle Enterprises, LLC a )
Washington Limited Liability Company )
)
) **RETURN OF SERVICE**
)
) **Case No: 3:06-CV-00170-TMB**
-vs- )
)
Alaska Juneau Mining Company, LLC a )
Alaska Limited Liability Company ) Alaska Court Services
) P.O. Box 212041
) Anchorage, Ak 99521
) 907-258-3211

I certify that on **Thursday, July 27, 2006** at **4:02pm** I served the following documents:
Summons in a Civil Case; Complaint for Copyright Infringement and Jury Demand; Exhibits A, B, C and D.

for service upon **Alaska Juneau Mining Company, LLC**
at **425 South Franklin Street** in **Juneau,** Alaska.
By leaving a true and correct copy with Tony M. Murphy, Registered Agent

SUBSCRIBED AND SWORN to me on July 28, 2006

_____
PROCESS SERVER - JOSEPH A. NAVA III

_____
Notary Public in and for the State of Alaska
My Commission Expires: 6-5-2009

Client: Perkins Coie LLP
1029 W. 3rd Ave, Suite 300
Anchorage, AK. 99501
Attention:
File No: 59840-0003
Service Fee: $35.00
Mileage: $10.00
Endeavor:
Endeavor:
Total: $45.00


"OFFICIAL SEAL"
ROD ZIEGER
NOTARY PUBLIC, STATE OF ALASKA
MY COMMISSION EXPIRES