PAUL L. DAVIS
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
T:  (907) 276-1969
F:  (907) 276-1365
E:  davisp@prestongates.com

GREGORY WESNER *(Pro Hac Vice Pending)*
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
T:  (206) 623-7580
F:  (206) 623-7022
E:  gwesner@prestongates.com

J. MICHAEL KEYES *(Pro Hac Vice Pending)*
PRESTON GATES & ELLIS LLP
601 West Riverside Avenue, Suite 1400
Spokane, WA 99201
T:  (509) 624-2100
F:  (509) 456-0146
E:  jmkeyes@prestongates.com

Attorneys for Defendant
ALASKA-JUNEAU MINING COMPANY LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>                    Plaintiff,<br><br>  v.<br><br>ALASKA-JUNEAU MINING COMPANY LLC,<br><br>                    Defendant. | Case No. 3:06-CV-00170 (TMB) Civil |

**NOTICE OF APPEARANCE BY DEFENDANT
ALASKA-JUNEAU MINING COMPANY**

TO:        ARCTIC CIRCLE ENTERPRISES, LLC (Plaintiff)

AND:     JAMES N. LEIK and RYAN J. McBRAYER (Perkins Coie LLP)
           (Plaintiff's Attorneys of Record)

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

1

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that the above-named defendant, Alaska-Juneau Mining Company, LLC, without waiving objections as to improper service or jurisdiction, hereby enters appearance in the above-entitled action by the attorneys undersigned. You are hereby requested to serve all further papers and proceedings in said cause, except original process, upon said attorneys at their address below stated:

**Paul L. Davis**
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK  99501-1971
T:  (907) 276-1969
F:  (907) 276-1365
E:  davisp@prestongates.com

**Gregory Wesner** *(Pro Hac Vice Pending)*
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158
T:  (206) 623-7580
F:  (206) 623-7022
E:  gwesner@prestongates.com

**J. Michael Keyes** *(Pro Hac Vice Pending)*
PRESTON GATES & ELLIS LLP
601 West Riverside Avenue, Suite 1400
Spokane, WA  99201
T:  (509) 624-2100
F:  (509) 456-0146
E:  jmkeyes@prestongates.com

DATED at Anchorage, Alaska this 15th day of August, 2006.

PRESTON GATES & ELLIS LLP

By:_____/s/ Paul L. Davis_____
    Paul L. Davis, #7406035
    Attorneys for Defendant ALASKA-JUNEAU MINING COMPANY LLC

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

Ryan McBrayer, RMcBrayer@perkinscoie.com

PRESTON GATES & ELLIS LLP

By: /s/ Paul L. Davis
Paul L. Davis, #7406035
Attorneys for Defendant ALASKA-JUNEAU MINING COMPANY LLC

K:\55853\00001\PLD\PLD (Pro Hac Vice App) 8-15-06.doc