PAUL L. DAVIS
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
T:  (907) 276-1969
F:  (907) 276-1365
E:  davisp@prestongates.com

GREGORY WESNER *(Pro Hac Vice Pending)*
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
T:  (206) 623-7580
F:  (206) 623-7022
E:  gwesner@prestongates.com

J. MICHAEL KEYES *(Pro Hac Vice Pending)*
PRESTON GATES & ELLIS LLP
601 West Riverside Avenue, Suite 1400
Spokane, WA 99201
T:  (509) 624-2100
F:  (509) 456-0146
E:  jmkeyes@prestongates.com

Attorneys for Defendant
ALASKA-JUNEAU MINING COMPANY LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>                                    Plaintiff,<br><br>         v.<br><br>ALASKA-JUNEAU MINING COMPANY LLC,<br><br>                                    Defendant. | Case No. 3:06-CV-00170 (TMB) |

**MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA**

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

1

To the Honorable Judge of the above-entitled Court:

I, **J. MICHAEL KEYES,** hereby apply for permission to appear and participate as counsel for ALASKA-JUNEAU MINING COMPANY LLC, Defendant, in the above-entitled cause pursuant to Rule 83.1(d) of the Local Rules for the United States District Court, District of Alaska.

☐ I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because: [Check whichever of the following boxes apply, if any.]

    ☐ I am a registered participant in the CM/ECF System for the District of Alaska.

    ☐ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska.

    ☐ For the reasons set forth in the attached memorandum.

**OR**

☒ I hereby designate Paul L. Davis, a member of the Bar of this Court, who maintains an office at the place within the district, with whom the Court and opposing counsel may readily communicate regarding conduct of this case.

DATE:    August 15, 2006

                                                          /s/J. Michael Keyes
                                                                 (Signature)

| | |
|---|---|
| Name: | J. Michael Keyes |
| | PRESTON GATES & ELLIS LLP |
| Address: | 601 West Riverside Avenue, Suite 1400 |
| | Spokane, Washington 99201 |
| Telephone: | (509) 624-2100 |
| E-Mail: | jmkeyes@prestongates.com |

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

## CONSENT OF LOCAL COUNSEL*

I hereby consent to the granting of the foregoing application.

DATE: August 15, 2006

/s/ Paul L. Davis
(Signature)

Name: Paul L. Davis
PRESTON GATES & ELLIS LLP
Address: 420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969
E-Mail: davisp@prestongates.com

(*Member of the Bar of the United States District Court for the District of Alaska)

## IT IS SO ORDERED

DATED:

UNITED STATES DISTRICT COURT
For the District of Alaska

# DECLARATION OF NONRESIDENT ATTORNEY

| | | |
|---|---|---|
| Full Name: | J. Michael Keyes | |
| Business Address: | 601 West Riverside Avenue, Suite 1400 (Mailing/Street) | Spokane, WA 99201 (City, State, ZIP) |
| Residence: | 5909 South Dearborn Road (Mailing/Street) | Spokane, WA 99223 (City, State, ZIP) |
| Business Telephone: | 509-624-2100 | e-mail address: jmkeyes@prestongates.com |
| Other Names/Aliases: | | |

Jurisdictions to Which Admitted and year of Admission:

| (Jurisdiction) | (Address) | (Year) |
|---|---|---|
| US District Court-Eastern District of Washington | 920 West Riverside Avenue, Suite 840, Spokane, Washington 99210 | 11-20-00 |
| US District Court – Western District of Washington | 700 Stewart Street, Seattle, Washington 98101 | 06-18-02 |
| Ninth Circuit Court of Appeals | PO Box 193939, San Francisco, California 94119-3939 | 06-17-02 |
| US District Court for the District of Idaho | 550 W. Fort Street, #400, Boise, Idaho 83724 | 12-15-03 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with D. AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

and procedures in the courts to which I am regularly admitted.  A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached hereto as Exhibit A.  Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated:  August 15, 2006                             /s/ J. Michael Keyes
                                                                   (Signature of Applicant)

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

5

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

and by First Class U.S. Mail to :

Ryan McBrayer, Perkins Coie LLP, 1029 W. Third Street, Suite 300, Anchorage, AK 99501.

PRESTON GATES & ELLIS LLP

By: /s/ Paul L. Davis
Paul L. Davis, #7406035
Attorneys for Defendant ALASKA-JUNEAU MINING COMPANY LLC

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969