AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## Eastern District of Washington

**CERTIFICATE OF GOOD STANDING**

I, James R. Larsen, Clerk of this

certify that **J. MICHAEL KEYES**, Bar **29215**,

was duly admitted to practice in this Court on

**November 20, 2000**, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at   **Spokane, Washington**   on   **August 1, 2006**.
            LOCATION                       DATE

**James R. Larsen**
CLERK

*(signature)*
DEPUTY CLERK

**EXHIBIT A, PAGE 1 OF 1**