PAUL L. DAVIS
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
T:   (907) 276-1969
F:   (907) 276-1365
E:   davisp@prestongates.com

GREGORY WESNER *(Pro Hac Vice Pending)*
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
T:   (206) 623-7580
F:   (206) 623-7022
E:   gwesner@prestongates.com

J. MICHAEL KEYES *(Pro Hac Vice Pending)*
PRESTON GATES & ELLIS LLP
601 West Riverside Avenue, Suite 1400
Spokane, WA 99201
T:   (509) 624-2100
F:   (509) 456-0146
E:   jmkeyes@prestongates.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>                              Plaintiff,<br><br>       v.<br><br>ALASKA-JUNEAU MINING COMPANY LLC,<br><br>                              Defendant. | Case No. 3:06-CV-00170 (TMB) Civil |

## NOTICE

Pursuant to the Court's August 16, 2006 ECF "ERROR" notification (and instructions therein) regarding defendant's motion and application of non-resident attorney (J. Michael Keyes) for permission to appear and participate in the United States District Court for the District of Alaska (Docket No. 10), attached herewith is defendant's

1

[Proposed] Order granting permission of Mr. Keyes motion and application. Also pursuant to ECF's policies and procedures, a copy of the [Proposed] Order (as a Word document) will be electronically sent to BurgessProposedOrders@akd.uscourts.gov.

DATED at Anchorage, Alaska this 16th day of August, 2006.

PRESTON GATES & ELLIS LLP

By: /s/ Paul L. Davis
Paul L. Davis, #7406035
Attorneys for Defendant ALASKA-JUNEAU MINING COMPANY LLC

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

and by First Class U.S. Mail to:

Ryan McBrayer, Perkins Coie LLP, 1029 W. Third Street, Suite 300, Anchorage, AK 99501.

PRESTON GATES & ELLIS LLP

By: /s/ Paul L. Davis
Paul L. Davis, #7406035
Attorneys for Defendant ALASKA-JUNEAU MINING COMPANY LLC

K:\55853\00001\PLD\PLD (NT re OR) 8-16-06.doc