PAUL L. DAVIS
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
T:  (907) 276-1969
F:  (907) 276-1365
E:  davisp@prestongates.com

GREGORY WESNER *(Pro Hac Vice Pending)*
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
T:  (206) 623-7580
F:  (206) 623-7022
E:  gwesner@prestongates.com

J. MICHAEL KEYES *(Pro Hac Vice Pending)*
PRESTON GATES & ELLIS LLP
601 West Riverside Avenue, Suite 1400
Spokane, WA 99201
T:  (509) 624-2100
F:  (509) 456-0146
E:  jmkeyes@prestongates.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>ALASKA-JUNEAU MINING COMPANY LLC,<br><br>      Defendant. | Case No. 3:06-CV-00170 (TMB) |

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S**

**COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND**

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

ANSWER AND AFFIRMATIVE DEFENSES
Page 1 of 6

Defendant *Alaska-Juneau Mining Company, LLC* ("Alaska-Juneau"), through its attorneys of PRESTON GATES & ELLIS LLP, answers Plaintiff *Arctic Circle Enterprises, LLC*'s ("Arctic Circle") COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND as follows:

## THE PARTIES

1. Alaska-Juneau is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1 and, therefore, denies the same.

2. Admitted.

3. Alaska-Juneau is doing business in this judicial district, but it is not committing acts of infringement here or elsewhere.

## JURISDICTION AND VENUE

4. Admitted.

5. Admitted.

6. Admitted.

## ARCTIC CIRCLE'S INTELLECTUAL PROPERTY RIGHTS

7. The first sentence is admitted. Alaska-Juneau is without knowledge or information sufficient to form a belief as to the truth of the allegations of the second sentence and, therefore, denies the same.

8. The first sentence is denied. Alaska-Juneau admits that Arctic Circle is selling a photo album with a design, but denies that the design is original or subject to copyright protection. Alaska-Juneau is without knowledge or information sufficient to form a belief as to the truth of the allegations of the third sentence and, therefore, denies the same.

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

9. Alaska-Juneau admits that a copyright registration was apparently issued to Arctic Circle, but denies that this registration entitles Artic Circle to claim copyright protection in the design. Any and all remaining allegations of paragraph 9 are denied.

10. Alaska-Juneau is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 10 and, therefore, denies the same.

11. Alaska-Juneau is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 11 and, therefore, denies the same.

12. Alaska-Juneau admits that a copyright registration was apparently issued to Arctic Circle, but denies that this registration is valid or otherwise entitles Arctic Circle to claim copyright protection in the design. Any and all remaining allegations of paragraph 12 are denied.

13. Alaska-Juneau is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13 and, therefore, denies the same.

14. The first sentence is denied. Alaska-Juneau is without knowledge or information sufficient to form a belief as to the truth of the allegations in the second sentence of paragraph 14 and, therefore, denies the same.

15. Alaska-Juneau is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 15 and, therefore, denies the same.

## ALASKA-JUNEAU'S INFRINGING ACTS

16. Alaska-Juneau admits that in 2006 it advertised and sold its own Alaska Map Photo Album as depicted in Exhibit E to the Complaint. Alaska-Juneau denies that its Alaska Map Photo Album is a "knock-off" or otherwise infringes on or violates the rights of any third party in any way.

17. Denied.

18. Denied.

PRESTON GATES & ELLIS LLP
420 L STREET SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

ANSWER AND AFFIRMATIVE DEFENSES
Page 3 of 6

19. Denied.

20. Alaska-Juneau denies that Arctic Circle owns a valid copyright in the Arctic Circle Alaska Photo Map and, therefore, denies the allegations of this paragraph 20 as they are founded upon a faulty premise.

21. Alaska-Juneau admits that it never received authorization from Arctic Circle and denies that it ever had an obligation to seek such authorization in the first instance.

## FIRST CAUSE OF ACTION
### (Copyright Infringement)

22. No response required.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

## PRAYER FOR RELIEF

Alaska-Juneau denies each and every allegation set forth in the Prayer for Relief and denies that Arctic Circle is entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

1. Arctic Circle's complaint fails to state a claim upon which relief can be granted.

2. Arctic Circle's claims are barred by the doctrines of waiver, estoppel and laches.

3. Arctic Circle's claims are barred by the doctrine of unclean hands.

4. Arctic Circle's damages, if any, are the result of its own actions or the actions of third parties, of which Alaska-Juneau had no control.

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

ANSWER AND AFFIRMATIVE DEFENSES
Page 4 of 6

5. Arctic Circle's purported copyright lacks sufficient originality as required under 17 U.S.C. § 101 *et seq.*

6. Arctic Circle has engaged in copyright misuse.

7. Alaska-Juneau independently created the allegedly-infringing work(s).

8. To the extent the accused album is infringing, Alaska-Juneau operated under an express or implied license, sublicense, and/or release from Arctic Circle.

9. To the extent the accused album is infringing, Alaska-Juneau's conduct constitutes fair use under 17 U.S.C. § 107.

10. Arctic Circle's copyright registration is invalid, and Arctic-Circle therefore lacks standing to sue.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Alaska-Juneau Mining Company LLC prays as follows:

1. That Arctic Circle take nothing by way of its Complaint;

2. That judgment be entered in favor of Alaska-Juneau;

3. That Alaska-Juneau be awarded its attorneys' fees and costs as allowed by law; and

4. That the Court grant such other, further, and additional relief as the Court deems equitable and just.

DATED at Anchorage, Alaska this 18th day of August, 2006.

PRESTON GATES & ELLIS LLP

By: /s/ Paul L. Davis
Paul L. Davis, #7406035
Gregory Wesner *(pro hac vice pending)*
J. Michael Keyes *(pro hac vice pending)*

Attorneys for Defendant ALASKA-JUNEAU MINING COMPANY LLC

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

and by First Class U.S. Mail to:

Ryan McBrayer, Esq.
Perkins Coie LLP
1029 W. Third Street, Suite 300
Anchorage, AK 99501

PRESTON GATES & ELLIS LLP

By: /s/ Paul L. Davis
Paul L. Davis, #7406035
Attorneys for Defendant ALASKA-JUNEAU MINING COMPANY LLC

K:\55853\00001\PLD\PLD (ANS to CM) 8-17-06.doc

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

ANSWER AND AFFIRMATIVE DEFENSES
Page 6 of 6