PAUL L. DAVIS
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
T:  (907) 276-1969
F:  (907) 276-1365
E:  davisp@prestongates.com

GREGORY WESNER *(Pro Hac Vice Pending)*
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
T:  (206) 623-7580
F:  (206) 623-7022
E:  gwesner@prestongates.com

J. MICHAEL KEYES *(Pro Hac Vice Pending)*
PRESTON GATES & ELLIS LLP
601 West Riverside Avenue, Suite 1400
Spokane, WA 99201
T:  (509) 624-2100
F:  (509) 456-0146
E:  jmkeyes@prestongates.com

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

ARCTIC CIRCLE ENTERPRISES, LLC,

                Plaintiff,

    v.

ALASKA-JUNEAU MINING COMPANY
LLC,

                Defendant.

Case No. 3:06-CV-00170 (TMB)

## MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

To the Honorable Judge of the above-entitled Court:

I, **GREGORY F. WESNER,** hereby apply for permission to appear and participate as counsel for ALASKA-JUNEAU MINING COMPANY LLC, Defendant, in the above-entitled cause pursuant to Rule 83.1(d) of the Local Rules for the United States District Court, District of Alaska.

☐    I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because:  [Check whichever of the following boxes apply, if any.]

☐    I am a registered participant in the CM/ECF System for the District of Alaska.

☐    I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska.

☐    For the reasons set forth in the attached memorandum.

**OR**

☒    I hereby designate Paul L. Davis, a member of the Bar of this Court, who maintains an office at the place within the district, with whom the Court and opposing counsel may readily communicate regarding conduct of this case.

DATE:    August 18 , 2006

_____ (Signature)

Name:    Gregory F. Wesner
PRESTON GATES & ELLIS LLP
Address:    925 4th Avenue, Suite 2900
Seattle, Washington 98104-1158
Telephone:    (206) 623-7580
E-Mail:    jwesner@prestongates.com

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

## CONSENT OF LOCAL COUNSEL*

I hereby consent to the granting of the foregoing application.

DATE:      August 21, 2006

                                        ___/s/ Paul L. Davis_____
                                                (Signature)


Name:          Paul L. Davis
               PRESTON GATES & ELLIS LLP
Address:       420 L Street, Suite 400
               Anchorage, AK  99501-1971
Telephone:     (907) 276-1969
E-Mail:        davisp@prestongates.com


(*Member of the Bar of the United States District Court for the District of Alaska.)

## DECLARATION OF NONRESIDENT ATTORNEY

Full
Name:                Gregory F. Wesner

Business          925 4th Avenue, Suite 2900                Seattle, WA  98104-1158
Address:          _____                _____
                        (Mailing/Street)                          (City, State, ZIP)

Residence:        _____                _____
                        (Mailing/Street)                          (City, State, ZIP)

Business          206-623-7580        e-mail          gwesner@prestongates.com
Telephone:                              address:

Other
Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

## SEE ATTACHED EXHIBIT A

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which
admitted?

Yes  ☐    No  ☒ (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which
admitted?

Yes  ☐    No  ☒ (If Yes, provide details on a separate attached sheet)

In accordance with D. AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of
Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and
understand that the practices and procedures of this court may differ from the practices
and procedures in the courts to which I am regularly admitted.  A Certificate of Good
Standing from a jurisdiction to which I have been admitted is attached hereto as

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

4

Exhibit $^B$. Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated:  August __18__, 2006

_____
(Signature of Applicant)

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

and by First Class U.S. Mail to:

Ryan McBrayer, Perkins Coie LLP, 1029 W. Third Street, Suite 300, Anchorage, AK 99501.


PRESTON GATES & ELLIS LLP
Attorneys for Defendant ALASKA-
JUNEAU MINING COMPANY LLC


By:    /s/ Paul L. Davis
Paul L. Davis, #7406035
Gregory Wesner (pro hac vice pending)
J. Michael Keyes (pro hac vice pending)
Preston Gates & Ellis LLP
420 L Street, Suite 400
Anchorage, AK 99501
(907) 276-1969
(907) 276-1365 (Fax)
davisp@prestongates.com

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969