**Jurisdictions to Which Admitted and year of Admission:**

| | |
|---|---|
| Western District of Washington<br>United States District Court<br>700 Stewart St.<br>Seattle WA 98101 | 2000 active |
| Eastern District of Washington<br>United States District Court<br>W. 920 Riverside Ave. Room 888<br>Spokane WA 99210 | 2003 active |
| District of Columbia<br>United States District Court<br>500 Indiana Ave. NW<br>Washington DC 20001 | 1996 active |
| Northern District of Georgia<br>United States District Court<br>United States Courthouse<br>75 Spring Street, S.W.<br>Atlanta, Georgia 30303 | 1991 inactive |
| Northern District of Illinois, Eastern Division<br>United States District Court<br>Everett McKinley Dirksen Building<br>219 South Dearborn Street – 20th Floor<br>Chicago, Illinois 60604 | 2004 active |
| District of Colorado United States District Court<br>Alfred A. Arraj United States Courthouse<br>901 19th Street<br>Denver, Colorado 80294-3589 | 2002 active |
| United States Court of Appeals, Ninth Circuit<br>95 Seventh Street<br>San Francisco, CA 94103 | 2000 active |
| United States Court of Appeals<br>   for the Federal Circuit<br>717 Madison Place, N.W.<br>Washington D.C. 20439 | 2000 active |
| Virginia Supreme Court<br>100 North Ninth Street, Third Floor<br>Richmond, Virginia 23219 | 1994 inactive |

**EXHIBIT A, Page 1 of 1**