# CERTIFICATE OF GOOD STANDING

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

I, Bruce Rifkin, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that George F. Wesner was admitted to practice in said Court on July 31, 2000 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on August 18, 2006.

Bruce Rifkin
Clerk

By _____
Deputy Clerk

**EXHIBIT B, Page 1 of 1**