PAUL L. DAVIS
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
T:  (907) 276-1969
F:  (907) 276-1365
E:  davisp@prestongates.com

GREGORY WESNER *(Pro Hac Vice Pending)*
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
T:  (206) 623-7580
F:  (206) 623-7022
E:  gwesner@prestongates.com

J. MICHAEL KEYES *(Pro Hac Vice Pending)*
PRESTON GATES & ELLIS LLP
601 West Riverside Avenue, Suite 1400
Spokane, WA 99201
T:  (509) 624-2100
F:  (509) 456-0146
E:  jmkeyes@prestongates.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ALASKA-JUNEAU MINING COMPANY LLC,<br><br>　　　　　　　　　Defendant. | Case No. 3:06-CV-00170 (TMB) |

### [PROPOSED] ORDER GRANTING MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

The Court, having reviewed the Motion and Application of Non-Resident Attorney (Gregory F. Wesner) for Permission to Appear and Participate in the United States District Court for the District of Alaska, and any opposition thereto:

1

IT IS HEREBY **GRANTED**. Gregory F. Wesner may appear and participate in the above-said case.

DATED: _____, 2006    _____
THE HONORABLE TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

and by First Class U.S. Mail to:

Ryan McBrayer, Perkins Coie LLP, 1029 W. Third Street, Suite 300, Anchorage, AK 99501.

PRESTON GATES & ELLIS LLP
Attorneys for Defendant ALASKA-JUNEAU MINING COMPANY LLC

By:     /s/ Paul L. Davis
Paul L. Davis, #7406035
Gregory Wesner *(pro hac vice pending)*
J. Michael Keyes *(pro hac vice pending)*
Preston Gates & Ellis LLP
420 L Street, Suite 400
Anchorage, AK 99501
(907) 276-1969
(907) 276-1365 (Fax)
davisp@prestongates.com

K:\55853\00001\PLD\PLD (Wesner Prop OR) 8-21-06.doc