PAUL L. DAVIS
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
T:  (907) 276-1969
F:  (907) 276-1365
E:  davisp@prestongates.com

GREGORY WESNER *(Pro Hac Vice Pending)*
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
T:  (206) 623-7580
F:  (206) 623-7022
E:  gwesner@prestongates.com

J. MICHAEL KEYES *(Pro Hac Vice Pending)*
PRESTON GATES & ELLIS LLP
601 West Riverside Avenue, Suite 1400
Spokane, WA 99201
T:  (509) 624-2100
F:  (509) 456-0146
E:  jmkeyes@prestongates.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA-JUNEAU MINING COMPANY LLC,<br><br>Defendant. | Case No. 3:06-CV-00170 (TMB)<br><br>**NOTICE OF ERRATA RE CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ALASKA-JUNEAU MINING COMPANY LLC** |

Defendant Alaska-Juneau Mining Company LLC ("AJMC") hereby gives notice that its Corporate Disclosure Statement, which was e-filed and served on September 7, 2006, contained typographical errors. Specifically, AJMC's disclosure statement contained two formatting errors in the footer: (1) incorrect identifying title (on pages 2-3); and (2) omission of the case title and case number. It would

appear that in the final editing, these errors were overlooked. Attached to this notice is a corrected version of AJMC's Corporate Disclosure Statement.

DATED at Anchorage, Alaska this 7th day of September, 2006.

PRESTON GATES & ELLIS LLP
Attorneys for Defendant ALASKA-JUNEAU MINING COMPANY LLC

By: /s/ Paul L. Davis
Paul L. Davis, AK Bar No. 7406035
Gregory Wesner
J. Michael Keyes
Preston Gates & Ellis LLP
420 L Street, Suite 400
Anchorage, AK 99501
T: (907) 276-1969
F: (907) 276-1365
E: davisp@prestongates.com

K:\55853\00001\PLD\PLD (Errata re Corp Discl Stmt) 9-7-06.doc

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

**CORPORATE DISCLOSURE STATEMENT**   Page 2 of 3
*Arctic Circle Enterprises v. Alaska-Juneau Mining Co.;*
Case No. 3:06-cv-170

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

and by 'other means' to:

Ryan McBrayer, Esq.
Perkins Coie LLP
1029 W. Third Street, Suite 300
Anchorage, AK 99501

PRESTON GATES & ELLIS LLP

By: /s/ Paul L. Davis
Paul L. Davis, AK Bar No. 7406035
Attorneys for Defendant ALASKA-
JUNEAU MINING COMPANY LLC

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

CORPORATE DISCLOSURE STATEMENT                               Page 3 of 3
*Arctic Circle Enterprises v. Alaska-Juneau Mining Co.*;
Case No. 3:06-cv-170

PAUL L. DAVIS
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
T:  (907) 276-1969
F:  (907) 276-1365
E:  davisp@prestongates.com

GREGORY WESNER *(Pro Hac Vice Pending)*
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
T:  (206) 623-7580
F:  (206) 623-7022
E:  gwesner@prestongates.com

J. MICHAEL KEYES *(Pro Hac Vice Pending)*
PRESTON GATES & ELLIS LLP
601 West Riverside Avenue, Suite 1400
Spokane, WA 99201
T:  (509) 624-2100
F:  (509) 456-0146
E:  jmkeyes@prestongates.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA-JUNEAU MINING COMPANY LLC,<br><br>Defendant. | Case No. 3:06-CV-00170 (TMB)<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ALASKA-JUNEAU MINING COMPANY LLC** |

*Alaska-Juneau Mining Company LLC* ("Alaska-Juneau") certifies that it is a non-governmental corporation organized and existing under the laws of the State of Alaska.  Alaska-Juneau submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, for the use of the judges of this Court:  Alaska-Juneau Mining Company LLC is not a publicly-

held corporation or other publicly-held entity. Alaska-Juneau Mining Company LLC does not have any parent corporation. No publicly-held corporation owns ten-percent (10%) or more of Alaska-Juneau Mining Company LLC's stock.

  DATED at Anchorage, Alaska this 7th day of September, 2006.

           PRESTON GATES & ELLIS LLP
           Attorneys for Defendant ALASKA-
           JUNEAU MINING COMPANY LLC

           By: /s/ Paul L. Davis
            Paul L. Davis, AK Bar No. 7406035
            Gregory Wesner
            J. Michael Keyes
            Preston Gates & Ellis LLP
            420 L Street, Suite 400
            Anchorage, AK 99501
            T: (907) 276-1969
            F: (907) 276-1365
            E: davisp@prestongates.com

K:\55853\00001\PLD\PLD (Corp Disclosure Stmt) doc

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

CORPORATE DISCLOSURE STATEMENT  Page 2 of 3
*Arctic Circle Enterprises v. Alaska-Juneau Mining Co.*;
Case No. 3:06-cv-170

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

and by 'other means' to:

Ryan McBrayer, Esq.
Perkins Coie LLP
1029 W. Third Street, Suite 300
Anchorage, AK 99501

PRESTON GATES & ELLIS LLP

By: /s/ Paul L. Davis
Paul L. Davis, AK Bar No. 7406035
Attorneys for Defendant ALASKA-JUNEAU MINING COMPANY LLC

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

CORPORATE DISCLOSURE STATEMENT                                Page 3 of 3
*Arctic Circle Enterprises v. Alaska-Juneau Mining Co.*;
Case No. 3:06-cv-170