James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
Ph: (907) 279-8561/Fax: (907) 276-3108
jleik@perkinscoie.com

Ryan J. McBrayer (*Pro Hac Vice Pending*)
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
Ph: (206) 359-8000/Fax: (206) 39-9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff Arctic Circle Enterprises, LLC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC., <br><br> Plaintiff, <br><br> v. <br><br> ALASKA JUNEAU MINING COMPANY LLC, <br><br> Defendant. | Case No. 3:06-cv-00170-TMB |

**SCHEDULING AND PLANNING CONFERENCE REPORT**

1.     **Meeting:** In accordance with Fed. R. Civ. P. 26(f), a meeting was held on

August 23, 2006 and was attended by:

   Ryan J. McBrayer, Perkins Coie LLP, attorney for plaintiff Arctic Circle
   Enterprises, LLC

J. Michael Keyes, Preston Gates & Ellis, LLP, attorney for defendant Alaska Juneau Mining Company, LLC.

2. **Pre-Discovery Disclosures:** The information required by Fed. R. Civ. P. 26(a)(1):

- ☒ has been exchanged by the parties
- ☐ will be exchanged by the parties by:

Preliminary witness lists

- ☐ have been exchanged by the parties
- ☒ will be exchanged by the parties by September 25, 2006.

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Arctic Circle's design of the copyrighted products and whether there is sufficient originality in the design; Alaska Juneau's design of the accused products; Arctic Circle's damages and Alaska Juneau's profits; the possible inclusion of the accused products in a prior release; Defendant's affirmative defenses; Defendant's recovery of attorneys' fees.

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

    A.    Discovery will be needed on the following issues:

Arctic Circle's design of the copyrighted products and whether there is

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ACE v. Alaska-Juneau Mining Co.
Case No. 3:06-cv-00170-TMB        - - 2 - -        [59840-0003/SL062370.155]

sufficient originality in the design; Alaska Juneau's design of the accused products; Arctic Circle's damages and Alaska Juneau's profits; the possible inclusion of the accused products in a prior release; Alaska-Juneau's affirmative defenses.

B.  All discovery commenced in time to be completed by February 28, 2007 (Fact Discovery); May 11, 2007 (Expert Discovery).

C.  Limitation of Discovery.

    1.  Interrogatories.

        a.  ☒ No change from F.R.Civ.P. 33(a)

        b.  ☐ Maximum of ____ by each party to any other party.

    2.  Requests for Admissions.

        a.  ☒ No change from F.R.Civ.P. 36(a)

        b.  ☐ Maximum of ____ by each party to any other party.

    3.  Depositions.

        a.  ☒ No change from Fed. R. Civ. P. 36(a), (d)

        b.  ☐ Maximum of ____ depositions by each party.

           i.  Depositions not to exceed ____ hours unless agreed to by all parties.

D.  Reports from retained experts.

    1.  ☐ Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

    2.  ☒ Reports due for issues on which a party has the burden: March 23, 2007; April 13, 2007 (rebuttal).

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

    E.    Supplementation of disclosures and discovery responses to be made:

        1.   ☐  Periodically at 60-day intervals from the entry of scheduling and planning order.

        2.   ☒  As new information is acquired, but not later than 60 days before close of discovery.

    F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

        1.   ☐  45 days prior to the close of discovery.

        2.   ☒  Not later than: June 30, 2007.

5.    **Pretrial Motions**.

    A.   ☐  No change from D. Ak. LR 16.1(c).

The following changes to D. Ak. LR 16.1(c).

    B.   ☒  Motions to amend pleadings or add parties to be filed not later than December 1, 2006.

    C.   ☒  Motions under the discovery rules must be filed not later than May 18, 2007.

    D.   ☒  Motions in limine and dispositive motions must be filed not later than May 25, 2007 (dispositive); June 29, 2007 (in limine).

6.    **Other Provisions:**

    A.   ☒  The parties do not request a conference with the court before the entry of the scheduling order.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ACE v. Alaska-Juneau Mining Co.
Case No. 3:06-cv-00170-TMB  - - 4 - -  [59840-0003/SL062370.155]

☐ The parties request a scheduling conference with the court on the following issue(s):

B.  Alternative Dispute Resolution. [D. Ak. LR 16.2]

☒ The parties will file a request for alternative dispute resolution not later than November 1, 2006.

☒ Mediation    ☐ Early Neutral Evaluation

C.  The parties ☐ do ☒ do not consent to trial before a magistrate judge.

D.  Compliance with the Disclosure Requirements of Fed. R. Civ. P. 7.1

☒ All parties have complied

☐ Compliance not required by any party

7.  **Trial**

A.  The matter will be ready for trial:

1.  ☐ 45 days after the discovery close date

2.  ☒ not later than August 15, 2007

B.  This matter is expected to take **four (4)** days to try.

C.  Jury Demanded: ☒ Yes    ☐ No.

Right to jury trial disputed? ☐ Yes    ☒ No.

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

DATED: September 12, 2006.

| PRESTON GATES ELLIS LLP | PERKINS COIE LLP |
|---|---|
| By: /s/ Michael Keyes<br>    J. Michael Keyes<br>    jmkeyes@prestongates.com<br>    W. 601 Riverside, Suite 1400<br>    Spokane, WA 99201<br>    Ph: (509) 241-1527<br>    Fax: (509) 444-7863<br><br>Attorneys for Defendant Alaska Juneau Mining Company LLC | By /s/ James Leik<br>    James N. Leik<br>    JLeik@perkinscoie.com<br>    1029 West Third Avenue, Suite 300<br>    Anchorage, AK 99501-1981<br>    Ph: (907) 263-6923<br>    Fax: (907) 276-3108<br>    Ryan McBrayer (*Pro Hac Vice Pending*)<br>    RMcBrayer@perkinscoie.com<br>    1201 Third Avenue, 40th Floor<br>    Seattle, WA 98101<br>    Ph: (206) 359-8000<br>    Fax: (206) 359-9000<br><br>Attorneys for Plaintiff Arctic Circle Enterprises, LLC |

I hereby certify that on September 12, 2006, a copy of the foregoing **SCHEDULING AND PLANNING CONFERENCE REPORT** was served electronically on Gregory F. Wesner, Preston Gates & Ellis LLP, Suite 2900, 925 Fourth Avenue, Seattle, WA 98104-1158, Phone: (206) 370-6746, Fax: (206) 370-6319, email: gwesner@prestongates.com.

    /s/ James N. Leik
        James N. Leik

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ACE v. Alaska-Juneau Mining Co.
Case No. 3:06-cv-00170-TMB          - - 6 - -          [59840-0003/SL062370.155]