```
          UNITED STATES
         DISTRICT COURT
          District of Alaska
          Anchorage Division

        #  00129405  -  PS
         November 27, 2006


     Code    Case #    Qty      Amount

     6855XX-N 06-170.            150.00 CK


        TOTAL→          150.00



     FROM: PRESTON GATES & ELLIS LLP
           FOR GREGORY WESNER
           NON-RESIDENT ATTORNEY
           3:06-CV-00170 TMB
```