James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
Telephone: (907) 279-8561
Facsimile: (907) 276-3108
jleik@perkinscoie.com

Ryan J. McBrayer (*Pro Hac Vice*)
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 39-9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff Arctic Circle
Enterprises, LLC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALASKA JUNEAU MINING COMPANY LLC, <br><br> Defendant. | Case No. 3:06-cv-170-TMB |

**STIPULATION FOR PROTECTIVE ORDER**

Plaintiff Arctic Circle Enterprises, LLC ("Arctic Circle"), and its counsel of record, and defendant Alaska Juneau Mining Company LLC ("AJMC") and its counsel of record, hereby consent to and move pursuant to Federal Rule of Civil

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ARCTIC CIRCLE V. AJMC
Case No. 3:06-cv-170-TMB         - 1 -         [59840-0003/ /LEGAL12952918.1

Procedure 26(c) for the Court to enter the PROTECTIVE ORDER submitted with this Stipulation.

    Respectfully submitted this 9th day of January, 2007.

| **PERKINS COIE LLP** | **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP** |
|---|---|
| By  /s/ James Leik<br>   James N. Leik<br>   1029 W. Third Avenue, Suite 300<br>   Anchorage, Alaska  99501<br>   Telephone:  (907) 279-8561<br>   Facsimile:  (907) 276-3108<br>   jleik@perkinscoie.com<br><br>   Ryan McBrayer (*Pro Hac Vice)*<br>   1201 Third Avenue, Suite 4800<br>   Seattle, Washington  98101<br>   Telephone: (206) 359-8000<br>   Facsimile: (206) 39-9000<br>   rmcbrayer@perkinscoie.com<br><br>   Attorneys for Plaintiff Arctic Circle Enterprises, Inc. | By   /s/ Michael Keyes<br>   J. Michael Keyes<br>   W. 618 Riverside<br>   Suite 300<br>   Spokane, WA  99201<br>   Telephone:  (509) 241-1527<br>   Fax: (509) 444-7863<br>   Mike.keyes@klgates.com<br><br>   Attorneys for Defendant Alaska Juneau Mining Company LLC |

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ARCTIC CIRCLE V. AJMC
Case No. 3:06-cv-170-TMB     - 2 -     [59840-0003/ /LEGAL12952918.1