**Paul L. Davis**
Email: paul.davis@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Phone: 907-276-1969
Fax: 907-276-1365

**Gregory Wesner,** *Pro Hac Vice*
Email: gregory.wesner@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: 206-623-7580
Fax: 206-623-7022

**J. Michael Keyes,** *Pro Hac Vice*
Email: mike.keyes@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
Phone: 509-624-2100
Fax: 509-456-0146

Attorneys for Defendant
Alaska-Juneau Mining Company, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| **ARCTIC CIRCLE ENTERPRISES, LLC.,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**ALASKA-JUNEAU MINING COMPANY LLC.,**<br><br>　　　　　　　　　　　Defendant. | Case No. 3:06-cv-00170-TMB<br><br>**NOTICE OF SUBSTITUTION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP AS COUNSEL** |

To:　　　　The Clerk of the Court

And to:　　Plaintiff Arctic Circle Enterprises, Inc. and their Counsel of Record

NOTICE OF SUBSTITUTION OF KIRKPATRICK &
LOCKHART PRESTON GATES ELLIS LLP AS COUNSEL -
K:\55853\00001\XRH\XRH_P24ZZ

**ARCTIC CIRCLE ENTERPRISES vs.**
**ALASKA-JUNEAU MINING COMPANY LLC**
**Case No. 3:06-cv-00170-TMB**

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, AK 99501-1971
TELEPHONE: 907-276-1969

Please take notice that, effective January 1, 2007, the law firms of Preston Gates & Ellis LLP and of Kirkpatrick & Lockhart Nicholson Graham LLP have combined and amalgamated their practices as Kirkpatrick & Lockhart Preston Gates Ellis LLP. Accordingly, Kirkpatrick & Lockhart Preston Gates Ellis LLP hereby substitutes for Preston Gates & Ellis LLP as counsel for Defendant Alaska Juneau Mining Company LLC.

The address to the Spokane office of K&L Gates has changed and the new address is as follows:

>  **J. Michael Keyes**, *Pro Hac Vice*
>  Email: mike.keyes@klgates.com
>  KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
>  618 West Riverside Avenue, Suite 300
>  Spokane, WA  99201

DATED this 10th day of January, 2007.

>  KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
>  Attorneys for Defendant
>  Alaska-Juneau Mining Company LLC
>
>  By /s/ J. Michael Keyes
>    J. Michael Keyes, *Pro Hac Vice*
>    KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
>    618 W. Riverside Ave. #300
>    Spokane, WA  99201
>    Telephone:  509-624-2100
>    Facsimile:  509-456-0146
>    Email:  mike.keyes@klgates.com
>
>  Paul Davis
>  KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
>  420 L Street, Suite 400
>  Anchorage, AK  99501-1971
>  Phone:  907-276-1969
>  Fax:  907-276-1365
>  E-mail:  paul.davis@klgates.com
>
>  Attorneys for Defendant
>  Alaska-Juneau Mining Company

NOTICE OF SUBSTITUTION OF KIRKPATRICK &
LOCKHART PRESTON GATES ELLIS LLP AS COUNSEL -
K:\55853\00001\XRH\XRH_P24ZZ

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC
Case No. 3:06-cv-00170-TMB

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, AK  99501-1971
TELEPHONE:  907-276-1969

# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

Ryan McBrayer, RMcBrayer@perkinscoie.com

By /s/ J. Michael Keyes
J. Michael Keyes, *Pro Hac Vice*
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 W. Riverside Ave. #300
Spokane, WA 99201
Telephone: 509-624-2100
Facsimile: 509-456-0146
Email: mike.keyes@klgates.com
Attorneys for Defendant
Alaska-Juneau Mining Company LLC

NOTICE OF SUBSTITUTION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP AS COUNSEL -
K:\55853\00001\XRH\XRH_P24ZZ

**ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC
Case No. 3:06-cv-00170-TMB**

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, AK 99501-1971
TELEPHONE: 907-276-1969