PAUL L. DAVIS
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
T:  (907) 276-1969
F:  (907) 276-1365
E:  Paul.Davis@klgates.com

GREGORY WESNER *(Pro Hac Vice Pending)*
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
T:  (206) 623-7580
F:  (206) 623-7022
E:  Gregory.Wesner@klgates.com

J. MICHAEL KEYES *(Pro Hac Vice Pending)*
PRESTON GATES & ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
T:  (509) 624-2100
F:  (509) 456-0146
E:  Mike.Keyes@klgates.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>ALASKA-JUNEAU MINING COMPANY LLC,<br><br>                Defendant. | Case No. 3:06-CV-00170 (TMB)<br><br>**NOTICE OF ERRATA RE NOTICE OF SUBSTITUTION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP AS COUNSEL [Court Dkt. No. 25]** |

TO:   The Clerk of the Court

AND TO:   Arctic Circle Enterprises, LLC and its Counsel of Record

     PLEASE TAKE NOTICE defendant Alaska-Juneau Mining Company, LLC's ("AJMC") previously e-filed *Notice of Substitution of Kirkpatrick & Lockhart Preston Gates Ellis LLP as Counsel* ("Notice of Substitution") contained typographical errors. Specifically, the Notice of Substitution contained two errors, as follows:  (1) the e-mail

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

addresses for the attorneys involved were not up-dated to reflect their respective new e-mail addresses; and (2) the office address for counsel J. Michael Keyes was erroneously declared as unchanged, when in fact his office address has changed, and is now correctly reflected in this Errata. It appears that in the final editing, these changes were overlooked. Attached to this Errata is a corrected version of AJMC's *Notice of Substitution of Kirkpatrick & Lockhart Preston Gates Ellis LLP as Counsel*.

DATED at Anchorage, Alaska this 17th day of January, 2007.

RESPECTFULLY SUBMITTED,

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Attorneys for Defendant ALASKA-
JUNEAU MINING COMPANY LLC

By:   /s/ Paul L. Davis
Paul L. Davis, AK Bar No. 7406035
Gregory Wesner
J. Michael Keyes
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
420 L Street, Suite 400
Anchorage, AK  99501
T:  (907) 276-1969
F:  (907) 276-1365
E:  Paul.Davis@klgates.com

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

**NOTICE OF ERRATA** RE SUBSTITUTION OF COUNSEL
*Arctic Circle v. Alaska-Juneau Mining Co.*; Case No. 3:06-CV-00170 (TMB)
Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

and by 'other means' to:
Ryan McBrayer, Esq.
Perkins Coie LLP
1029 W. Third Street, Suite 300
Anchorage, AK 99501

> KIRKPATRICK & LOCKHART
> PRESTON GATES ELLIS LLP
>
> By:   /s/ Paul L. Davis
>      Paul L. Davis, AK Bar No. 7406035
> Attorneys for Defendant ALASKA-JUNEAU MINING COMPANY LLC

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

**NOTICE OF ERRATA** RE SUBSTITUTION OF COUNSEL
*Arctic Circle v. Alaska-Juneau Mining Co.*; Case No. 3:06-CV-00170 (TMB)
Page 3 of 3