PAUL L. DAVIS
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
T:   (907) 276-1969
F:   (907) 276-1365
E:   Paul.Davis@klgates.com

GREGORY WESNER *(Pro Hac Vice Pending)*
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
T:   (206) 623-7580
F:   (206) 623-7022
E:   Gregory.Wesner@klgates.com

J. MICHAEL KEYES *(Pro Hac Vice Pending)*
PRESTON GATES & ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
T:   (509) 624-2100
F:   (509) 456-0146
E:   Mike.Keyes@klgates.com

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>                          Plaintiff,<br><br>     v.<br><br>ALASKA-JUNEAU MINING COMPANY LLC,<br><br>                          Defendant. | Case No. 3:06-CV-00170 (TMB)<br><br>**NOTICE OF SUBSTITUTION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP AS COUNSEL** |

TO:          The Clerk of the Court

AND TO:   Arctic Circle Enterprises, LLC and its Counsel of Record

     PLEASE TAKE NOTICE that, effective January 1, 2007, the law firms of Preston Gates & Ellis LLP and of Kirkpatrick & Lockhart Nicholson Graham LLP have combined and amalgamated their practices as Kirkpatrick & Lockhart Preston Gates Ellis LLP. Accordingly, Kirkpatrick & Lockhart Preston Gates Ellis LLP hereby substitutes for

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

Preston Gates & Ellis LLP.  Except as to the foregoing, there is no change in the address or in the attorney(s) assigned to handle this matter.

DATED at Anchorage, Alaska this 17th day of January, 2007.

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Attorneys for Defendant ALASKA-
JUNEAU MINING COMPANY LLC

By:____/s/ Paul L. Davis_____
Paul L. Davis, AK Bar No. 7406035
Gregory Wesner
J. Michael Keyes
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
420 L Street, Suite 400
Anchorage, AK  99501
T:  (907) 276-1969
F:  (907) 276-1365
E:  Paul.Davis@klgates.com

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

and by 'other means' to:
Ryan McBrayer, Esq.
Perkins Coie LLP
1029 W. Third Street, Suite 300
Anchorage, AK 99501

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

By:_____/s/ Paul L. Davis_____
Paul L. Davis, AK Bar No. 7406035
Attorneys for Defendant ALASKA-JUNEAU MINING COMPANY LLC

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969