PAUL L. DAVIS
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
T:  (907) 276-1969
F:  (907) 276-1365
E:  paul.davis@klgates.com

GREGORY WESNER
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
T:  (206) 623-7580
F:  (206) 623-7022
E:  gregory.wesner@klgates.com

J. MICHAEL KEYES
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
T:  (509) 624-2100
F:  (509) 456-0146
E:  mike.keyes@klgates.com

BROOKE C. KUHL *(PRO HAC VICE PENDING)*
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
T:  (509) 624-2100
F:  (509) 456-0146
E:  brooke.kuhl@klgates.com

Attorneys for Defendant
ALASKA-JUNEAU MINING COMPANY LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>ALASKA-JUNEAU MINING COMPANY LLC,<br><br>               Defendant. | Case No. 3:06-CV-00170 (TMB) |

**MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA**

MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR *PRO HAC VICE*
*Arctic Circle v. Alaska-Juneau Mining Co.*; Case No. 3:06-CV-00170 (TMB)
Page 1 of 6

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

To the Honorable Judge of the above-entitled Court:

I, **BROOKE C. KUHL,** hereby apply for permission to appear and participate as counsel for ALASKA-JUNEAU MINING COMPANY LLC, Defendant, in the above-entitled cause pursuant to Rule 83.1(d) of the Local Rules for the United States District Court, District of Alaska.

☐ I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because: [Check whichever of the following boxes apply, if any.]

  ☐ I am a registered participant in the CM/ECF System for the District of Alaska.

  ☐ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska.

  ☐ For the reasons set forth in the attached memorandum.

**OR**

☒ I hereby designate Paul L. Davis, a member of the Bar of this Court, who maintains an office at the place within the district, with whom the Court and opposing counsel may readily communicate regarding conduct of this case.

DATE:   January 19, 2007

/s/ Brooke C. Kuhl
(Signature)

Name:       Brooke C. Kuhl
            KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
Address:    618 West Riverside Avenue, Suite 300
            Spokane, Washington 99201
Telephone:  (509) 624-2100
E-Mail:     brooke.kuhl@klgates.com

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR *PRO HAC VICE*
*Arctic Circle v. Alaska-Juneau Mining Co.*; Case No. 3:06-CV-00170 (TMB)
Page 2 of 6

## CONSENT OF LOCAL COUNSEL*

I hereby consent to the granting of the foregoing application.

DATE: January 19, 2007

                    /s/ Paul L. Davis
                       (Signature)

Name: Paul L. Davis
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
Address: 420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969
E-Mail: paul.davis@klgates.com

(*Member of the Bar of the United States District Court for the District of Alaska.)

## IT IS SO ORDERED

DATED:

                    UNITED STATES DISTRICT COURT
                      For the District of Alaska

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR *PRO HAC VICE*
*Arctic Circle v. Alaska-Juneau Mining Co.*; Case No. 3:06-CV-00170 (TMB)
Page 3 of 6

## **DECLARATION OF NON-RESIDENT ATTORNEY**

| | | |
|---|---|---|
| Full Name: | Brooke Castle Kuhl | |
| Business Address: | 618 West Riverside Avenue, Suite 300 | Spokane, WA  99201 |
| | (Mailing/Street) | (City, State, ZIP) |
| Residence: | 3121 South Espanola Road | Medical Lake, WA  99022 |
| | (Mailing/Street) | (City, State, ZIP) |
| Business Telephone: | 509-624-2100 | e-mail address: brooke.kuhl@klgates.com |
| Other Names/Aliases: | None | |

Jurisdictions to Which Admitted and year of Admission:

| | | |
|---|---|---|
| US District Court-Eastern District of Washington | 920 West Riverside Avenue, Suite 840, Spokane, Washington  99210 | 2006 |
| (Jurisdiction) | (Address) | (Year) |
| Washington Courts | Washington Supreme Court<br>Temple of Justice<br>P.O. Box 40929<br>Olympia, WA 98504-0929 | 2004 |
| (Jurisdiction) | (Address) | (Year) |
| Montana Courts | Montana Supreme Court<br>Justice Building<br>215 N. Sanders<br>P.O. Box 203001<br>Helena, Montana 59620-3001 | 2005 |
| (Jurisdiction) | (Address) | (Year) |
| US District Court-District of Montana | U.S. District Court<br>Paul G. Hatfield Courthouse<br>901 Front Street<br>Helena, MT 59626 | 2005 |
| (Jurisdiction) | (Address) | (Year) |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐  No ☒  (If Yes, provide details on a separate attached sheet)

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐    No ☒ (If Yes, provide details on a separate attached sheet)

In accordance with D. AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted. A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached hereto as Exhibit A. Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: January 19, 2007                                   /s/ Brooke C. Kuhl
                                                              (Signature of Applicant)

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR *PRO HAC VICE*
*Arctic Circle v. Alaska-Juneau Mining Co.*; Case No. 3:06-CV-00170 (TMB)
Page 5 of 6

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

<u>and by First Class U.S. Mail to</u> :

Ryan J. McBrayer, Perkins Coie LLP, 1201 Third Avenue #4800, Seattle, WA 98101-3099.

                                                KIRKPATRICK & LOCKHART
                                                PRESTON GATES ELLIS LLP

By: /s/ Paul L. Davis
Paul L. Davis, #7406035
Attorneys for Defendant ALASKA-JUNEAU MINING COMPANY LLC

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR *PRO HAC VICE*
*Arctic Circle v. Alaska-Juneau Mining Co.*; Case No. 3:06-CV-00170 (TMB)
Page 6 of 6