AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## Eastern District of Washington

**CERTIFICATE OF
GOOD STANDING**

*I, James R. Larsen, Clerk of this*

*certify that* **BROOKE CASTLE KUHL** *, Bar* _____ *35727* _____ ,

*was duly admitted to practice in this Court on*

**May 22, 2006** _____ *, and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* _____ Spokane, Washington _____ *on* January 18, 2007 .
LOCATION                                   DATE



**James R. Larsen**
CLERK

_____
DEPUTY CLERK