PAUL L. DAVIS
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
T:  (907) 276-1969
F:  (907) 276-1365
E:  paul.davis@klgates.com

GREGORY WESNER
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
T:  (206) 623-7580
F:  (206) 623-7022
E:  gregory.wesner@klgates.com

J. MICHAEL KEYES
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
T:  (509) 624-2100
F:  (509) 456-0146
E:  mike.keyes@klgates.com

BROOKE C. KUHL (PRO HAC VICE PENDING)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
T:  (509) 624-2100
F:  (509) 456-0146
E:  brooke.kuhl@klgates.com

Attorneys for Defendant
ALASKA-JUNEAU MINING COMPANY LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ARCTIC CIRCLE ENTERPRISES, LLC,

                Plaintiff,

      v.

ALASKA-JUNEAU MINING COMPANY
LLC,

                Defendant.

Case No. 3:06-CV-00170 (TMB)

**[PROPOSED] ORDER GRANTING MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA**

The Court, having reviewed the Motion and Application of Non-Resident Attorney

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

(Brooke C. Kuhl) for Permission to Appear and Participate in the United States District

Court for the District of Alaska, and any opposition thereto:

IT IS HEREBY **GRANTED**.  Brooke C. Kuhl may appear and participate in the

above-said case.


DATED: _____, 2007    _____
                                    THE HONORABLE TIMOTHY M. BURGESS
                                    UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING MOTION AND APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR *PRO HAC VICE*
*Arctic Circle v. Alaska-Juneau Mining Co.*; Case No. 3:06-CV-00170 (TMB)

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

and by First Class U.S. Mail to :

Ryan J. McBrayer, Perkins Coie LLP, 1201 Third Avenue #4800, Seattle, WA 98101-3099.

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

By:_____/s/ Paul L. Davis_____
     Paul L. Davis, #7406035
Attorneys for Defendant ALASKA-
JUNEAU MINING COMPANY LLC