| | |
|---|---|
| PAUL L. DAVIS<br>KIRKPATRICK & LOCKHART<br>PRESTON GATES ELLIS LLP<br>420 L Street, Suite 400<br>Anchorage, AK 99501-1971<br>T: (907) 276-1969<br>F: (907) 276-1365<br>E: Paul.Davis@klgates.com | GREGORY WESNER<br>KIRKPATRICK & LOCKHART<br>PRESTON GATES ELLIS LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158<br>T: (206) 623-7580<br>F: (206) 623-7022<br>E: Gregory.Wesner@klgates.com |
| J. MICHAEL KEYES<br>KIRKPATRICK & LOCKHART<br>PRESTON GATES ELLIS LLP<br>618 West Riverside Avenue, Suite 300<br>Spokane, WA 99201<br>T: (509) 624-2100<br>F: (509) 456-0146<br>E: Mike.Keyes@klgates.com | BROOKE C. KUHL<br>KIRKPATRICK & LOCKHART<br>PRESTON GATES ELLIS LLP<br>618 West Riverside Avenue, Suite 300<br>Spokane, WA 99201<br>T: (509) 624-2100<br>F: (509) 456-0146<br>E: Brooke.Kuhl@klgates.com |

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>ALASKA-JUNEAU MINING COMPANY LLC,<br><br>                              Defendant. | Case No. 3:06-CV-00170 (TMB)<br><br>**NOTICE OF FILING NON-RESIDENT ATTORNEY FEE RE *PRO HAC VICE* FOR BROOKE C. KUHL [re Court Docket Nos. 27, 28 and 29]** |

TO:    The Clerk of the Court

        Pursuant to the Court's instructions in its *Notice To Non-Resident Attorney* [Court Docket No. 29] (attached hereto as Exhibit A), attached hereto as Exhibit B is a copy of the United States District Court's receipt for payment in connection with the filing of a

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

NOTICE OF FILING NON-RESIDENT ATTORNEY FEE RE *PRO HAC VICE* FOR BROOKE C. KUHL
*Arctic Circle v. Alaska-Juneau Mining Co.*; Case No. 3:06-CV-00170 (TMB)
Page 1 of 3

*pro hac vice* motion and application [Court Docket No. 27] on behalf of non-resident attorney, Brooke C. Kuhl, which the Court granted on January 22, 2007 [Court Docket No. 28].

    DATED at Anchorage, Alaska this 22nd day of January, 2007.

>KIRKPATRICK & LOCKHART
>PRESTON GATES ELLIS LLP
>Attorneys for Defendant ALASKA-JUNEAU MINING COMPANY LLC
>
>By:     /s/ Paul L. Davis
>    Paul L. Davis, AK Bar No. 7406035
>    Gregory Wesner
>    J. Michael Keyes
>    Kirkpatrick & Lockhart
>    Preston Gates Ellis LLP
>    420 L Street, Suite 400
>    Anchorage, AK  99501
>    T: (907) 276-1969
>    F: (907) 276-1365
>    E: Paul.Davis@klgates.com

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

NOTICE OF FILING NON-RESIDENT ATTORNEY FEE RE *PRO HAC VICE* FOR BROOKE C. KUHL
*Arctic Circle v. Alaska-Juneau Mining Co.*; Case No. 3:06-CV-00170 (TMB)
Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

and by 'other means' to:
Ryan McBrayer, Esq.
Perkins Coie LLP
1029 W. Third Street, Suite 300
Anchorage, AK 99501

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

By:      /s/ Paul L. Davis
         Paul L. Davis, AK Bar No. 7406035
Attorneys for Defendant ALASKA-JUNEAU MINING COMPANY LLC

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969