## NOTICE TO NON-RESIDENT ATTORNEY

To: <u>Brooke C. Kuhl</u>          Case Number: <u>3:06-cv-00170-TMB</u>

Case Title: <u>Arctic Circle Enterprises, LLC.</u> v. <u>Alaska-Juneau Mining Company, LLC.</u>

This Notice is being sent to advise you that your application to participate as a non-resident counsel in the above referenced case has been granted. A fee in the amount **$150.00** is required for each case in which an attorney is permitted to participate as a non-resident counsel. Please forward the required fee of **$150.00, within 15 days of receipt of this notice,** with a copy of this notice to:

> U.S. District Court
> Clerk's Office
> 222 West 7th Avenue, #4
> Anchorage, Alaska 99513

Distribution:
Finance

Non-Resident Attorney Notice: Jan 2006