```
            UNITED STATES
           DISTRICT COURT
           District of Alaska
           Anchorage Division

          # 00129744 - PS
           January 19, 2007


   Code    Case #   Qty      Amount

   6855XX-N 06-170           150.00 CK


   TOTAL→              150.00


   FROM: KIRKPATRICK & LOCKHART
         PRESTON GATES ELLIS LLP GIRL
         BROOKE C. KUHL (PRO HAC VICE)
         3:06-CV-00170
```