```
              UNITED STATES
              DISTRICT COURT
               District of Alaska
               Anchorage Division

            #  00129744  -  PS
            January 19, 2007


     Code    Case #    Qty      Amount

     6855XX-N 06-170            150.00 CK


     TOTAL→              150.00


     FROM: KIRKPATRICK & LOCKHART
           PRESTON GATES ELLIS LLP      For
           BROOKE C. KUHL (PRO HAC VICE)
           3:06-CV-00170
```