## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*ARCTIC CIRCLE ENTERPRISES LLC v. ALASKA-JUNEAU MINING COMPANY, LLC*
Case No. 3:06-cv-0170 TMB

By:                THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

  At Docket 23 the parties have filed a stipulated order for filing documents under seal. Paragraph 12, as presently worded, is incorrect. Sealed documents are to be filed in accordance with D. Ak. LR 5.3(g); LR 5.2.1(g) is inapplicable to this case. Unless otherwise ordered by the court, sealed documents are not to be filed conventionally by registered CM/ECF users. Counsel are directed to correct paragraph 12 as follows and resubmit :

12. The parties shall file "ATTORNEYS' EYES ONLY" materials under seal in accordance with this Order and D.Ak. LR 5.3(g).

  The balance of the material in the first paragraph of paragraph 12 is to be deleted as superfluous or incorrect so that only the immediately preceding language and the second paragraph starting with the words "At the request" are contained in paragraph 12.

**IT IS HEREBY ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: January 24, 2007