James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
Telephone:  (907) 279-8561
Facsimile:  (907) 276-3108
jleik@perkinscoie.com

Ryan J. McBrayer
Perkins Coie LLP
1201 Third Avenue, 48th Floor
Seattle, Washington   98101
Telephone:  (206) 359-8000
Facsimile:  (206) 359-9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff Arctic Circle Enterprises, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALASKA-JUNEAU MINING COMPANY<br>LLC,<br><br>　　　　　　　　　Defendants. | Case No. 3:06-cv-00170 (TMB) |

**NOTICE OF RESUBMISSION OF PROTECTIVE ORDER**

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

With this Notice, plaintiff resubmits the Joint Stipulated Protective Order, with revisions as required by the Court's Order dated January 24, 2007 (Docket 32).

DATED:  January 26, 2007.

By   /s/ James N. Leik
James N. Leik
Alaska Bar No. 8111109
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
Email:  jleik@perkinscoie.com

By   /s/ Ryan J. McBrayer
Ryan J. McBrayer
Perkins Coie LLP
1201 Third Avenue
Suite 4800
(206) 359-8000
(206) 359-9000
Email:  rmcbrayer@perkinscoie.com

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ACE v. Alaska-Juneau Mining Co.
Case No. 3:06-cv-00170 (TMB)          - 2 -          [59840-0003/12990731_1.DOC]
59840-0003/LEGAL12990731.1

I hereby certify that on January 26, 2007, a copy of the foregoing **NOTICE OF RESUBMISSION OF PROTECTIVE ORDER** was served electronically on J. Michael Keyes, Preston Gates & Ellis LLP, Suite 2900, 925 Fourth Avenue, Seattle, WA 98104-1158, Phone: (206) 370-6746, Fax: (206) 370-6319.

/s/ James N. Leik
         James N. Leik

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ACE v. Alaska-Juneau Mining Co.
Case No. 3:06-cv-00170 (TMB)          - 3 -          [59840-0003/12990731_1.DOC]
59840-0003/LEGAL12990731.1