James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
Telephone: (907) 279-8561
Facsimile: (907) 276-3108
jleik@perkinscoie.com

Ryan J. McBrayer (*Pro Hac Vice*)
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 39-9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff Arctic Circle
Enterprises, LLC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALASKA JUNEAU MINING COMPANY LLC, <br><br> Defendant. | Case No. 3:06-cv-170-TMB |

**STIPULATION FOR EXTENSION OF FACT DISCOVERY DEADLINE**

Pursuant to paragraph (7) of the Scheduling and Planning Order, dated September 18, 2006, plaintiff Arctic Circle Enterprises, LLC ("Arctic Circle") and defendant Alaska Juneau Mining Company LLC ("AJMC") hereby stipulate to the

ARCTIC CIRCLE V. AJMC
Case No. 3:06-cv-170-TMB         - 1 -         59840-0003/LEGAL13056314.1

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

extension of the present fact discovery deadline of February 28, 2007, to March 16, 2007, for the depositions of non-party deponents, Pioneer Photo Albums and J. C. Marketing.

DATED: February 26, 2007.

| **PERKINS COIE LLP** | **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP** |
|---|---|
| By /s/ James Leik<br>James N. Leik<br>1029 W. Third Avenue, Suite 300<br>Anchorage, Alaska 99501<br>Telephone: (907) 279-8561<br>Facsimile: (907) 276-3108<br>jleik@perkinscoie.com<br><br>Ryan McBrayer (*Pro Hac Vice*)<br>1201 Third Avenue, Suite 4800<br>Seattle, Washington 98101<br>Telephone: (206) 359-8000<br>Facsimile: (206) 39-9000<br>rmcbrayer@perkinscoie.com<br><br>Attorneys for Plaintiff Arctic Circle Enterprises, Inc. | By /s/ Michael Keyes<br>J. Michael Keyes<br>W. 618 Riverside<br>Suite 300<br>Spokane, WA 99201<br>Telephone: (509) 241-1527<br>Fax: (509) 444-7863<br>Mike.keyes@klgates.com<br><br>Attorneys for Defendant Alaska Juneau Mining Company LLC |

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ARCTIC CIRCLE V. AJMC
Case No. 3:06-cv-170-TMB         - 2 -         59840-0003/LEGAL13056314.1