**Paul L. Davis**
Email: paul.davis@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Phone: 907-276-1969
Fax: 907-276-1365

**Gregory Wesner**
Email: gregory.wesner@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: 206-623-7580
Fax: 206-623-7022

**J. Michael Keyes**
**Brooke Castle Kuhl**
Email: mike.keyes@klgates.com
Email: brooke.kuhl@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
Phone: 509-624-2100
Fax: 509-456-0146

Attorneys for Defendant
Alaska-Juneau Mining Company, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>                              Plaintiff,<br>v.<br><br>ALASKA-JUNEAU MINING COMPANY LLC.,<br><br>                              Defendant. | Case No. 3:06-cv-00170-TMB<br><br>**DEFENDANT ALASKA-JUNEAU MINING COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC     - 1 -
Case No. 3:06-cv-00170-TMB
K:\55853\00001\JMK\JMK_P21J6

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

## RELIEF REQUESTED

Defendant Alaska-Juneau Mining Company, LLC ("AJMC"), by and through its attorneys of record, Kirkpatrick & Lockhart Preston Gates Ellis LLP, moves this Court pursuant to Fed. R. Civ. P. 56 for an order granting summary judgment in its favor against Plaintiff.

## STATEMENT OF FACTS

The facts of this case are stated in Defendant's Memorandum filed herewith.

## STATEMENT OF ISSUE

Whether ACE is precluded from bringing these claims based upon the release language in a previous Settlement Agreement.

Whether AJMC is entitled to an order granting it summary judgment against Plaintiff based on the doctrine of *res judicata*.

## EVIDENCE RELIED UPON

This motion is based on Defendant's Memorandum, the Affidavit of David Coates, the Affidavit of Steve Hogberg, the Affidavit of J. Michael Keyes filed herewith, and all the pleadings in this matter.

## AUTHORITY

Defendant's statement of authority is contained in its Memorandum filed herewith.

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC     - 2 -
Case No. 3:06-cv-00170-TMB
K:\55853\00001\JMK\JMK_P21J6

DATED this 29th day of March, 2007.

    KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

    By /s/ J. Michael Keyes
      J. Michael Keyes, *Pro Hac Vice*
      KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
      618 W. Riverside Ave. #300
      Spokane, WA 99201
      Telephone: 509-624-2100
      Facsimile: 509-456-0146
      Email: mike.keyes@klgates.com

    Paul Davis
    KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
    420 L Street, Suite 400
    Anchorage, AK 99501-1971
    Phone: 907-276-1969
    Fax: 907-276-1365
    E-mail: paul.davis@klgates.com

    Attorneys for Defendant
    Alaska-Juneau Mining Company

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC   - 3 -
Case No. 3:06-cv-00170-TMB
K:\55853\00001\JMK\JMK_P21J6

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

Ryan McBrayer, RMcBrayer@perkinscoie.com

By /s/ J. Michael Keyes
J. Michael Keyes, *Pro Hac Vice*
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
618 W. Riverside Ave. #300
Spokane, WA 99201
Telephone: 509-624-2100
Facsimile: 509-456-0146
Email: mike.keyes@klgates.com
Attorneys for Defendant
Alaska-Juneau Mining Company LLC

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC     - 4 -
Case No. 3:06-cv-00170-TMB
K:\55853\00001\JMK\JMK_P21J6