**Paul L. Davis**
Email: paul.davis@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Phone: 907-276-1969
Fax: 907-276-1365

**Gregory Wesner,** *Pro Hac Vice*
Email: gregory.wesner@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: 206-623-7580
Fax: 206-623-7022

**J. Michael Keyes,** *Pro Hac Vice*
**Brooke Kuhl,** *Pro Hac Vice*
Email: mike.keyes@klgates.com
Email: brooke.kuhl@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
Phone: 509-624-2100
Fax: 509-456-0146

Attorneys for Defendant
Alaska-Juneau Mining Company, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC., <br><br> Plaintiff, <br><br> v. <br><br> ALASKA-JUNEAU MINING COMPANY LLC., <br><br> Defendant. | Case No. 3:06-cv-00170-TMB <br><br> **AFFIDAVIT OF DAVID COATES IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

AFFIDAVIT OF DAVID COATES IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 1

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC
Case No. 3:06-cv-00170-TMB
K:\56853\00001\XRH\XRH_P252Y

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, AK 99501-1971
TELEPHONE: 907-276-1969

STATE OF WASHINGTON )
) ss.
County of King )

David Coates, being duly sworn, deposes and states:

1. My name is David Coates. I am over 18 years of age. I reside in Kent, Washington, having relocated there from Ketchikan, Alaska for the school year. Despite my current residency in Washington, I maintain a residence in Ketchikan, Alaska. I am fully competent to make this affidavit and have personal knowledge of the facts stated herein. To my knowledge, all the facts stated in this affidavit are true and correct.

2. For the last 21 years, I have been actively involved as a retailer in the Alaska Souvenir and Gift Industry. In this regard, I have ownership interests in several retail businesses through the State of Alaska that sell Alaska gifts and souvenirs, principally to the many tourists that visit our state during the tourist season. For example, I own or have ownership interests in Ketchikan Mining Company, Skagway Mining Company, Dockside Trading Company, Inside Passage Tees and The Outlet Store. I, along with my wife, am also a 25% owner of Alaska-Juneau Mining Company, LLC (hereinafter "AJMC"), the Defendant in this action. The other individuals with ownership interests in AJMC are: Neale and Toni Murphy, Doug Trucano, and Gary and Meeta Jethani.

3. In order for the Court to understand why this suit is improper and should be dismissed, it is necessary for me to provide an explanation regarding: (i) my acquisition of an interest in the copyright to the Indian Arts & Crafts ("IAAC") Alaska Map Photo Album Design in 2002; (ii) the history of AJMC's business activities with Ms. Sandy Roth and her business, Tandem Imports, (collectively hereinafter "Roth"); and (iii) a prior federal lawsuit brought by Arctic Circle Enterprises, Inc. ("ACE") against Roth for alleged copying of the ACE Alaska Map Photo Album Design.

4. In April 2002, an individual by the name of Mr. Steve Hogberg ("Hogberg") purchased all the copyrights to the artwork owned by IAAC and Gift Connections, companies

AFFIDAVIT OF DAVID COATES IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 2

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC
Case No. 3:06-cv-00170-TMB
K:\55853\00001\XRH\XRH_P252Y

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, AK 99501-1971
TELEPHONE: 907-276-1969

that were involved in the creation and sale of Alaska gifts and souvenirs but that has since gone out of business. Attached to Mr. Hogberg's Affidavit as Exhibit 3 are documents acknowledging Hogberg's purchase of those rights. Those documents were also Exhibits to my 2004 deposition taken by ACE's counsel in its previous lawsuit against Sandy Roth. One of the copyrights purchased by Hogberg was the IAAC Alaska Map Photo Album Design, which appeared in the 2000 IAAC gift and souvenir catalog. Attached hereto as Exhibit 1 is a true and correct copy of the IAAC 2000 Gift and Souvenir Catalog showing the IAAC Alaska Map Photo Album as item No. 23433 described as a 4x6 Map Relief. Exhibit 1 also contains a true and correct copy of a larger depiction of the IAAC Alaska Map Photo Album Design.

5.  Soon after Hogberg purchased the copyright to the IAAC Alaska Map Photo Album Design, Kathy Fleenor—one of my business partners—and I purchased, among other things, an interest in the copyright to the IAAC Alaska Map Photo Album from Hogberg. Attached as Exhibit 2 is a true and correct copy of a document from Mr. Hogberg acknowledging our joint ownership of the IAAC Alaska Map Photo Album Design rights. Pursuant to our agreement with Hogberg at that time, I had the right to reproduce the IAAC Alaska Map Photo Album Design for my retail stores and Hogberg would still have the right to use the IAAC design as well.

6.  After purchasing an interest in the copyright to the IAAC Alaska Map Photo Album Design, I wanted to reproduce copies of photo albums bearing this design so that my retail businesses would be able to sell them. Thus, I contacted Sandy Roth, a long-time and close personal friend who specialized in manufacturing, importing, and selling souvenirs and gifts to Alaska Gift and Souvenir Retailers. Because the IAAC Alaska Map Photo Design was subject to copyright protection, I gave Roth a license to reproduce the IAAC Alaska Map Photo Album Design and sell those albums bearing that design to me, my businesses, and others. Roth made reproductions of the IAAC Alaska Map Photo Album Design (with slight variations from the original IAAC design) and in late 2002 or early 2003, several of my stores purchased the reproduction of the IAAC Alaska Map Photo Album from Roth.

AFFIDAVIT OF DAVID COATES IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 3

**ARCTIC CIRCLE ENTERPRISES vs.**
**ALASKA-JUNEAU MINING COMPANY LLC**
**Case No. 3:06-cv-00170-TMB**
K:\55853\00001\XRH\XRH_P252Y

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, AK 99501-1971
TELEPHONE: 907-276-1969

7.   Soon after I began purchasing the reproductions of the IAAC Alaska Map Photo Albums from Roth, she was sued by ACE in the United States District Court for the District of Alaska for, among other things, allegedly copying the ACE Alaska Map Photo Album Design, which is the same design at issue in this case. For purposes of clarity, I will refer to that suit as the "Roth Suit."

8.   On May 17, 2004, I was deposed by ACE's counsel in the Roth Suit and I made it clear that Roth's "allegedly-infringing" photo albums were albums she had created based upon the IAAC Alaska Map Photo Album Design. Attached hereto as Exhibit 3 are pages from my deposition transcript where I testified as to the history of the IAAC Alaska Map Photo Album Design. *See* pages 18, lns. 17-21; p. 20, lns. 21-25; p. 21, lns. 6-23, p. 23, lns. 7-11; p. 43, lns. 1-5; p. 78, lns. 5-25; p. 79, lns. 1-4; p. 83, lns. 6-10. In fact, Exhibit 7 to my deposition in the Roth Suit contained the very documents that established that I had purchased an interest in the IAAC Alaska Map Photo Album Design. Copies of those documents are attached to Steve Hogberg's Affidavit as Exhibits 3 and 4.

9.   In April 2004 and during the pendancy of the Roth Suit, AJMC was incorporated under the laws of the State of Alaska. Attached hereto as Exhibit 4 is a true and correct copy of the Certificate of Organization and Articles of Organization filed April 15, 2004. AJMC is based in Juneau and its principal place of business is 425 S. Franklin, Juneau, Alaska. During the pendancy of the Roth Suit, AJMC was a customer of Roth and ordered several types of different gift and souvenir items from her including an Alaska map photo album. Some of the invoices for these goods are attached hereto as Exhibit 5. In addition to the items purchased directly from Tandem, AJMC also purchased remaining inventory from Glacier Bear Gifts, a retail store located in Juneau that was closing. This inventory included the Roth Alaska Map Photo Album Design. True and correct copies of documents reflecting Glacier Bear's inventory are also attached as Exhibit 5.

10.   At the time the Roth Suit was pending, there is no doubt that ACE was made aware of my new company, AJMC, and certainly knew that my companies and I were customers of Roth's. For example, during my deposition in the Roth Suit, I specifically testified about my

AFFIDAVIT OF DAVID COATES IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 4

**ARCTIC CIRCLE ENTERPRISES vs.**
**ALASKA-JUNEAU MINING COMPANY LLC**
**Case No. 3:06-cv-00170-TMB**
K:\55853\00001\XRH\XRH_P252Y

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, AK 99501-1971
TELEPHONE: 907-276-1969

new business based in Juneau. *See* Exhibit 3, p. 86, lns. 5-7; p.89. lns. 15-16. I also filed a Declaration in the Roth Suit and specifically mentioned the existence of my new business in Juneau. That declaration was made an Exhibit to my deposition in the Roth Suit and is also attached hereto as Exhibit 6.

11. In approximately May of 2005, I was contacted by counsel for Ms. Roth and was informed that ACE and Roth had settled the lawsuit and that there were no impediments for me and my businesses to resume selling the photo albums bearing the IAAC Alaska Map Photo Album design. Although I originally considered ordering these albums from Roth, I ultimately contacted an individual by the name of Mr. Jim Hayes, Jr. of Hayes Specialties, a business that specializes in manufacturing gift and souvenir items for retail shops. Mr. Hayes and I agreed that his business would create photo albums bearing the IAAC Alaska Map Photo Album design—the exact same design I had purchased years ago and formed the basis of the design produced by Ms. Roth for me and my businesses previously. I sold these photo albums in the AJMC location beginning in approximately April of 2006. Attached hereto as part of ACE's Complaint is a true and correct copy of the album created for me by Hayes Specialties in 2006. *See* Exhibit 7, p. 15. The Alaska Map Photo Album Design depicted on the Hayes Specialties album *is* the IAAC Alaska Map Photo Album Design to which I purchased the rights in 2002 and that ACE knew I was claiming rights to use since my deposition in May of 2004 in the Roth Suit.

12. In approximately July of 2006 AJMC was served with a copy of the summons and complaint in this matter. A true and correct copy of this document is attached hereto as Exhibit 7. I was stunned by the allegations because the alleged "infringement" was nothing other than AJMC selling copies of the exact same IAAC Alaska Map Photo Album design I purchased back in 2002 and that had previously been created for me and my businesses by Ms. Roth.

13. In February of 2007 my deposition was taken in this case. Attached as Exhibit 8 are true and correct copies of portions of my deposition testimony.

AFFIDAVIT OF DAVID COATES IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 5

**ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC
Case No. 3:06-cv-00170-TMB**
K:\55853\00001\XRH\XRH_P252Y

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, AK 99501-1971
TELEPHONE: 907-276-1969

EXECUTED this _____ day of March, 2007 at _____.

_____
DAVID COATES

SIGNED AND AFFIRMED before me on the 23rd day of March, 2007, by David Coates.



_____
NOTARY PUBLIC
Print Name: Leslie Gibson
My commission expires: 10-28-2010

AFFIDAVIT OF DAVID COATES IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT -

**ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC
Case No. 3:06-cv-00170-TMB**
K:\55853\00001\XRH\XRH_P252Y

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, AK 99501-1971
TELEPHONE: 907-276-1969

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

Ryan McBrayer, RMcBrayer@perkinscoie.com

                By /s/ J. Michael Keyes
                J. Michael Keyes, *Pro Hac Vice*
                KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
                618 W. Riverside Ave. #300
                Spokane, WA 99201
                Telephone: 509-624-2100
                Facsimile: 509-456-0146
                Email: mike.keyes@klgates.com
                Attorneys for Defendant
                Alaska-Juneau Mining Company LLC

AFFIDAVIT OF DAVID COATES IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT -

**ARCTIC CIRCLE ENTERPRISES vs.**
**ALASKA-JUNEAU MINING COMPANY LLC**
**Case No. 3:06-cv-00170-TMB**
K:\55853\00001\XRH\XRH_P252Y

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, AK 99501-1971
TELEPHONE: 907-276-1969

## INDEX TO EXHIBITS

Exhibit 1        IAAC 2000 Gift and Souvenir Catalog

Exhibit 2        Hogberg Acknowledgment of joint ownership of the IAAC Alaska Map Photo Album Design rights

Exhibit 3        Excerpts from David Coates' Deposition

Exhibit 4        AJMC Certificate of Organization and Articles of Organization filed April 15, 2004

Exhibit 5        Invoices

Exhibit 6        Declaration of David Coates filed in Roth Litigation

Exhibit 7        Complaint

Exhibit 8        Excerpts from the February 5, 2007, deposition of David Coates

AFFIDAVIT OF DAVID COATES IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT -

**ARCTIC CIRCLE ENTERPRISES vs.**
**ALASKA-JUNEAU MINING COMPANY LLC**
**Case No. 3:06-cv-00170-TMB**
K:\55853\00001\XRH\XRH_P252Y

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, AK 99501-1971
TELEPHONE: 907-276-1969