# EXHIBIT 1

Exhibit 1 Page 1



# 2000 Alaska
## Wholesale Catalog
# Indian Arts & Crafts

Gift Connections, Inc • Bloom Brothers • Indian Arts & Crafts

Exhibit 1 Page 2

# PHOTO ALBUMS

## 24 POCKET     ## 32 POCKET - 4X6






22118 – 5x7 Map
1.75 each  min 12

23439 – Mountain Royalty
1.25 each  min 12

23440 – Arctic Collage
1.25 each  min 12

23442 – Float Plane
1.25 each  min 12

## 64 POCKET - 4X6     ## 100 POCKET - 5X7







23437 – Eagle
2.25 each  min 12

23438 – Dogteam
2.25 each  min 12

21600 – 5x7 Dipper
4.00 each min 12

21601 – 5x7 Map
4.00 each min 12

23433 – 4x6 Map Relief
4.25 each min 12

## 120 POCKET - 4X6





23434 – Russian Dancers
3.00 each* min 12

23435 – Wildflowers
3.00 each* min 12

23436 – Monet Floral
3.00 each* min 12

Exhibit 1 Page 3





INDIAN ARTS AND CRAFTS · BLOOM BROTHERS · CRANBERRY LAKE

Copyright GIFT CONNECTIONS, INC.  Any reproductions of this image, in whole or in part, is strictly prohibited without the written authorization from GIFT CONNECTIONS, INC.

Item #
Control #
"Antique Alaska Map Photo Album"
Artist: Jeffrey N. Knutson

AJMC 1ST RFP-0021

Exhibit 1 Page 4

# EXHIBIT 2

Exhibit 2 Page 1

**Northwest  Souvenirs**

402 21st Avenue Court
Milton, WA  98354
(253) 926-1618
(253) 922-3227 FAX

April 9, 2002

Dave Coates
Skagway Mining Company
PO Box 847
Skagway, AK  99835

Dear Dave:

In regards to the artwork that has been purchased from Great Northern Mercantile.

Steve Hogberg, Dave Coates & Kathy Fleenor are joint owners of this artwork purchased.  This includes Trademarks, Registrations, & Copyrights on all artwork from Indian Arts & Crafts, Gift Connections & Great Northern Mercantile.

Regards,

*Steve Hogberg*

Steve Hogberg

Exhibit 2 Page 2

# EXHIBIT 3

Exhibit 3 Page 1

**SEAK Professional Services, LLC**

1        IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF ALASKA

3

ARCTIC CIRCLE ENTERPRISES, INC.    )
4                                   )
                                    )
5            Plaintiff,             )
                                    )
6        vs.                        )
                                    )
7                                   )
SANDY ROTH and TANDEM IMPORTS, INC.)
8  A WASHINGTON CORPORATION,        )
LAWRENCE H.  PRESS d/b/a PIERCE     )
9  DISTRIBUTORS, KEYSTAR            )
INTERNATIONAL LIMITED,             )
10                                  )
            Defendants.            )    No.   A03-139 CV(JWS)
11 _____)_____
SANDY ROTH and TANDEM IMPORTS, INC.)
12 A Washington Corporation.         )
                                    )
13       Counterclaim Plaintiffs    )
                                    )
14 vs                               )
                                    )
15 ARCTIC CIRCLE ENTERPRISES, INC.  )
                                    )
16       Counterclaim Defendant.    )
   _____

17

18            DEPOSITION ON ORAL EXAMINATION

19                          OF

20                   DAVID L. COATES

                        1:51 p.m.
21                     May 17, 2004
              SEAK PROFESSIONAL SERVICES, LLC
22                  833 Schoenbar Road
                 Ketchikan, Alaska 99901
23

24

25

                                                          -1-

Exhibit 3 Page 2

Coates Direct

1  Q  What's been marked in red?

2  A  You know, I marked some of those ones -- I went through

3      and marked some of the ones where I recognized Sandy's

4      numbers, that -- where I called her.

5  Q  Did you mark each one?

6  A  Well -- I can't tell you that I did for sure. It was

7      late and I was tired, and I tried to, but I don't

8      remember that I did every single one. I think the first

9      one that I found that I -- where I called her, I believe

10     was October 22nd, of 2002 I think it was.

11  Q  Do you happen to actually recall that call?

12  A  No, not really. I mean again, it was a year and half

13     ago. You know basically at that point -- I mean if

14     you're asking about that call, do you want me to lead up

15     to that call?

16  Q  Sure.

17  A  I had purchased -- Kathy and I, with Steve Hogberg some

18     artwork, from Indian Arts and Crafts. And Steve and us

19     were planning on doing the items for Indian Arts and

20     Crafts. Doing those items -- yeah, those that we bought

21     the rights to. And then we went to a show, in

22     Gatlinburg, Tennessee together, Kathy and I, Steve was

23     already there. And looked at the possibility of -- we

24     were very unhappy with the relationship that had become

25     with Arctic Circle, and we were desperately looking for

-18-

SEAK Professional Services, LLC

Exhibit 3 Page 3

Coates Direct

1   someone else.

2  Q  Well by October she had already planned to go back into

3     business, hadn't she?

4  A  I don't know that.  I can't tell you that.

5  Q  Well didn't you talk to her in the summer of 2002, about

6     going back into the Alaska business?

7  A  She hadn't ever really said if she was going to do that

8     or not.  You know, and I'd -- over the years when they

9     were selling Indian and Arts and Crafts, when her and

10    Howard had it and I always -- I said gees you ought to,

11    you know, sell me the company.  And so over the years, I

12    talked about it, but I never done anything about it.  It

13    was just kind of more of an inquisitive deal and

14    basically I was happy enough, with just being in the

15    retail business.  And then I got to a point where my

16    relationship with Arctic Circle became so abrasive that

17    it just really didn't feel tolerable for us to continue

18    to -- you know, what I felt was you know, being treated

19    in such a way, that we just didn't feel -- that was the

20    point that you know, I started saying well we ought to

21    really start looking at it.  And again, my real

22    intention, bought the artwork with Steve Hogberg, and he

23    approached me about purchasing the artwork with him, to

24    do the importing of those items and that was my

25    intention.

-20-

Exhibit 3 Page 4

Coates Direct

1  Q    If I could, let me.....

2  A    Uh-huh (affirmative).

3  Q    If you can just stick to answering the questions this

4       will.....

5  A    Sure.

6  Q    .....could go a little easier.  When did Steve Hogberg

7       approach you about buying the artwork?

8  A    I don't know the exact day, but I'm guessing it was

9       sometime in maybe March of 2000.

10 Q    Did he actually buy these things from Indian Arts and

11      Crafts?

12 A    The artwork?

13 Q    Yeah.

14 A    Uh-huh (affirmative).  Yes.

15 Q    He paid cash for them?

16 A    Well I don't know if he did or not.  I don't know that.

17      I know that Kathy and I sent him a check for $5,000.  And

18      he was going to pay $5,000.  Now I know that they owed

19      him some money on commissions and things, so I don't know

20      if he took our checks, and then worked that out with the

21      owner of the company, I don't know.  I just know that he

22      produced a letter and you'll have to ask him, you know

23      how that went because I don't know.

24 Q    So this was in 2000?

25 A    It was 2002.  2002.

-21-

Exhibit 3 Page 5

SEAK Professional Services, LLC

Coates Direct

1  Q    That you sent him the $5,000?

2  A    Correct.

3  Q    Do you remember what month it was?

4  A    No but I could find out really easy, I'm real sure it's

5       got to be March, because the letter that -- that he sent

6       me back, you know, I said I want some sort of letter,

7       from the owner of the company showing that we'd -- you

8       know, that we'd purchased this.....

9  Q    Uh-huh (affirmative).

10  A    .....and we did get a letter you know within a real short

11      time, so.....

12  Q    So it would have been March of 2002?

13  A    I'm pretty sure of that.

14  Q    Didn't Kathy produce some documents about that.  Did you

15      see those?

16  A    Well yeah, and I have the -- we have the letters, you

17      know, from Steve you know, stating that.  But again the

18      actual day that the check was written.  I didn't look up

19      the day the check was written, and I'm -- and I'd be

20      reasonably sure it was March of 2000 -- it could have

21      been February of 2002.  And maybe he didn't get us the

22      letter until later, and I just don't -- you know I don't

23      know that.

24  Q    There was also a letter in 2003 saying the same thing, do

25      you know why that was?  Saying that they had signed their

-22-

Exhibit 3 Page 6

Coates Direct

1    rights in 2003?  April of 2003?

2  A   I don't know that, if that was the case, I'd have to see

3    that.

4  Q   Where did I put it.  I don't have it.  All right. So you

5    have a half interest now, or do you have all of these

6    rights?

7  A   Well Steve owns half interest of the rights.  That was

8    our original deal, and Kathy and I were to own the other

9    half interest.  And what we did is I sold to Sandy for a

10   dollar the rights to use our artwork to help us in

11   anything that we wanted to -- wanted to bring in.

12 Q   Does Steve Hogberg get some sort of return for owning

13   half?

14 A   No.  The agreement that we had was that Steve could use

15   the artwork to perpetuate his business, he -- at the time

16   we talked about doing something together, and using it

17   together to import things.  And -- but my only real

18   desire was to take care of my own stores.  So I basically

19   said Steve, I just want to be able to use the artwork, to

20   be able to take care of my stores.  I don't really want

21   to be in the wholesale business.  That's not what I want

22   to be in.  I just want to be able to take care -- so the

23   agreement was he would use it for whatever he wanted to

24   do, and I would use it for whatever I wanted to do.  And

25   then he could -- basically the agreement was that he was

-23-

Exhibit 3 Page 7

SEAK Professional Services, LLC

Coates Direct

1  Q    When you bought the artwork of Indian Arts and Crafts.

2  A    Uh-huh (affirmative).

3  Q    Did you feel that you then owned the artwork, and their

4       catalogue?

5  A    Uh-huh (affirmative).

6  Q    Do you know if they copied anyone else?

7  A    I can't tell you.  Alls I can do is go back -- who I know

8       I was buying an item from first.  You know it was in

9       their catalogue, sometimes I know in the last couple of

10      years, that Indian Arts and Crafts got really weak, every

11      time we'd go to the showroom of Arctic Circle we were

12      seeing new items of theirs.  And I'm thinking you know,

13      Kathy and I would look at each other and go -- look

14      there's more.  I'm not surprised.  This camera viewer was

15      something they added. The same with the little water

16      globes that you shake, the little plastic globe.

17  Q    What's the number on the camera?

18  A    Number 4593.

19  Q    Thank you.  And so they copied a plastic water globe,

20      what's that?

21  A    Well it's just a little plastic, and again I don't know

22      if -- if Indian Arts and Craft actually developed that

23      item.  But some of these items are generic they're on the

24      shelf in China when you go to the trade show and you just

25      say I'll take that, and I'll take that.  And you know

                                                           -43-

Exhibit 3 Page 8

Coates Direct

1    being taken care.  And we felt not welcome, so we need to

2    start looking for people that would you know, take care

3    of us.

4  Q    Yeah.  The question is, let me repeat it.  Do you recall

5    a time in 2002 when you decided what you wouldn't order

6    from Arctic Circle, because you were going to get it from

7    Roth?

8  A    No I don't recall that.

9  Q    You understood your orders went down quite a bit in --

10    for the 2003 season?

11  A    Well that's -- if that's what you're saying that maybe

12    what it is.  In the 2002, we had quite a residual of

13    inventory left over.  I mean we had a lot of inventory

14    left over.  And as a matter of fact, as I said in 2003

15    they were still a largest supplier by far of any other

16    suppliers.  And that would indicate that we over bought

17    in the year 2002 -- for the 2002 season that we had

18    enough merchandise.  We only try buy what we know that

19    we're going to sell, and then when you find that you've

20    got -- if you bought a 1,000 and you sold 500, well

21    you've got next year, you're going to sell another 500 so

22    you don't order another 1,000 of that item.  And.....

23  Q    So in the 2002 season, you sold Arctic Circle's

24    photographic albums didn't you?

25  A    Uh-huh (affirmative).

-63-

Exhibit 3 Page 9

Coates Direct

1  Q   And 2003 season, you didn't?  You sold Sandy Roth's?

2  A   Yes.  No, we sold their photo albums in 2003.

3  Q   You sold Arctic Circle's?

4  A   Uh-huh (affirmative).  Uh-huh (affirmative).

5  Q   You didn't sell Sandy Roth's?

6  A   Uh-huh (affirmative).  Yeah, we sold them both.

7  Q   Side by side?

8  A   Yes.  Because we had enough of them left over.  We had

9      plenty to you know, to sell.

10 Q   You didn't buy any photographic albums for -- from Arctic

11     Circle for the 2003 season?

12 A   I don't believe so.

13 Q   You sold off what you had left of theirs and you sold

14     Sandy Roth's?

15 A   Well we didn't sell what we had -- or sell them all

16     because I think we still have some left even today.

17 Q   Of Arctic Circle's?

18 A   Uh-huh (affirmative).  I believe so.  I mean I believe

19     so, there was -- you know when -- some of these big

20     orders are so big and when you're guessing and you're

21     taking 2,880, or 4,000 and then all of a sudden you only

22     sell a 1,000 and you can have a residual left over.

23 Q   In 2003 for that season is what I'm saying.

24 A   Uh-huh (affirmative).

25 Q   Didn't you buy quite a bit more from Roth than you did

-64-

SEAK Professional Services, LLC

Exhibit 3 Page 10

Coates Direct

1    Seattle you can deal with Shuji (ph) about this. And so

2    then I just let it go, and just kind of felt well you

3    know.....

4  Q  Well let's get back to the question Mr. Coates. For the

5    2003 season, you ordered photograph albums from Sandy

6    Roth? Right?

7  A  Uh-huh (affirmative). Uh-huh (affirmative).

8  Q  You certainly made a judgment that what you had left over

9    from the year before wasn't enough for the season?

10 A  No, because we -- I think -- let's see 2003 -- 2003.

11   Well we'd have -- we already had enough left with Arctic

12   Circle, but she had a -- had a new item and I guess we

13   thought maybe we were going to sell more. And so you

14   know, we brought in some -- you know, we brought in some

15   of these that -- we brought in some more.

16 Q  You brought in photo albums in 2003 from Sandy Roth?

17 A  Uh-huh (affirmative). Uh-huh (affirmative).

18 Q  Because you expected to sell them in 2003?

19 A  Okay. Maybe so, yeah.

20 Q  And that's because you didn't have enough left over from

21   2002 season, right? That's why you ordered more?

22 A  Maybe so, maybe so.

23 Q  And you didn't order any from Arctic Circle, because you

24   ordered them from Sandy Roth, right?

25 A  Sure, yes.

-66-

SEAK Professional Services, LLC

Exhibit 3 Page 11

Coates Direct

1  Q    Did you order some for this season, the 2004 season?

2  A    From Sandy?

3  Q    Yeah.

4  A    Yes.

5  Q    The photographic albums?

6  A    Yes.

7  Q    How many?

8  A    I can't tell you, I don't know right now, without seeing

9       the -- I mean, I don't know.  You guys have the invoices,

10      so you should be able to look at that too.

11 Q    Did you order -- these are the same ones you'd ordered

12      the year before from Sandy?

13 A    No.  They're a totally different look.  She's changed it,

14      a different cover, and a totally different look.  She

15      said. let's move onto something different

16 Q    To your knowledge did she use the hanging tag Frontier

17      Alaska Friends for the 2004 season?

18 A    I don't believe she did.  Because I think she -- it was

19      something she wasn't supposed to do, I believe she

20      changed it.

21 Q    What about the chenille husky, did that change from 2003

22      season to 2004 season?

23 A    I can't tell you, I haven't seen it.  I haven't seen it

24      to tell you.

25 Q    Did Sandy show you samples before she sold you things for

-67-

SEAK Professional Services, LLC

Exhibit 3 Page 12

Coates Direct

1  Q    And.....

2  A    Actually we were already buying IAAC stuff, and we had

3       the inventory of IAAC, so we already knew what that those

4       items were.

5  Q    So you took your top sellers, and looked in the IAAC

6       catalogue and tried to buy them -- things that looked

7       like them?

8  A    Well we took the top sellers of the IAAC list, because we

9       had been from IAAC for years, and we knew what those

10      items were.  So we took our old IAAC -- and said we want

11      the best items, you know that we have.

12 Q    Well when you ran your top 10 or top 20 items that was

13      store wide that wasn't specific to a manufacturer?

14 A    Right.

15 Q    Was it?

16 A    That's correct.

17 Q    There were some Arctic Circle items on there?

18 A    Yes, there were Arctic Circle items that we own the

19      rights too already.  Photo albums and dolls, and things

20      that were in the IAAC catalogue also.

21 Q    There were some items Arctic Circle items that you owned

22      the rights too, is that your statement?

23 A    No.  We owned the IAAC rights to items that were similar

24      items to Arctic Circle, such as.....

25 Q    And those you ordered from Sandy Roth?

-78-

Exhibit 3 Page 13

SEAK Professional Services, LLC

Coates Direct

1   A    Uh-huh (affirmative).

2   Q    Because you felt protected that they were in the IAAC

3        catalogue?

4   A    Uh-huh (affirmative).

5   Q    And therefore you weren't going to get sued?

6   A    Yeah, we felt we owned the rights to them.  Is what we

7        did.  And if we owned the rights to them, we felt we had

8        the rights to use those items.

9   Q    Did you talk to Sandy Roth about whether you were going

10       to get sued or not?

11  A    I don't think so.  I mean it's possible.  I mean we had

12       always maintained that I wanted to use the items that we

13       had.  That we could use.  And then any new items that she

14       could develop.  But again there wasn't much time because

15       it was so close to the season.

16  Q    She didn't really develop any new items for 2003, did

17       she?

18  A    Uh-huh (affirmative).

19  Q    Which ones were new items?

20  A    We had a lot of things, we had a series, three series of

21       hand painted -- hand painted plates.  And dishes, and

22       things that had the totem house, and the Skagway train,

23       and the Juneau tram, and you know, it was a -- you know

24       those type of items.  Wait a minute I got to think about

25       here.  2003, 2004, yeah 2003 that's correct.

-79-

Exhibit 3 Page 14

SEAK Professional Services, LLC

Coates Direct

1   you know, they need to be updated.  And so we just kind

2   of trusted her to do that.

3   Q   Wasn't she changing them to make them a little different

4       than Arctic Circle's?

5   A   To make them different from Arctic Circle's?

6   Q   Yes.

7   A   I don't know, I mean you've got two photo albums, side by

8       side they look almost identical anyway and she says I can

9       take this one from Indian Arts and Crafts and make it

10      look nicer.

11  Q   Did you talk to her about making the photo album that was

12      in the IAAC catalogue a little different than Arctic

13      Circle's?

14  A   I don't know if I did or not.  I don't recall that.

15  Q   Do you recall that you held off from ordering from Arctic

16      Circle for a while, during the fall of 2002?

17  A   It's possible.  Yes, I mean that's possible.

18  Q   Because you expected to get those from some other source,

19      the items you would have ordered from Arctic Circle?

20  A   I was definitely looking for other sources?

21  Q   And that was Sandy Roth?

22  A   I ended up developing a relationship with Mike Anderson,

23      at Greatland Classics.  I gave him a $130,000 order that

24      I was doing zero with him before.  And Hayes Specialties,

25      I gave him a good size order.

-83-

Exhibit 3 Page 15

SEAK Professional Services, LLC

Coates Direct

1  Q   (Indiscernible).  More stuff?

2  A   Other stuff.  Yeah.  He's similar to Arctic Circle, but

3       he's in Michigan.  We order from maybe half a dozen other

4       new companies, and started a relationships with different

5       -- other different people.

6  Q   Did you go to the Seattle gift show?

7  A   I've been there, I think twice in the last 10 years, and

8       that was just last two years.  I hadn't been there for

9       eight years or something like that.

10  Q   Did you meet face to face with Sandy Roth, after December

11      1st, about ordering?

12  A   I'm sure that I've seen her, I'm sure that I seen her on

13      occasion or two.  I just can't tell you when -- I saw her

14      at the gift show in January, and we went and had dinner.

15      You know face to face.

16  Q   Did she show you finished samples of merchandise that you

17      had ordered before shipping the large orders?

18  A   Some things.  You know, on some things.  And some things

19      it wasn't -- you know I think wasn't totally capable of

20      doing it.  Because of the short time frame, we had to

21      trust on you know, some things that they would be

22      correct.

23  Q   Did you receive samples from her after December 1st?

24  A   Oh yeah, for sure.  Yeah.

25  Q   Did you receive samples before December 1st?

-84-

SEAK Professional Services, LLC

Exhibit 3 Page 16

Coates Direct

1  A    No, I don't think so.

2  Q    And so you saw the samples, and did you offer some

3       changes and suggestions?

4  A    Possibly, yeah.

5  Q    And then you got finished samples back to confirm the

6       order?

7  A    Sometimes. Not always, because again -- because of the

8       short time we didn't want to jeopardize not having the

9       merchandise for the season, so sometimes we had to take a

10      chance and just you know, take her word that she was

11      going to have that change made, or something if something

12      wasn't correct.

13 Q    Do you recall which items you got finished samples from

14      after the initial samples?

15 A    I can't tell you that stuff.

16 Q    Did you ever provide an Arctic Circle catalogue to Sandy

17      Roth?

18 A    Yeah. Yeah.

19 Q    But not before this year?

20 A    Well I think this year, and I can't tell you if I did in

21      the past. But I think she already had one from someone

22      else. From one of her other friends.

23 Q    Did you send more than one order to Arctic Circle for the

24      2003 season?

25 A    I can't answer that, I can't recall.

-85-

Exhibit 3 Page 17

SEAK Professional Services, LLC

SEAK Professional Services, LLC

Coates Direct

1   Q   I want to show you this exhibit.  Exhibit 9.  Can you

2       identify exhibit 9 for us please.

3   A   It says, Paul please process my import order now, and

4       deliver to Seattle.  Please process my Skagway order now,

5       and hold for shipping. Please hold my Juneau order until

6       January 1st until I know that the building will be

7       complete.  Uh-huh (affirmative).

8                                   (Exhibit 9 introduced)

9   Q   Was this order sent all at one time?

10  A   Was this order right here sent at one time?

11  Q   Yes.

12  A   I can't tell you that, I don't know.  I can look up at

13      the -- try and look at the header?

14  Q   They appear to be consecutive.  They appear to have the

15      same date.

16  A   Well again some of these pages, the pages are just.....

17  Q   Well if you look at the -- the xerox.....

18  A   Uh-huh (affirmative).

19  Q   The fax rather.

20  A   Well these are cut off here.

21  Q   Oh I'm sorry.  Well you can look at mine.

22  A   Uh-huh (affirmative).     .

23  Q   See if you can verify that.  In fact that will be

24      meaningful.

25  A   It appears to be that.

-86-

Exhibit 3 Page 18

SEAK Professional Services, LLC

Coates Direct

1     didn't know that at that point.  No.

2  Q  Well who were you going to get them from?

3  A  Just depends on the item.  If you're talking about

4     postcards, I was going to get them from Mike Anderson and

5     the same with you know, the foil pictures, we met the

6     people that make them in Gatlinburg and we were going to

7     get them from them.  And.....

8  Q  What about Eskimo dolls where were you going to get them

9     from?

10 A  Well let's see, the Eskimo doll with wood box, Eskimo

11    doll with stand, with parka.

12 Q  You're not suggesting that you ordered the same

13    quantities from Arctic Circle that you had the year

14    before are you?

15 A  Actually, these were two new stores. I wasn't really

16    ready to -- Juneau was to be in their store, I wasn't

17    ready to do the order yet, because I was concerned that

18    the store might not open because the construction of the

19    building was not finished.  And as it ended up, that

20    building didn't get finished and I wasn't ready to place

21    my order, and they were kind of pressing me, like you've

22    got to get these orders in, you've got to get these

23    orders in.  And I just with the Juneau, I sort of ordered

24    lighter.  Kind of anticipating that if the store didn't

25    open that maybe I could use some of this stuff in the

                                                        -89-

Exhibit 3 Page 19

Coates Cross

1     other store, or.....

2  Q   Yeah, but didn't you tell him to hold the Juneau order?

3  A   I did, yeah.

4  Q   So why would you order -- why would you have ordered

5     light if you told him to hold the order you were going to

6     be protected?

7  A   Well I didn't know I was going to be protected.  As it

8     turned out, I had to take a bunch of stuff anyway because

9     the stuff got shipped and I had to take a bunch of import

10    items.  And I was just really concerned because it was a

11    lot of money to take as merchandise if I -- if the store

12    didn't get built.  And about this time I was starting to

13    feel like it may not happen.  You know that the store

14    might not be finished.

15    MR. BOOKMAN:  Let's go off record, for a minute.

16    THE REPORTER:  Off record.

17    (Off record)

18    THE REPORTER:  We're back on record.

19    MR. BOOKMAN:  I have no further questions.

20    MR. KAGAN:  I'll  just ask you a couple of questions Mr.

21  Coates.

22           DAVID L. COATES

23  testified as follows on:

24          CROSS EXAMINATION

25  BY MR. KAGAN:

-90-

SEAK Professional Services, LLC

Exhibit 3 Page 20

Coates Cross

1    this year, he's developed his own dolls now and he's

2    selling them.  But we talked about bringing them in.  So

3    I just kind of assumed that that's where they were

4    coming.

5  Q  So between the various contacts you had made at trade

6    shows in 2002, the fact that there was a catalogue of

7    items that you felt you had the rights to from IAAC, one

8    way or another that you had the sense that if you didn't

9    order from Arctic Circle that you'd get them some how or

10   another?

11   MR. BOOKMAN:  Object to the form of the question.

12  A  I looked at the Bloom Brothers also and I was considering

13   Bloom Brothers, and then working with Steve.  I knew that

14   I was getting a bunch of stuff anyway but we still

15   weren't going to not do business you know with Arctic

16   Circle, we were going to just -- instead of having so

17   much in one basket with one supplier we decided to --

18   let's spread them out with more suppliers so that we're

19   not so much being controlled by one supplier.

20  Q  So when you were thinking about what you were going to

21   order in the fall of '02 intended for the '03 season you

22   had a lot of alternatives available to you other than

23   getting things from Sandy Roth?

24  A  Uh-huh (affirmative).

25   MR. BOOKMAN:  Object to the form of the question.

-92-

SEAK Professional Services, LLC

Exhibit 3 Page 21

Coates Cross

1   Q   Were you advised by Arctic Circle that you would not be

2       sold any items intended for the '04 season?

3   A   Their sales rep Nick Puhlich called two of my partners

4       and just kind of told them that he was sorry, that he

5       liked them, but he was not going to be allowed to sell

6       them anymore because maybe there was some thought that I

7       owned Tandem or part of it or something, whatever.

8   Q   Was it communicated to you that there as a decision from

9       Arctic Circle, not to sell to you because of the fact

10      that you had placed such large orders with Sandy Roth

11      from Tandem in '03?

12  A   To that extent.

13  Q   But for that, would your companies have ordered goods

14      from Arctic Circle?

15  A   Yes.  For sure.

16  Q   So you weren't able to do that?  Because they wouldn't

17      take your order?

18  A   Well they didn't tell me that themselves, it was through

19      their sales rep that talked to two of my people and told

20      them that sorry I can't do business with you this year.

21  Q   Did that appear to be in retaliation for the sales --

22      orders that you placed with Roth and Tandem in '03?

23      MR. BOOKMAN:  Object to the form of the question.

24  A   And I don't know, I'd assumed that, is what I assumed

25      obviously that when someone's going to do half a million

-93-

Exhibit 3 Page 22

SEAK Professional Services, LLC