# EXHIBIT 4

Exhibit 4 Page 1

File # 85639 D

# State of Alaska
# Department of Community and Economic Development
# Division of Banking, Securities and Corporations

# CERTIFICATE
# OF
# ORGANIZATION
## Limited Liability Company

The undersigned, as Commissioner of Community and Economic Development of the State of Alaska, hereby certifies that Articles of Organization of

**ALASKA - JUNEAU MINING COMPANY, LLC**

have been received in this office and have been found to conform to law.

ACCORDINGLY, the undersigned, as Commissioner of Community and Economic Development, and by virtue of the authority vested in me by law, hereby issues this Certificate of Organization and attaches hereto the original copy of the Articles of Organization.

IN TESTIMONY WHEREOF, I execute this certificate and affix the Great Seal of the State of Alaska on April 15, 2004.

*Edgar Blatchford*
Edgar Blatchford
Commissioner

Exhibit 4 Page 2

Filed for Record
State of Alaska

APR 15 2004

Department of Community
and Economic Development

ARTICLES OF ORGANIZATION
OF
ALASKA – JUNEAU MINING COMPANY, LLC

THE UNDERSIGNED hereby executes the following Articles of Organization for the purpose of forming a limited liability company under the Alaska Limited Liability Company Act (Alaska Statute, Section 10.50).

ARTICLE I
Name

The name of this limited liability company is ALASKA – JUNEAU MINING COMPANY, LLC (the "LLC").

ARTICLE II
Purpose

The purpose for which the LLC is organized for the primary purpose of owning, operating a retail gift store located at 425 S. Franklin, Juneau, Alaska and the conduct of any or all lawful affairs of which a limited liability company may be organized under this chapter.

ARTICLE III
Registered Office and Agent

A. The street address of the LLC's initial registered office is 425 S. Franklin, Juneau, Alaska. The mailing address of the LLC's office is P.O. Box 24005, Douglas, AK 99824.

B. TONI M. MURPHY is the LLC"S initial registered agent at such office.

ARTICLE IV
Period of Duration

The LLC shall continue for Forty (40) years from and after the date of filing of this Articles of Organization with the Department of Commerce and Economic Development for the State of Alaska, or earlier in accordance with the agreement of the Members or according to law.

ARTICLE V
Member Managed

The Members of the LLC shall manage the affairs and make the decisions of the LLC and there shall be no specific "manager".

ARTICLE VI
Principle Place of Business

The street address of this LLC's principle place of business is 425 S. Franklin, Juneau, Alaska 99801.

ARTICLE VII
Indemnification

The company shall indemnify each Member against all liability, damage or expense resulting from the fact that such person is or was a manager, to the maximum extent and under all circumstances permitted by Alaska law.

DATED this _1st_ day of _MARCH_, 2004.

_____    _____
Toni M. Murphy                      Neale C. Murphy
P.O. Box 240051                     P.O. Box 240051
Douglas, AK 99824                   Douglas, AK 99824

_____    _____
David L. Coates                     Lori S. Coates
P.O. Box 9452                       P.O. Box 9452
Ketchikan, AK 99901                 Ketchikan, AK 99901

_____    _____
Gary Jethani                        Meeta Jethani
2504 Via Rojo                       2504 Via Rojo
Carlsbad, CA 92008                  Carlsbad, CA 92008

_____
Doulgas J. Trucano
P.O. Box 020870
Juneau, AK 99802

THE SIC CODE FOR THE LLC IS ~~____~~. 5947

CONSENT TO APPOINTMENT AS REGISTERED AGENT

I, TONI M. MURPHY, hereby consent to serve as registered agent in the State of Alaska for the following limited liability company: ALASKA - JUNEAU MINING COMPANY, LLC. I understand that as agent for the limited liability company, it will be my responsibility to accept service of process in the name of the limited liability company; to forward all mail license renewals to the appropriate members of the limited liability company; and to immediately notify the Department of Commerce and Economic

ARTICLES OF ORGANIZATION                 Page 2
ALASKA - JUNEAU MINING COMPANY, LLC

Exhibit 4 Page 4

Development of my resignation or of any change in the address of the registered office of the limited liability company for which I am agent.

Dated: 3/16/04 , 2004

*[signature]*
Toni M. Murphy

**Paul L. Davis**
Email: paul.davis@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK  99501-1971
Phone:  907-276-1969
Fax: 907-276-1365

**Gregory Wesner,** *Pro Hac Vice*
Email:  gregory.wesner@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158
Phone:  206-623-7580
Fax: 206-623-7022

**J. Michael Keyes,** *Pro Hac Vice*
**Brooke Kuhl,** *Pro Hac Vice*
Email:  mike.keyes@klgates.com
Email:  brooke.kuhl@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA  99201
Phone:  509-624-2100
Fax: 509-456-0146

Attorneys for Defendant
Alaska-Juneau Mining Company, LLC

### UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC., <br><br> Plaintiff, <br><br> v. <br><br> ALASKA-JUNEAU MINING COMPANY LLC., <br><br> Defendant. | Case No. 3:06-cv-00170-TMB <br><br> **AFFIDAVIT OF DAVID COATES IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

**Exhibit 5 Page 1 through Exhibit 5 Page 4** withheld pursuant to Protective Order filed February 6, 2007, designated "ATTORNEYS' EYES ONLY."  Exhibit will be provided to counsel and courtesy copy to Honorable Timothy M. Burgess.

# EXHIBIT 6

Exhibit 6 Page 1

1  Kenneth S. Kagan                              The Honorable J. W. Sedwick
   Carney Badley Spellman, P.S.
2  700 Fifth Avenue, #5800
   Seattle, WA 98104-5017
3  Telephone:   (206) 622-8020
   Facsimile:   (206) 622-8983
4
   Attorneys for Sandy Roth; Tandem Imports, Inc.;
5  Lawrence H. Press d/b/a Pierce Distributors; and
   Keystar International, Ltd.
6

7             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF ALASKA
8

9  ARCTIC CIRCLE ENTERPRISES, INC.,

10          Plaintiff,

11     vs.

12 SANDY ROTH and TANDEM
   IMPORTS, INC., a Washington
13 Corporation, LAWRENCE H. PRESS
   d/b/a/ PIERCE DISTRIBUTORS, and
14 KEYSTAR INTERNATIONAL, LTD.,

15          Defendants.                 Case No. A03-139 CV (JWS)

16

17              DECLARATION OF DAVID L. COATES

18
   CITY OF TERRACE            )
19                            )
   PROVINCE OF BRITISH COLUMBIA ) ss.
20                            )
   COUNTRY OF CANADA          )
21

DECLARATION OF                   CARNEY        LAW OFFICES
DAVID L. COATES – 1              BADLEY        A PROFESSIONAL SERVICE CORPORATION
A03-139 CV (JWS).                SPELLMAN      700 FIFTH AVENUE, #5800
                                               SEATTLE, WA 98104-5017
                                               FAX (206) 467-8215
                                               TEL (206) 622-8020

rot004 0001 fb263301 2/26/04

**PLAINTIFF'S EXHIBIT 6**

Exhibit 6 Page 2

David L. Coates, being first duly sworn, hereby declares as follows:

1. I am more than eighteen years of age, not a party to the above-entitled action, and am competent to testify in court if called upon to do so. I make this Declaration from my own personal knowledge. I live in Ketchikan, AK, but execute this Declaration while on a short vacation in British Columbia.

2. I am in the souvenir business as a retailer, with multiple locations in Ketchikan, a location in Skagway, and a new location in Juneau. I may, in fact, be the largest souvenir retailer in the State of Alaska, and I have a very serious commitment to the souvenir industry in this state. I employ many people in my various locations, pay close to $2,000,000.00 per year in rents at my various locations, and do business with over 100 different companies.

3. I am very familiar with Mitchell Godfred, Gordon Godfred, Arctic Circle Enterprises ("ACE"), Sandy Roth, and Tandem Imports, Inc., having done business with all of them at various times. In fact, I have done business with ACE for approximately 17 years.

4. I have known for years that ACE engaged in very aggressive and predatory pricing and marketing practices, having witnessed it up-close and having been on the receiving end. It has a history, of which I have first-hand knowledge, of punishing retailers it has become displeased with, or who also buy from other wholesalers, by offering prices far below market to the competitors of the disfavored retailer, in an effort to drive that company out of business.

DECLARATION OF
DAVID L. COATES – 2
A03-139 CV (JWS)

rot004 0001 fb263301 2/26/04

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Exhibit 6 Page 3

5. Another ACE approach was to offer below-market prices to retailers in order to make sure that the retailers bought from them instead of one of ACE's competitors, such as Indian Arts and Crafts (IAAC). Once retailers gravitated away from ACE's competitors, and those competitors became financially strapped and left the business, the prices ACE charged would then be raised. When I then tried to find other suppliers who could sell similar items to me at prices lower than ACE's now-inflated prices, Mitchell Godfred threatened to cut us off all together, which would have been devastating, because we purchased so much of our annual inventory from ACE.

6. When I approached Gordon Godfred in his Seattle, Washington office to complain about this pattern of drastically lowered prices, elimination of competition, raised prices, threats if we looked elsewhere, Gordon advised me that if ACE could not dominate a category, it would destroy that category for everyone.

7. I have been advised that ACE has accused Sandy Roth and Tandem Imports of stealing a lot of ACE's business, which ACE has claimed hurt its business. I have some particular insights into this accusation.

8. In order to succeed financially in our market, in which profit margins are extremely low, we are dependent on pricing that is comparable to what our competitors receive. As we became aware of the prices ACE was charging some of our competitors for items we also sold, we realized that for whatever reason, ACE had chosen not to keep us competitive.

DECLARATION OF
DAVID L. COATES – 3
A03-139 CV (JWS)

rot004 0001 fb263301 2/26/04

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Exhibit 6 Page 4

9. I went to a gift show in Tennessee and saw many items similar to what we had been purchasing from ACE at prices that were one-third to one-half lower. Some of these items were offered by Sandy Roth and Tandem Imports. We then set out to replace inventory with items from Tandem and a handful of other suppliers.

10. I also purchased the rights to the art work, copyrights, and trademarks from IAAC, which became defunct. I sold the rights to use this art work to Tandem to make some of the souvenir items I wanted to sell for me. Many of these items were developed by Sandy Roth when she worked for IAAC. Apparently, ACE has claimed that it developed a lot of the items in question, but it is not true. What is true is that ACE copies much of the art work for the creation of products it wanted to sell, which then made our products less valuable.

11. For 2004, my companies were prepared to do several hundreds of thousands of dollars of business with ACE, but ACE failed to make its annual sales call on me. In late 2003, ACE's sales representative for Southeast Alaska, Nick Puhlich, advised two of my partners that he "would not be allowed" to sell us any merchandise this year, as a consequence of our having done business in 2003 with Sandy Roth and Tandem Imports.

12. If Sandy Roth and Tandem are concerned about supplying ACE with details to be found on their invoices (which would include invoices of transactions between Tandem and my companies), they have good reason to want to protect that information. I know from my own experience, for example, that if ACE learned how

DECLARATION OF
DAVID L. COATES – 4
A03-139 CV (JWS)

rot004 0001 fb263301 2/26/04

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Exhibit 6 Page 5

many units of a particular item I purchased, or what I paid per unit, or what the total dollar sales were for any particular item, ACE would then be able to use that information to severely undercut Tandem and the other suppliers, because in order to drive other suppliers out of the market, ACE can and would withstand some losses on particular products.

13.  It is my opinion, based on my many years in the market, that ACE has a history of knocking off other companies' items and pummeling these companies until they are too weak to defend their own products, as many of these companies are very small to begin with. It has been commonplace for ACE to copy those companies' products as closely as possible, and they did not get sued. A few of the suppliers that have experienced these practices are J.C. Marketing, Kipmik Dolls, Bloom Brothers, and Jackson Pacific, among others.

I declare under penalty of perjury under the laws of the State of Alaska that the foregoing is true and correct to the best of my knowledge.

DATED this 26th day of February, 2004, at Terrace, British Columbia

_____, Declarant
DAVID L. COATES, DECLARANT

DECLARATION OF
DAVID L. COATES – 5
A03-139 CV (JWS)

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

rt004 0001 fb263301 2/26/04

Exhibit 6 Page 6