# EXHIBIT 7

Exhibit 7 Page 1

Dbtf!4;17.dw.11281UNC!!!!!Epdvnfou2!!!!!Gjmfe!18028031 17!!!!!Qbhf!2!pg8

James N. Leik
*jleik@perkinscoie.com*
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
Telephone: (907) 279-8561
Facsimile: (907) 276-3108

Ramsey M. Al-Salam (*Pro Hac Vice* to be Submitted)
*RAlSalam@perkinscoie.com*
Ryan J. McBrayer (*Pro Hac Vice* to be Submitted)
*RMcBrayer@perkinscoie.com*
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

RECEIVED
JUL 2 4 2006
GREGORY F. WESNER

Attorneys for Plaintiff Arctic Circle Enterprises, LLC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ARCTIC CIRCLE ENTERPRISES, LLC., | |
|---|---|
| Plaintiff, | Case No. |
| v. | Jury Trial Demanded |
| ALASKA-JUNEAU MINING COMPANY LLC | |
| Defendant. | |

**COMPLAINT FOR COPYRIGHT INFRINGEMENT
AND JURY DEMAND**

COMES NOW Plaintiff Arctic Circle Enterprises, LLC ("Arctic Circle") and for its Complaint alleges as follows:

Arctic Circle v. Alaska-Juneau Mining Co.
Case No. _____        - 1 -        [59840-0003/SL061920.040]

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Exhibit 7 Page 2

Dbt f !4;17 dw 11281.UNC!!!!!Epdvn f oU2!!!!!Gjrhe!18©28©3117!!!!!Qbhf !3!pg8

## PARTIES

1. Plaintiff Arctic Circle is a limited liability corporation organized and existing under the laws of the State of Washington with its principal place of business in Anchorage, Alaska.

2. Defendant Alaska-Juneau Mining Company LLC ("AJMC") is, on information and belief, an Alaska limited liability corporation with its principal place of business at 425 S. Franklin St., Juneau AK, 99801.

3. AJMC is doing business and committing acts of infringement in this judicial district and elsewhere.

## JURISDICTION AND VENUE

4. This is an action for copyright infringement arising under the copyright laws of the United States, 35 U.S.C. § 101 et seq.

5. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 (federal question) and 1338(a) (copyright).

6. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (c).

## ARCTIC CIRCLE'S INTELLECTUAL PROPERTY RIGHTS

7. Arctic Circle is engaged in the business of manufacturing and importing tourist goods and souvenirs for sale to retailers in Alaska and the Pacific Northwest. Arctic Circle has been in business for over 45 years and has developed a large number of distinctive products, such as photo albums, native dolls and other souvenirs which are manufactured based on designs created by Arctic Circle.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

8. In 1998, Arctic Circle's art department created the original design for its Alaska Map Photo Album. Arctic Circle's Alaska Map Photo Album has a tan cover and is die-stamped with "Alaska" and a brown Alaska map, a compass rose, and animals and other symbols of Alaska. The Album holds up to 100 photographs and is shown in Exhibit A.

9. To protect its original design, Arctic Circle registered the 100-pocket Alaska Map Photo Album with the United States Copyright Office and was granted United States Copyright No. VAu 567-178, attached hereto as Exhibit B.

10. After its copyright registration, Arctic Circle sold its 100-pocket Alaska Map Photo Albums with "© A.C.E." printed on the front cover.

11. With the success of the original Alaska Map Photo Album, Arctic Circle's art department created a new 200-pocket Alaska Map Photo Album in 1999. This album also has a tan cover and is die-stamped with "Alaska" and a brown Alaska map, a compass rose, and animals and other symbols of Alaska. The Album holds up to 200 photographs and is shown in Exhibit C.

12. Arctic Circle also registered the 200-pocket Alaska Map Photo Album with the United States Copyright Office and was granted United States Copyright No. VAu 567-176, attached hereto as Exhibit D. Arctic Circle's copyright Nos. VAu 567-176 and VAu 567-178 are collectively referred to herein as the "Alaska Map Photo Album Copyrights."

13. After its copyright registration, Arctic Circle sold its 200-pocket Alaska Map Photo Albums with "© A.C.E." printed on the front cover.

14. Arctic Circle's Alaska Map Photo Albums have a unique and inherently distinctive appearance which Arctic Circle has promoted since the

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Alaska Map Photo Albums were first created. Arctic Circle has prominently displayed the Alaska Map Photo Albums on advertising and in other promotional efforts.

15. Arctic Circle promoted and continuously sold its 100-pocket and 200-pocket Alaska Map Photo Albums in Alaska from at least 1999 until the present.

## AJMC'S INFRINGING ACTS

16. AJMC introduced competing 100-pocket and 200-pocket photo albums ("knock-off photo albums") in or about 2006 that are copies of Arctic Circle's original and protected Alaska Map Photo Albums. Photographs of the knock-off photo albums are attached as Exhibit E.

17. On information and belief, a reasonable opportunity for discovery will show that AJMC knowingly copied Arctic Circle's Alaska Map Photo Albums and knowingly infringed Arctic Circle's Alaska Map Photo Album copyrights.

18. In or about 2006, AJMC began reproducing and distributing its knock-off photo albums to retailers in at least Southeast Alaska.

19. AJMC simultaneously induced others to distribute its knock-off photo albums in at least Southeast Alaska.

20. At no time has Arctic Circle licensed either of its Alaska Map Photo Album Copyrights to AJMC or otherwise authorized AJMC to reproduce or distribute copies of Arctic Circle's copyrighted Alaska Map Photo Albums.

21. At no time has Arctic Circle authorized AJMC to use the appearance of Arctic Circle's Alaska Map Photo Albums.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Arctic Circle v. Alaska-Juneau Mining Co.
Case No. _____    - 4 -    [59840-0003/SL061920.040]

Exhibit 7 Page 5

Dbtf!4,17.dw11281.UNC!!!!!Epdvnfou2!!!!!Gjmfe!18@28@3117!!!!!Qbhf!6!pg8

## FIRST CAUSE OF ACTION
### Copyright Infringement

22. Arctic Circle repeats and realleges the allegations contained in paragraphs 1 through 21 above.

23. AJMC has infringed and is infringing Arctic Circle's Alaska Map Photo Album Copyrights in violation of 35 U.S.C. § 106 and § 501.

24. Upon information and belief, AJMC willfully infringed Arctic Circle's Alaska Map Photo Album Copyrights.

25. AJMC's acts of copyright infringement have damaged Arctic Circle and resulted in profit to the defendant in an amount to be proven at trial.

26. AJMC's acts of copyright infringement have caused irreparable injury to Arctic Circle and brought unjust profit to AJMC. Arctic Circle will continue to suffer irreparable injury unless AJMC is enjoined.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Arctic Circle prays for relief as follows:

A.  A finding that AJMC has infringed Arctic Circle's Alaska Map Photo Album Copyrights;

B.  An award of statutory damages or defendant's profits, together with interest and costs to compensate for the infringement by AJMC in an amount to be proven at trial, along with an accounting of the extent of the infringement and damages arising therefrom;

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

C.  A permanent and/or preliminary injunction enjoining AJMC, its officers, directors, agents, servants, employees, subsidiaries, affiliates, and all others acting for, with, by, through, or under AJMC, from infringing Arctic Circle's Alaska Map Photo Album Copyrights, inducing others to infringe the Alaska Map Photo Album Copyrights, or contributing to the infringement of the Alaska Map Photo Album Copyrights by others;

D.  An injunction requiring AJMC to deliver to the Court any and all products in its possession that infringe Arctic Circle's Alaska Map Photo Album Copyrights;

E.  A finding that AJMC's copyright infringement was willful, along with an award of increased damages in accordance with 17 U.S.C. § 504(c)(2)

F.  An award of Plaintiff's costs of suit, reasonable attorneys' fees in accordance with 17 U.S.C. § 505, or as otherwise permitted by law;

G.  An award of pre-judgment and post-judgment interest and costs incurred in this action; and

H   Such other relief as the Court may deem just and proper.

## JURY DEMAND

Pursuant to Federal Rules of Civil Procedure Rule 38(b), Arctic Circle requests a trial by jury as to all issues so triable in this action.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Arctic Circle v. Alaska-Juneau Mining Co.
Case No. _____            - 6 -            [59840-0003/SL061920.040]

Exhibit 7 Page 7

Dbt f !4;17.dw 11281 UNC!!!!!Epdvn f oU2!!!!!Gjrhe!18Œ8Œ8117!!!!!Qbhf !8!pg8

Respectfully submitted this 17th day of July, 2006.

                                        **PERKINS COIE** LLP
                                        Attorneys for Plaintiff
                                        Arctic Circle Enterprises, LLC

                              By  /s/ James N. Leik
                                   James N. Leik
                                   Alaska Bar No. 8111109
                                   Ryan J. McBrayer
                                   Perkins Coie LLP
                                   1029 W. Third Avenue, Suite 300
                                   Anchorage, Alaska  99501
                                   (907) 279-8561
                                   (907) 276-3108 (Facsimile)
                                   Email: jleik@perkinscoie.com

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Arctic Circle v. Alaska-Juneau Mining Co.
Case No. _____      - 7 -      [59840-0003/SL061920.040]

Exhibit 7 Page 8





# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



VAu 567-179

JUN 2 5 2003
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**  Title of This Work ▼: 100 Pocket Alaska Map Photo Album
Nature of This Work ▼ See Instructions: Die Stamped w/ Screen Print

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼: Arctic Circle Enterprises, Inc
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"? XX Yes / ☐ No
Author's Nationality or Domicile: Citizen of ___ / Domiciled in ___
Was This Author's Contribution to the Work:
Anonymous? ☐ Yes XX No
Pseudonymous? ☐ Yes XX No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   XX Map   ☐ Technical drawing
XX 2-Dimensional artwork    ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

Name of Author ▼
Dates of Birth and Death: Year Born ▼   Year Died ▼

NOTE: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"? ☐ Yes / ☐ No
Author's Nationality or Domicile: Citizen of ___ / Domiciled in ___
Was This Author's Contribution to the Work:
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

Year in Which Creation of This Work Was Completed: **1998** This information must be given Year in all cases.
Date and Nation of First Publication of This Particular Work: Complete this information ONLY if this work has been published. Month ___ Day ___ Year ___ Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Arctic Circle Enterprises
3812 Spenard Road, Suite #100
Anchorage, Alaska  99517

APPLICATION RECEIVED
JUN 2 5 2003
ONE DEPOSIT RECEIVED
JUN 2 5 2003
TWO DEPOSITS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

Exhibit B, Page 1

Exhibit 7 Page 10

|  |  |
|---|---|
| EXAMINED BY _urb_ | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

N/A

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼            Account Number ▼


**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Mitchell Godfred, President
Arctic Circle Enterprises, Inc
3812 Spenard Road, Suite #100
Anchorage, Alaska 99517

Area code and daytime telephone number (907) 272-4366    Fax number (907) 272-4122
Email mitchellg@aceak.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Mitchell Godfred                                    Date 6/20/03

Handwritten signature (X) ▼
X _[signature]_

| Certificate will be mailed in window envelope to this address: | Name ▼ Arctic Circle Enterprises, Inc. - Mitchell Godfred |
| | Number/Street/Apt ▼ 3812 Spenard Road, Suite #100 |
| | City/State/ZIP ▼ Anchorage, Alaska 99517 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000    Web Rev. June 2002    ⓔ Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20,021



Exhibit C, Page 1

Exhibit 7 Page 12

Dbt f !4;17 .dw 11281 .UN C!!!!!Epdvn f ou2!!!!!Gjrhe!1802803 117!!!!!Qbhf !2!pg3

## CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
REG VAu 567-176

EFFECTIVE DATE OF REGISTRATION
6  24  03
Month  Day  Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼
200 Pocket Alaska Map Photo Album

NATURE OF THIS WORK ▼ See instructions
Die Stamped w/ Screen Print

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼
a  Arctic Circle Enterprises, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
      Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate boxes(es). See Instructions
☐ 3-Dimensional sculpture   ☒ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

b Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
      Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate boxes(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3** Year in Which Creation of This Work Was Completed
1999   Year   This information must be given in all cases.

Date and Nation of First Publication of This Particular Work
Complete this information   Month ___ Day ___ Year ___
ONLY if this work has been published.   Nation ___

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Arctic Circle Enterprises, Inc.
3812 Spenard Road, Suite #100
Anchorage, Alaska 99517

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 24 2003
ONE DEPOSIT RECEIVED
JUN 24 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Exhibit D, Page 1

Exhibit 7 Page 13

Dbtf!4;17.dw11281.UNC!!!!!Epdvnfou2!!!!!Gjrhe!1802803117!!!!!Qbhf!3!pg3

|  |  |
|---|---|
| EXAMINED BY _JKb_ | FORM VA |
| CHECKED BY | |
| ☒ CORRESPONDENCE  Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Mitchell Godfred, President
Arctic Circle Enterprises
3812 Spenard Road, Suite #100
Anchorage, Alaska 99517
Area code and daytime telephone number ( 907 ) 272-4366        Fax number ( 907 ) 272-4122
Email  mitchellg@aceak.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Mitchell Godfred                                              Date  6/20/03

Handwritten signature (X) ▼
X _[signature]_

Certificate will be mailed in window envelope to this address:
Name ▼
Arctic Circle Enterprises, Inc - Mitchell Godfred
Number/Street/Apt ▼
3812 Spenard Road, Suite #100
City/State/ZIP ▼
Anchorage, Alaska 99517

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-0000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000  Web Rev: June 2002  Ⓟ Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20,021




Exhibit 7 Page 15