**Paul L. Davis**
Email: paul.davis@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Phone: 907-276-1969
Fax: 907-276-1365

**Gregory Wesner,** *Pro Hac Vice*
Email: gregory.wesner@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: 206-623-7580
Fax: 206-623-7022

**J. Michael Keyes,** *Pro Hac Vice*
**Brooke Kuhl,** *Pro Hac Vice*
Email: mike.keyes@klgates.com
Email: brooke.kuhl@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
Phone: 509-624-2100
Fax: 509-456-0146

Attorneys for Defendant
Alaska-Juneau Mining Company, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC., <br><br> Plaintiff, <br><br> v. <br><br> ALASKA-JUNEAU MINING COMPANY LLC., <br><br> Defendant. | Case No. 3:06-cv-00170-TMB <br><br> **AFFIDAVIT OF STEVE HOGBERG** |

AFFIDAVIT OF STEVE HOGBERG - 1

**ARCTIC CIRCLE ENTERPRISES vs.**
**ALASKA-JUNEAU MINING COMPANY LLC**
**Case No. 3:06-cv-00170-TMB**
K:\55853\00001\BCK\BCK_P210T  3/29/07 10:34 AM

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, AK 99501-1971
TELEPHONE: 907-276-1969

STATE OF WASHINGTON       )
                          ) ss.
County of KING            )

Steve Hogberg, being duly sworn, deposes and states:

1. My name is Steve Hogberg. I am over 21 years of age. I reside in Pierce County, Washington. I am fully competent to make this affidavit and have personal knowledge of the facts stated herein. To my knowledge, all the facts stated in this affidavit are true and correct.

2. I have spent a substantial portion of my working career in the Northwest gift and souvenir industry and have worked in this industry since 1979. I have personal, first-hand knowledge regarding the gift and souvenir items manufactured and sold in the Alaska Gift and Souvenir market by various companies including Indian Arts and Crafts ("IAAC"), Gift Connections, Great Northern Mercantile, LTD ("Great Northern"), Arctic Circle Enterprises, Tandem Imports, and others.

3. Starting in early 1990, I worked in sales for IAAC. My job duties were extensive and varied and included ordering product from our suppliers, dealing with our customers, tending to matters associated with our retail location, and other similar duties. In 2000, Great Northern Mercantile purchased from IAAC the copyrights to all of the IAAC artwork, including all of the designs and artwork appearing in the 2000 IAAC Gift and Souvenir Catalog. After this transfer, I worked for Great Northern. One of the copyrights purchased was the IAAC Alaska Map Photo Album Design. Attached hereto as Exhibit 1 is a true and correct copy of the IAAC Alaska Map Photo album Design that Great Northern purchased from Gift Connections and a copy of portions of the 2000 IAAC catalog advertising the design.

AFFIDAVIT OF STEVE HOGBERG - 2

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC
Case No. 3:06-cv-00170-TMB
K:\55853\00001\BCK\BCK_P210T  3/29/07 10:34 AM

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, AK 99501-1971
TELEPHONE: 907-276-1969

4.      By early 2002, it was apparent that Great Northern was financially unable to continue its business. In a letter directed to my attention, Mitchell Godfred of Arctic Circle Enterprises, Inc. offered Great Northern $10,000 cash for all "copyrights, trademarks, tradenames artwork [sic], CD's, discs, transparencies, hardcopies and other related property." Attached as Exhibit 2 are true and correct copies of correspondence received from Arctic Circle regarding this offer. Great Northern did not sell its intellectual property to ACE. Instead, I purchased all artwork and intellectual property rights owned by Great Northern, including the IAAC Alaska Map Photo Album Design. Attached hereto as Exhibit 3 is a true and correct copy of the letter and subsequent written memorialization from the owner of Great Northern assigning the copyrights in the IAAC artwork to me.

5.      After my purchase of the IAAC Alaska Map Photo Album Design, Mr. Dave Coates and Ms. Kathy Fleenor purchased an undivided one-half interest of those rights, this purchase included the right for Coates and Fleenor to produce, among other things, the IAAC Alaska Map Photo Album Design. I drafted a statement confirming that myself, Dave Coates and Kathy Fleenor were "joint owners of th[e] artwork . . . include[ing] Trademarks, Registrations, & Copyrights on all artwork from Indian Arts & Crafts, Gift Connections & Great Northern Mercantile." A true and correct copy of this document is attached hereto as Exhibit 4.

AFFIDAVIT OF STEVE HOGBERG - 3

**ARCTIC CIRCLE ENTERPRISES vs.**
**ALASKA-JUNEAU MINING COMPANY LLC**
**Case No. 3:06-cv-00170-TMB**
K:\55853\00001\BCK\BCK_P210T  3/29/07 10:34 AM

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, AK 99501-1971
TELEPHONE: 907-276-1969

EXECUTED this 16Th day of March, 2007 at Milton Washington

_____
STEVE HOGBERG

SIGNED AND AFFIRMED before me on the 16th day of March, 2007, by Steve Hogberg.

_____
NOTARY PUBLIC
Print Name: Nathaniel A Trout
My commission expires: July 7, 2008



AFFIDAVIT OF STEVE HOGBERG -

**ARCTIC CIRCLE ENTERPRISES vs.**
**ALASKA-JUNEAU MINING COMPANY LLC**
**Case No. 3:06-cv-00170-TMB**
K:\55853\00001\BCK\BCK_P210T  3/14/07 12:20 PM

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, AK 99501-1971
TELEPHONE: 907-276-1969

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

Ryan McBrayer, RMcBrayer@perkinscoie.com

                                              By /s/ J. Michael Keyes
                                                J. Michael Keyes, *Pro Hac Vice*
                                                KIRKPATRICK & LOCKHART PRESTON
                                                GATES ELLIS LLP
                                                618 W. Riverside Ave. #300
                                                Spokane, WA 99201
                                                Telephone: 509-624-2100
                                                Facsimile: 509-456-0146
                                                Email: mike.keyes@klgates.com
                                                Attorneys for Defendant
                                                Alaska-Juneau Mining Company LLC

AFFIDAVIT OF STEVE HOGBERG -

**ARCTIC CIRCLE ENTERPRISES vs.**
**ALASKA-JUNEAU MINING COMPANY LLC**
**Case No. 3:06-cv-00170-TMB**
K:\55853\00001\BCK\BCK_P210T  3/29/07 10:34 AM

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, AK 99501-1971
TELEPHONE: 907-276-1969