# EXHIBIT 1

Exhibit 1 Page 1

Exhibit A

Gift Connections a
1999 for 2000 Ca





INDIAN ARTS AND CRAFTS - BLOOM BROTHERS - CRANBERRY LAKE

Copyright GIFT CONNECTIONS, INC. Any reproductions of this image, in whole or in part, is strictly prohibited without the written authorization from GIFT CONNECTIONS, INC.

Item #
Control #
"Antique Alaska Map Photo Album"
Artist: Jeffrey N. Knutson

AJMC 1ST RFP-0021

Exhibit 1 Page 2



# 2000 Alaska Wholesale Catalog
# Indian Arts & Crafts

Gift Connections, Inc · Bloom Brothers · Indian Arts & Crafts

Exhibit 1 Page 3

# PHOTO ALBUMS

## 24 POCKET



22118 – 5x7 Map
1.75 each min 12

## 32 POCKET – 4X6



23439 – Mountain Royalty
1.25 each min 12



23440 – Arctic Collage
1.25 each min 12



23442 – Float Plane
1.25 each min 12

## 64 POCKET – 4X6



23437 – Eagle
2.25 each min 12



23438 – Dogteam
2.25 each min 12

## 100 POCKET – 5X7



21600 – 5x7 Dipper
4.00 each min 12



21601 – 5x7 Map
4.00 each min 12



23433 – 4x6 Map Relief
4.25 each min 12

## 120 POCKET – 4X6



23434 – Russian Dancers
3.00 each* min 12



23435 – Wildflowers
3.00 each* min 12



23436 – Monet Floral
3.00 each* min 12

Exhibit 1 Page 4

# EXHIBIT 2

Exhibit 2 Page 1

FEB-21-2007 06:42 PM                                                                    P.01



# Arctic Circle Enterprises, Inc.

Corporate Offices and Showroom: 3812 Spenard Rd. #100, Anchorage, Alaska 99517-2679
Phone: 907-272-4366 • Fax: 907-272-4122 • Alaska Toll Free: 800-478-2234
customerservice@aceok.com • art@aceok.com

February 14, 2002

Great Northern Mercantile
18405 72nd Ave. South
Kent, Washington
98032

Attn:  Chris White
       Steve Hogberg

*[handwritten across page: SOLD to Someone else]*

Dear Chris & Steve:

Per my conversation this week with Steve, our company is interested in purchasing all of your copyrights, trademarks, tradenames artwork, CD's, discs, transparencies, hardcopies and other related property.

We are willing to pay $10,000 cash. We can also prepare the legal document for this transfer at our expense.

If you are interested, sign this letter of intent and fax it back to my attention. This offer is good until end of the business day on February 22, 2002.

Sincerely,

*[signature]*
Mitchell Godfred
President

*[handwritten: must PASS! Thank you]*
Great Northern Mercantile Ltd.
Title

Exhibit 2 Page 2



# Arctic Circle Enterprises, Inc.

Corporate Offices and Showroom: 3812 Spenard Rd. #100, Anchorage, Alaska 99517-2679
Phone: 907-272-4366 • Fax: 907-272-4122 • Alaska Toll Free: 800-478-2234
customerservice@aceak.com • art@aceak.com

February 15, 2002

Great Northern Mercantile

Attn:  Chris White
       Steve Hogberg

Dear Chris & Steve:

I have just received an Intellectual Property Purchase Agreement from my attorney.

As soon as you sign yesterday's letter of intent, I will send it to you for completion of this transaction.

Sincerely,

*[signature]*
Mitchell Godfred

Exhibit 2 Page 3

# EXHIBIT 3

Exhibit 3 Page 1



**Great Northern Mercantile, Ltd.**
18405 72nd Avenue South • Kent, Washington 98032
Phone 425-251-1553 • Fax 425-251-6828
Toll Free 1-866-417-3200 • Toll Free Fax 1-866-417-3300

4/10/02

To Whom It May Concern,

I, Chris White, President of Great Northern Mercantile is authorizing the transfer of all Trademarks, Copyrights & Registrations for the Souvenir Northwest & Alaska artwork in the form of Computer Generated Discs, Transparencies & Paper Copies for any and all art on Souvenirs, Gifts & Garments to Steve Hogberg.

Any and all Souvenir Northwest & Alaska art shown in previous catalogs produced by Indian Arts & Crafts, Vaughn Products, Gift Connections and Great Northern Mercantile is immediately transferred ownership to Steve Hogberg.

This agreement does not include artwork for the Gift Line of Great Northern Mercantile, Pippsywoggins, Sisterfolk, Frier Folk, Wishing You, Friendship Pins & Australian Outback Collection.

Value of artwork is placed at $50.00

Chris White, President

AJMC 1ST RFP-0020

Exhibit 3 Page 2



**GREAT NORTHERN**
MERCANTILE, LTD.

Great Northern Mercantile, Ltd.
18405 72nd Avenue South • Kent, Washington 98032
Phone 425-251-1553 • Fax 425-251-6828
Toll Free 1-866-417-3200 • Toll Free Fax 1-866-417-3300

3-28-2003

To whom it may concern.
I release rights to all souvenir art work belonging to Great Northern Mercantile, Ltd. to Steve Hogberg.

Thank you.

Chris White
President
Great Northern Mercantile, Ltd
18405 72nd Avenue South
Kent, WA 98032

# EXHIBIT 4

Exhibit 4 Page 1

# Northwest Souvenirs

402 21st Avenue Court
Milton, WA  98354
(253) 926-1618
(253) 922-3227 FAX

April 9, 2002

Dave Coates
Skagway Mining Company
PO Box 847
Skagway, AK  99835

Dear Dave:

In regards to the artwork that has been purchased from Great Northern Mercantile.

Steve Hogberg, Dave Coates & Kathy Fleenor are joint owners of this artwork purchased. This includes Trademarks, Registrations, & Copyrights on all artwork from Indian Arts & Crafts, Gift Connections & Great Northern Mercantile.

Regards,

*Steve Hogberg* (signature)

Steve Hogberg