**Paul L. Davis**
Email: paul.davis@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK  99501-1971
Phone:  907-276-1969
Fax: 907-276-1365

**Gregory Wesner,** *Pro Hac Vice*
Email: gregory.wesner@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158
Phone:  206-623-7580
Fax: 206-623-7022

**J. Michael Keyes,** *Pro Hac Vice*
**Brooke Kuhl,** *Pro Hac Vice*
Email:  mike.keyes@klgates.com
Email:  brooke.kuhl@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA  99201
Phone:  509-624-2100
Fax: 509-456-0146

Attorneys for Defendant
Alaska-Juneau Mining Company, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| **ARCTIC CIRCLE ENTERPRISES, LLC.,** | **Case No. 3:06-cv-00170-TMB** |
| Plaintiff, | |
| v. | **AFFIDAVIT OF J. Michael Keyes** |
| **ALASKA-JUNEAU MINING COMPANY LLC.,** | |
| Defendant. | |

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE (907) 276-1969

STATE OF WASHINGTON            )
                               ) ss.
County of SPOKANE              )

J. Michael Keyes, being duly sworn, deposes and states:

1.    I am over 18 years of age.  I reside in Spokane, Washington.  I am fully competent to make this affidavit and have personal knowledge of the facts stated herein.  To my knowledge, all the facts stated in this affidavit are true and correct.

2.    I am counsel of record for defendant Alaska Juneau Mining Company, LLC.

3.    Prior to this action, Arctic Circle Enterprises, Inc. ("ACE" or "Arctic Circle") filed a Complaint against Ms. Sandy Roth and her business, Tandem Imports, in part, alleging copying of the ACE Alaska Map Photo Album Design.  Attached as Exhibit 1 is a true and correct copy of the court's docket sheet for that action filed as Case No. A03-0139—CV.  ACE filed its original Complaint against Roth and Tandem in June of 2003.  A true and correct copy of this Complaint is attached as Exhibit 2.  I will refer to that action as the "Roth Suit" or "Roth Litigation."  In September of 2003, ACE amended its Complaint.  Attached as Exhibit 3 is a true and correct copy of the Amended Complaint.

4.    Roth and Tandem answered in late September 2003.  A true and correct copy of this Answer is attached as Exhibit 4.  On September 24, 2003, Roth and Tandem filed their Amended Answer, Affirmative Defenses and Counterclaims alleging, among other things, the following facts:

- "Roth owns the rights to purchase the Indian Arts and Crafts products and designs (many of which were designed by her) from suppliers." Amended Answer, p. 10, ¶ 48.

- "The allegations by Mr. Godfred regarding exclusive rights to the embossed photo album cover are false. . ." Amended Answer, p. 14, ¶ 86.

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC          - 2 -
Case No. 3:06-cv-00170-TMB
K:\55853\00001\JMK\JMK_P21J

- "[T]he photo album cover has been an open item of Marble Rich Trading Company for over 20 years. . ." Amended Answer, p. 14, ¶ 86.

- "[T]he Arctic Circle album cover is also a copy of that produced by Pioneer Photo Albums, Inc." Amended Answer, p. 14, ¶ 86.

A true and correct copy of the Amended Answer is attached as Exhibit 5.

5.      In 2004 Roth and Tandem moved the court to allow the filing of a second Amended Answer—a copy of the proposed Amended Answer was attached. A true and correct copy of the motion, the Amended Answer as proposed and its attachments are attached hereto as Exhibit 6.

6.      During the Roth Litigation, ACE made certain allegations about the relationship between Mr. David Coates ("Coates") and Roth in an effort to bind Mr. Coates to an injunction issued during the Roth Suit. Attached as indicated below are true and correct copies of documents filed by ACE in the Roth Suit:

- Exhibit 7 is a true and correct copy of Arctic Circle's Motion for Order to Show Cause dated June 18, 2004.

- Exhibit 8 is a true and correct copy Arctic Circle's Reply in Support of Motion for Order to Show Cause dated July 7, 2004.

- Exhibit 9 is a true and correct copy of the Second Affidavit of Mitchell Godfred dated March 9, 2004.

For example, at paragraph 3 in the Second Affidavit of Mitchell Godfred dated March 9, 2004 (and attached hereto as Exhibit 3), Mr. Godfred alleged that "David Coates may be involved in Ms. Roth's business", and "Mr. Coates's stores were heavily engaged in retailing most of Ms. Roth's line of [ ] goods." Similarly, Plaintiff, in its Motion for Order to Show Cause dated June 18, 2004, asserts that "[Mr. Coates is] acting in concert and participating with Ms. Roth in this matter." *See*

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

Exhibit 7. At page 6 through 7 in its Reply in Support of Motion for Order to Show Cause dated July 7, 2004, Arctic Circle argued that Roth and Coates were the same parties for purposes of the application of the injunction in that action. *See* Exhibit 8. In fact, according to Arctic Circle, "Mr. Coates was largely responsible for the design of the infringing photo album cover in 2003." *See* Exhibit 8, at p. 4. Despite that knowledge and the broad release and covenant not to sue entered by Arctic Circle, it sued Mr. Coates' Juneau business in July of 2006.

7.       During the Roth litigation ACE became aware that the allegedly-infringing photo albums were based on the IAAC Alaska Map Photo Album Design that was purchased by David Coates in approximately 2002. Attached as Exhibits 10 are true and correct copies of documents produced or filed in the Roth litigation that notified Arctic Circle of this claim. For example, in a Declaration dated September 14, 2003 filed in the Roth action, Mr. Coates attested that he "invested with others in the purchase of all rights of the company formerly known as Indian Arts and Crafts, including rights to all original designs of that company" and that he granted an "undivided interest in [those] rights regarding its designs to Sandy Roth." *See* Exhibit 10, ¶¶ 5, 6. In 2004 Arctic Circle deposed Mr. Coates in that action and discussed the written assignments memorializing Mr. Coates's acquisition of intellectual property rights and artwork held by Indian Arts and Crafts and Gift Connections. *See* Coates Aff., ¶ 4. Arctic Circle deposed Sandy Roth in May of 2004. During her deposition, Ms. Roth disclosed the connection between the allegedly infringing album at issue in the Roth Litigation and an album designed and sold by IAAC. Attached as Exhibit 11 are true and correct copies of excerpts from the Roth deposition transcript.

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

8.      Arctic Circle, Roth, Tandem and Keystar entered into a Settlement Agreement on or about May 12, 2005. ACE has produced a copy of that Settlement Agreement in this action and a true and correct copy of this Agreement is attached hereto as Exhibit 12.

9.      Acting on the parties' written stipulation, Judge Sedwick entered an order of dismissal with prejudice of all claims and counterclaims on May 24, 2005. A true and correct copy of this order of dismissal is attached as Exhibit 13.

10.     On July 17, 2006, ACE filed its Complaint against AJMC in the United States District Court for the District of Alaska. A copy of this Complaint is attached as Exhibit 7 to the Affidavit of David Coates. In this action, ACE attached copyright registrations to its complaint the copyright owner as "Arctic Circle Enterprises, Inc." However, a different entity, Arctic Circle Enterprises, LLC, brought this action against AJMC. A current search of the U.S. Copyright Office's online record reveals that the copyrights have not been transferred by the corporation to the limited liability company. Attached as Exhibit 14 is a true and correct copy of the printout from the U.S. Copyright Office's online records illustrating the ownership of record of those registrations.

11.     In response to written discovery ACE produced a copy of a "Copyright Assignment" purporting to assign an artists interest in an Alaska Map Design to ACE, LLC. This assignment was dated September 14, 2006 – over three months after ACE filed its actions claiming to own the copyright in its Alaska Map Photo Album. A true and correct copy of this assignment and the exhibit referenced therein are attached as Exhibit 15.

12.     In August of 2006 I sent a letter to ACE's counsel, Mr. Ryan McBrayer, advising him of the preclusive affect of the settlement of all claims in the Roth litigation. Attached as

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

Exhibit 16 is a true and correct copy of this letter. ACE's counsel responded asserting that the Roth settlement had no bearing on this matter. Attached as Exhibit 17 is a true and correct copy of that letter from ACE's counsel.

13.    On February 22, 2007, I deposed Mitchell Godfred who appeared as the 30(b)(6) designee of ACE. According to Mr. Godfred, at the time that ACE initiated its action against AJMC it knew that Dave Coates was a customer of Sandy Roth. Attached as Exhibit 18 is a true and correct copy of portions of Mr. Godfred's deposition transcript.

EXECUTED this _28th_ day of March, 2007 at _Spokane, WA_ .

J. Michael Keyes

SIGNED AND AFFIRMED before me on the _28th_ day of March, 2007, by J. Michael Keyes.



NOTARY PUBLIC

Print Name: _Amy Nally_

My commission expires: _1/24/08_

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

Ryan McBrayer, RMcBrayer@perkinscoie.com

By  /s/ J. Michael Keyes
    J. Michael Keyes, *Pro Hac Vice*
    KIRKPATRICK & LOCKHART PRESTON
    GATES ELLIS LLP
    618 W. Riverside Ave. #300
    Spokane, WA  99201
    Telephone:  509-624-2100
    Facsimile:  509-456-0146
    Email:  mike.keyes@klgates.com
    Attorneys for Defendant
    Alaska-Juneau Mining Company LLC

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC            - 7 -
Case No. 3:06-cv-00170-TMB
K:\55853\00001\JMK\JMK_P21J

## Exhibit Index

Exhibit 1  Docket Sheet for Case no. A03-139 CV -- Arctic Circle Enterprises, Inc. v. Roth et al. ("Roth Litigation")

Exhibit 2  Complaint – Roth Litigation

Exhibit 3  Amended Complaint—Roth Litigation

Exhibit 4  Roth and Tandem's Answer—Roth Litigation

Exhibit 5  Roth and Tandem's Amended Answer – Roth Litigation

Exhibit 6  Roth and Tandem's Motion to Amend Answer with Proposed Answer and attachments – Roth Litigation

Exhibit 7  ACE's Motion for Order to Show Cause dated June 18, 2004—Roth Litigation

Exhibit 8  ACE's Reply in Support of Motion for Order to Show Cause dated July 7, 2004—Roth Litigation

Exhibit 9  Second Affidavit of Mitchell Godfred dated March 9, 2004—Roth Litigation

Exhibit 10  Declaration of David Coates dated September 14, 2003 – Roth Litigation

Exhibit 11  Excerpts from the May 20, 2004 deposition transcript of Sandy Roth – Roth Litigation

Exhibit 12  Settlement Agreement and Mutual Release – Roth Litigation

Exhibit 13  Stipulation and Order of Dismissal – Roth Litigation

Exhibit 14  Search results from online U.S. Copyright Office records

Exhibit 15  Copyright Assignment dated September 14, 2006

Exhibit 16  August 16, 2006, letter from AJMC's counsel letter to ACE's counsel

Exhibit 17  August 18, 2006, letter from ACE's counsel to AJMC's counsel

Exhibit 18  Excerpts from the February 22, 2007, deposition transcript of ACE's 30(b)(6) designee

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, AK 99501-1971
TELEPHONE: 907-276-1969

# EXHIBIT 1

Exhibit 1 Page 1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0139--CV (JWS)
"ARCTIC CIRCLE ENTERPRISES INC V SANDY ROTH ET"

Including terminated parties, excluding terminated counsel

Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
    Referral Rule:
           Filed: 06/24/03
          Closed: 05/24/05

    Jurisdiction: (4) Diversity (see citizenship of parties)
   PLF Diversity: (1) Citizen of This State
   DEF Diversity: (2) Citizen of Another State

  Nature of Suit: (195) Contract product liability

          Origin: (1) Original Proceeding
          Demand: 1000
      Filing fee: Paid $150.00 on 06/24/03 receipt # 00120704
        Trial by: Court


Parties of Record:                                    Counsel of Record:
―――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――

PLF 1.1          ARCTIC CIRCLE ENTERPRISES INC    │  Bruce A. Bookman
                                                  │  Bookman & Helm LLP
                                                  │  810 N Street, Suite 200
                                                  │  Anchorage, AK 99501
                                                  │  907-265-5793
                                                  │  FAX 907-279-4851
                                                  │
                                                  │  Ryan McBrayer
                                                  │  Perkins Coie LLP
                                                  │  1201 3rd Avenue, Suite 4800
                                                  │  Seattle, WA 98101
                                                  │  206-359-8000
                                                  │  FAX 206-359-9000

DEF 1.1          ROTH, SANDY                      │  Erin B. Marston
                                                  │  Marston & Cole PC
                                                  │  745 W. 4th Avenue, Suite 502
                                                  │  Anchorage, AK 99501
                                                  │  907-277-8001
                                                  │  FAX 907-277-8002
                                                  │
                                                  │  Kenneth S. Kagan
                                                  │  Carney Bradley et al
                                                  │  700 5th Avenue, Suite 5800
                                                  │  Seattle, WA 98104-5017
                                                  │  206-622-8020
                                                  │
                                                  │  Gregory F. Wesner
                                                  │  1420 5th Avenue, Suite 2800
                                                  │  Seattle, WA 98101
                                                  │  206-695-1732

Exhibit 1 Page 2

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A03-0139--CV (JWS)
"ARCTIC CIRCLE ENTERPRISES INC V SANDY ROTH ET"

Including terminated parties, excluding terminated counsel

Parties of Record:                          Counsel of Record:

DEF 2.1        TANDEM IMPORTS INC              Erin B. Marston
                                               (see above)

                                               Kenneth S. Kagan
                                               (see above)

                                               Gregory F. Wesner
                                               (see above)

DEF 3.1    [T] PRESS, LAWRENCE H.             No counsel found for this party!

DEF 4.1        KEYSTAR INTERNATIONAL LTD        Erin B. Marston
                                               (see above)

                                               Kenneth S. Kagan
                                               (see above)

Exhibit 1 Page 3

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0139--CV (JWS)
"ARCTIC CIRCLE ENTERPRISES INC V SANDY ROTH ET"
```

```
For all filing dates
```

Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
Referral Rule:
         Filed: 06/24/03
        Closed: 05/24/05

   Jurisdiction: (4) Diversity (see citizenship of parties)
  PLF Diversity: (1) Citizen of This State
  DEF Diversity: (2) Citizen of Another State

Nature of Suit: (195) Contract product liability

        Origin: (1) Original Proceeding
        Demand: 1000
    Filing fee: Paid $150.00 on 06/24/03 receipt # 00120704
      Trial by: Court

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 06/24/03 | Complaint filed; Summons issued. |
| 2 - 1 | 06/30/03 | PLF 1 Disclosure Statement. |
| 3 - 1 | 07/08/03 | DEF 1-2 Attorney Appearance of H. Viergutz. |
| 4 - 1 | 07/08/03 | PLF 1 motion for preliminary injunction w/att aff and exh. |
| 5 - 1 | 07/09/03 | PLF 1 Certificate of service re: PLF 1 motion for preliminary injunction (4-1). |
| 6 - 1 | 07/18/03 | DEF 3 Attorney Appearance of Herbert A. Viergutz. |
| 7 - 1 | 07/21/03 | DEF 1-3 motion (emergency) for 3 day extension of time to file opposition to motion for preliminary injunction w/att aff. |
| 8 - 1 | 07/22/03 | RRB Order granting mot (emergency) for 3 day extension of time to file oppo to mot for prel inj (7-1); oppo due 07/29/03. cc: cnsl |
| 9 - 1 | 07/28/03 | DEF 1-3 motion of non-resident attorney for permission to appear and participate in the federal discourt for the district of AK of Craig Holley w/ H. Viergutz w/att exh. |
| 10 - 1 | 07/30/03 | JWS Order granting mot of non-resident atty, C. Holley, for permission to appear and participate (9-1). cc: cnsl, C. Holley |
| 11 - 1 | 07/30/03 | DEF 3 Answer to Complaint. |
| 12 - 1 | 07/30/03 | DEF 1-3 motion for 1 day extension of time to file defendants' opposition to plaintiff's motion for preliminary injunction w/att aff, exh and prop oppo. |
| 13 - 1 | 07/30/03 | DEF 1-3 Notice of filing unexecuted decla of S. Roth re: oppo to PLF 1 motion for preliminary injunction (4-1) w/att decla. |
| 14 - 1 | 07/30/03 | DEF 1-3 Notice of filing faxed decla of L. Press re: oppo to PLF 1 mot for prel inj (4-1) w/att decla. |

Exhibit 1 Page 4

```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A03-0139--CV (JWS)
                 "ARCTIC CIRCLE ENTERPRISES INC V SANDY ROTH ET"

                          For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 07/31/03 | JWS Order granting mot for 1 day ext of time to file defs' oppo to plf mot for prel inj (12-1). cc: cnsl |
| 16 - 1 | 07/31/03 | DEF 1-3 opposition to PLF 1 motion for preliminary injunction (4-1) w/att exh. |
| 17 - 1 | 07/31/03 | DEF 1-3 Notice of original executed decla of S. Roth re: oppo to PLF 1 mot for prel inj (4-1) w/att decla and exhs. |
| 18 - 1 | 08/04/03 | PLF 1 reply to opposition to PLF 1 motion for preliminary injunction (4-1) w/att aff and exhs. |
| 19 - 1 | 08/13/03 | DEF 1-3 Notice of payment of non-res atty fee for Craig Holley. |
| 20 - 1 | 08/15/03 | JWS Order granting motion for preliminary injunction (4-1). Arctic Circle shall post a bond in the amount of $5,000 and lodge a proposed form of injunction for the court's consideration. cc: cnsl |
| 21 - 1 | 08/18/03 | DEF 1-3 Notice of filing original executed declaration of Lawrence H. Press re: oppo to: PLF 1 motion for preliminary injunction (4-1) w/att declaration |
| 22 - 1 | 08/21/03 | PLF 1 Notice of filing Cash Bond. |
| 23 - 1 | 08/21/03 | PLF 1 motion for leave to file 1st amended complaint w/att prop 1st amended cmplt. |
| 24 - 1 | 09/11/03 | JWS Order granting mot for leave to file 1st amended cmplt (23-1); 1st amended cmplt to be served on all defs and process served on Keystar Intl, Ltd. cc: cnsl |
| 25 - 1 | 09/11/03 | PLF 1 Complaint (1st Amended). |
| 26 - 1 | 09/11/03 | PLF 1 Application (motion) for entry of default as to DEF 1 & 2 w/att aff & exh. |
| 27 - 1 | 09/12/03 | Clerk's Notice that default as to DEF 1 & 2 can not be entered due to non-compliance w/FRCP 4. cc: cnsl |
| 28 - 1 | 09/15/03 | DEF 2 Disclosure Statement. |
| 29 - 1 | 09/22/03 | DEF 1-2 Answer to 1st Amended Cmplt and Counterclaim. |
| 30 - 1 | 09/24/03 | DEF 1-2 Amended Answer affirmative defenses and counterclaims. |
| 31 - 1 | 09/25/03 | DEF 1-2 Notice of filing original executed verification to defs' ans and cclms. |
| 32 - 1 | 09/29/03 | DEF 1-2 Notice of filing original signature page to the answer of defs, affirmative defenses and cntrclm filed on 9/22/02 at dkt #29 w/att signature page. |
| 33 - 1 | 10/08/03 | PLF 1 Initial Case Status Report. |
| 34 - 1 | 10/08/03 | PLF 1 Answer to Amended Counterclaims. |

Exhibit 1 Page 5

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0139--CV (JWS)
"ARCTIC CIRCLE ENTERPRISES INC V SANDY ROTH ET"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 35 - | 1 | 10/09/03 | JWS Minute Order that plf require an ans to amended cmplt or apply for dft re: DEF 3 w/i 20 days. cc: cnsl |
| NOTE - | 1 | 10/15/03 | Issued: summons on Keystar International Limited |
| 36 - | 1 | 10/16/03 | JWS Minute Order that cnsl meet and confer by 10/31/03; Rule 16(b)/26(f) rpt due 11/5/03. cc: cnsl |
| 37 - | 1 | 10/16/03 | JWS Minute Order that plf lodge prop form of inj by 10/27/03 or ord of inj will be vacated. cc: cnsl |
| 38 - | 1 | 10/20/03 | DEF 3 Answer to Amended Complaint. |
| 39 - | 1 | 10/27/03 | JWS Preliminary Injunction. cc: cnsl |
| 40 - | 1 | 10/28/03 | DEF 1-3 Notice of intent to file objs to prel inj. |
| 41 - | 1 | 10/30/03 | JWS Minute Order that defs' objs to prel inj due 10/31/03; to be served by hand or fax; plf's response due 11/3/03; to be served by hand or fax; inj may be modified; in meantime inj at dkt 39 remains in full force. cc: cnsl |
| 42 - | 1 | 10/31/03 | PLF 1 Supplemental Initial Status Report. |
| 43 - | 1 | 10/31/03 | DEF 1-3 motion (emergency) for one day extension of time to file objections to preliminary injunction w/att aff. |
| NOTE - | 2 | 11/03/03 | Issued: summons re: DEF 4. |
| 44 - | 1 | 11/03/03 | JWS Order granting mot (emergency) for one day ext of time to file objs to prel inj (43-1); objs due 11/03/03; plf's response due 11/4/03. cc: cnsl |
| 45 - | 1 | 11/03/03 | DEF 1-2 Objs to ord for prel inj w/att exhs. |
| 46 - | 1 | 11/04/03 | PLF 1 motion for time extension to reply to opposition to form of preliminary injunction w/att aff. |
| 47 - | 1 | 11/04/03 | PLF 1 motion for shortened time to consider motion for time extension to reply to opposition to form of preliminary injunction. |
| 48 - | 1 | 11/04/03 | JWS Order granting mot for time ext until 11/10/03 to reply to oppo to form of prel inj (46-1), mot for shortened time to consider mot for time ext to reply to oppo (47-1). cc: cnsl |
| 49 - | 1 | 11/04/03 | DEF 1-2 Notice of filing original executed declas of C. Holley, S. Reeder, D. Coates, Jr., and S. Roth w/att exhs. |
| 50 - | 1 | 11/10/03 | PLF 1 reply to opposition to form of injunction. |
| 51 - | 1 | 11/10/03 | PLF 1 Affidavit of M. Godfred in reply to objs to form of injunctions w/att exhs. |
| 52 - | 1 | 11/14/03 | JWS Minute Order DEF 1 and 2 objs to prel inj denied; inj at dkt 39 remains in effect. cc: cnsl |

Exhibit 1 Page 6

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0139--CV (JWS)
"ARCTIC CIRCLE ENTERPRISES INC V SANDY ROTH ET"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 53 - 1 | 11/14/03 | DEF 1-3 Request for Oral Argument re: def's objs and plf's responses to prel inj. |
| 54 - 1 | 11/19/03 | JWS Minute Order that plf to file proof of svc of amended cmplt or serve amended cmplt on DEF 4 to be in compliance w/FRCvP 4(m) and 15. cc: cnsl |
| 55 - 1 | 11/20/03 | JWS Scheduling and Planning Order setting pretrial ddlns: Original disc 06/30/04; disp mots ddln 07/30/04; 6 day TBC estimate. cc: cnsl |
| 56 - 1 | 12/05/03 | PLF 1 motion to compel discovery w/att aff and exhs. |
| 57 - 1 | 12/15/03 | JWS Minute Order that if proof of svc of amended cmplt on DEF 4 isn't on file w/i 120 days from filing of amended cmplt DEF 4 will be dism. cc: cnsl |
| 58 - 1 | 12/30/03 | PLF 1 motion for extension of time of 60 days to serve defendant Keystar International, Ltd. |
| 59 - 1 | 12/30/03 | PLF 1 motion (2nd) to compel w/att decla and exhs. |
| 58 - 2 | 12/31/03 | JWS Order granting mot for ext of time of 60 days to serve def Keystar International (58-1). cc: cnsl |
| 60 - 1 | 12/31/03 | JWS Order granting mot to compel disc (56-1); DEF 1 and 2 to produce and respond w/i 15 days of ord; plf has until 1/16/04 to apply for costs; defs oppo due 1/28/04; no reply to be fld. cc: cnsl |
| 61 - 1 | 01/05/04 | PLF 1 motion (suppl req) for costs on motion to compel w/att decla. |
| 62 - 1 | 01/12/04 | DEF 1-2 motion for extension of time until 1/30/04 to respond to plaintiff's 2nd motion to compel w/att decla and exh. |
| 63 - 1 | 01/14/04 | JWS Order granting mot for ext of time until 1/30/04 to respond to plaintiff's 2nd mot to compel (62-1). cc: cnsl |
| 64 - 1 | 01/21/04 | DEF 4 Attorney Appearance of H. Viergutz. |
| 65 - 1 | 01/29/04 | DEF 1-3 oppo to PLF 1 mot (suppl req) for costs on mot to compel (61-1). |
| 66 - 1 | 01/30/04 | DEF 1-4 motion for extension of time to 02/13/04 to file opposition to second motion to compel and defendant, Keystar International answer to plaintiff's complaint. |
| 67 - 1 | 02/03/04 | JWS Order granting mot for ext of time to file oppo to second mot to compel and def Keystar Int ans to cmplt has be fld 02/13/04 (66-1). cc: cnsl |
| 68 - 1 | 02/03/04 | DEF 1-4 motion for withdrawl by attorney and substitution. |
| 69 - 1 | 02/03/04 | PLF 1 oppo to DEF 1-4 mot for ext of time to 02/13/04 to file oppo to second mot to compel and def, Keystar International ans to plf's cmplt (66-1). |
| 70 - 1 | 02/03/04 | DEF 1-4 Notice of withdrawal and substitution of counsel. |
| 71 - 1 | 02/05/04 | JWS Order granting mot for withdrawl by attorney and substitution of the Law Office of C. Craig Holley (68-1). |

Exhibit 1 Page 7

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0139--CV (JWS)
"ARCTIC CIRCLE ENTERPRISES INC V SANDY ROTH ET"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 72 - 1 | 02/13/04 | DEF 4 Answer to 1st Amended Complaint. |
| 73 - 1 | 02/13/04 | DEF 1-4 motion for extension of time until 2/27/04 to file opposition to plaintiff's 2nd motion to compel w/att aff. |
| 74 - 1 | 02/18/04 | JWS Order granting mot for ext of time until 2/27/04 to file oppo to plf's 2nd mot to compel (73-1). cc: cnsl |
| 75 - 1 | 02/20/04 | DEF 1-4 Attorney Substitution of Erin B. Marston and Kenneth S. Kagan for Herbert A. Viergutz and C. Craig Holley. cc: cnsl, E. Marston |
| 76 - 1 | 02/20/04 | DEF 1-4 motion for participation of non-resident attorney of Kenneth S.Kagan w/lcl cnsl Erin B. Marston w/att exhs. |
| 77 - 1 | 02/24/04 | JWS Order granting mot for participation of non-resident atty of K. Kagan (76-1). cc: cnsl, K. Kagan |
| 78 - 1 | 02/25/04 | PLF 1 Return of Service Executed re: DEF 4 on 12/31/04. |
| 79 - 1 | 02/27/04 | DEF 1-4 opposition to PLF 1 motion (2nd) to compel (59-1) w/att declas and exhs. |
| 80 - 1 | 03/05/04 | PLF 1; DEF 1-4 Stipulation for extension of time to 03/10/04 to reply second motion to compel. |
| 80 - 2 | 03/08/04 | Order granting stip for ext of time to 03/10/04 to reply to second mot to compel (80-1). cc: cnsl |
| 81 - 1 | 03/10/04 | PLF 1 reply to opposition to PLF 1 motion (2nd) to compel (59-1) w/att exhs. |
| 82 - 1 | 03/12/04 | JWS Minute Order granting/denying mot (suppl req) for costs on mot to compel (61-1); defs shall pay plf $831.40 by 4/2/04. cc: cnsl |
| 83 - 1 | 03/30/04 | PLF 1; DEF 1-4 Stipulation that disc ext to 8/30/04. |
| 84 - 1 | 04/02/04 | DEF 1-4 Notice of compliance with order at dkt # 83 w/att exh. |
| 85 - 1 | 04/09/04 | JWS Minute Order setting hrg on 2nd mot to compel at dkt 59 on 4/21/04 at 8:00 a.m. and each day thereafter at 8:00 a.m. until dispute resolved; cnsl to meet in person to attempt resolution by 4/16/04; unless stip is fld by 4/20/04 indicating resolution hrg will start at 8:00 a.m. on 4/21/04. cc: cnsl |
| 86 - 1 | 04/14/04 | PLF 1 Notice of taking deposition of David Coates. |
| 87 - 1 | 04/14/04 | PLF 1 Notice of taking depostion of Kathy Fleener. |
| 88 - 1 | 04/19/04 | DEF 1-4 motion to reschedule hearing set for 04/21/04 w/att declaration. |
| 89 - 1 | 04/19/04 | DEF 1-4 motion for shortened time re: motion to reschedule hearing w/att aff. |
| 90 - 1 | 04/20/04 | JWS Order denying mot to reschedule hrg set for 04/21/04 (88-1). cc: cnsl |
| 91 - 1 | 04/20/04 | JWS Order granting mot for shortened time re: mot to reschedule hrg (89-1). cc: cnsl |

Exhibit 1 Page 8

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0139--CV (JWS)
"ARCTIC CIRCLE ENTERPRISES INC V SANDY ROTH ET"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 92 - 1 | 04/23/04 | JWS Court Minutes [ECR: Debby Willoughby-Lyons] Hrg on plf's second mot to compel at dkt 59 Held 04/21/04; granting mot (2nd) to compel (59-1); all materials req will be produced, provided they exist together with an attestation that shows that this is all the materials that are in the care & custody of the def, due 05/07/04. cc: cnsl |
| 93 - 1 | 06/01/04 | DEF 1-4 Revised Final Witness List. |
| 94 - 1 | 06/04/04 | Stipulation for ext of time until 9/30/04 for close of disc. |
| 94 - 2 | 06/07/04 | JWS Order approving stip until 9/30/04 for close of disc (94-1). cc: cnsl |
| 95 - 1 | 06/18/04 | PLF 1 motion for order to show cause w/att aff & exhs. |
| 96 - 1 | 06/29/04 | Stipulation to extend ddln to file all motions by 10/29/04. |
| 96 - 2 | 06/30/04 | JWS Order approving stip to extend ddln to file all motions by 10/29/04 (96-1). cc: cnsl |
| 96A- 1 | 06/30/04 | PLF 1 Revised final witness list. |
| 97 - 1 | 07/01/04 | DEF 1 oppo to PLF 1 mot for order to show cause (95-1) w/att declaration, aff & exhs. |
| 98 - 1 | 07/06/04 | DEF 1 Notice of filing orig signature of D. Coates & S. Roth re: PLF 1 motion for order to show cause (95-1) w/att aff & exhs. |
| 99 - 1 | 07/07/04 | PLF 1 reply to opposition to PLF 1 motion for order to show cause (95-1) w/att decla & exhs. |
| 100 - 1 | 08/02/04 | JWS Order granting motion for order to show cause (95-1); ordered that S. Roth & D. Coates show cause @ a hrg on 8/12/04 @ 9:00 a.m. why they shouldn't be held in civil contempt for violating prel inj. cc: cnsl |
| 101 - 1 | 08/02/04 | DEF 1-2 motion to quash portions of subpoena on Justin Lo w/att exh. |
| 102 - 1 | 08/03/04 | PLF 1 opposition to DEF 1-2 motion to quash portions of subpoena on Justin Lo (101-1). |
| 103 - 1 | 08/09/04 | JWS Minute Order denying mot to quash portions of subp (101-1). cc: cnsl |
| 104 - 1 | 08/09/04 | DEF 1-4 reply to opposition to DEF 1-2 motion to quash portions of subpoena on Justin Lo (101-1). |
| 105 - 1 | 08/09/04 | Stipulation for ext of close of disc to 9/30/04 and dispositive mot ddln to 11/29/04. |
| 106 - 1 | 08/09/04 | Stipulation to continue hrg to show cause set 8/12/04. |
| 105 - 2 | 08/10/04 | JWS Order approving stip for ext of close of disc to 9/30/04 & dispositive mot ddln to 11/29/04 (105-1). cc: cnsl |
| 106 - 2 | 08/10/04 | JWS Order approving stip to continue hrg to show cause set 8/12/04 (106-1); hrg cont to 9/7/04 at 10:00 a.m.. cc: cnsl |
| 107 - 1 | 08/11/04 | PLF 1 Notice of subpoena of DHL Express for the production of documents and things w/att exh. |

Exhibit 1 Page 9

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0139--CV (JWS)
"ARCTIC CIRCLE ENTERPRISES INC V SANDY ROTH ET"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 108 - 1 | 08/11/04 | PLF 1 Notice of subpoena of United Parcel Service for the production of documents and things w/att exh. |
| 109 - 1 | 08/16/04 | ZZZ 1 Attorney Appearance of G. Currall. |
| 110 - 1 | 08/24/04 | PLF 1 Notice of subpoena of Federal Express Corp for the production of docs and things w/att exhs. |
| 111 - 1 | 08/26/04 | Stipulation for continuance of 9/7/04 order to show cause evid hrg. |
| 112 - 1 | 08/27/04 | JWS Order approving stip for continuance of 9/7/04 order to show cause evid hrg (111-1) to 10/19/04 @ 8:00 a.m.. cc: cnsl |
| 113 - 1 | 09/08/04 | PLF 1; DEF 1-4 Stipulation dismissing Lawrence H. Press d/b/a Pierce Distributors w/prej. |
| 113 - 2 | 09/09/04 | JWS Order approving stip dismissing Lawrence H. Press d/b/a Pierce Distributors (113-1). cc: cnsl |
| 114 - 1 | 09/23/04 | DEF 1-2 motion for leave to amend answer, affirmative defenses and counterclaims pursuant to F.R.C.P.15(a) w/att proposed amended answer, affirmative defenses and counterclaims. |
| 115 - 1 | 09/24/04 | DEF 1-2; 4 motion to dismiss Arctic Circle's Trade dress claims. |
| 116 - 1 | 09/24/04 | PLF 1 motion to appear and participate re: R. McBrayer w/att. |
| 116 - 2 | 09/27/04 | JWS Order granting motion to appear and participate re: R. McBrayer (116-1). cc: cnsl |
| 117 - 1 | 09/27/04 | ZZZ 1 motion to file & serve pleadings by facsimile transmission. |
| 118 - 1 | 09/28/04 | DEF 1-3 Application for permission to appear and participate in the Federal District Court for the District of Alaska. |
| 119 - 1 | 09/30/04 | JWS Order granting application of nonresident attorney Gregory F. Wesner to appear and participate on behalf of defs. cc: cnsl |
| 120 - 1 | 10/01/04 | PLF 1 opposition to DEF 1-2 motion for leave to amend answer, affirmative defenses and counterclaims pursant to F.R.C.P.15(a) (114-1) w/att exhs. |
| 121 - 1 | 10/05/04 | PLF 1 opposition to DEF 1-2; 4 motion to dismiss Arctic Circle's Trade dress claims. (115-1) w/att declas & exhs. |
| 122 - 1 | 10/06/04 | ZZZ 1 motion for relief from order, pursuant to F.R.C.P. 60(b). |
| 123 - 1 | 10/06/04 | DEF 1 Notice of payment of fees for G. Wesner. |
| 124 - 1 | 10/07/04 | JWS Minute Order that oppo to mot at dkt 122 due 10/15/04; reply to oppo due 10/19/04; if non-pty S. Reeder wants to raise issues akin to those in mot @ dkt 122 the mot is due 10/12/04; oppo to Reeder mot due 10/15/04; reply to oppo due 10/19/04; 10/19/04 hrg on ord to show cause cont to 10/28/04 @ 8:30 a.m.; cnsl for plf to immediately notify S. Reeder or her cnsl of this ord. cc: cnsl |
| 125 - 1 | 10/12/04 | PLF 1 motion motion to preclude non-party deposition after close of discovery w/att exhs. |

Exhibit 1 Page 10

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0139--CV (JWS)
"ARCTIC CIRCLE ENTERPRISES INC V SANDY ROTH ET"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 125 - 2 | 10/12/04 | PLF 1 motion for shortened time re: 125-1 w/att exhs. |
| 126 - 1 | 10/12/04 | JWS Minute Order granting motion motion to preclude non-party deposition after close of discovery (125-1), motion for shortened time re: 125-1 (125-2); subpoena re: R. Johnson-Paige is QUASHED.  cc: cnsl |
| 127 - 1 | 10/12/04 | ZZZ 1 Attorney Appearance of co-cnsl G. Miller (BIRCH). |
| 128 - 1 | 10/12/04 | DEF 1-2; 4 reply to opposition to DEF 1-2; 4 motion to dismiss Arctic Circle's Trade dress claims. (115-1). |
| 129 - 1 | 10/12/04 | DEF 1-2; 4 reply to opposition to DEF 1-2 motion for leave to amend answer, affirmative defenses and counterclaims pursant to F.R.C.P.15(a) (114-1). |
| 130 - 1 | 10/12/04 | DEF 1 Return of Service Executed re: subpoena on R. Johnson-Page on 10/9/04. |
| 131 - 1 | 10/15/04 | PLF 1 opposition to ZZZ 1 motion for relief from order, pursuant to F.R.C.P. 60(b) (122-1). |
| 132 - 1 | 10/18/04 | ZZZ 1 motion (Request) for ruling re: motion for relief from order pursuant to FRCP 60(b). |
| 133 - 1 | 10/18/04 | PLF 1 opposition to ZZZ 1 motion (Request) for ruling re: motion for relief from order pursuant to FRCP 60(b) (132-1). |
| 134 - 1 | 10/18/04 | PLF 1 Request for Oral Argument re: DEF 1-2 motion for leave to amend answer, affirmative defenses and counterclaims pursant to F.R.C.P.15(a) (114-1), DEF 1-2; 4 motion to dismiss Arctic Circle's Trade dress claims. (115-1). |
| 135 - 1 | 10/18/04 | DEF 1-2; 4 motion for leave to file overlength brief in support of defs' mot for reconsideration w/att mot for reconsideration of court's order dated 10/12/04 quashing subpoena. |
| 136 - 1 | 10/19/04 | JWS Minute Order denying motion (Request) for ruling re: motion for relief from order pursuant to FRCP (132-1); D. Coates may file reply by COB 10/21/04.  cc: cnsl |
| 137 - 1 | 10/19/04 | JWS Minute Order denying motion for leave to file overlength brief in support of defs' mot for reconsi (135-1).  cc: cnsl |
| 138 - 1 | 10/21/04 | JWS Minute Order denying mot for relief from ord, pursuant to F.R.C.P. 60(b) (122-1). cc: cnsl |
| 139 - 1 | 10/21/04 | ZZZ 1 reply to opposition to ZZZ 1 motion for relief from order, pursuant to F.R.C.P. 60(b) (122-1) w/att aff & exhs. |
| 140 - 1 | 10/21/04 | DEF 1-2; 4 Opposition to plf's req for o/a on defs' mots to dismiss & to amend ans. |
| 141 - 1 | 10/22/04 | JWS Minute Order vacating ord @ dkt 138; crt to rule on Coates' mot for relief from ord to show cause as soon as reasonably possible; clk to call local cnsl for Coates' & cnsl for plf & defs. cc: cnsl |
| 141 - 2 | 10/22/04 | JWS Minute Order reinstating motion for relief from order, pursuant to F.R.C.P. 60(b) (122-1). cc: cnsl |

Exhibit 1 Page 11

```
        UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A03-0139--CV (JWS)
              "ARCTIC CIRCLE ENTERPRISES INC V SANDY ROTH ET"
```

```
                         For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 142 -  1 | 10/22/04 | JWS Order granting mot to file & serve pleadings by fax transmission (117-1); cnsl for ZZZ 1 may file pleadings w/crt & provide svc upon cnsl by fax; cnsl shall retain original; this authorization expires 12/30/04. cc: cnsl |
| 143 -  1 | 10/25/04 | JWS Order denying mot for leave to amend ans, affirmative defenses and cclms (114-1). cc: cnsl |
| 144 -  1 | 10/27/04 | PLF 1 Stipulation to withdraw motion for order to show cause. |
| 144 -  2 | 10/27/04 | JWS Order approving stip to w/d mot for ord to show cause (144-1); 10/28/04 hrg vacated. cc: cnsl |
| 145 -  1 | 10/28/04 | JWS Minute Order terminating in light of this ord: mot for relief from order, pursuant to F.R.C.P. 60(b) (122-1). cc: cnsl |
| 146 -  1 | 11/17/04 | DEF 1-2; 4 motion for extension of deadline to file dispositive motions & motions in limine. |
| 147 -  1 | 11/17/04 | DEF 1-2; 4 motion for shortened time consideration of motion for extension of deadline to file dispositive motions & motions in limine. |
| 147 -  2 | 11/17/04 | JWS Order granting mot for shortened time consideration of mot for ext of ddln to file dispositive mots & mots in limine (147-1); oppo to mot for ext of time due 11/23/04. cc: cnsl |
| 148 -  1 | 11/29/04 | JWS Minute Order granting mot for ext of ddln to file dispositive mots & mots in limine (146-1); mots due 30 days following crt's ord ruling on mot to dism trade dress clms @ dkt 115. cc: cnsl |
| 149 -  1 | 12/20/04 | JWS Order granting/denying motion to dismiss Arctic Circle's Trade dress claims (115-1). cc: cnsl |
| 150 -  1 | 12/29/04 | JWS Minute Order correcting errors in ord @ dkt 149: defs mot to modify list of items removed from prel inj due 1/3/05; plf response due 1/14/05. cc: cnsl |
| 151 -  1 | 01/03/05 | DEF 1-2 motion for modification of preliminary injunction, for judgment on injunction bond, and for increase in bond amount w/att decla & exhs. |
| 152 -  1 | 01/06/05 | DEF 1-2 Errata re: DEF 1-2 motion for modification of preliminary injunction, for judgment on injunction bond, and for increase in bond amount (151-1) w/att decla & exh. |
| 153 -  1 | 01/18/05 | PLF 1 motion to allow late opposition to motion to modify injunction w/att prop oppo. |
| 154 -  1 | 01/19/05 | DEF 1-2; 4 opposition to PLF 1 motion to allow late opposition to motion to modify injunction (153-1) w/att decla & exhs. |
| 155 -  1 | 01/21/05 | DEF 1-2; 4 reply to opposition to DEF 1-2 motion for modification of preliminary injunction, for judgment on injunction bond, and for increase in bond amount  (151-1). |
| 156 -  1 | 01/25/05 | JWS Order re: certification of readiness for trial; parties to certify or file a report within 15 days from the date of this order. cc:cnsl |

Exhibit 1 Page 12

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0139--CV (JWS)
"ARCTIC CIRCLE ENTERPRISES INC V SANDY ROTH ET"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 157 - 1 | 02/01/05 | PLF 1 Certification of readiness for trial. |
| 158 - 1 | 02/04/05 | DEF 1-2; 4 reply to plf's certification of readiness for trial. |
| 159 - 1 | 02/22/05 | JWS Minute Order granting motion to allow late opposition to motion to modify injunction (153-1).  cc: cnsl |
| 160 - 1 | 02/22/05 | PLF 1 opposition to DEF 1-2 motion for modification of preliminary injunction, for judgment on injunction bond, and for increase in bond amount (151-1) w/att exhs. |
| 161 - 1 | 02/22/05 | JWS Order re: req for settl conf; by 3/25/05 cnsl to lodge under seal w/chambers of MJ Branson settl conf memos; cnsl to prop to CMC @ least 2 alternative settl conf dates. cc: cnsl, MJ Branson |
| 162 - 1 | 02/22/05 | JWS Order for pre-trial proceedings & FPTC set 5/27/05 @ 9:00 a.m.; exh review to be held by 4/18/05; TBC set 6/13/05 @ 9:00 a.m.. cc: cnsl |
| 163 - 1 | 03/02/05 | PLF 1 Unopposed motion to set settlement conference. |
| 164 - 1 | 03/03/05 | JWS Minute Order vacating 3/25/05 ddln for lodging sealed settl conf memos; settl conf memos to be submitted to MJ Branson by 3/14/05; granting unoppo mot to set settl conf (163-1); settl conf set 3/21/05 @ 9:30 a.m.. cc: cnsl, MJ Branson |
| 165 - 1 | 03/22/05 | {SEALED} |
| 166 - 1 | 03/22/05 | PLF 1 Settlement Notice. |
| 167 - 1 | 03/23/05 | JWS Minute Order terminating in light of this ord: mot for modif of prel inj, for judg on inj (151-1); 5/27/05 FPTC vacated. cc: cnsl |
| 168 - 1 | 05/23/05 | Stipulation for dismissal w/prej. |
| 168 - 2 | 05/24/05 | JWS Order approving stip for dismissal w/prej (168-1). cc: cnsl |
| 169 - 1 | 07/22/05 | PLF 1 motion to exonerate cash bond. |
| 170 - 1 | 08/01/05 | JWS Order granting motion to exonerate cash bond (169-1). cc: cnsl, Finance |

Exhibit 1 Page 13