65.    Many of the designs that ACE alleges Roth and Tandem have "knocked off" are designs that Roth developed during her employment with IAAC or the successor entities to IAAC, and thus ACE is incapable of possessing enforceable rights as to them.

66.    ACE has copied numerous IAAC designs, and other designs, since the late 1980's and continues to do so.

67.    Presently, ACE is offering many items for sale that were originally designed by another entity. Those items include, but are by no means limited to:

| Arctic Circle Catalog No. | Year First Offered by Arctic Circle | Description | Original Designer | Year First Offered by Original Designer |
|---|---|---|---|---|
| 00187,  00188, 00189,  00246, 00247,  00248, 00249,  00250 | 2000 | Plush moose with sweater | Sandy Roth | 1995 |
| 00112 | 2000 | Plush bear with parka | Sandy Roth | 1995 |
| 02102 | 2000 | Acrylic knitted hat band | IAAC | 1994 |
| 38478 | 2000 | Ceramic moose design mug | IAAC | 1998 |
| 30457 | 2000 | Ceramic seal bank | Sandy Roth | 1994 |
| 30389 | 2000 | Ceramic candle holder with "Forget-Me-Not" design | Sandy Roth | 1995 |

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 20
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Exhibit 6 Page 31

| 01547 | 2000 | Ceramic Xmas ornament with "Forget-Me-Not" design | Sandy Roth | 1995 |
|---|---|---|---|---|
| 01791, 01792, 01793, 01794, 01795, 01796 | 2002 | Polyresin Xmas ornament with animal designs | Sandy Roth | 1995 |
| 31133 | 2002 | Polyresin nativity set | Julie Collins | 1999 |

   *b.* *Communication with Arctic Circle's Suppliers and Business Contacts*

  68. Although they are not prohibited from doing so now that the non-compete agreement has expired, neither Roth nor Tandem have bought from any of the suppliers Roth first met during her employment with ACE.

  69. Roth's and/or Tandem's contacts, which ACE alleges to be improper or in violation of Roth's non-compete agreement, or to be somehow misappropriated by Roth from ACE during her ten months there, are, in fact, contacts that long pre-existed her 10-month employment with ACE.

   *c.* *Trademark Infringement*

  70. ACE alleges that it has registered a trademark, "ALASKAN FRIENDS."

  71. ACE's alleged trademark, "ALASKAN FRIENDS," is invalid and not enforceable.

  72. Roth and Tandem acknowledge that they sold goods under the name or mark "ALASKA FRONTIER FRIENDS."

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 21
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Exhibit 6 Page 32

73.   Roth and Tandem's name or mark, "ALASKA FRONTIER FRIENDS," reads, from top to bottom on the labels on which it appears, "frontier Alaska friends," but the word "Alaska" in Roth and Tandem's name or mark is so prominent, that the ordinary observer would read the name or mark as "ALASKA FRONTIER FRIENDS," much as the registered U.S. Trademark pictured below is read "A'S -- OAKLAND ATHLETICS" and not "OAKLAND A'S ATHLETICS."



U.S. Registration No. 2,573,396.

74.   Roth and Tandem's use of the name or mark "ALASKA FRONTIER FRIENDS" does not infringe any rights of ACE.

75.   There are no instances of actual confusion between ACE's trademark, "ALASKAN FRIENDS," or the mark "ALASKA FRIENDS," and Roth and Tandem's name or mark "ALASKA FRONTIER FRIENDS."

**K.   ADDITIONAL FACTS RELEVANT TO ARCTIC CIRCLE'S UNFAIR BUSINESS PRACTICES**

76.   Many of the items that ACE accuses Roth and Tandem of "knocking off" in an inferior manner come from the very same suppliers from which "open" items or

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 22
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Exhibit 6 Page 33

"stock" items come; i.e., both Arctic Circle and Tandem use the same suppliers to buy open or "stock" items which are designed by third parties.

77.    Many suppliers sell identical items to ACE and to Roth and Tandem, as well as others.

78.    Since the same suppliers are making the goods that both Roth and Tandem, and ACE are purchasing, they are essentially identical goods.

79.    Because Roth and Tandem, and ACE, are offering identical open market products, Roth and Tandem's products cannot be "inferior" to ACE's products.

80.    Because Roth and Tandem, and ACE, are offering identical open market products, Roth and Tandem, and ACE, all have equal rights to sell those products, and ACE Circle cannot lawfully prevent Roth and Tandem from selling them.

81.    ACE has used, and continues to use, misleading labeling for its goods, with the intent of improperly suggesting to the consuming public that its goods originate in Alaska, or are Alaskan native handicrafts.

82.    ACE sells made-in-China porcelain and vinyl dolls, ACE catalog Nos. 02236, 02237, 02238, 02240, 02241, 02242, 02246, 02247, 02248, 02249, 02250, 02272, 02275, 02276, 02277, 02278, 04300, 04301, 04302, 04303, 04304, 04308, 04309, 04310, 04311, 04312, 04313, 04314, 04315, 04316, and 04317, with hangtags printed with the inscription "GENUINE NATIVE STYLE DOLL" on the front. The inside of the hangtag is inscribed, "This genuine native style doll is hand crafted. It is made from the finest quality materials by skilled craftsmen. Dressed in the traditional Alaskan native style

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 23
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Exhibit 6 Page 34

parka, it will be treasured for many years to come!" This description is intended to deceive the consuming public into believing that the doll is a native handicraft, when in fact, it is made in China.

83.    Mitchell Godfred's "Declaration in Support of Arctic Circle's Motion for Preliminary Injunction" contains intentional misrepresentations under oath, made for the purpose of deceiving this Court into believing that Roth and Tandem have misappropriated ACE's intellectual property.

84.    Mitchell Godfred's Declaration states that Roth and/or Tandem sells a totem box or totem poles "made with our product mold," when, in fact, the products illustrated as "original" and "copy" are in fact *both* ACE products.

85.    Mitchell Godfred knew or should have known, at the time he executed his "Declaration in Support of Arctic Circle's Motion for Preliminary Injunction," that neither Roth nor Tandem imports the polyresin totem poles or totem boxes illustrated in the attachments to Mitchell Godfred's Declaration.

86.    ACE claims exclusive rights to an embossed photo album cover, and accuses Roth and Tandem of misappropriating ACE's alleged exclusive rights.

87.    Mitchell Godfred knew or should have known, at the time he executed his "Declaration in Support of Arctic Circle's Motion for Preliminary Injunction," that the photo album cover which ACE accuses Roth and Tandem of infringing has been an open stock item of Marble Rich Trading Company for over 20 years, and that ACE therefore has no basis for claiming exclusive rights in this item.

---

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 24
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Exhibit 6 Page 35

88.   ACE claims exclusive rights to the "Big Dipper Playing Cards," and accuses Roth and Tandem of misappropriating ACE's alleged exclusive rights.

89.   Mitchell Godfred knew or should have known, at the time he executed his "Declaration in Support of Arctic Circle's Motion for Preliminary Injunction," that the "Big Dipper Playing Cards" were designed by IAAC in 1994 (Item No. #6757), and that ACE therefore has no basis for claiming exclusive rights in this item.

90.   ACE claims exclusive rights to the "gold vial keychain," and accuses Roth and Tandem of misappropriating ACE's alleged exclusive rights.

91.   Mitchell Godfred knew or should have known, at the time he executed his "Declaration in Support of Arctic Circle's Motion for Preliminary Injunction," that the gold vial keychain has been an open stock item from one of the manufacturers that supplies Hvar, and that ACE therefore has no basis for claiming exclusive rights in this item.

92.   ACE claims that Roth and Tandem are acting in a deceptive manner by selling a gold-filled vial with a display card bearing the description "Mined Exclusively for Alaska."

93.   Mitchell Godfred knew or should have known, at the time he executed his "Declaration in Support of Arctic Circle's Motion for Preliminary Injunction," that the gold vial on a display card is a staple souvenir item developed by Karol-Western Co. of California, and has been sold for more than 6 years in at least 6 states with the state name inserted on the label (with approximately 15,000 units sold), with *not one* instance of

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 25
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Exhibit 6 Page 36

1   consumer confusion, and that ACE therefore has no basis for claiming that Roth and

2   Tandem's sales of this item constitute intentional misrepresentation or any other violation

3   of law.

### COUNT I

### DECLARATORY JUDGMENT OF TRADEMARK AND TRADE DRESS

### NONINFRINGEMENT, AND INVALIDITY OF ARCTIC CIRCLE'S

### TRADEMARK "ALASKAN FRIENDS"

94.     Roth and Tandem incorporate Paragraphs 1 through 93 above, including all

subparts, as if fully set forth herein.

95.     ACE has filed a lawsuit accusing Roth and Tandem have of infringing (i.e.

"knocking off") ACE's alleged trademark and/or trade dress rights in the packaging or

product design of certain ACE products, and also accusing Roth and Tandem of

infringing the trademark "ALASKAN FRIENDS," and/or the mark "ALASKA

FRIENDS."

96.     There is, therefore, an actual case or controversy between ACE and Roth

and Tandem concerning the alleged infringement of ACE's trademarks and trade dress.

97.     In an action for infringement of unregistered trade dress under § 43(a) of

the Lanham Act, a product's design is distinctive, and therefore protectable, only upon a

showing of secondary meaning.

98.     In its First Amended Complaint, ACE failed to allege secondary meaning

with respect to any of the designs allegedly infringed by items sold by Roth and Tandem.

---

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 26
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Exhibit 6 Page 37

99.    Absent Roth or Tandem's infringement of any valid and enforceable intellectual property rights owned by ACE, there can be no "knocking off" of ACE's designs.

100.    Many of the designs that ACE alleges Roth and Tandem have "knocked off" are available from third parties in the open market, and thus ACE is incapable of possessing enforceable rights as to them.

101.    Many of the designs that ACE alleges Roth and Tandem have "knocked off" are designs that Roth developed during her employment with IAAC or the successor entities to IAAC, and thus ACE is incapable of possessing enforceable rights as to them.

102.    ACE's allegations of trade dress infringement therefore lack any foundation and are without merit.

103.    Roth and Tandem acknowledge that they sold goods under the name or mark "ALASKA FRONTIER FRIENDS."

104.    Roth and Tandem's name or mark "ALASKA FRONTIER FRIENDS" reads, from top to bottom on the labels on which it appears, "frontier Alaska friends," but the word "Alaska" in Roth and Tandem's name or mark is so prominent that the ordinary observer would read the name or mark as "ALASKA FRONTIER FRIENDS."

105.    Roth and Tandem's use of the name or mark "ALASKA FRONTIER FRIENDS" does not infringe any rights of ACE, as there is no likelihood of confusion between ACE's and Roth and Tandem's names or marks.

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 27
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Exhibit 6 Page 38

106.    Even if Roth and Tandem's name or mark is read as "FRONTIER ALASKA FRIENDS," that name or mark does not infringe any rights of ACE, as there is no likelihood of confusion between ACE's and Roth and Tandem's names or marks.

107.    In addition, ACE's registration for the trademark, "ALASKAN FRIENDS," is invalid and not enforceable.

108.    Pursuant to 28 U.S.C. §§ 2201 and 1338(a), Roth and Tandem are entitled to a judgment declaring that: (a) ACE's registration of its trademark, "ALASKAN FRIENDS," is invalid and unenforceable; (b) neither Roth nor Tandem infringe any alleged trademark or trade dress rights held by ACE in the packaging or designs of its products; (c) neither Roth nor Tandem infringe ACE's "ALASKAN FRIENDS" trademark, even if such trademark is presumed valid; and (d) neither Roth nor Tandem infringe ACE's alleged common law mark, "ALASKA FRIENDS."

## COUNT II

## COPYRIGHT INFRINGEMENT

109.    Roth and Tandem incorporate Paragraphs 1 through 108 above, including all subparts, as if fully set forth herein.

110.    ACE is presently infringing Roth's above-listed copyrights, in violation of 17 U.S.C. § 501, et seq., by producing, distributing, and using products which are direct copies or derivatives of Roth's copyrighted works.

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 28
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Exhibit 6 Page 39

111.  Roth is entitled to an injunction restraining ACE, its officers, agents and employees, and all persons acting in concert with them, from engaging in any further such acts in violation of the copyright laws.

112.  Roth is further entitled to recover from ACE the damages, including attorneys' fees, it has sustained and will sustain, and any gains, profits and advantages obtained by ACE as a result of ACE's acts of infringement alleged above, in an amount to be determined at trial.

## COUNT III

### UNFAIR COMPETITION IN VIOLATION OF THE LANHAM ACT

113.  Roth and Tandem incorporate Paragraphs 1 through 112 above, including all subparts, as if fully set forth herein.

114.  ACE's conduct described above constitutes unfair competition, false advertising, false designation of origin, false or misleading description of fact, in violation of the Federal Lanham Act (15 U.S.C. §1051, et seq.).

## COUNT IV

### TORTIOUS INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

115.  Roth and Tandem incorporate Paragraphs 1 through 114 above, including all subparts, as if fully set forth herein.

116.  Roth and Tandem have, and have had, prospective business relationships with their retailers, customers, suppliers and manufacturers. ACE has intentionally

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 29
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Exhibit 6 Page 40

interfered with those relationships by threats, intimidation, and claims of exclusive intellectual property rights which ACE knows or should know that it does not, in fact, possess.

117.   ACE's conduct was unprivileged, unlawful and has resulted in damages to Roth and Tandem in an amount to be determined at trial.

## COUNT V

## TORTIOUS INTERFERENCE WITH EXISTING BUSINESS

## RELATIONSHIPS

118.   Roth and Tandem incorporate Paragraphs 1 through 117 above, including all subparts, as if fully set forth herein.

119.   ACE's threats, intimidation, and copying of Roth/Tandem's designs are an intentional and unlawful attempt to interfere with relationships developed by Roth in over 18 years in the souvenir business.

120.   ACE's conduct was unprivileged, unlawful and has resulted in damages to Roth and Tandem in an amount to be determined at trial.

## COUNT VI

## ALASKA UNFAIR COMPETITION

121.   Roth and Tandem incorporate Paragraphs 1 through 120 above, including all subparts, as if fully set forth herein.

122.   ACE's conduct both in the State of Alaska and elsewhere constitute unfair methods of competition and unfair and deceptive acts in the conduct of trade or commerce

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 30
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Exhibit 6 Page 41

in violation of Alaska's Unfair Business Practices Consumer Protection Act, AS 45.50.471(3)(11) and (2), as well as at common law.

### COUNT VII

### DEFAMATION

123.    Roth and Tandem incorporate Paragraphs 1 through 122 above, including all subparts, as if fully set forth herein.

124.    ACE, through its officers and employees has made false and defamatory accusations against Roth and Tandem.

125.    The false and defamatory statements were specifically intended to damage Roth in her personal and business capacities and Tandem in its business capacity.

126.    The false and defamatory statements were published to third persons both orally, and in writing.

127.    Roth and Tandem have suffered and continue suffering damage to their reputations, with resulting damage to Roth and Tandem's business and business relationships in an amount to be determined at trial.

128.    ACE's malicious and false statements are the direct and proximate cause of the damages to Roth and to Tandem.

### PRAYER FOR RELIEF

WHEREFORE, Defendants/Counterclaimants Roth and Tandem pray for relief on their counterclaims as follows:

A.    That the Court find that ACE has infringed Roth's copyrights.

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 31
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Exhibit 6 Page 42

B.     That the Court find a substantial likelihood that ACE will continue to infringe Roth's copyrights unless enjoined from doing so.

C.     That ACE, its directors and officers, agents, servants, employees, and all other persons in active concert or privity or in participation with them, be enjoined from directly or indirectly infringing Roth's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, display, advertise, reproduce, develop or manufacture any works derived or copied from the copyrighted works or to participate or assist in any such activity.

D.     That ACE, its directors and officers, agents, servants, employees, and all other persons in active concert or privity or in participation with them, be enjoined to return to Roth any and all originals, copies, facsimiles, derivatives or duplicates of the copyrighted works in their possession, custody or control.

E.     That ACE, its directors and officers, agents, servants, employees, and all other persons in active concert or privity or in participation with them, be enjoined to recall from all distributors, wholesalers, jobbers, dealers, retailers, and distributors, and all others known to ACE, any originals, copies, facsimiles, derivatives or duplicates of any works shown by the evidence to infringe any copyright in the copyrighted works.

F.     That ACE be enjoined to deliver upon oath, to be impounded during the pendency of this action and destroyed pursuant to judgment herein, all originals, copies, facsimiles, or duplicates of any work shown by the evidence to infringe any copyright in the copyrighted works.

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 32
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Exhibit 6 Page 43

G.    That ACE be required to file with the Court and to serve on Roth, within 30 days after service of the Court's order as herein prayed, a report in writing under oath setting forth in detail the manner and form in which ACE has complied with the Court's order.

H.    That judgment be entered for Roth and against ACE for Roth's actual damages according to proof, and for any profits attributable to infringements of Roth's copyrights, in accordance with proof.

I.    That judgment be entered for Roth and against ACE for statutory damages based upon ACE's acts of infringement, pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101 et seq.

J.    That ACE be required to account for all gains, profits, and advantages derived from its acts of infringement and for its other violations of law.

K.    That all gains, profits and advantages derived by ACE from its acts of infringement and other violations of law be deemed to be held in constructive trust for the benefit of Roth.

L.    For damages, including punitive damages, arising from interference with Roth's and/or Tandem's prospective business relationships.

M.    For damages, including punitive damages, arising from ACE's intentional interference with Roth's and/or Tandem's existing business relationships.

N.    For damages, including punitive damages, arising from ACE's conduct in violation of the Alaska Unfair Business Practices and Consumer Protection Act.

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 33
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Exhibit 6 Page 44

O.    For damages arising from ACE's violation of the federal Lanham Act, including, but not limited to, Roth and Tandem's actual damages from ACE's violations, and all ACE's revenues or other gains from such violations.

P.    For damages, including punitive damages, arising from defamatory statements made by ACE against Roth.

Q.    For damages, including punitive damages, arising from defamatory statements made by ACE against Tandem.

R.    For a judgment declaring that (a) ACE's registration of it trademark, "ALASKAN FRIENDS," is invalid and unenforceable; (b) neither Roth nor Tandem infringe any alleged trademark or trade dress rights held by ACE in the packaging or designs of its products; (c) neither Roth nor Tandem infringe ACE's "ALASKAN FRIENDS" trademark, even if such trademark is presumed valid; and (d) neither Roth nor Tandem infringe ACE's alleged common law mark, "ALASKA FRIENDS."

S.    That Roth and Tandem have judgment against ACE for Roth and Tandem's costs and attorneys' fees, and for treble damages as allowed by law.

T.    That the Court grant such other, further, and different relief as the Court deems proper under the circumstances.

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 34
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Exhibit 6 Page 45

1    DATED this 23 day of September, 2004.

2

3                                          **CARNEY BADLEY SPELLMAN, P.S.**

4

5                                    By _____
                                          Kenneth S. Kagan
6                                          Washington State Bar No. 12983

7    **MARSTON & COLE, P.C.**

8

9                                    By _____
                                          Erin B. Marston
10                                         Alaska State Bar No. 8511177

11

                                     Attorneys for Defendants Sandy Roth,
12                                   Tandem Imports, Inc., and Keystar
                                     International, Ltd.
13

14

15   **Certificate of Service**

16   I HEREBY CERTIFY that on the 23 day
     of September, 2004, a true and correct copy of the
     foregoing document was hand-delivered via legal
17   messenger for service on:

18   Bruce A. Bookman
     Bookman & Helm, LLP
19   810 "N" Street, #200
     Anchorage, AK  99501

20   _____

21   Erin B. Marston

DEFENDANTS' AMENDED ANSWER,            **CARNEY**        LAW OFFICES
AFFIRMATIVE DEFENSES AND               **BADLEY**        A PROFESSIONAL SERVICE CORPORATION
COUNTERCLAIMS – 35                     **SPELLMAN**      700 FIFTH AVENUE, #5800
A03-139 CV (JWS)                                         SEATTLE, WA 98104-5017
                                                         FAX (206) 467-8215
rot004 0001 fi103302 9/23/04                             TEL (206) 622-8020

Exhibit 6 Page 46

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual...

RI    VA 1 – 044 – 967

VA    VAU

**EFFECTIVE DATE OF REGISTRATION**

JUN 1 2 2000

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Alaska Moose Mug

**NATURE OF THIS WORK ▼** See Instructions

Laser Cut Etching on Ceramic Mug

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**NAME OF AUTHOR ▼**
**a** Gift Connections, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR ☐ Citizen of ▶ USA
☐ Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes    ☒ No
Pseudonymous?    ☐ Yes    ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NAME OF AUTHOR ▼**
**b**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed
1998
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ January    Day ▶ 20    Year ▶ 1999
USA    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Gift Connections, Inc.
521 8th Street SW, Suite D
Auburn, WA 98001

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 1 2 2000

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Exhibit 6 Page 47

| | |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a  See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼        **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Eric M. Stahl, Davis Wright Tremaine LLP
1501 Fourth Avenue, Suite 2600
Seattle, WA 98101-1688

b

Area code and daytime telephone number ▶ ( 206 ) 622-3150        Fax number ▶ ( 206 ) 628-7699

Email ▶ ericstahl@dwt.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___Gift Connections, Inc.___
         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Eric M. Stahl        Date▶ June 9 200

Handwritten signature (X) ▼

X

**9**

| | |
|---|---|
| Certificate will be mailed in window envelope to this address: | **Name** ▼ Eric M. Stahl, Davis Wright Tremaine |
| | **Number/Street/Apt** ▼ 1501 Fourth Avenue, Suite 2600 |
| | **City/State/ZIP** ▼ Seattle, WA 98101-1688 |

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000      ♻ PRINTED ON RECYCLED PAPER      ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71
WEB REV: June 1999

Exhibit 6 Page 48

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
REGI

VA 1−056−297

EFF    JUN 12 2000
       Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Eskimo Doll with Baby

**NATURE OF THIS WORK ▼** See Instructions

Porcelain Doll

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**
Gift Connections, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☑ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed
1995
This information must be given in all cases.
◀ Year

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ January    Day ▶ 29    Year ▶ 1998
USA    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Gift Connections, Inc.
521 8th Street SW, Suite D
Auburn, WA 98001

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUN 12 2000
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
JUN 12 2000

**FUNDS RECEIVED**

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Exhibit 6 Page 49

| EXAMINED BY | | FORM VA |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**  a

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**7**  a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Eric M. Stahl, Davis Wright Tremaine LLP
1501 Fourth Avenue, Suite 2600
Seattle, WA 98101-1688

b

Area code and daytime telephone number ▶ ( 206 ) 622-3150          Fax number ▶ ( 206 ) 628-7699

Email ▶ ericstahl@dwt.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☑ authorized agent of **Gift Connections, Inc.**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Eric M. Stahl          Date▶ 6/9/2000

Handwritten signature (X) ▼

X _____

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Eric M. Stahl, Davis Wright Tremaine | **YOU MUST:**<br>• Complete all necessary spaces<br>• Sign your application in space 8<br>**SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE:** |
| | Number/Street/Apt ▼<br>1501 Fourth Avenue, Suite 2600 | 1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights<br>3. Deposit material |
| | City/State/ZIP ▼<br>Seattle, WA  98101-1688 | **MAIL TO:**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000          ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71
WEB REV: June 1999

Exhibit 6 Page 50

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts

UNIT

REGI   **VA 1–050–298**

VA      VAU

EFFECTIVE DATE OF REGISTRATION

JUN 12 2000
Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Eskimo Doll with Husky

**NATURE OF THIS WORK ▼ See instructions**

Porcelain Doll

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

### a

**NAME OF AUTHOR ▼**
Gift Connections, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☑ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

### b

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instruction.*

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed
1995
*This information must be given in all cases.*

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ January Day ▶ 29 Year ▶ 1998
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Gift Connections, Inc.
521 8th Street SW, Suite D
Auburn, WA 98001

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 12 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 12 2000

FUNDS RECEIVED

*DO NOT WRITE HERE OFFICE USE ONLY*

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _2_ pages

Exhibit 6 Page 51

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a
See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ _____ Account Number ▼ _____

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Eric M. Stahl, Davis Wright Tremaine LLP
1501 Fourth Avenue, Suite 2600
Seattle, WA 98101-1688

b

Area code and daytime telephone number ▶ ( 206 ) 622-3150    Fax number ▶ ( 206 ) 628-7699

Email ▶ ericstahl@dwt.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ { ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Gift Connections, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Eric M. Stahl    Date ▶ 6/9/00

Handwritten signature (X) ▼

X _____

| Certificate will be mailed in window envelope to this address: | Name ▼ Eric M. Stahl, Davis Wright Tremaine | **9** |
|---|---|---|
| | Number/Street/Apt ▼ 1501 Fourth Avenue, Suite 2600 | |
| | City/State/ZIP ▼ Seattle, WA 98101-1688 | |

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

As of July 1, 1999, the filing fee for Form VA is $30.

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000    ♻ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71
WEB REV: June 1999

Exhibit 6 Page 52

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



FORM VA
For a Work of the Visual Arts

VA 1-050-299

EFFECTIVE DATE OF REGISTRATION

JUN 12 2000
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼

Eskimo Doll

NATURE OF THIS WORK ▼ See Instructions

Porcelain Doll

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**a**
NAME OF AUTHOR ▼
Gift Connections, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NOTE**
Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☑ 3-Dimensional sculpture  ☐ Map        ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either
of these questions is
"Yes," see detailed
instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture  ☐ Map        ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3**
**a**
Year in Which Creation of This Work Was
Completed    1996
◀ Year    This information
must be given
in all cases.

Date and Nation of First Publication of This Particular Work
Complete this information  Month ▶ January  Day ▶ 16  Year ▶ 1997
ONLY if this work
has been published.    USA    ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the
author given in space 2. ▼

Gift Connections, Inc.
521 8th Street SW, Suite D
Auburn, WA 98001

See instructions
before completing
this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a
brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 12 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 12 2000
FUNDS RECEIVED

DO NOT WRITE HERE

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Exhibit 6 Page 53

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions
before completing
this space.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

b

Eric M. Stahl, Davis Wright Tremaine LLP
1501 Fourth Avenue, Suite 2600
Seattle, WA 98101-1688

Area code and daytime telephone number ▶ ( 206 ) 622-3150          Fax number ▶ ( 206 ) 628-7699

Email ▶ ericstahl@dwt.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Gift Connections, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Eric M. Stahl                                                    Date ▶ 6/9/2000

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Eric M. Stahl, Davis Wright Tremaine

Number/Street/Apt ▼
1501 Fourth Avenue, Suite 2600

City/State/ZIP ▼
Seattle, WA  98101-1688

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

As of July 1, 1999,
the filing fee for
Form VA is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000          ⊕ PRINTED ON RECYCLED PAPER                    ✡U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71
WEB REV: June 1999

Exhibit 6 Page 54

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

## FORM VA
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

VA 1 – 050 – 300



EFF

JUN 12 2000
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

# 1

**TITLE OF THIS WORK ▼**

Eskimo Drummer

**NATURE OF THIS WORK ▼** See Instructions

Porcelain Doll

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

# 2

**a**

**NAME OF AUTHOR ▼**

Gift Connections, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ USA
   Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☑ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
   Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

# 3

**a** Year in Which Creation of This Work Was Completed
1995
This information must be given in all cases.
Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information Month▶ January Day▶ 25 Year▶ 1996
ONLY if this work has been published.
USA ◀ Nation

# 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Gift Connections, Inc.
521 8th Street SW, Suite D
Auburn, WA 98001

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED JUN 12 2000
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Exhibit 6 Page 55

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  ☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a
See instructions
before completing
this space.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Eric M. Stahl, Davis Wright Tremaine LLP
1501 Fourth Avenue, Suite 2600
Seattle, WA 98101-1688

b

Area code and daytime telephone number ▶ ( 206 ) 622-3150          Fax number ▶ ( 206 ) 628-7699

Email ▶ ericstahl@dwt.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                    check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Gift Connections, Inc.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Eric M. Stahl                                               Date ▶ 6/9/2000

Handwritten signature (X) ▼

☞ X

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Eric M. Stahl, Davis Wright Tremaine

Number/Street/Apt ▼
1501 Fourth Avenue, Suite 2600

City/State/ZIP ▼
Seattle, WA 98101-1688

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money   As of July 1, 1999,
   order payable to Register of Copyrights         the filing fee for
3. Deposit material                                Form VA is $30.

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1991—100,000
WEB REV: June 1999                    ♻ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

Exhibit 6 Page 56

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

VA 1–050–301



EFFECTIVE DATE OF REGISTRATION
JUN 12 2000
Month Day Year



**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
Wildlife Collection Puffin Rookery

NATURE OF THIS WORK ▼ See instructions
Polyresin Figurine

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** NAME OF AUTHOR ▼
a Gift Connections, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

**NOTE**
Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed 1998
b Date and Nation of First Publication of This Particular Work
Month ▶ December Day ▶ 28 Year ▶ 1998
USA ◀ Nation

**4** COPYRIGHT CLAIMANT(S)
Gift Connections, Inc.
521 8th Street SW, Suite D
Auburn, WA 98001

APPLICATION RECEIVED JUN 12 2000
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED JUN 12 2000
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

Page 1 of __ pages

Exhibit 6 Page 57

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼            Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**
See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Eric M. Stahl, Davis Wright Tremaine LLP
1501 Fourth Avenue, Suite 2600
Seattle, WA 98101-1688

**b**

Area code and daytime telephone number ▶ ( 206 ) 622-3150            Fax number ▶ ( 206 ) 628-7699

Email ▶ ericstahl@dwt.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of ___Gift Connections, Inc.___
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Eric M. Stahl                                    Date ▶ June 9, 2000

Handwritten signature (X) ▼

☞ X _____

**Certificate**
**will be**
**mailed in**
**window**
**envelope**
**to this**
**address:**

Name ▼
Eric M. Stahl, Davis Wright Tremaine

Number/Street/Apt ▼
1501 Fourth Avenue, Suite 2600

City/State/ZIP ▼
Seattle, WA  98101-1688

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS**
**IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV: June 1999

✪ PRINTED ON RECYCLED PAPER                ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

Exhibit 6 Page 58

Certificate of Registratio... 

## FORM VA

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Marybeth Peters*

Register of Copyrights, United States of America

VA 1~060~313

**EFFECTIVE DATE OF REGISTRATION**

8   18   00
Month  Day  Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

**TITLE OF THIS WORK ▼**

Alaska Eagle Magnet with Totemic Border

**NATURE OF THIS WORK ▼** See instructions

Polyresin Figurine Magnet

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**2**

**a**

**NAME OF AUTHOR ▼**

Gift Connections, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture   ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

---

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

---

**3**

**a** **Year in Which Creation of This Work Was Completed**
1998
◀ Year   This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information Month ▶ January  Day ▶ 20  Year ▶ 1999
ONLY if this work has been published.   USA   ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Gift Connections, Inc.
521 8th Street SW, Suite D
Auburn, WA 98001

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 12 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 12 2000

FUNDS RECEIVED
funds received 8-18-00

DO NOT WRITE HERE FOR COPYRIGHT OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Exhibit 6 Page 59

| EXAMINED BY | | FORM VA |
| CHECKED BY | | |

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a
See Instructions
before completing
this space.

b

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Eric M. Stahl, Davis Wright Tremaine LLP
1501 Fourth Avenue, Suite 2600
Seattle, WA 98101-1688

b

Area code and daytime telephone number ▶ ( 206 ) 622-3150                    Fax number ▶  ( 206 ) 628-7699

Email ▶ ericstahl@dwt.com

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _Gift Connections, Inc._
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Eric M. Stahl                                                       Date▶ 6/9/2000

Handwritten signature (X) ▼

☞  X _____

---

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼
Eric M. Stahl, Davis Wright Tremaine

Number/Street/Apt ▼
1501 Fourth Avenue, Suite 2600

City/State/ZIP ▼
Seattle, WA  98101-1688

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form VA is $30.

**9**

---

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000
WEB REV: June 1999                         ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

Exhibit 6 Page 60



Date:   August 18, 2004

LIBRARY
OF
CONGRESS

CHRISTENSEN, O'CONNOR,
JOHNSON, KINDNESS
Attn: Camilla L. Johnston
1420 Fifth Avenue, Ste. 2800
Seattle, WA 98101-2347

Type of remittance received:

check or money
order

deposit account--
description number:

COPYRIGHT
OFFICE

X    credit card

101 Independence
Avenue, S.E.

The Certifications and Documents Section has provided the following services and
applied fees as shown below.

Washington, D.C.
20559-6000

| | |
|---|---|
| Additional certificate | $210.00 |
| Expedited service (rush certifications, searches, or additional certificates) | $200.00 |
| **Total fees charged** | **$410.00** |
| Total remittance received | $410.00 |

Sincerely yours,

Register of Copyrights

Encl: VA 1-044-967 & 6 others

Exhibit 6 Page 61