James N. Leik
Kyan Olanna
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
Telephone: (907) 279-8561
Facsimile: (907) 276-3108
jleik@perkinscoie.com
kolanna@perkinscoie.com

Ryan J. McBrayer (*Pro Hac Vice*)
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 39-9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff Arctic Circle Enterprises, LLC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC., <br><br> Plaintiff, <br><br> v. <br><br> ALASKA JUNEAU MINING COMPANY LLC, <br><br> Defendant. | Case No. 3:-06-cv-170 (TMB) |

**STIPULATED EXTENSION OF BRIEFING DEADLINE**

Plaintiff Arctic Circle Enterprises, LLC ("Arctic Circle"), and its counsel of record, and defendant Alaska Juneau Mining Company LLC ("AJMC") and its

counsel of record, hereby stipulate and respectfully request that the deadline for Arctic Circle to file its Opposition to AJMC's Motion for Summary Judgment should be extended from April 16, 2007 to April 24, 2007.

Respectfully submitted this 2nd day of April, 2007.

| **PERKINS COIE LLP** | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP |
|---|---|
| By _____<br>James N. Leik<br>jleik@perkinscoie.com<br>Kyan Olanna<br>kolanna@perkinscoie.com<br>1029 W. Third Avenue, Suite 300<br>Anchorage, Alaska 99501<br>Telephone: (907) 279-8561<br>Facsimile: (907) 276-3108 | By _____<br>J. Michael Keyes (*pro hac vice*)<br>Brooke Kuhl (*pro hac vice*)<br>W. 618 Riverside<br>Suite 300<br>Spokane, WA 99201<br>Telephone: (509) 241-1527<br>Fax: (509) 444-7863<br>Mike.keyes@klgates.com |
| Attorneys for Plaintiff Arctic Circle Enterprises | Attorneys for Defendant AJMC |

I hereby certify that on April 2, 2007, the foregoing has been served by electronic mail on Paul L. Davis, Gregory Wesner, J. Michael Keyes and Brooke Kuhl.

　/s/ James N. Leik
　　　James N. Leik

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

STIPULATED EXTENSION OF
BRIEFING DEADLINE     - 2 -
59840-0003/LEGAL13132742.1