James N. Leik
Kyan Olanna
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
Telephone: (907) 279-8561
Facsimile: (907) 276-3108
jleik@perkinscoie.com
kolanna@perkinscoie.com

Ryan J. McBrayer (*Pro Hac Vice*)
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 39-9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff Arctic Circle
Enterprises, LLC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC., <br><br> Plaintiff, <br><br> v. <br><br> ALASKA JUNEAU MINING COMPANY LLC, <br><br> Defendant. | Case No. 3:-06-cv-170 (TMB) |

### PROPOSED ORDER

The parties' stipulated request to extend deadlines in the above-referenced action is hereby GRANTED.

PROPOSED ORDER - 1 -
59840-0003/LEGAL13134157.1

DATED at Anchorage, Alaska, this ____ day of _____, 2007.

                                                    Timothy M. Burgess
                                                    United States District Judge

I hereby certify that on April 2, 2007, the foregoing has been served by electronic mail on Paul L. Davis, Gregory Wesner, J. Michael Keyes and Brooke Kuhl.

  /s/ James N. Leik
     James N. Leik

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

PROPOSED ORDER          - 2 -
59840-0003/LEGAL13134157.1