James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
Tel: (907) 279-8561/Fax: (907) 276-3108
jleik@perkinscoie.com

Ryan J. McBrayer (*Pro Hac Vice*)
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101
Tel: (206) 359-8000/Fax: (206) 39-9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff Arctic Circle
Enterprises, LLC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC., | |
| Plaintiff, | Case No. 3:06-cv-170- (TMB) |
| v. | |
| ALASKA JUNEAU MINING COMPANY LLC, | |
| Defendant. | |

## ARCTIC CIRCLE ENTERPRISES, LLC'S CROSS-MOTION FOR SUMMARY JUDGMENT

### I.      RELIEF REQUESTED

Plaintiff Arctic Circle Enterprises, LLC ("Arctic Circle"), by and through

its attorneys of record, Perkins Coie LLP, moves this Court pursuant to Federal

Rule of Civil Procedure 56 for an order granting summary judgment in its favor that

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Defendant's defense relating to the release in the Settlement Agreement between Arctic Circle and Sandy Roth is precluded.

## II.    STATEMENT OF FACTS

The facts of this case are stated in Plaintiff's Cross-Motion and Opposition to Defendant's Motion for Summary Judgment filed herewith.

## III.    STATEMENT OF ISSUE

Whether any disputed issues of fact remain that are sufficient to allow Defendant to assert the release in the Arctic Circle/Roth Settlement Agreement as a defense.

## IV.    EVIDENCE RELIED UPON

This motion is based on Plaintiff Arctic Circle Enterprises, LLC's Cross-Motion and Opposition to Defendant's Motion for Summary Judgment, the Declaration of Ryan J. McBrayer, and the Declaration of Mitchell Godfred filed herewith, and all the pleadings in this matter.

## V.    AUTHORITY

Plaintiff's statement of authority is contained in its Cross-Motion and Opposition to Defendant's Motion for Summary Judgment filed herewith.

DATED:  April 24, 2007.

PERKINS COIE LLP

By */s/ James N. Leik*
James N. Leik
Ryan McBrayer (*Pro Hac Vice*)
Attorneys for Plaintiff Arctic Circle
Enterprises, LLC

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ARCTIC CIRCLE ENTERPRISES, LLC'S
CROSS-MOTION FOR SUMMARY JUDGMENT          - 2 -
59840-0003/LEGAL13183590.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 24, 2007, I electronically filed the foregoing Arctic Circle Enterprises, LLC's Cross-Motion for Summary Judgment with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Gregory F. Wesner<br>gwesner@klgates.com<br>K&L Gates LLP<br>925 4th Ave Suite 2900<br>Seattle WA 98104<br>Ph: (206) 370-6746<br>Fax: (206) 370-6319 | J. Michael Keyes, Esq.<br>jmkeyes@klgates.com<br>Brook C. Kuhl<br>brooke.kuhl@klgates.com<br>K&L Gates LLP<br>W. 601 Riverside, Suite 1400<br>Spokane, WA 99201<br>Ph: (509) 241-1527<br>Fax: (509) 444-7863 |
| Paul L. Davis, Esq.<br>davisp@klgates.com<br>K&L Gates LLP<br>420 L Street, Suite 400<br>Anchorage, AK 99501-1937<br>Ph: (907) 777-7609<br>Fax: (907) 777-7009 | |

Dated: April 24, 2007.

/s/ James N. Leik
James N. Leik

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108