James N. Leik, Alaska Bar No. 8111109
Kyan Olanna, Alaska Bar No. 0405024
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108
JLeik@perkinscoie.com
KOlanna@perkinscoie.com

Ryan J. McBrayer (*Pro Hac Vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359-8000
Facsimile: 206.359.9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff
Arctic Circle Enterprises, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA JUNEAU MINING COMPANY LLC,<br><br>Defendant. | Case No. 3:-06-CV-170 (TMB) |

## DECLARATION OF MITCHELL GODFRED

DECLARATION OF MITCHELL GODFRED
59840-0003/LEGAL13176649.1

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

I, Mitchell Godfred, declare the following based on my personal knowledge:

1. I am the president of Arctic Circle Enterprises LLC. I have been the president of Arctic Circle Enterprises LLC and its predecessor, Arctic Circle Enterprises, Inc. for more than 20 years.

2. Arctic Circle Enterprises Inc. became Arctic Circle Enterprises LLC in April 2005. As part of the transaction, Arctic Circle Enterprises, Inc. transferred all its intellectual property to Arctic Circle Enterprises, LLC. That transfer included an assignment of assets. The schedule of Arctic Circle Enterprises, Inc.'s assets specifically included the two Arctic Circle copyrights at issue in this matter.

3. Attached hereto as Exhibit 1 are the Equity Purchase Agreement, its Schedule 3(n)(ii) and its Schedule D ("Assignment and Assumption") in which Arctic Circle Enterprises Inc. transferred its assets, among which were listed the copyrights at issue, to Arctic Circle Enterprises LLC. I am prepared to testify at trial regarding this assignment should it be necessary to establish Arctic Circle Enterprises LLC's ownership.

4. Arctic Circle Enterprises LLC has owned the U.S. copyright registrations at issue in this matter since April 2005.

5. Arctic Circle Enterprises Inc. and its division Polar Graphics employed Mr. Jeff Knutson as a graphic artist in 1997 and 1998.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

| DECLARATION OF MITCHELL GODFRED
59840-0003/LEGAL13176649.1

6. Mr. Knutson worked for Arctic Circle Enterprises Inc. until September 15th, 1998 when he left voluntarily. Attached hereto as Exhibit 2 are documents with the social security number redacted that evidence Mr. Knutson's employment with Arctic Circle Enterprises Inc.

7. Mr. Knutson was employed at Arctic Circle Enterprises, Inc. during and after the time Ms. Lorraine Wyles and our graphic design staff created the Alaska Map Photo Album that is the subject of the copyrights in this action. We offered to sell and sold our first Alaska Map Photo Albums during the period when Mr. Knutson was employed.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED at Anchorage, Alaska this 19th day of April, 2007.

_____
Mitchell Godfred

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

DECLARATION OF MITCHELL GODFRED   -2-
59840-0003/LEGAL13176649.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Alaska that, on April 24, 2007, he caused to be served on the person(s) listed below in the manner shown:

DECLARATION OF MITCHELL GODFRED

Gregory F. Wesner
gwesner@klgates.com
K&L Gates LLP
925 4th Ave Suite 2900
Seattle WA 98104
Ph: (206) 370-6746
Fax: (206) 370-6319

J. Michael Keyes, Esq.
jmkeyes@klgates.com
Brook C. Kuhl
brooke.kuhl@klgates.com
K&L Gates LLP
W. 601 Riverside, Suite 1400
Spokane, WA 99201
Ph: (509) 241-1527
Fax: (509) 444-7863

Paul L. Davis, Esq.
davisp@klgates.com
K&L Gates LLP
420 L Street, Suite 400
Anchorage, AK 99501-1937
Ph: (907) 777-7609
Fax: (907) 777-7009

☐ United States Mail, First Class

☐ By Messenger

☐ By Facsimile

☒ By eFiling (and email by agreement for the sealed attachments)

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

CERTIFICATE OF SERVICE      -1-
59840-0003/LEGAL13176649.1

Dated at Anchorage, Alaska, this 24th day of April, 2007.

          s/ *James Leik*
          James Leik, Alaska Bar No. 8111109
          JLeik@perkinscoie.com
          Kyan Olanna, Alaska Bar No. 0405024
          KOlanna@perkinscoie.com
          **Perkins Coie LLP**
          1029 West Third Avenue, Suite 300
          Anchorage, AK 99501-1981
          Tel: 907.279.8561/Fax: 907.276.3108

**Perkins Coie LLP**
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

CERTIFICATE OF SERVICE           -2-
59840-0003/LEGAL13176649.1