James N. Leik, Alaska Bar No. 8111109
Kyan Olanna, Alaska Bar No. 0405024
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:  907.279.8561
Facsimile:  907.276.3108
JLeik@perkinscoie.com
KOlanna@perkinscoie.com

Ryan J. McBrayer (*Pro Hac Vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone: 206.359-8000
Facsimile:  206.359.9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff
Arctic Circle Enterprises, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ARCTIC CIRCLE ENTERPRISES, LLC, | Case No. 3:-06-CV-170 (TMB) |
|---|---|
| Plaintiff, | |
| v. | |
| ALASKA JUNEAU MINING COMPANY LLC, | |
| Defendant. | |

DECLARATION OF MITCHELL GODFRED

Exhibit 1 pages 1 through 45 are withheld pursuant to the Court's Protective Order of February 6, 2007, because they are designated as "ATTORNEYS' EYES ONLY."  Exhibit 1 will be provided to counsel and courtesy copy to Honorable Timothy M. Burgess.

59840-0003/LEGAL13183002.1