James N. Leik, Alaska Bar No. 8111109
Kyan Olanna, Alaska Bar No. 0405024
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108
JLeik@perkinscoie.com
KOlanna@perkinscoie.com

Ryan J. McBrayer (*Pro Hac Vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359-8000
Facsimile: 206.359.9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff
Arctic Circle Enterprises, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA JUNEAU MINING COMPANY LLC,<br><br>Defendant. | Case No. 3:06-CV-170 (TMB) |

**DECLARATION OF RYAN J. McBRAYER**

DECLARATION OF RYAN J. MCBRAYER    -1-
59840-0003/LEGAL13176290.1

I, Ryan J. McBrayer declare as follows:

1. I am counsel of record for Arctic Circle Enterprises LLC in the above captioned action. I make this declaration based upon personal knowledge about which I am competent to testify.

2. Attached hereto as Exhibit 1 is an accurate photograph of the Arctic Circle 200-pocket Alaska Map Photo Album at issue in this matter.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Indian Arts and Crafts photo album design provided to me by Mr. Michael Keyes, counsel for Alaska Juneau Mining Company. Alaska Juneau Mining Company produced the document depicting this design in black and white format during discovery and provided and used a colored copy during the deposition of Mitchell Godfred in this action. Exhibit 2 pages 2-4 are true and correct copies of correspondence I sent to Alaska Juneau Mining Company's attorney in the weeks before filing this motion to verify the color of Exhibit 2. We received no response.

4. Attached hereto as Exhibit 3 is an accurate photograph of a photo album ("Roth I") that Arctic Circle alleged was an infringing product in *Arctic Circle Enterprises Inc. v Sandy Roth, et al.*, Case No. 03-139 (JWS) (the "Roth Litigation").

5. Attached hereto as Exhibit 4 is an accurate photograph of a photo album ("Roth II") that Arctic Circle alleged was an infringing product in the Roth Litigation.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

DECLARATION OF RYAN J. McBRAYER   -2-
59840-0003/LEGAL13176290.1

6.  Attached hereto as Exhibit 5 is an accurate photograph of the Alaska Juneau Mining Company photo album at issue in this matter.

7.  Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the testimony of Mitchell Godfred in this matter. The following pages are included in Exhibit 6: 1 – 4, 9 – 12, 17 – 20, 25 – 28, 37 – 40, 69 – 72, 97 – 100, 125 – 128, 129 – 132, 133 – 136.

8.  Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the testimony of Mr. David Coates in this matter. The following pages are included in Exhibit 7: 1 – 4, 13 – 16, 25 – 28, 29 – 40, 81- 84.

9.  Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the testimony of Mr. David Coates in the Roth Litigation. The following pages are included in Exhibit 8: 1, 82.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the testimony of Mr. Shelton Plutsky in this matter. The following pages are included in Exhibit 9: 1 – 4, 33 – 36, 69 – 72, 73 – 76.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the testimony of Ms. Toni Murphy in this matter. The following pages are included in Exhibit 10: 1 – 4, 61 – 64.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts of the testimony of Ms. Pam Ruatto in this matter. The following pages are included in Exhibit 11: 1- 24, 57 – 60, 89 – 92.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

DECLARATION OF RYAN J. MCBRAYER     -3-
59840-0003/LEGAL13176290.1

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts of the testimony of Ms. Lorraine Wyles in this matter. The following pages are included in Exhibit 12: 1 – 4, 25 – 36, 41 – 44.

14. Attached hereto as Exhibit 13 are true and correct copies of U.S. copyright registration VAu-176 and VAu-178 including pictures of the deposits that accompanied the copyright registrations.

15. Attached hereto as Exhibit 14 is a true and correct copy of Arctic Circle's Complaint in the Roth Litigation.

16. Attached hereto as Exhibit 15 is a true and correct copy of Arctic Circle Enterprises Inc.'s Amended Complaint in the Roth Litigation.

17. Attached hereto as Exhibit 16 is a true and correct copy of Ms. Roth's Answer in the Roth Litigation.

18. Attached hereto as Exhibit 17 is a true and correct copy of Ms. Roth's Amended Answer in the Roth Litigation.

19. Attached hereto as Exhibit 18 is a true and correct copy of Ms. Roth's Motion to File an Amended Answer and Counterclaims and its attached Second Amended Answer and Counterclaims. Ms. Roth filed this motion at Docket Number 114 in the Roth Litigation.

20. Attached hereto as Exhibit 19 is a true and correct copy of this Court's Order at Docket Number 142 denying Ms. Roth's Motion to File an Amended Answer and Counterclaims.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

DECLARATION OF RYAN J. MCBRAYER    -4-
59840-0003/LEGAL13176290.1

21.   Attached hereto as Exhibit 20 is a true and correct copy of the definition of "pleading" in Black's Law Dictionary, 7th Edition, 2000.

22.   Attached hereto as Exhibit 21 is a true and correct copy of documents Bates stamped ACE 000687-719 evidencing part of the negotiation history between Arctic Circle Enterprises Inc. and Ms. Roth. The following people are identified as senders and recipients in the included e-mails: Mr. Ken Kagan (counsel for Ms. Roth), Mr. Greg Wesner (counsel for Ms. Roth), Ms. Erin Marston (counsel for Ms. Roth), Mr. Bruce Bookman (counsel for Arctic Circle) and Mr. Mitchell Godfred (President, Arctic Circle Enterprises Inc.).

23.   Attached hereto as Exhibit 22 is a true and correct copy of excerpts of the deposition of Ms. Sandy Roth in the Roth Litigation. The following pages are included in Exhibit 22: 1, 35 – 38, 41.

24.   Attached hereto as Exhibit 23 is a true and correct copy of the Settlement Agreement in the Roth Litigation.

25.   Attached hereto as Exhibit 24 is a true and correct copy of documents produced in this matter by Alaska Juneau Mining Company that are Bates stamped AJMC 0004-5.

26.   Attached hereto as Exhibit 25 is a true and correct copy of documents produced in this matter by Alaska Juneau Mining Company that are Bates stamped AJMC 0007-12.

27.   Attached hereto as Exhibit 26 is a true and correct copy of the Motion of Non-Party David Coates for Relief from Order that was filed in the Roth

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

Litigation. Mr. Coates argues in his Motion that he did not induce or abet infringement by Ms. Roth.

28. Attached hereto as Exhibit 27 is a true and correct copy of Exhibit A to the Declaration of Mitchell Godfred filed in support of the Motion for a Preliminary Injunction in the Roth Litigation. The Motion was filed soon after the Complaint and Exhibit A to the Godfred Declaration (Exhibit 27 hereto) depicts the Roth products at issue.

29. Attached hereto as Exhibit 28 is a true and correct copy of the District Court Order in *Brod v. General Publishing Group, Inc.*, Case No. CV-98-9520 in the Central District of California denying attorneys' fees to a prevailing copyright defendant.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED at Seattle, Washington this 23rd day of April, 2007.

_____
Ryan J. McBrayer

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Alaska that, on April 24, 2007 he/she/they caused to be served on the person(s) listed below in the manner shown:

DECLARATION OF RYAN J. McBRAYER

Gregory F. Wesner
gwesner@klgates.com
K&L Gates LLP
925 4th Ave Suite 2900
Seattle WA 98104
Ph: (206) 370-6746
Fax: (206) 370-6319

J. Michael Keyes, Esq.
jmkeyes@klgates.com
Brook C. Kuhl
brooke.kuhl@klgates.com
K&L Gates LLP
W. 601 Riverside, Suite 1400
Spokane, WA 99201
Ph: (509) 241-1527
Fax: (509) 444-7863

Paul L. Davis, Esq.
davisp@klgates.com
K&L Gates LLP
420 L Street, Suite 400
Anchorage, AK 99501-1937
Ph: (907) 777-7609
Fax: (907) 777-7009

☐ United States Mail, First Class

☐ By Messenger

☐ By Facsimile

☒ By eFiling (with attachments filed under seal served via email by agreement)

CERTIFICATE OF SERVICE TO
DECLARATION OF RYAN J. McBRAYER
59840-0003/LEGAL13176290.1

-1-

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

Dated at Anchorage, Alaska, this 24th day of April, 2007.

s/ *James Leik*
James Leik, Alaska Bar No. 8111109
JLeik@perkinscoie.com
Kyan Olanna, Alaska Bar No. 0405024
KOlanna@perkinscoie.com
**Perkins Coie** LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Tel:  907.279.8561/Fax:  907.276.3108

**Perkins Coie** LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

CERTIFICATE OF SERVICE TO                      -2-
DECLARATION OF RYAN J. McBRAYER
59840-0003/LEGAL13176290.1