# Exhibit 5



Ex. 5 - 2