James N. Leik, Alaska Bar No. 8111109
Kyan Olanna, Alaska Bar No. 0405024
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108
JLeik@perkinscoie.com
KOlanna@perkinscoie.com

Ryan J. McBrayer (*Pro Hac Vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359-8000
Facsimile: 206.359.9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff
Arctic Circle Enterprises, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALASKA JUNEAU MINING COMPANY LLC,<br><br>　　　　Defendant. | Case No. 3:-06-CV-170 (TMB) |

DECLARATION OF RYAN J. McBRAYER

Exhibit 6 pages 1 through 11 are withheld pursuant to Protective Order of February 6, 2007, because they are designated as "ATTORNEYS' EYES ONLY." Exhibit 6 will be provided to counsel and courtesy copy to Honorable Timothy M. Burgess.

59840-0003/LEGAL13182991.1