# Exhibit 7

2/5/2007 COATES, David Lee V.1

0001

1    IN THE UNITED STATES DISTRICT COURT
2         FOR THE DISTRICT OF ALASKA
3    ------------------------------------
4    ARCTIC CIRCLE ENTERPRISES, )
5    LLC.,                      )
6         Plaintiff,            )
7    vs.                        ) No. 3:-06-cv-170 (TMB)
8    ALASKA JUNEAU MINING       )
9    COMPANY LLC,               )
10        Defendant.            )
11   ------------------------------------
12        Deposition Upon Oral Examination Of
13              DAVID LEE COATES
14   ------------------------------------
15   1201 Third Avenue, #4800, Seattle, Washington
16
17
18
19
20
21
22
23
24   DATE: February 5, 2007
25   REPORTED BY: Mindi L. Pettit, RPR, CCR #2519

1

2/5/2007 COATES, David Lee V.1

1    APPEARANCES:
2    For the Plaintiff: RYAN J. McBRAYER, ESQ.
3              Perkins Coie LLP
4              1201 Third Avenue
5              Suite 4800
6              Seattle, Washington 98101-3099
7              (206) 359-8000
8              (206) 359-9000
9              rmcbrayer@perkinscoie.com
10
11   For the Defendant: J. MICHAEL KEYES, ESQ.
12             Kirkpatrick & Lockhart Preston
13             Gates Ellis LLP
14             618 West Riverside Avenue
15             Suite 300
16             Spokane, Washington 99201-0602
17             (509) 624-2100
18             (509) 444-7863
19             mike.keyes@klgates.com
20
21
22
23
24
25

2

2/5/2007 COATES, David Lee V.1

1                E X H I B I T S
2    NO.  DESCRIPTION                    PAGE
3    3    Alaska photo album ordered from Hayes
4         Specialties                    4
5    14   Alaska photo album of Arctic Circle
6         Enterprises                    4
7    30   "Antique Alaska Map Photo Album" artwork
8         by Mr. Knutson                 4
9    31   Sales: Item Summary for album-map    4
10   32   Excerpt of spreadsheet         4
11   33   Spreadsheet                    4
12   34   Invoice to Dockside Trading Co. from Hayes
13        Specialties Corporation, 6-20-06    4
14   35   Invoice to Dockside Trading Co. from Hayes
15        Specialties Corporation, 4-20-06    4
16   36   E-mail to Mr. Coates from Mr. Hayes,
17        3-31-06                        22
18   37   E-mail string, top one to Mr. and Mrs.
19        Coates from Mr. Hayes, 1-9-06    24
20
21
22            E X A M I N A T I O N
23   BY                PAGES
24   Mr. McBrayer      4 - 143
25

3

2/5/2007 COATES, David Lee V.1

1         Seattle, Washington; Monday, February 5, 2007
2         8:56 A.M.
3         ---------------------
4         (Exhibits-3, 14, and 30 through 35 marked.)
5    DAVID LEE COATES, witness herein, having been duly
6         sworn by the Notary, testified as
7         follows:
8              E X A M I N A T I O N
9    BY MR. McBRAYER:
10   Q.   Good morning, Mr. Coates. My name is Ryan
11   McBrayer. I'm an attorney for Perkins Coie
12   representing Arctic Circle Enterprises in the lawsuit.
13   Have you had your deposition taken before?
14   A.   Yes.
15   Q.   Okay. I want to cover an -- a version of the
16   background rules for this to make sure we understand
17   each other and can make an effective record today
18   because this deposition is being transcribed. I will
19   do my best to ask questions that are clear and concise.
20   If you don't understand any part of it -- of a
21   question, please let me know, and I will clarify the
22   question as needed so that you can give an answer.
23        Second, the court reporter is -- because she
24   is transcribing this, needs verbal responses, not a --
25   not a head shake. That's hard to record. And try and

4

Ex. 7 - 2

1 responsible for ordering?
2   A. Well, generally in those cases, Toni would
3 decide what she was going to buy and the quantities of
4 those items. And then she would give them to me, and I
5 would put them on a spreadsheet along with other stores
6 and incorporate them into a single order.
7   Q. For Alaska Juneau Mining Company, who
8 typically makes the decision to order any specific
9 product?
10   A. Toni Murphy.
11   Q. Have you ever suggested to Ms. Murphy that she
12 should order a specific product from JC Marketing,
13 Dutch Harbor Gear, Hayes Specialties, or Greatland?
14   A. I -- probably. Sure. But very seldom.
15   Q. Regarding Alaska Juneau Mining Company's sales
16 of the Alaska map photo album at issue in this case,
17 did you suggest to Ms. Murphy that she should order
18 that item from Hayes Specialties?
19   A. I don't know that I suggested that she order
20 it, but probably more let her know that that item was
21 available, similar to all the other items that were
22 available from Hayes Specialties, and then she had the
23 option to order that, if she wished to.
24   Q. When did Hayes Specialties, to your knowledge,
25 first offer the Alaska map photo album?

13

1   A. I do believe it was for the 2006 season.
2   Q. And for -- if Hayes Specialties offered an
3 item for the 2006 season, what month would that product
4 have been -- month or months would that product have
5 been available?
6   A. I -- I don't know the exact month. I'm
7 guessing that in the fall of 2005, as we start to
8 prepare for the next year's season, that we had given
9 them our artwork for that item and asked them to make
10 us up a sample.
11   Q. Who gave Hayes Specialties artwork for the
12 Alaska Juneau Mining Company --
13   A. I did.
14   Q. -- photo album?
15      How did you provide that artwork?
16   A. It was in the form of a drawing that was done
17 by an artist -- I do believe that's it on the table
18 there, a black and white copy -- the artist James
19 Knutson -- or Jeff Knutson, excuse me, who did that
20 drawing for Gift Connections, I do believe, in the year
21 1999.
22   Q. When did you provide -- well, let me back up,
23 and I'll hand you what's been marked as Exhibit-30.
24      Do you recognize Exhibit-30, Mr. Coates?
25   A. Yes.

14

1   Q. What is Exhibit-30?
2   A. Not in the black and white form, but in the
3 color form, I'm more familiar with it.
4   Q. Okay. What is Exhibit-30?
5   A. That's the black and white copy of the artwork
6 of the photo album, the Alaska map photo album.
7   Q. That you provided to Hayes Specialties?
8   A. Yes, that's correct.
9   Q. When did you provide that artwork to -- in
10 Exhibit-30 to Hayes Specialties?
11   A. I -- I don't know exactly, but as I said,
12 probably -- I mean, it was probably in the fall of
13 2005.
14   Q. How did you transmit that artwork to Hayes
15 Specialties?
16   A. I do believe I faxed him a color copy -- faxed
17 or e-mailed. I'm not sure if I scanned it and e-mailed
18 it to him or faxed it, but one way or the other.
19   Q. What did you say to Hayes Specialties when you
20 provided the artwork in Exhibit-30?
21   A. That that was artwork that we purchased from
22 Gift Connections when they went out of business and I
23 would like him to put that exact artwork on a photo
24 album for us.
25   Q. Did you communicate anything else to Hayes

15

1 Specialties when you transmitted Exhibit-30 to them?
2   A. I could have, but I don't recall what it would
3 be.
4   Q. Before you transmitted Exhibit-30 to Hayes
5 Specialties, did you have any conversations with Hayes
6 Specialties about photo albums?
7   A. I -- again, I could have. I don't recall what
8 they would have been. I'm sure I asked him, you know,
9 if they manufactured photo albums. I could have asked
10 him that. And I don't know if I asked him or if I just
11 knew that they did by visiting one of their booths
12 in -- in Gatlinburg, Tennessee, where they -- where
13 their company exhibits their products.
14   Q. Did you suggest to Hayes Specialties when you
15 transmitted Exhibit-30 that you wanted a particular
16 price for the item?
17   A. No, I did not.
18   Q. Did Hayes Specialties give you a return
19 communication of any kind?
20   A. They ended up sending us a sample, and they --
21 they sent us a sample -- I guess maybe some art
22 drawings or -- and then eventually a sample.
23   Q. Before they sent a sample to you, did Hayes
24 communicate -- Hayes Specialties communicate with you
25 at all about the proposed photo album?

16

Ex. 7 - 3

1   A. Okay.
2   Q. Do you recognize Exhibit-37?
3   A. Yes.
4   Q. What is it?
5   A. It's an e-mail that I forwarded on to -- to
6   your people, I guess, from Jim Hayes.
7   Q. Okay. I'm going to start at the earliest
8   e-mail in time, apparently on page 3.
9   A. Um-hum.
10  Q. Do you know who Ellen is?
11  A. No, I do not. I -- I do believe, by the
12  format of this, that she's probably his agent in
13  China -- Jim Hayes's agent in China. It says right
14  here, "From: Ellen Liu (Hayes Shanghai.)"
15  Q. Do you have any reason to believe that the
16  Ellen signing the e-mail on page 3 is different than
17  the Ellen signing the e-mail at the bottom of page 2?
18  A. Well, what I think is the one on page 3 is --
19  is the original, and then maybe when Jim responded to
20  her on -- or responded to me, he did like a forward of
21  that one, so it added to the -- it added to the --
22  whatever was there.
23  Q. Okay.
24  A. So it looks like the same person to me.
25  Q. Turning again to page 3 of Exhibit-37. Ms.

25

1   Liu mentions a revised photo album design.
2   A. Um-hum.
3   Q. Did Hayes Specialties revise the design you
4   provided to them in Exhibit-30?
5   A. What I -- what I do believe is we sent them a
6   sample and were -- and there is a sample sitting on the
7   desk, but I do believe the -- the letters or the word
8   "Alaska" was not as dark as we wanted them, and we
9   asked them to darken that word. And that is the
10  revision that they're referring to.
11  Q. When did you send Hayes Specialties a sample
12  of the Alaska map album?
13  A. I -- I do not know. I -- as I told you, I --
14  I do believe it was in the fall of 2005.
15  Q. Okay. Earlier you testified sending Hayes
16  Specialties, via fax or e-mail, the artwork. Did you
17  also send them at that time a sample of the photo
18  album?
19  A. I -- I don't recall at this time what I --
20  I -- I'm sure I sent them a -- the actual artwork. You
21  know, I'm positive now that I didn't send them a sample
22  because I didn't have a sample. They were all gone.
23  And that's why I looked for the artwork from Jim
24  Knutson -- Jeff Knutson, so I could have that artwork
25  for them to use, because I did not have any of those

26

1   samples in my possession. All of our previous stock
2   had already been sold. And I'm -- I'm very sure of
3   that, but I can't absolutely swear to that, but that's
4   the best of my recollection.
5   Q. When you say that your previous stock of that
6   item had been sold, did Alaska Juneau Mining Company
7   have previous stock of a photo album based on the Gift
8   Connections artwork?
9   A. There was the Gift Connections products that
10  were sold to us from Gift Connections. We -- we had
11  purchased those, not through Alaska Juneau Mining
12  Company, because that store has only been in existence
13  for, I do believe, three years. But we purchased that
14  photo album from Gift Connections back into, say, the
15  year 2000. She would not have had any of those samples
16  from Gift Connections, because that was such a long
17  time ago. I do believe they would have been -- all
18  been gone.
19      Any samples that we could have had might have
20  been ones that Sandy Roth had done for us through her
21  company, Tandem. And, again, I don't recall if we had
22  any of that item left. I -- I don't believe that we
23  had any samples. It was a good seller, and I think
24  that we had sold through them. But, again, I don't
25  know that for a fact, but I think that's the case.

27

1   Q. Did you send a Tandem Imports manufactured
2   Alaska map album to Hayes Specialties?
3   A. You know, I don't know if I -- if I did or
4   not. You know, I could have, and I may not have. I
5   just don't recall. And, again, to the best of my
6   recollection, I did not have a current sample; that we
7   may have been sold out. And I may have -- that --
8   that's why I was looking for the artwork. But, again,
9   I just -- I just don't recall.
10  Q. In the Gift Connections artwork depicted in
11  Exhibit-30, the word "Alaska" is in black. Is that
12  correct?
13  A. I -- I -- I can't tell you. On this page, it
14  looks black because it's black and white, but I can't
15  tell you -- I just cannot tell you. You guys should
16  have that original sample -- or the original copy, I
17  would assume, because I did get that to -- you know, to
18  the attorneys, but I don't -- I can't tell you.
19  Q. This -- the -- the darkening -- turning again
20  to Exhibit-37 -- that Ms. Liu refers to?
21  A. Right.
22  Q. Did you instruct the letters to be darkened?
23  A. I don't know that I did. It says here, "When
24  I sent Cheri the sample" -- Cheri works for us. It
25  says, She did approve the color of the album, however,

Ex. 7 - 4

28

1 she did want to darken the Alaska letters on the front
2 and back. Attached is what they came up with.
3     So, obviously, it sounds like that Cheri,
4 Kathy Fleenor's daughter, instructed them to darken the
5 letters so it would stand out better.
6     Q. Before -- well, let me -- in the e-mail that
7 starts on the bottom of page 1 of Exhibit-37, that was
8 sent on January 5th, 2006, to you from -- I take it
9 that's Jim Hayes.
10    A. Yes.
11    Q. To your knowledge, had Mr. Hayes produced,
12 sometime before January 5th, 2006, a sample of the
13 album you wanted and sent it to Cheri Fleenor?
14    A. I -- I do not know. I do not know if they
15 produced a sample and sent it to her or sent her an
16 e-mail with the -- with the color pictures. I -- I
17 can't tell you what she actually -- what they did. I
18 don't know that.
19    Q. At the top of page 2 of Exhibit-37, Mr. Hayes
20 describes sending Cheri the sample. Do you see that?
21    A. I'm trying to ... Yes. So apparently they
22 did then, according to this.
23    Q. Mr. -- in your dealings with Mr. Hayes, he
24 would not have described sending a, quote, sample,
25 unquote, if he had just sent a picture of some sort.

1 Is that right?
2     A. I would assume so. I -- I would assume that
3 if he said he sent a sample, then he must have sent a
4 sample.
5     Q. Did you have any conversations with Cheri
6 Fleenor about design changes associated with this photo
7 album?
8     A. I don't recall if I did or not. There is a
9 very good chance that if she would have called me or
10 talked to me and said, "Hey, I like the sample, but I
11 want the word Alaska darker," that I would have just
12 said, "Great, let" -- you know -- "let Jim know." You
13 know, "Let Jim know."
14    Q. When you reviewed your e-mails for material to
15 provide to your counsel, did you review or search for
16 any e-mails between you and Cheri Fleenor involving
17 this album?
18    A. We, at that time, and -- we, at that time, did
19 not communicate by e-mail. I don't think she had
20 e-mail in her office. And it was not until just
21 recently that she had gotten e-mail in her office.
22 She -- none of our offices have -- or had e-mail. I
23 just didn't want e-mail in our offices.
24    Q. Okay. To the extent that there are any other
25 changes between the artwork depicted in Exhibit-30 and

1 the photo album that has previously been marked as
2 Exhibit-3, did you direct any of the artwork changes?
3     A. I have -- I have to look here, because I have
4 the 2000 Gift Connections catalog. And this is the
5 item. And as far as I can see -- as far as I can see
6 that they're identical except that we darkened the --
7 the letters "Alaska" -- changed the -- the way the font
8 is and darkened the letters on "Alaska."
9     I don't know that we changed that -- like
10 here, it's curved. This one is straight. And I don't
11 know if it was -- sometimes the -- the companies in
12 China, they don't always do things exactly the way you
13 ask, and you go through getting the sample back two or
14 three times. But I'm not sure -- but as close as I can
15 tell looking at the actual picture and looking at the
16 artwork that we submitted, it looks identical to me.
17    I do remember that there were some spelling --
18 some things that they had spelled wrong when they were
19 typing the names onto this in China. And I think we
20 caught those spelling changes and told them that they
21 spelled some cities wrong.
22    Q. So it -- let me back up.
23    The only changes that you see between the Gift
24 Connections artwork and the Exhibit-3 photo album are
25 the darkening of the text and the font and the change

1 of the shape -- or --
2     A. Yeah.
3     Q. -- call it text flow of the word "Alaska"?
4     A. Right. And, of course, here, the binding is a
5 little bit different, where this one had a darker
6 binding than the original did. And when we sent this
7 to Jim Hayes, he said that his company would have a
8 hard time doing that binding and would we accept a flat
9 binding on the back. And we said sure. We didn't have
10 any problem with that.
11    Q. Okay. Now, when you said that Jim Hayes made
12 that communication, did he communicate that to you?
13    A. I think so, yes.
14    Q. And you accepted that design change?
15    A. Yes.
16    Q. Regarding the change in the word "Alaska" on
17 Exhibit-3 -- change in font, text flow, and color,
18 did -- were you involved at all in that change, to your
19 knowledge?
20    A. I -- I don't know that I was or -- or not.
21 I -- I don't know that. I can't tell you. I don't
22 recall that. By looking at this, you know, it looked
23 like he had sent Cheri a sample. She did approve the
24 color of the album; however, she wanted to darken the
25 Alaska letters on the front and back.

1   And I would have said, you know, "No problem."
2   You know, if that's what she likes, you know, she's the
3   one running the store. She's the one that works in the
4   store. I would assume that she would have the better
5   feeling of what would be a good seller than I would.
6     Q. Okay. The changes to names of some cities
7   depicted on Exhibit-30 that you just testified about,
8   you obviously had some communication with the
9   manufacturer, Hayes Specialties, regarding the names
10  that appear on Exhibit-30?
11    A. I -- I think when they sent us either the --
12  the picture to proof or whatever it might have been, I
13  probably looked at the spellings to see if they were --
14  you know, to see if the spellings were correct. Or --
15  or -- and it could have -- maybe it wasn't me. It may
16  have been one of the girls. You know, maybe it could
17  have been Cheri or someone said, "Hey, they spelled the
18  name wrong." But I don't recall specifically that
19  instant.
20    Q. You have some memory, though, of the -- of
21  Hayes Specialties' Chinese manufacturer misspelling
22  names on some sample or draft artwork for Exhibit-3; is
23  that correct?
24    A. Yes.
25    Q. And you discussed changing the names with Mr.

33

1   Hayes or correctly spelling the names with Mr. Hayes?
2     A. Would have been correctly spelling the name --
3   the names, yes.
4     Q. Do you recall having any other conversations
5   with Mr. Hayes about the design for the photo album
6   depicted in Exhibit-3?
7     A. I don't recall any -- any specific
8   conversations. Again, I would talk to him fairly
9   regularly. And, you know, during that time, he's
10  generally reporting the status of the artwork or where
11  it's at or when it will be to us or those things. And,
12  you know, again, we talked, you know, fairly
13  frequently.
14    Q. Did you have any conversation with Mr. Hayes
15  about the color of the material -- the brownish yellow
16  material in Exhibit-3?
17    A. You know, I -- I may have. I think there was
18  questions on what color. And we wanted the color that
19  was the original color that was in the artwork that
20  we'd produced that was on this colored drawing. And I
21  think that the first color or something wasn't --
22  didn't quite match. The shade was different than what
23  we'd -- than what was on the original drawing. And I
24  don't know if it -- I just don't recall if it was
25  lighter or darker or if that was the actual there that

34

1   it ended up. I don't know.
2     Q. But the first color proposed by Hayes
3   Specialties was incorrect, in your mind?
4     A. Well, I don't know if it was incorrect, but
5   maybe it was a shade different than the -- than the
6   artwork that we had sent him than from before.
7     Q. And you directed Mr. Hayes to change the
8   color?
9     A. Well, I -- I don't remember if I -- if I did
10  or not or if we took it as it was or -- or if we
11  directed him to change it closer to the -- but I
12  remember something about maybe the shade wasn't what
13  we -- wasn't similar -- quite as close to the picture
14  that we had sent him.
15    Q. Did you have any conversations with Mr. Hayes
16  about the map of the state of Alaska that is depicted
17  on the front of Exhibit-3?
18    A. I don't believe so. I -- I just believe that
19  the -- you know, the conversation was that we had sent
20  him the artwork from Jeff Knutson and we wanted to use
21  that same artwork.
22    Q. On page 2 of Exhibit-37 -- and spilling ahead
23  on to page 1, the e-mail from Mr. Hayes to you
24  forwarded the album -- a file called "album-font
25  cfm.jpg."

35

1     A. Um-hum.
2     Q. Do you still have that JPEG photograph?
3     A. Looking for what you're talking about here.
4     Q. In the e-mail header depicted at the bottom of
5   the page 1 --
6     A. Oh, I see, sure. Album font -- album
7   font . . . I don't know that I -- I don't know if I
8   do. I don't recall or recognize that. It says
9   "forward album font," on the subject, "regarding album
10  font." I don't know. I don't know that.
11    Q. When -- on the cover page of Exhibit-37, in
12  the bottom right-hand corner, there is a depiction of
13  the date of August 24th, 2006. Do you see that?
14    A. Right. Right.
15    Q. Is that the date you printed these e-mails?
16    A. I'm sure, yes.
17    Q. Okay. And as of August 24th, 2006, you had
18  this e-mail string in electronic memory of your
19  computer?
20    A. I -- I'm -- yeah, it looks like it, for sure.
21    Q. Okay.
22    A. But I don't know if that -- you know, if it
23  was -- if that was on there or not. I just don't know.
24  I guess there is a little paper clip or something in
25  the corner and you click on it for the attachment, and

36

Ex. 7 - 6

```
 1    I don't know if -- if that was on here or not.  I just
 2    don't know.
 3        Q.  Okay.  On page 1 of Exhibit-37, you e-mailed
 4    Mr. Hayes to go ahead with the photo album.  Do you see
 5    that?
 6        A.  Um-hum.  Um-hum.  Yes.
 7        Q.  At -- after that point on January 6th, 2006,
 8    were any changes made to the design of the photo album
 9    depicted as Exhibit-3?
10        A.  I don't know that.  I don't know.
11        Q.  Do you remember any communication about design
12    changes to Exhibit-3 -- to the photo album that is
13    Exhibit-3 that happened after January 6th, 2006?
14        A.  I don't recall any of those.  No, I don't.
15        Q.  Do you have any reason to believe that the
16    album -- or the design that you approved on January
17    6th, 2006, is in any way different than the album that
18    is now sitting here before us as Exhibit-3?
19        A.  And -- and, again, I don't know.  That -- I
20    don't know the answer to that.  I don't recall that.
21        Q.  Well, let me back up, and I want to ask the
22    question again.  I understand you don't remember any
23    design changes, but you agree with me that you approved
24    a design for the photo album on January 6th?
25        A.  It looks like it, according to this, yes.
```

```
 1        Q.  Do you have any reason to believe that the
 2    design you approved on January 6th is different than
 3    the Exhibit-3 photo album, as you sit here today?
 4        A.  I -- I just don't recall, because I just
 5    don't -- I -- I don't know -- this doesn't really show
 6    a picture of what I approved, so I -- I just don't
 7    know.
 8        Q.  Okay.  Is your uncertainty about any
 9    difference between the designs, if there is any --
10    well, let me approach this another way.  I'll strike
11    that question.
12             As of right now, you don't recall any
13    conversations you had with anybody about changing the
14    design for the photo album that happened after January
15    6th; is that right?
16        A.  I don't recall.  No, I don't recall that right
17    now.
18        Q.  Okay.  So right now, you don't recall any
19    conversations?
20        A.  Right.
21        Q.  Do you recall any e-mails that happened after
22    January 6th that changed the design for the photo
23    album?
24        A.  I -- I don't recall that -- I don't recall any
25    other that would have changed it.  I don't.
```

```
 1        Q.  Okay.
 2        A.  We have over 6,000 items in the store, and
 3    this is just one.  So I -- I move so fast with all my
 4    companies, I don't dwell -- you know, I wouldn't spend
 5    the rest of my life working on one thing.  I move on to
 6    the next and let other people take care of their stuff.
 7        Q.  Okay.  You mentioned in testimony before that
 8    you -- that Cheri Fleenor was involved in the design
 9    process for the album that's depicted in Exhibit-3.  Is
10    that right?
11        A.  Again, what I -- what I do believe that I sent
12    the artwork or something to Hayes to do that.  Cheri
13    would have been in this -- the loop to know that I had
14    done that, and apparently she received a sample, looked
15    at it, and said it should be changed.  Or maybe it says
16    here the font needed to be darker.
17             And that's -- that's -- you know, in other
18    words, we didn't spend weeks on end working on this
19    thing.  We have so many items and samples that comes
20    in.  We look at it, make a decision, move on to the
21    next one.
22        Q.  Okay.  Cheri would have been in the loop about
23    your direction to Hayes on this product.  Would anybody
24    else have been in the loop, as you use that phrase,
25    regarding Hayes Specialties' development of this
```

```
 1    product in Exhibit-3?
 2        A.  It's certainly possible.  I mean, it wouldn't
 3    be a secret, you know, from our other managers.  But,
 4    you know, generally things like this, you know, Cheri
 5    or I or -- I would make a decision and move on to the
 6    next item.
 7             We wouldn't necessarily have a meeting,
 8    inviting all of our people to talk about it, though we
 9    wouldn't be hiding those decisions from them.  It's
10    just that everybody has other duties that they're
11    doing, and it's just one single item out of thousands
12    of items that we have in our stores.  So I don't know
13    that we made a big production about it.
14        Q.  Okay.  Other than Cheri Fleenor and the people
15    identified in the Exhibit-37 e-mail --
16        A.  Um-hum.
17        Q.  -- was anybody else involved in the design for
18    the photo album in Exhibit-3?
19        A.  Not that I can -- not that I can tell you,
20    because I just don't recall.  I mean, we have other
21    managers that -- but I don't know that they would have
22    looked at it until the sample was done, or they
23    probably would have said, "Hey, we're doing" -- you
24    know, we would have said we're doing the same item as
25    we have the artwork for that they were all familiar
```

Ex. 7 - 7

1  Q. Okay. And on both occasions, he told you that
2  the management at Gift Connections had asked him to
3  develop a photo album with a map?
4  A. Yes. He -- I -- I don't know that -- yeah,
5  I'm sure it was a photo album with a map. And, you
6  know, it was Julie Collins who was the -- one of the
7  management people at that time. I think he said her
8  name -- that Julie asked him to develop that.
9  Q. Okay. Did Mr. Knutson tell you anything else
10 during these two conversations?
11 A. I don't believe he did.
12 Q. Did Mr. Knutson discuss the timing of his
13 design work with you?
14 A. No, he did not.
15 Q. Do you have any reason to believe that Gift
16 Connections first displayed a photo album like the one
17 depicted in Exhibit-30 before its 1999 catalog?
18 A. I -- I do not know that, because I don't have
19 that catalog to be able to tell you that.
20 Q. Okay. I -- the question that I asked you
21 wasn't if you were aware of their 1999 catalog. I'm
22 asking you if you have any reason to believe as you sit
23 here today that Gift Connections first displayed a
24 photo album like the one in Exhibit-30 before their '99
25 catalog -- 1999 catalog.

1  A. Yeah, I don't have any knowledge. Again, I --
2  I just don't -- I don't know.
3  Q. So is your answer that -- that sitting here
4  today, that you affirmatively have no reason to believe
5  Gift Connections displayed a photo album like the one
6  depicted in Exhibit-30 before they displayed it in
7  their 1999 catalog?
8  A. You know, and I have no knowledge of that,
9  because I don't have the -- a catalog before. The
10 catalog that I have is a 2000 catalog. The drawing
11 that I had -- I thought it was dated -- from what Jeff
12 Knutson -- I thought it was dated -- the original
13 drawing that I had. And it was -- I thought it was
14 dated in 1999.
15 Q. It's your understanding that Mr. Knutson
16 designed this in 1999 sometime?
17 A. I thought so. That's what I thought.
18 Q. Other than the two face-to-face conversations
19 with Mr. Knutson that you mentioned, have you had any
20 other conversations with Mr. Knutson about this
21 lawsuit?
22 A. Not that I can recall.
23 Q. Have you had any other communications with him
24 via e-mail?
25 A. Oh, you know, I may have had other

1  conversations with him when I was in working the
2  showroom. And maybe this -- Steve or Sandy might have
3  taken me back to his office to show me new things that
4  they were working on, because he is an artist and has
5  an office, and maybe showing me other designs that he
6  was -- he was drawing up or creating for us to sell in
7  our stores to put on products.
8  Q. And my question was if you had any
9  conversations with him about the lawsuit. Were
10 those -- in the times you went into his office, as you
11 just described, did you have a conversation with Mr.
12 Knutson, and perhaps others, about the lawsuit?
13 A. I don't think so, you know, at that time, you
14 know, with him, except for the -- maybe the two times
15 that I specifically asked him about developing that
16 artwork.
17 Q. Okay. The two in-person phone conversations
18 with Mr. Knutson were the only conversations with Mr.
19 Knutson you had about this lawsuit, correct?
20 A. I think so. I believe so. I mean, it's
21 humanly possible that I could have spoken to him a
22 third time, but I just don't recall. And I didn't get
23 much more out of it than I was really asking the
24 question, you know -- you know, did he draw that up and
25 why did he draw it up and who gave him, you know,

1  the -- you know, the -- how did that come to existence.
2  Q. Where is Dutch Harbor Gear's office?
3  A. They're over on Baker Avenue or Street, by
4  Southcenter.
5  Q. When we started talking about Mr. Knutson, we
6  were talking about conversations that you had with Ms.
7  Roth about this lawsuit. You described one
8  conversation with me in which you asked Ms. Roth about
9  Mr. Knutson's artwork. Have you had any other
10 conversations with Ms. Roth about this lawsuit?
11 A. Oh, I'm -- I'm sure of that because her and I
12 talk quite often. And, you know, I'm sure I've talked
13 to her about it.
14 Q. What have you talked about?
15 A. You know, besides being in, you know, this
16 lawsuit, I think I've mentioned to her that -- you
17 know, that I think the reason they're mad is because we
18 were paying $2.65 for this wholesale and they sell it
19 for $7.50 and they're probably upset that people are
20 finding out how much money they were making over and
21 above what would have been a fair profit.
22 And that's probably -- and, you know, I just
23 talked to her about that kind of stuff about, you know,
24 why they're -- why they're trying so hard to keep other
25 people out of the market when competition would

Ex. 7 - 8