# Exhibit 8

SEAK Professional Services, LLC

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF ALASKA

 3
    ARCTIC CIRCLE ENTERPRISES, INC.    )
 4                                     )
                                       )
 5            Plaintiff,                )
                                       )
 6       vs.                           )
                                       )
 7                                     )
    SANDY ROTH and TANDEM IMPORTS, INC.)
 8  A WASHINGTON CORPORATION,          )
    LAWRENCE H. PRESS d/b/a PIERCE     )
 9  DISTRIBUTORS, KEYSTAR              )
    INTERNATIONAL LIMITED,             )
10                                     )
            Defendants.                )   No.  A03-139 CV(JWS)
11  _____)
    SANDY ROTH and TANDEM IMPORTS, INC.)
12  A Washington Corporation.          )
                                       )
13          Counterclaim Plaintiffs    )
                                       )
14  vs                                 )
                                       )
15  ARCTIC CIRCLE ENTERPRISES, INC.    )
                                       )
16          Counterclaim Defendant.    )
```

---

                    DEPOSITION ON ORAL EXAMINATION

                                  OF

                            DAVID L. COATES

---

                              1:51 p.m.
                            May 17, 2004
                    SEAK PROFESSIONAL SERVICES, LLC
                           833 Schoenbar Road
                         Ketchikan, Alaska 99901

Coates Direct

1  Q   You found that out from Mr. Kagan?
2  A   No, I think she told me at some point. I think this --
3      the last year when I was down in Seattle, this guy came
4      through and it was this -- her customer.
5  Q   Larry Press.
6  A   Yeah. And she said this guy was coming to town, and she
7      was going to have to work with him for -- you know meet
8      with him.
9  Q   Did you ever do any business with Larry Press?
10 A   I've never even met him.
11 Q   Did you give any artwork for Sandy Roth for the 2003
12     season?
13 A   I don't think I did.
14 Q   Did you make any suggestions that you wanted a product
15     changed at all?
16 A   You know I don't recall that I did, because I didn't have
17     a lot of control. There might have been some samples
18     that she sent us, and that we said you know, you need to
19     change the color, or change something, or something,
20     or.....
21 Q   Well is it your testimony that the items you ordered in a
22     sense, out of the IAAC catalogue were produced as they
23     were in the IAAC catalogue?
24 A   Not always. She told me she said some of these I can
25     change them to make them better. Because some of them,

-82-