# Exhibit 9

```
0001
 1          UNITED STATES DISTRICT COURT
 2              DISTRICT OF ALASKA
 3
 4
 5    ARCTIC CIRCLE ENTERPRISES,  )
        LLC,                     )
 6                               )
            Plaintiff,           )
 7                               )
          vs.        )No. 3:06-cv-00170-TMB
 8                               )
      ALASKA-JUNEAU MINING COMPANY, )
 9       LLC,                    )
                                 )
10          Defendant,           )
      _____)
11
12
13
14
15
16        DEPOSITION OF SHELDON PLUTSKY
17          SHERMAN OAKS, CALIFORNIA
18            FRIDAY, MARCH 2, 2007
19
20
21
22
23  REPORTED BY:
24  Patsy Kingman
25  CSR No. 11357, RPR
```

1

```
3/2/2007  PLUTSKY, Sheldon V.1

 1       Deposition of SHELDON PLUTSKY, taken on
 2  behalf of the defendant, at 15250 Ventura Boulevard,
 3  Suite 410, Sherman Oaks, California 91403, on Friday,
 4  March 2, 2007, at 12:07 p.m., before Patsy Kingman,
 5  CSR No. 11357, pursuant to notice.
 6
 7
 8
 9  APPEARANCES:
10
11    FOR THE PLAINTIFF:
12      PERKINS COIE
          By: Ryan McBrayer, Esq.
13        1201 Third Avenue, Suite 4800
          Seattle, Washington 98101
14
15    FOR THE DEFENDANT:
16      KIRKPATRICK & LOCKHART PRESTON GATES
          ELLIS
17        By: J. Michael Keyes, Esq.
          618 West Riverside Avenue, Suite 300
18        Spokane, Washington 99201
19
      FOR THE WITNESS:
20
          Todd Plutsky, Esq.
21        9801 Deering Avenue
          Chatsworth, California 91311
22
23
24
25
```

2

```
 1                  I N D E X
 2
 3
 4  WITNESS        EXAMINATION          PAGE
 5  SHELDON PLUTSKY  BY MR. KEYES        4, 87
 6               BY MR. McBRAYER        70, 89
 7
 8  DEFENDANTS' EXHIBITS                PAGE
 9   1  Subpoena in a Civil Case          7
10   2  Pioneer Photo Albums web page    14
11   3  Album Cover                      24
12   4  Purchase Order                   25
13   5  Purchase Order Requisition       32
14   6  Letter from Eric Bisquera        37
15   7  Album Cover                      37
16   8  Proforma Invoice                 46
17   9  Purchase Order                   51
18  10  Purchase Order                   52
19  11  Letter from Yuki Murasaki        54
20  12  Album Covers                     57
21  13  Florida Map                      60
22  14  Remember the Bahamas web page    60
23  15  Letter re artwork, stamping dyes,
            diskettes                    66
24
25
```

3

```
3/2/2007  PLUTSKY, Sheldon V.1

 1       Sherman Oaks, California, Friday, March 2, 2007
 2                   12:07 p.m.
 3
 4
 5              SHELDON PLUTSKY,
 6          having been first duly sworn,
 7        was examined and testified as follows:
 8
 9                  EXAMINATION
10
11  BY MR. KEYES:
12     Q    Good afternoon.
13     A    Good afternoon.
14     Q    We haven't had an opportunity to meet yet,
15  but my name is Mike Keyes.  I'm an attorney with the
16  law firm of K&L Gates, and I represent the defendant
17  in a case pending in federal court in Alaska in the
18  name of my client, who is Alaska-Juneau Mining
19  Company.
20          Could you state your name for the record.
21     A    Shell or Sheldon Plutsky; P-l-u-t-s-k-y.
22     Q    Mr. Plutsky, have you had your deposition
23  taken before?
24     A    Yes.
25     Q    In what matter was your deposition taken?
```

4

Ex. 9 - 2

| | |
|---|---|
| 1 | requested, by Mr. Bisquera? |
| 2 | A   I think so, yes. |
| 3 | Q   Do you know to whom he was sending this? |
| 4 | A   No. |
| 5 | Q   Do you know if this was ever sent to any |
| 6 | company? |
| 7 | A   I do not know. |
| 8 | Q   If you go about halfway down the |
| 9 | document here it says "item number" and then it's |
| 10 | filled in "miscellaneous." There's a quantity of |
| 11 | 5,000, a cost of 1.55, and the explanation reads |
| 12 | "leatherette map design album with Alaska map number |
| 13 | 10093." |
| 14 | A   Uh-huh. |
| 15 | Q   What is the leatherette map design album? |
| 16 | A   Well, that's a general description, but it |
| 17 | says "with Alaska." I could only assume -- well, |
| 18 | okay. It's not the sample that we looked at here; |
| 19 | it's a different one. |
| 20 | I can recognize that by it says "item |
| 21 | SM412." And that's a panoramic version of this |
| 22 | (indicating); it's not this item (indicating). |
| 23 | Q   Where are you reading? |
| 24 | A   Where it says "item number." |
| 25 | Q   I'm actually speaking if you go down to |

| | |
|---|---|
| 1 | the third item entry, it says "item number, |
| 2 | miscellaneous." |
| 3 | A   Oh. Okay. |
| 4 | Q   "Quantity, 5,000." |
| 5 | A   Yeah. Well, that refers to the number on |
| 6 | the purchase order. So it's that item. |
| 7 | And this is an internal document. |
| 8 | I can look at it more now and say this |
| 9 | would not go to anybody. It's internal. |
| 10 | Q   So this would be for your internal |
| 11 | recordkeeping -- |
| 12 | A   I believe so. |
| 13 | Q   -- and not sent to the Asian company? |
| 14 | A   No. |
| 15 | Q   So, again, my question is "leatherette map |
| 16 | design album," what is the leatherette map design |
| 17 | album? |
| 18 | A   I can only assume, since it refers to this |
| 19 | purchase order, it's this album. |
| 20 | Q   When you say "this album," do you mean -- |
| 21 | A   The one that you have as Exhibit 3, I |
| 22 | think. |
| 23 | Q   So is Exhibit 3, at least the album |
| 24 | itself -- |
| 25 | I'm not asking with respect to the design |

| | |
|---|---|
| 1 | but just the album itself. Is this some sort of |
| 2 | stock album? |
| 3 | A   No. |
| 4 | Q   Is it an album that was specifically |
| 5 | manufactured for Arctic Circle? |
| 6 | A   Yes. |
| 7 | Q   So in all of your dealings with photo |
| 8 | albums, you had never had a photo album of this size |
| 9 | or color before? |
| 10 | A   No. |
| 11 | Q   I want to talk a little bit about the size |
| 12 | of Exhibit 3. Inside of Exhibit 3 here, Mr. Plutsky, |
| 13 | there are these various sleeves to hold photographs; |
| 14 | is that correct? |
| 15 | A   Yes, that's correct. |
| 16 | Q   Is this a standard sleeve size? |
| 17 | A   Yes. |
| 18 | Q   What size is that? |
| 19 | A   4 by 6. |
| 20 | Q   And the cover or the album itself encases |
| 21 | this 4 by 6 sleeve; correct? |
| 22 | A   Yes. |
| 23 | Q   So is it your testimony that you'd never |
| 24 | seen a photo album that was roughly the size of a |
| 25 | 4 by 6 general size? |

| | |
|---|---|
| 1 | MR. PLUTSKY: Object to "general size." |
| 2 | THE WITNESS: That wasn't the way the question |
| 3 | was asked. |
| 4 | MR. PLUTSKY: I need further clarification what |
| 5 | you mean by "size." Size can mean different -- you |
| 6 | know, just length, width, depth, cubic centimeters. |
| 7 | I think we need clarification on that. |
| 8 | BY MR. KEYES: |
| 9 | Q   Have you ever seen a photo album before |
| 10 | that was roughly the size of Exhibit 3? |
| 11 | A   Well, I object because you're saying |
| 12 | "roughly." That could be anything. It's not |
| 13 | specific. "Roughly" could be anything. |
| 14 | The pockets, 4 by 6, yes. |
| 15 | The cover and the configuration are |
| 16 | totally unique on this product. Are there things |
| 17 | that are somewhat related? Yes. But this is totally |
| 18 | unique. |
| 19 | Q   The size is totally unique? |
| 20 | A   From the perspective that I look at it. |
| 21 | Q   So you've never seen before a photo album |
| 22 | cover that was roughly 4 by 6? |
| 23 | A   Again, you're using the word "roughly" |
| 24 | which could mean a lot of things. |
| 25 | Q   Well, approximately, then. |

Ex. 9 - 3

1   MR. KEYES: Sure. And I appreciate that.
2   THE WITNESS: You can see how old it is, saying
3   "diskettes."
4   BY MR. KEYES:
5   Q   Are you still producing the photo albums
6   for Arctic Circle Enterprises?
7   A   Yes.
8   Q   Since 1998, to your knowledge have you
9   been producing these photo albums for Arctic Circle
10  Enterprises every year?
11  A   The exact frequency I don't recall. But I
12  know that there's been continuity.
13  Q   Have you ever heard of the company
14  Alaska-Juneau Mining Company?
15  A   I'm not sure. I might have.
16  Q   What about Mr. David Coates?
17  A   I don't recall that name.
18  Q   To your knowledge, has Pioneer Photo
19  Albums ever done business with either Mr. Coates or
20  Alaska-Juneau Mining Company?
21  A   Not directly; maybe through a distributor.
22  We have thousands of customers, and I'm not
23  intimately knowledgeable of all of the customers.
24  MR. KEYES: Mr. Plutsky, I appreciate your time.
25  I know this was an inconvenience.

69

1   THE WITNESS: You're welcome.
2   MR. KEYES: I appreciate you coming here today.
3   That's all the questions I have for you.
4   MR. McBRAYER: I have a couple questions for
5   you, Mr. Plutsky.
6
7           EXAMINATION
8
9   BY MR. McBRAYER:
10  Q   Mr. Plutsky, you testified about your
11  background a little bit. I wanted to get a few more
12  details.
13      Pioneer Photo Albums has been in business
14  for 30-plus years?
15  A   Correct.
16  Q   How long have you been with the company?
17  A   30-plus years.
18  Q   Were you one of the founding members of
19  the company?
20  A   My father-in-law started the company as a
21  general import company, and photo albums were an
22  element. And when I got involved, I took it to
23  straight photo albums.
24  Q   When you became involved was your
25  father-in-law still running the company?

70

1   A   Yes.
2   Q   Right now you're the president of the
3   company?
4   A   Correct.
5   Q   How long have you been running Pioneer
6   Photo Albums?
7   A   The last 25 years.
8   Q   In that 25-year period, what percentage of
9   your business, overall, is photo albums and
10  scrapbooks?
11  A   90 percent. That's a guess. It could be
12  a little bit -- approximately 90 percent. We do
13  adhesives also -- I'm not sure of the percentage --
14  and a few other little things. I don't want to state
15  something inaccurately.
16  Q   But 90 percent of your business in that
17  25-year period --
18  A   Is photo albums and scrapbooks.
19  Q   How many photo albums a year, roughly,
20  does Pioneer Photo Albums sell?
21  A   It's in the millions. I don't know how
22  many millions.
23  Q   Exhibit 2, the web page says that Pioneer
24  has over 300 different styles. Are those just
25  Pioneer's house styles?

71

1   A   Yes.
2   Q   On top of those 300 styles, how many
3   different custom albums does Pioneer make in any
4   year, roughly?
5   A   Maybe 500 or 1,000. It depends on the
6   year.
7   Q   500 to 1,000 different styles in addition
8   to your 300?
9   A   Basic stuff.
10  Q   Basic stuff?
11      Can you estimate for me how many different
12  customers you have?
13  A   It depends on how you look at it if you
14  count each "shipped to" a customer or each billing
15  address as a customer.
16  Q   Let's start with billing. Billing
17  addresses is fewer?
18  A   Billing addresses is fewer.
19  Q   Those are direct customers; people who
20  contact you to buy the albums?
21  A   Just to clarify. Let's say we sell to CVS
22  Pharmacy; they have close to 6,000 stores. So if you
23  want to count potential ships to, it's 6,000. If you
24  want to count bill to, it's one. If you want to
25  count distribution centers, they have six.

Ex. 9 - 4

72

3/2/2007 PLUTSKY, Sheldon V.1

| | | |
|---|---|---|
| 1 | Q | Let's count CVS as one customer. |
| 2 | A | This is really a guess. 1,000. |
| 3 | Q | How many of those are in Alaska? |
| 4 | A | Of our customers? |
| 5 | Q | Yes. |
| 6 | A | To my knowledge we might have two or three |
| 7 | in Alaska. | |
| 8 | Q | In 1998 -- |
| 9 | A | Well, now I need to qualify that. Because |
| 10 | we sell Fred Meyers, and they have stores in Alaska. | |
| 11 | But we ship to Fred Meyers in Seattle. So ... | |
| 12 | Q | For your large customers like the CVS |
| 13 | Pharmacy Corporation or Fred Meyers, do you ship them | |
| 14 | geographically themed photo albums? | |
| 15 | A | No. |
| 16 | Q | You're shipping them generic photo albums? |
| 17 | A | Correct. |
| 18 | Q | Exhibit 2, your website, says you're the |
| 19 | largest U.S. force of photo albums. | |
| 20 | A | Yes. |
| 21 | Q | Was that also true in 1998? |
| 22 | A | Yes. |
| 23 | Q | How long or since what year has Pioneer |
| 24 | Photo Albums been the number one U.S. source of photo | |
| 25 | albums? | |

3/2/2007 PLUTSKY, Sheldon V.1

| | | |
|---|---|---|
| 1 | A | I would say since about '95. |
| 2 | Q | Before 1995 was there another company who |
| 3 | was the No. 1 source? | |
| 4 | A | Yeah. There was a company called Holson. |
| 5 | Q | Was Holson in the years prior to 1995 your |
| 6 | primary competitor? | |
| 7 | A | They were one of the primary; there were |
| 8 | several. | |
| 9 | Q | As president of the company you were |
| 10 | familiar with their product line -- | |
| 11 | A | Yes. |
| 12 | Q | -- somewhat? |
| 13 | A | Very familiar. |
| 14 | Q | How so? How did you familiarize yourself |
| 15 | with their product line? | |
| 16 | A | I used to study their catalogs and look at |
| 17 | them in the stores because I was competing against | |
| 18 | them. | |
| 19 | Q | Did you do that with your other |
| 20 | competitors as well? | |
| 21 | A | As much as possible, yeah. |
| 22 | Q | Exhibit 4 is an Arctic Circle purchase |
| 23 | order to Pioneer Photo Albums about which Mr. Keyes | |
| 24 | asked you some questions. | |
| 25 | A | Yeah. |

3/2/2007 PLUTSKY, Sheldon V.1

| | | |
|---|---|---|
| 1 | Q | In your search of Pioneer's records in |
| 2 | response to Mr. Keyes's subpoena, did you find any | |
| 3 | documents relating to the Exhibit 3 Arctic Circle | |
| 4 | photo album that predated July 22, 1998? | |
| 5 | A | No. |
| 6 | MR. PLUTSKY: Just to clarify. He wasn't the | |
| 7 | person who did the search. | |
| 8 | THE WITNESS: I didn't do the search, but I was | |
| 9 | shown after the search. | |
| 10 | BY MR. McBRAYER: | |
| 11 | Q | Pioneer Photo Albums didn't find any |
| 12 | documents responsive to Mr. Keyes's subpoena that | |
| 13 | predated July 22, 1998? | |
| 14 | A | No. |
| 15 | Q | "No" meaning no documents? |
| 16 | A | No documents. |
| 17 | Q | Turning again to Exhibit 4, Mr. Keyes |
| 18 | asked you about a $600 charge for set-up. | |
| 19 | A | Yes. |
| 20 | Q | And you testified that you thought that |
| 21 | might be a charge for a mold. | |
| 22 | A | Yes. |
| 23 | Q | Do you know who made the mold? |
| 24 | A | I can't recall. It might have been the |
| 25 | factory overseas had somebody make it. I don't know. | |

3/2/2007 PLUTSKY, Sheldon V.1

| | | |
|---|---|---|
| 1 | I don't know. | |
| 2 | Q | Turning again to page 3 of Exhibit 4, |
| 3 | there's some artwork. | |
| 4 | A | Yeah. I see it. |
| 5 | Q | With respect to this artwork on page 3 of |
| 6 | Exhibit 4, did you give any instructions or did | |
| 7 | Pioneer Photo Albums give any instructions to your | |
| 8 | affiliate? | |
| 9 | A | Instructions in what sense? |
| 10 | Q | Did you just send them -- I take it you |
| 11 | sent them this artwork. | |
| 12 | A | Yes. |
| 13 | Q | Did you give them any instructions with |
| 14 | respect to the artwork? | |
| 15 | A | Well, we had other documents that were |
| 16 | instructions, as we went through everything. Yes. | |
| 17 | Q | Was your instruction to the factory |
| 18 | generally that they needed to make a photo album that | |
| 19 | looked exactly like this? | |
| 20 | A | Yes; in the broad sense. |
| 21 | Q | You testified earlier that your customer |
| 22 | Arctic Circle had given you some specific | |
| 23 | instructions about the map; is that correct? | |
| 24 | A | I'm not sure what you're saying. |
| 25 | Q | What I would like to discuss in general is |

Ex. 9 - 5