# Exhibit 10

```
0001
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF ALASKA
 3
 4    ARCTIC CIRCLE          )
      ENTERPRISES, LLC.,     )
 5                           )
          Plaintiff,    )
 6                           )
      vs.                    )
 7                           )
      ALASKA JUNEAU          )
 8    MINING COMPANY, LLC.,  )
                             )
 9        Defendant.    )
      _____)
10
11    Case No. 3:-06-CV-170 (TMB)
12
13
14
15         DEPOSITION OF ANTONIA M. MURPHY
16
17         Pages 1 through 86, Inclusive
18         Taken: Wednesday, January 24, 2007
19         Place: Juneau, Alaska
20
21
22
23
24
25
```

Page 1

```
 1    Deposition of ANTONIA M. MURPHY
 2
 3              INDEX OF EXAMINATIONS
 4                                        PAGE
 5    Examination by Mr. McBrayer ...............   4
 6
 7              INDEX OF EXHIBITS
 8    NO.                                 PAGE
 9    Exhibit 30 ............................... 33
         AJMC 1st RFP-0021 - Photo album
10       cover from Gift Connections, IAC
11    Exhibit 31 ............................... 39
         AJMC 1st RFP-0015 - Sales information
12       regarding Hayes photo album sales
13    Exhibit 32 ............................... 44
         AJMC 1st RFP-0016 - Sales information
14       regarding Hayes photo album sales
15    Exhibit 33 ............................... 47
         AJMC 1st RFP-0017 - Sales information
16       regarding Hayes photo album sales
17    Exhibit 34 ............................... 48
         AJMC 1st RFP-0014 - Hayes invoice
18       to Dockside Trading Co. dated 6/20/06
19    Exhibit 35 ............................... 50
         AJMC 1st RFP-0013 - Hayes invoice
20       to Dockside Trading Co. dated 4/20/06
21
22
23
24
25
```

Page 2

```
 1    APPEARANCES:
 2
 3    For the Plaintiff:   RYAN McBRAYER, ESQ.
                           Perkins Coie LLP
 4                         1201 Third Ave., Ste. 4800
                           Seattle, WA   98101-3099
 5
 6
      For the Defendant:   BROOKE C. KUHL, ESQ.
 7                         K&L Gates
                           618 West Riverside Ave.
 8                         Ste. 300
                           Spokane, WA   99201-0602
 9
10
11         BE IT REMEMBERED that, pursuant to Notice of
12    Taking Deposition, and beginning on Wednesday, the 24th
13    day of January, 2007, commencing at the hour of
14    12:00 p.m. thereof, in the Travelodge Hotel, located at
15    9200 Glacier Highway, Juneau, Alaska, before me, LYNDA
16    BATCHELOR BARKER, Registered Diplomate Reporter and
17    Notary Public in and for the State of Alaska,
18    personally appeared:
19
20              ANTONIA M. MURPHY
21
22    called as a witness by the plaintiff, who was
23    thereafter examined and interrogated as hereinafter set
24    forth.
25
```

Page 3

```
 1              WEDNESDAY, JANUARY 24, 2007
 2                 JUNEAU, ALASKA
 3                   12:00 P.M.
 4
 5         THE REPORTER:  I'll now swear you
 6    in.  Would you raise your right hand for me,
 7    please?
 8         (Oath administered)
 9         THE WITNESS:  Yes.
10
11              ANTONIA M. MURPHY
12
13    having been first duly sworn by the court reporter to
14    tell the truth, the whole truth, and nothing but the
15    truth, testified as follows:
16
17                 EXAMINATION
18
19    BY MR. McBRAYER:
20       Q.   Good afternoon, Ms. Murphy.  We had a
21    chance to meet before we went on the record, but my
22    name is Ryan McBrayer.  I'm an attorney with
23    Perkins Coie and we represent Arctic Circle
24    Enterprises in the lawsuit.
25       A.   Okay.
```

Page 4

**Ex. 10 - 2**

1/24/2007 MURPHY, ANTONIA

```
1   A.   No.
2   Q.   Have you ever discussed the lawsuit
3   with Mr. Coates?
4   A.   Not -- not really, no. Just basically
5   that it was a long thing for Sandy. That's all.
6   Q.   When you ordered your 100-pocket and
7   200-pocket photo albums from Hayes Specialties, did
8   you believe your order was in any way connected to
9   the Sandy Roth lawsuit?
10  A.   No.
11  Q.   When you ordered the 100-pocket and
12  200-pocket photo albums from Hayes Specialties, did
13  you think that you -- when I say "you," that Alaska
14  Juneau Mining Company had any rights to sell the
15  100-pocket and 200-pocket albums by virtue of any
16  settlement in the Roth litigation?
17  A.   I'm sorry. Repeat that again.
18       MR. McBRAYER: Can you read back
19  the question, please?
20       (Pending question read back by the
21       court reporter)
22  A.   No. No. If I understand the question
23  right, just buying I had the right to sell it. Is
24  that what you are asking me?
25  Q.   Well, I mean --
```

61

1/24/2007 MURPHY, ANTONIA

```
1   A.   In kind of a roundabout way, yeah.
2   Q.   I understand that by buying it from
3   Hayes Specialties, you believed you had a right to
4   sell the album.
5   A.   Yes.
6   Q.   I'm wondering -- and I want to ask a
7   little bit about this -- are there any other facts
8   or circumstances, other than just by virtue of
9   buying it from Hayes Specialties, that you believed
10  you had a right --
11  A.   Yes.
12  Q.   -- at AJMC to sell the album? Was
13  there anything else that contributed to your belief
14  that you had a right to sell the album --
15  A.   No.
16  Q.   -- other than just purchasing it from
17  Hayes Specialties?
18  A.   Just purchasing it.
19  Q.   Okay. When you purchased the
20  100-pocket and 200-pocket photo albums, did you
21  believe that AJMC had a right to sell that album by
22  virtue of any agreement Mr. Coates had
23  previously --
24  A.   Yes.
25  Q.   -- been a party to?
```

62

1/24/2007 MURPHY, ANTONIA

```
1   A.   No. I just -- I guess I'm not
2   understanding the question. You are asking if,
3   because of the lawsuit -- I don't understand the
4   question you are asking me, I guess, is the best
5   way to say it.
6   Q.   Did you believe that you had -- that
7   AJMC had a right to sell the 100-pocket and
8   200-pocket photo albums that you ordered from Hayes
9   Specialties for any reason connected to the Roth
10  lawsuit?
11  A.   No.
12  Q.   Were the two related in any way?
13  A.   No.
14  Q.   Have you ever discussed any ownership
15  of the rights to Indian Arts and Crafts designs
16  with Mr. Coates?
17  A.   Yes.
18  Q.   Can you describe -- well, let me back
19  up. How many times have you discussed the rights
20  to Indian Arts and Crafts designs with Mr. Coates?
21  A.   I think twice.
22  Q.   When was the first conversation?
23  A.   It was a few years ago, when he had
24  told me that he had purchased the rights for the
25  artwork, that he had Steve Holberg ask him to
```

63

1/24/2007 MURPHY, ANTONIA

```
1   become a partner in purchasing the rights to their
2   artwork that was remaining, was the first time.
3   Q.   Okay. Where did that conversation
4   occur?
5   A.   I think it was just on the phone.
6   Just -- he was just telling me about it.
7   Q.   Okay.
8   A.   And that, you know, so we could have a
9   little bit -- you know, he would be able to create
10  and we'd be able to buy that album again.
11  Q.   You say that "he'd be able to do it."
12  That Mr. Coates would be able to do that?
13  A.   No, Steve.
14  Q.   Steve would be able to do that?
15  A.   Yes.
16  Q.   Do you know if Mr. Holberg is a
17  co-owner in any business ventures with Mr. Coates
18  currently?
19  A.   No.
20  Q.   Was he at one time?
21  A.   No.
22  Q.   And the second time you discussed the
23  Indian Arts and Crafts -- ownership of the Indian
24  Arts and Crafts design with Mr. Coates, when was
25  that?
```

64

Ex. 10 - 3