# Exhibit 12

```
 1    UNITED STATES DISTRICT COURT
         DISTRICT OF ALASKA
 2
 3    ARCTIC CIRCLE ENTERPRISES, LLC,  )
                                       )
 4         Plaintiff,                  )
                                       )
 5    vs.                              )
                                       )
 6    ALASKA-JUNEAU MINING COMPANY, LLC,)
                                       )
 7         Defendant.                  )
      _____)
 8    CASE NO. 3:06-cv-00170-TMB
 9
10    _____
11             DEPOSITION OF LORRAINE WYLES
12    _____
13             January 16, 2007
                  1:22 p.m.
14
15             Taken at:
      Kirkpatrick & Lockhart Preston Gates Ellis LLP
16          420 L Street, Suite 400
               Anchorage, Alaska
17
18
19
20
21    Reported by: Leslie J. Knisley
                   Shorthand Reporter
22
23
24
25
```

```
 1                        I-N-D-E-X
 2    LORRAINE WYLES         JANUARY 16, 2007
 3                        EXAMINATION
 4                                            PAGE
 5    BY MR. KEYES                             4
 6                         EXHIBITS
 7    NUMBER        DESCRIPTION               PAGE
 8
      15    Subpoena In A Civil Case           17
 9
      16    Artwork file                       47
10
```

```
 1            A-P-P-E-A-R-A-N-C-E-S
 2    For Plaintiff:     PERKINS COIE, LLP
                1201 Third Avenue, Suite 4800
 3              Seattle, WA  98101-3099
                BY: RYAN McBRAYER
 4              (206) 359-3073
 5
 6    For Defendant:    KIRKPATRICK & LOCKHART
                        PRESTON GATES ELLIS LLP
 7              618 West Riverside Avenue
                Suite 300
 8              Spokane, WA  99201-0602
                BY: J. MICHAEL KEYES
 9              (509) 624-2100
10    Also Present:     MITCHELL GODFRED
```

```
 1                    PROCEEDINGS
 2                  LORRAINE WYLES,
 3    having been sworn, testified as follows:
 4                    EXAMINATION
 5    BY MR. KEYES:
 6       Q  Ms. Wyles, good afternoon.  We had a
 7    chance to meet briefly just a moment ago, but my
 8    name is Mike Keyes.  I'm an attorney with K&L
 9    Gates and I'm representing Alaska-Juneau Mining
10    Company in this lawsuit brought by your
11    employer.
12           Have you had your deposition
13    taken before?
14       A  Yes.
15       Q  In what matter was your deposition
16    taken?
17       A  Car accident.
18       Q  In a car accident?
19       A  Uh-huh.
20       Q  Was that a car accident involving you?
21       A  Yes.
22       Q  You probably remember how the process
23    works from that experience before, but we're
24    going to ask -- I'm going to ask a series of
25    questions, give your counsel an opportunity to
```

Ex. 12 - 2

### Page 25

```
 1        MR. MCBRAYER:  I'll object to the
 2   extent it calls for attorney-client privileged
 3   or work product information.  You can answer yes
 4   or no as to whether you've had a conversation
 5   with an attorney, but you shouldn't reveal the
 6   subject matter of that conversation.  So to the
 7   extent he's asking for a yes or no answer, you
 8   can give it, but don't go into details about
 9   what the conversation was with an attorney.
10   Q   (By Mr. Keyes) Back to my question:
11   Have you spoken with anyone else about this
12   lawsuit other than Mr. Reynolds and other than
13   Mr. Godfred?
14   A   Yes.
15   Q   Whom?
16   A   Ryan McBrayer.
17   Q   And who else?
18   A   Yuki Murasaki.
19   Q   When did you speak with Mr. Yuki
20   Murasaki?
21   A   This afternoon.
22   Q   Okay.  Other than this afternoon, had
23   you had an occasion to speak with Mr. Murasaki
24   about this lawsuit?
25   A   No.
```

### Page 26

```
 1   Q   What did you and Mr. Murasaki talk
 2   about?
 3   A   The fact that he had just gotten back.
 4   Q   And what did he say?
 5   A   He said he had just gotten back.
 6   Q   And is that all?
 7   A   Basically.
 8   Q   And what did you say to him?
 9   A   I'll be leaving shortly.
10   Q   Other than little pleasantries like
11   that, did you talk about the substance of the
12   lawsuit?
13   A   No.
14   Q   Did you talk about the substance of
15   his testimony?
16   A   No.
17   Q   Did you talk with Mr. Reynolds about
18   the substance of his testimony?
19   A   I only saw him walk by.
20   Q   Is that a no?
21   A   No.
22   Q   Who else have you spoken with about
23   this lawsuit?
24   A   My husband.
25   Q   Other than your husband, anyone else?
```

### Page 27

```
 1   And the other people that you've mentioned.
 2   A   Not that I can recall.
 3   Q   Have you ever spoken with Pam Ruatto
 4   about this lawsuit?
 5   A   I'm not acquainted with Pam Ruatto.
 6   Q   Have you ever had any communication
 7   with Pam Ruatto regarding this lawsuit?
 8   A   No.
 9   Q   Okay.  Are you familiar with Pioneer
10   Photo Albums at all?
11   A   No.
12   Q   Have you ever spoken with anyone at
13   Pioneer Photo Albums?
14   A   No.
15   Q   Are you familiar with Sun Products?
16   A   No.
17   Q   To your knowledge, have you ever
18   spoken with anyone from Sun Products?
19   A   I have not.
20   Q   You've been handed Exhibit 13, a
21   previously marked exhibit.  I'd like you to look
22   at the first few pages, and particularly the
23   first five pages of this document -- first six
24   pages rather.
25       Do you recognize these first six
```

### Page 28

```
 1   pages?
 2   A   Yes, I recognize the first six pages.
 3   Q   Okay.  Is the handwriting contained on
 4   those pages your handwriting?
 5   A   Yes.
 6   Q   Okay.  You've been handed an exhibit
 7   that's been previously marked as Exhibit 4.
 8       Have you ever seen Exhibit 4
 9   before?
10   A   Yes.
11   Q   And what is it?
12   A   It's a photo album.
13   Q   Okay.  Were you involved in the
14   creation of the design on Exhibit 4?
15   A   Yes.
16   Q   Okay.  Tell me about your involvement
17   in that regard.
18   A   I designed it.
19   Q   When you say you designed it, what do
20   you mean?
21   A   I either drew or gathered the elements
22   to create the design, the embellishment and the
23   actual photo album.
24   Q   Okay.  You said a lot of things there.
25   You drew or gathered what?
```

Ex. 12 - 3

1   A   Information and artwork.
2   Q   So you drew or gathered information.
3   What information -- or what did you specifically
4   draw?
5   A   I drew the whale's tail and the float
6   plane.
7   Q   What else?
8   A   That's all I drew, besides the actual
9   layout for the photo album and spine.
10  Q   Okay.  So you drew those.  What did
11  you lay out specifically?
12  A   The entire photo album.
13  Q   What do you mean by laid it out?
14  A   Made a template on the computer,
15  picked colors, decided on elements, picked fonts
16  and picked colors.
17  Q   Okay.  So you created a template on
18  the computer.  What do you mean by that?  Can
19  you explain that process?
20  A   Basically deciding the dimensions of
21  the product and --
22  Q   Did you use -- I'm sorry.  Go ahead.
23  A   And, you know, where it would fold and
24  where the stitching would be and how the
25  embellishment would lie within that and

29

1   complement the spine.
2   Q   What do you mean "embellishment"?
3   A   I mean the actual embossed design on
4   the front.
5   Q   Are you referring to specifically the
6   depiction of the state of Alaska?
7   A   No.
8   Q   So you're referring to the -- I'm just
9   trying to figure out what you mean by
10  embellishment.
11  A   When I'm referring to embellishment, I
12  mean the area contained inside the stitching and
13  within the spine.
14  Q   Oh, okay.  What computer program did
15  you use to create this template?
16  A   I used several.
17  Q   Okay.  Which ones?
18  A   Adobe Illustrator, Adobe Photo Shop,
19  and that might have been it.
20  Q   Okay.  Whose idea was it to create
21  this design?
22  A   Mitchell's.
23  Q   And did he communicate this idea to
24  you?
25  A   Yes.

30

1   Q   What did he say?
2   A   Let's make a photo album with an
3   Alaska map.
4   Q   Did he give you specifics as far as
5   how he wanted the map to look?
6   A   He wanted an embossed map.
7   Q   What did he say about the embossing?
8   A   What do you mean?
9   Q   Did he just say create -- I'm just
10  wondering -- I'd like all the details that you
11  recall about that conversation that you had with
12  Mr. Godfred regarding the creation of this
13  design in Exhibit 4.
14          What's everything that he said
15  that you can remember?
16  A   As far as I can remember, he said he
17  wanted a fairly detailed map of Alaska and to
18  make sure that it reproduced well.
19  Q   Anything else?
20  A   Not that I can recall.
21  Q   So he said, I want an embossed map
22  that's fairly detailed and reproduces well?
23  A   Yes.
24  Q   Okay.  And when he said "fairly
25  detailed," what did he mean by that?

31

1           MR. MCBRAYER:  Objection; calls
2   for speculation.
3   Q   (By Mr. Keyes) What was your
4   understanding as to what he meant by that?
5   A   My understanding was to show the
6   topography of the state.
7   Q   What do you mean by topography?
8   A   The elevations.
9   Q   The elevations.
10  A   The contour of the land.
11  Q   What do you mean by "contour of the
12  land"?
13  A   Indicating where there might be, you
14  know, mountains or, you know, the outline of the
15  state.  I don't quite understand what you're
16  asking me.
17  Q   Well, I'm just wondering what you
18  meant when you said that he wanted a fairly
19  detailed map.  I'm just asking for what your
20  understanding was in that regard.
21  A   To show -- I don't know how other to
22  say it than to show the topography.
23  Q   Okay.  Did he tell you that he wanted
24  these certain cities depicted in the map?
25  A   I originally added what cities I felt

Ex. 12 - 4

32

1 were pertinent.
2 Q So in doing that did you look at a map
3 of Alaska?
4 A Yes.
5 Q What map of Alaska did you look at?
6 A Gazetteer.
7 Q What's Gazetteer?
8 A It's a large map book.
9 Q Okay. And then you just selected some
10 of the cities that you thought would be
11 appropriate for inclusion on your design?
12 A Yes, ones I've heard of and been to.
13 Q Okay. Tell me about your creation of
14 the actual state itself, the depiction of the
15 state of Alaska. How did you go about doing
16 that?
17 A I took a illustration that was
18 property of Arctic Circle's, it was in our
19 files, and took it into Photo Shop, cleaned it
20 up, adjusted levels to get good contrast, gray
21 scaled it, byte mapped it in a half-tone with
22 large enough point size to reproduce, and
23 adjusted the angle and frequency of the dot
24 pattern, picked the dot pattern, made it a tif
25 and placed it.

33

1 Q Okay. And initially did you scan in
2 this depiction of the state of Alaska and then
3 do everything that you just depicted?
4 A No. This existed as a file.
5 Q "This" meaning the state of Alaska
6 depiction?
7 A The illustration of Alaska.
8 Q The illustration. And who had
9 originally created that illustration, if you
10 know?
11 A To my understanding it was Pam Ruatto.
12 Q And did Ms. Ruatto create this as an
13 employee?
14 A Yes.
15 Q Do you know when Ms. Ruatto created
16 this map?
17 A No.
18 Q Okay. So you also testified a moment
19 ago that you picked the color. Am I
20 understanding that you picked the color of the
21 state of Alaska? Is that what you meant by
22 picked the color?
23 A All the colors.
24 Q What colors did you select?
25 A The embellishment colors.

34

1 Q What does that mean?
2 A The artwork within the stitching and
3 on the other side of the spine.
4 Q Okay. So let's break that down a
5 little bit. The color of the state of Alaska.
6 A Yes.
7 Q Did you choose that color?
8 A Yes.
9 Q What is that color?
10 A Brown.
11 Q And was that a color that was chosen
12 by you from like Adobe Photo Shop?
13 A No. It's a PMS color.
14 Q What's PMS mean?
15 A Pantone matching system.
16 Q What does that mean?
17 A It's a graphic art standard of color
18 matching.
19 Q So is that a color that was already
20 contained within a computer program?
21 A No.
22 Q So you created the specific color?
23 A No. I chose it from the Pantone
24 swatches.
25 Q So there were some precreated colors

35

1 contained within this computer program that you
2 chose from?
3 A There's a swatch library that I can
4 load into the computer program.
5 Q And did you create this swatch
6 library?
7 A No. It's the Pantone matching system.
8 Q And who created the Pantone matching
9 system?
10 A I don't know.
11 Q Is that something that comes with
12 Photo Shop?
13 A It does now, I believe.
14 Q Okay. So where did you get it back
15 when you originally created this design?
16 A I would have gotten the library from
17 Pantone.
18 Q Is that a company?
19 A It is.
20 Q And you would have down-loaded it from
21 its web site or something?
22 A Or gotten it from a disk.
23 Q And so you selected the color of the
24 map from a preexisting pallet of colors?
25 A Uh-huh.

Ex. 12 - 5

36

| | |
|---|---|
| 1 | names. |
| 2 | Q  For accuracy in placing town names. |
| 3 | What other sources did you look at? |
| 4 | A  I can't recall. I don't know if there |
| 5 | were other sources I looked at. |
| 6 | Q  Okay. As I understand the process, |
| 7 | once this was -- once your template was created, |
| 8 | it was then shipped to one of the manufacturers |
| 9 | that ACE works with. |
| 10 |     Is that your understanding as |
| 11 | well? |
| 12 | A  I'm not sure what happens to it when |
| 13 | I'm done with it. |
| 14 | Q  Okay. So in this instance you created |
| 15 | this particular design, you laid it out |
| 16 | according to your testimony, and then what did |
| 17 | you do? Did you -- to be a little more |
| 18 | specific: Did you give it to Mitchell? What |
| 19 | did you do with the design once it was created? |
| 20 | A  I presented it at an art meeting and |
| 21 | we reviewed it. |
| 22 | Q  Okay. Who was at the meeting? |
| 23 | A  Myself, Jason Reynolds, Mitchell |
| 24 | Godfred, Paul Serventi and Yuki Murasaki. |
| 25 | Q  And what was discussed? |

41

| | |
|---|---|
| 1 | A  Which town names were relevant, which |
| 2 | ones we needed or didn't need, the overall look |
| 3 | of the type font, reproducibility. |
| 4 | Q  Anything else? |
| 5 | A  Not that I can recall. |
| 6 | Q  The font that's contained on Exhibit |
| 7 | 4, what font is that, or are there different |
| 8 | fonts? |
| 9 | A  There are different fonts. |
| 10 | Q  Do you know the names of the fonts |
| 11 | offhand that are used? |
| 12 | A  I couldn't be certain. |
| 13 | Q  Okay. Is there more than one font, to |
| 14 | your knowledge? |
| 15 | A  Yes. |
| 16 | Q  How many different fonts are there? |
| 17 | A  There appears to be two -- three. |
| 18 | Q  Three fonts. You testified earlier |
| 19 | about, I think, your creation of the float |
| 20 | plane? |
| 21 | A  Yes. |
| 22 | Q  And of the whale tail? |
| 23 | A  Yes. |
| 24 | Q  How did you go about creating those |
| 25 | two designs? |

42

| | |
|---|---|
| 1 | A  Pen and ink drawings. |
| 2 | Q  And do you have the originals of those |
| 3 | drawings? |
| 4 | A  Yes. |
| 5 | Q  And where are those? |
| 6 | A  I believe I produced them. |
| 7 | Q  Okay. When you created the float |
| 8 | plane, did you look at anything? |
| 9 | A  Yes. |
| 10 | Q  What did you look at? |
| 11 | A  A float plane. |
| 12 | Q  A picture of a float plane? |
| 13 | A  Yes. |
| 14 | Q  Do you have that picture? |
| 15 | A  I can't be certain. |
| 16 | Q  Do you remember where you got that |
| 17 | picture from? |
| 18 | A  I can speculate. |
| 19 | Q  Well, you can speculate if you want |
| 20 | and if your counsel will let you. |
| 21 | A  I'm not sure. |
| 22 | Q  Okay. What about the whale tail? |
| 23 | What picture did you look at in creating your |
| 24 | whale tail? |
| 25 |     MR. MCBRAYER: Objection; assumes |

43

| | |
|---|---|
| 1 | facts not in evidence. |
| 2 | A  I don't believe I looked at a picture |
| 3 | for that one. It's just my own creation. |
| 4 | Q  (By Mr. Keyes) Okay. Fair enough. |
| 5 | Have you ever seen float planes on Alaska |
| 6 | souvenirs before? |
| 7 | A  Yes. |
| 8 | Q  Have you ever seen eagles depicted on |
| 9 | Alaska souvenirs before? |
| 10 | A  Yes. |
| 11 | Q  How many times? |
| 12 | A  I can't be certain. |
| 13 | Q  More than one? |
| 14 | A  Yes. |
| 15 | Q  More than five? |
| 16 | A  Yes. |
| 17 | Q  Is it fair to say that depiction of |
| 18 | eagles on Alaska souvenir items is common? |
| 19 | A  Yes. |
| 20 | Q  Same question with respect to float |
| 21 | planes. |
| 22 | A  Less common. |
| 23 | Q  What about cruise ships? |
| 24 | A  I'm not sure. |
| 25 | Q  Okay. Have you ever seen a depiction |

Ex. 12 - 6

44