# Exhibit 13

Dbtf!4;17.dw.112b1.UNC!!!!!Epdvnfou2!!!!!Gjrhe!180280 r 17!!!!!Qbhf!2!pg3

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

## FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



VAu 567-178

JUN 25 2003
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼
100 Pocket Alaska Map Photo Album

Nature of This Work ▼ See instructions
Die Stamped w/ Screen Print

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼
Arctic Circle Enterprises, Inc

Dates of Birth and Death
Year Born ▼   Year Died ▼

NOTE

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____ }

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☒ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____ }

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3** Year in Which Creation of This Work Was Completed
1998 Year   This information must be given in all cases.

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____   Nation _____

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Arctic Circle Enterprises
3812 Spenard Road, Suite #100
Anchorage, Alaska 99517

APPLICATION RECEIVED
JUN 25 2003
ONE DEPOSIT RECEIVED
JUN 25 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __2__ pages

|  |  |
|---|---|
| EXAMINED BY _URS_ | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Mitchell Godfred, President
Arctic Circle Enterprises, Inc
3812 Spenard Road, Suite #100
Anchorage, Alaska 99517

Area code and daytime telephone number (907) 272-4366    Fax number (907) 272-4122
Email mitchellg@aceak.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Mitchell Godfred    Date 6/20/03

Handwritten signature (X) ▼
X _____

Certificate will be mailed in window envelope to this address:
Name ▼ Arctic Circle Enterprises, Inc. - Mitchell Godfred
Number/Street/Apt ▼ 3812 Spenard Road, Suite #100
City/State/ZIP ▼ Anchorage, Alaska 99517

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000  Web Rev. June 2002  ⊕ Printed on recycled paper    U.S Government Printing Office: 2000-461-113/20,021

Exhibit B, Page 2
Ex. 13 - 3

Dbtf !4;17.dw1126 ı. UNC!!!!!Epdvn f ou2!!!!!Gjrfne!1802803ı ı7!!!!!Qbhf !2!pg3

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA** 
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG __VAu 567-176__

EFFECTIVE DATE OF REGISTRATION

6 / 24 / 03
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  Title of This Work ▼                         NATURE OF THIS WORK ▼ See instructions
200 Pocket Alaska Map Photo Album               Die Stamped w/ Screen Print

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**  NAME OF AUTHOR ▼                         DATES OF BIRTH AND DEATH
a  Arctic Circle Enterprises, Inc.            Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☒ Yes  ☐ No
Author's Nationality or Domicile   Name of Country  OR { Citizen of _____  Domiciled in _____ }
Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship: Check appropriate boxes. See Instructions
☐ 3-Dimensional sculpture    ☒ Map           ☐ Technical drawing
☒ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

Name of Author ▼                              Dates of Birth and Death
b                                             Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No
Author's Nationality or Domicile  Name of Country OR { Citizen of _____  Domiciled in _____ }
Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

Nature of Authorship: Check appropriate boxes. See Instructions
☐ 3-Dimensional sculpture    ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

---

**3**  Year in Which Creation of This Work Was Completed
a  1999  This information must be given Year in all cases.
b  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____   Nation _____

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Arctic Circle Enterprises, Inc.
3812 Spenard Road, Suite #100
Anchorage, Alaska 99517

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 24 2003
ONE DEPOSIT RECEIVED
JUN 24 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space.

---

**MORE ON BACK** ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __2__ pages

|  | EXAMINED BY | | FORM VA |
|---|---|---|---|
|  | CHECKED BY | | |
|  | ☒ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Mitchell Godfred, President
Arctic Circle Enterprises
3812 Spenard Road, Suite #100
Anchorage, Alaska  99517

Area code and daytime telephone number (907) 272-4366    Fax number (907) 272-4122
Email mitchellg@aceak.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Mitchell Godfred    Date 6/20/03

Handwritten signature (X) ▼
X _____

| Certificate will be mailed in window envelope to this address: | Name ▼ Arctic Circle Enterprises, Inc - Mitchell Godfred |
| | Number/Street/Apt ▼ 3812 Spenard Road, Suite #100 |
| | City/State/ZIP ▼ Anchorage, Alaska  99517 |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper    U.S. Government Printing Office: 2000-461-113/20,021