# Exhibit 18