# Exhibit 20

# Black's Law Dictionary®

## Abridged Seventh Edition

**Bryan A. Garner**
Editor in Chief



**WEST GROUP**

ST. PAUL, MINN., 2000

Ex. 20 - 2

**plea in reconvention.** *Civil law.* A plea that sets up a new matter, not as a defense, but as a cross-complaint, setoff, or counterclaim.

**plea in suspension.** A plea that shows some ground for not proceeding in the suit at the present time and prays that the proceedings be stayed until that ground is removed, such as a party's being a minor or the plaintiff's being an alien enemy.

**plea not pure.** See *anomalous plea.*

**plea of confession and avoidance.** See CONFESSION AND AVOIDANCE.

**plea of privilege.** A plea that raises an objection to the venue of an action. See CHANGE OF VENUE (1).

**plea of release.** A plea that admits the claim but sets forth a written discharge executed by a party authorized to release the claim. See RELEASE (2).

**plea puis darrein continuance** (pwis dar-ayn kən-**tin**-yoo-ənts). [Law French "plea since the last continuance"] A plea that alleges new defensive matter that has arisen during a continuance of the case and that did not exist at the time of the defendant's last pleading.

**plea to further maintenance to the action.** *Hist.* A defensive plea asserting that events occurring after the commencement of the action necessitate its dismissal. • The plea is obsolete because of the pleading requirements in federal and state rules of civil procedure.

**plea to the declaration.** A plea in abatement that objects to the declaration and applies immediately to it. — Also termed *plea to the count.*

**plea to the jurisdiction.** See *jurisdictional plea.*

**plea to the person of the defendant.** A plea in abatement alleging that the defendant has a legal disability to be sued.

**plea to the person of the plaintiff.** A plea in abatement alleging that the plaintiff has a legal disability to sue.

**plea to the writ.** A plea in abatement that objects to the writ (summons) and applies (1) to the form of the writ for a matter either apparent on the writ's face or outside the writ, or (2) to the way in which the writ was executed or acted on.

**pure plea.** An equitable plea that affirmatively alleges new matters that are outside the bill. • If proved, the effect is to end the controversy by dismissing, delaying, or barring the suit. A pure plea must track the allegations of the bill, not evade it or mistake its purpose. Originally, this was the only plea known in equity. — Also termed *affirmative plea.* Cf. *anomalous plea.*

**rolled-up plea.** *Defamation.* A defendant's plea claiming that the statements complained of are factual and that, to the extent that they consist of comment, they are fair comment on a matter of public interest. See FAIR COMMENT.

**special plea.** A plea alleging one or more new facts rather than merely disputing the legal grounds of the action or charge. • All pleas other than general issues are special pleas. See *general issue* under ISSUE (1).

**plea bargain,** *n.* A negotiated agreement between a prosecutor and a criminal defendant whereby the defendant pleads guilty to a lesser offense or to one of multiple charges in exchange for some concession by the prosecutor, usu. a more lenient sentence or a dismissal of the other charges. — Also termed *plea agreement; negotiated plea; sentence bargain.* — **plea-bargain,** *vb.* — **plea-bargaining,** *n.*

**charge bargain.** A plea bargain in which a prosecutor agrees to drop some of the counts or reduce the charge to a less serious offense in exchange for a plea of either guilty or no contest from the defendant.

**sentence bargain.** A plea bargain in which a prosecutor agrees to recommend a lighter sentence in exchange for a plea of either guilty or no contest from the defendant.

**plead,** *vb.* **1.** To make a specific plea, esp. in response to a criminal charge <he pleaded not guilty>. **2.** To assert or allege in a pleading <fraud claims must be pleaded with particularity>. **3.** To file or deliver a pleading <the plaintiff hasn't pleaded yet>.

**pleader. 1.** A party who asserts a particular pleading. **2.** A person who pleads in court on behalf of another. **3.** *Hist.* At common law, a person who (though not an attorney) specialized in preparing pleadings for others. Also termed *special pleader.* **4.** *Hist.* NARRATOR.

**pleading,** *n.* **1.** A formal document in which a party to a legal proceeding (esp. a civil lawsuit) sets forth or responds to allegations

claims, denials, or defenses. • In federal civil procedure, the main pleadings are the plaintiff's complaint and the defendant's answer.

*accusatory pleading.* An indictment, information, or complaint by which the government begins a criminal prosecution.

*amended pleading.* A pleading that replaces an earlier pleading and that contains matters omitted from or not known at the time of the earlier pleading.

*anomalous pleading.* A pleading that is partly affirmative and partly negative in its allegations.

*articulated pleading.* A pleading that states each allegation in a separately numbered paragraph.

*defective pleading.* A pleading that fails to meet minimum standards of sufficiency or accuracy in form or substance.

*responsive pleading.* A pleading that replies to an opponent's earlier pleading. See ANSWER.

*sham pleading.* An obviously frivolous or absurd pleading that is made only for purposes of vexation or delay. — Also termed *sham plea; false plea.*

*shotgun pleading.* A pleading that encompasses a wide range of contentions, usu. supported by vague factual allegations.

*supplemental pleading.* A pleading that either corrects a defect in an earlier pleading or addresses facts arising since the earlier pleading was filed. • Unlike an amended pleading, a supplemental pleading merely adds to the earlier pleading and does not replace it.

2. A system of defining and narrowing the issues in a lawsuit whereby the parties file formal documents alleging their respective positions.

*alternative pleading.* A form of pleading whereby the pleader alleges two or more independent claims or defenses that are not necessarily consistent with each other, such as alleging both intentional infliction of emotional distress and negligent infliction of emotional distress based on the same conduct. Fed. R. Civ. P. 8(e)(2). Cf. DUPLICITY (2); *double plea* under PLEA (3).

*artful pleading.* A plaintiff's disguised phrasing of a federal claim as solely a state-law claim in order to prevent a defendant from removing the case from state court to federal court.

*code pleading.* A procedural system requiring that the pleader allege merely the facts of the case giving rise to the claim, not the legal conclusions necessary to sustain the claim. — Also termed *fact pleading.* Cf. *issue pleading.*

*common-law pleading.* The system of pleading historically used in the three common-law courts of England (the King's Bench, the Common Pleas, and the Exchequer) up to 1873.

*equity pleading.* The system of pleading used in courts of equity. • In most jurisdictions, rules unique to equity practice have been largely supplanted by rules of court, esp. where law courts and equity courts have merged.

*issue pleading.* The common-law method of pleading, the main purpose of which was to frame an issue. Cf. *code pleading.*

*notice pleading.* A procedural system requiring that the pleader give only a short and plain statement of the claim showing that the pleader is entitled to relief, and not a complete detailing of all the facts. Fed. R. Civ. P. 8(a).

*special pleading.* See SPECIAL PLEADING.

3. The legal rules regulating the statement of the plaintiff's claims and the defendant's defenses &lt;today, pleading is a much simpler subject than it was in former years&gt;.

**pleading the baby act.** See BABY ACT, PLEADING THE.

**pleading the Fifth.** The act or an instance of asserting one's right against self-incrimination under the Fifth Amendment. — Also termed *taking the Fifth.* See RIGHT AGAINST SELF-INCRIMINATION.

**plead over,** *vb.* 1. To fail to notice a defective allegation in an opponent's pleading. 2. *Hist.* To plead the general issue after a defendant has had a dilatory plea overruled. See AIDER BY PLEADING OVER.

**plea in abatement.** See PLEA (3).

**plea in bar.** A plea that seeks to defeat the plaintiff's or prosecutor's action completely and permanently.

*general plea in bar.* A criminal defendant's plea of not guilty by which the defendant denies every fact and circum-