```
                                cz05204r.txt
0001
 1                      UNITED STATES DISTRICT
 2                    FOR THE DISTRICT OF ALASKA
 3      ------------------------------------------------------
 4      ARCTIC CIRCLE ENTERPRISES, INC.,   ) No. A03-139 CV (JWS)
                                           )
 5                      Plaintiff,         )
                                           )
 6              vs.                        )
                                           )
 7      SANDY ROTH and TANDEM IMPORTS, INC.,)
        a Washington corporation, LAWRENCE H.)
 8      PRESS d/b/a PIERCE DISTRIBUTORS,   )
        KEYSTAR INTERNATIONAL LIMITED,     )
 9                                         )
                        Defendants.        )
10
        ------------------------------------------------------
11
             Videotaped Deposition Upon Oral Examination Of
12                              SANDY ROTH
13      ------------------------------------------------------
14
15
16
                              May 20, 2004
17                         Seattle, Washington
18
19
20
21         REPORTED BY: Cathy M. Zak, CCR# 1922
22             SEATTLE DEPOSITION REPORTERS
               600 University Street, Suite 320
23                Seattle, Washington  98101
                          206.622.6661
24                        1.800.657.1110
                     Fax:  206.622.6236
25                courtreporters@seadep.com
0002
 1                         APPEARANCES
 2
 3      For the Plaintiff:
 4         BRUCE A. BOOKMAN
           Attorney of BOOKMAN & HELM
 5         810 N Street, Suite 200
           Anchorage, Alaska  99501
 6         907.265.5712
 7
 8      For the Defendant:
 9         KENNETH S. KAGAN
           Attorney of CARNEY BADLEY SPELLMAN
10         700 Fifth Avenue, Suite 5800
           Seattle, Washington  98104-5017
11         206.622.8020
12
13      Also Present:
14         ROBERT DEMCO - Videographer
           GORDON GODFRED
15         MITCHELL GODFRED
16
17
18
19
```

```
                              cz05204r.txt
 7   woman named Fong Lu?
 8        A    Right.
 9        Q    L-U?
10        A    Right.
11        Q    She's in Shanghai?
12        A    Right.
13        Q    Did Mr. Coates physically give you any artwork
14   to use?
15        A    Did Mr. Coates give me physical artwork to use?
16   No, I don't recall.
17                  (Exhibit No. 20 marked
18                   for identification.)
19
20        Q    (By Mr. Bookman)  If you look at Page 8 --
21        A    Where is the page number?
22        Q    Well, it's sort of at the bottom.  We're
23   looking for request number 15.
24             MR. KAGAN:  Look in the lower left corner.
25        A    Okay.
0083
 1        Q    (By Mr. Bookman)  In that response, you say
 2   that an artist by the name of Lu Fei, spelled F-E-I.
 3        A    Right.
 4             MR. KAGAN:  Counsel, this is from Keystar,
 5   not from Ms. Roth.
 6             MR. BOOKMAN:  Right.  I'm sorry.
 7        Q    (By Mr. Bookman)  Do you know an artist named
 8   Lu Fei?
 9        A    Yes.
10        Q    And who is that person?
11        A    This is a woman artist.  She's freelancer.  She
12   is in -- I think she graduated from the art institute and
13   Keystar brought her to my attention that she is very good
14   that I could do some work with her cheap.
15        Q    Where does she live?
16        A    Last time when I call her, she was in Shanghai,
17   but Chinese people -- lot of Shanghai people are not
18   Shanghai residents.  They move from out of province and then
19   work in an office.
20        Q    And did you use her?
21        A    Yes.
22        Q    On what projects or what items?
23        A    She did my photo albums.  She did --
24        Q    She did the photo album for 2003 or 2004?
25        A    2003.  She did some key chains, I think.  She
0084
 1   did some -- did I sell key chains?  She did some baseball
 2   caps.  What else did she do?  A couple of hang tags, cards.
 3        Q    Did she do the Frontier Alaska Friends hang
 4   card?
 5        A    Yeah, she did.
 6        Q    Did you give her any directions on what to do?
 7        A    Mm-hm.  (Answers affirmatively.)  I would like
 8   to name my animal Friends of Alaska or Wild friends of
 9   Alaska because Indian Arts and Crafts had a T-shirt design
10   with all the moose and polar bear and everything all
11   together and the subtitle is Friends -- Wild Friends of
12   Alaska, and then I was thinking, well, wild is not very good
13   on stuffed animal, so I say, oh, the last frontier, Alaska
14   last frontier, so I call Alaska Frontier Friends.
15        Q    Did you send her a sort of sketch of what you
16   wanted?
17        A    Handwriting and tell her what size of font with
```

**Ex. 22 - 2**

```
                              cz05204r.txt
18   big dipper design.
19        Q    Did you keep any of that?
20        A    No, it was a piece of a pencil sketch.
21        Q    Did you keep any of her artwork?
22        A    Did I keep any of her artwork?  No, I got hang
23   tag sample.  That's all I need.
24        Q    Did you pay her?
25        A    Yes.
0085
 1        Q    Do you have records of payment to her?
 2        A    No, Keystar pay her.  I went through Keystar to
 3   pay her.
 4        Q    When did you start using her?
 5        A    January 2003 when Brownson brought her to my
 6   attention and two other freelancers like outsourcing, so I
 7   say, hey, they work cheap like $100 a month.
 8        Q    Well, if Keystar paid them, why did you care
 9   that they worked cheap?
10        A    Keystar pay them.  Keystar bill me.
11        Q    Oh.  Did you save Keystar's bills?
12        A    Yes, it's in the invoices.  You have them.
13        Q    Did you correspond with these artists by
14   e-mail?
15        A    Lots of time by phone because their English is
16   not good.  If I send an e-mail, I was sending e-mail to
17   Brownson and Brownson have to translate.  Brownson's English
18   is very poor too, so I usually pick up the phone, I say,
19   yeah, I like that, but can you do the polar bear better than
20   that or sometime I just send clip art and tell them to look
21   at my e-mail, website, whatever.
22        Q    Do you have a website?
23        A    No.
24        Q    Did any of these artists use e-mail to send you
25   their art?
0086
 1        A    Yes.
 2        Q    Do you recall what their e-mail addresses are?
 3        A    All go through Keystar because Keystar always
 4   forward attachment.
 5        Q    What directions did you give your artists on
 6   the photo albums for the 2003 season?
 7        A    Indian Arts and Crafts -- Dave Coates, first
 8   thing he say, I need a photo album with some map design on
 9   it, so he give me the specs.  Then he went through Indian
10   Arts and Crafts' 2000 catalog or 1998.  I don't remember
11   which year.  2000.  And there was a map design.  Then he
12   give me JC Marketing photo album sample of map with animals
13   on it, so he say, you know, somewhere look like this, so I
14   send those samples and the black and white copy of Indian
15   Arts and Crafts' catalog clipping and then I mail it to
16   Keystar.
17        Q    When did he give you these catalog things?  Was
18   that at Christmastime?
19        A    Indian Arts and Crafts' catalog?
20        Q    Yeah.
21        A    January.
22        Q    So this didn't take place in the Christmas
23   meeting?
24        A    No.
25        Q    This was in January?
0087
 1        A    Right.  December is the old Indian Arts and
 2   Crafts reorder merchandise.
```

cz05204r.txt

```
 3          Q    In December, you were just reordering?
 4          A    Forget-me-not and all the old stuff.
 5          Q    The old stuff?
 6          A    Right.
 7          Q    So then in January, did you personally meet
 8   with Mr. Coates?
 9          A    They were here throughout January during the
10   holiday season, I think, either that or by phone. Then he
11   told me page number. Do you have 2000 catalog? If you
12   don't, I send you a copy.
13          Q    Did you have the 2000 catalog?
14          A    Not anymore. I think counsel has everything in
15   file.
16          Q    I mean, when he called you, did you have the
17   2000 catalog?
18          A    No.
19          Q    When he called you, did you have the Arctic
20   Circle catalog?
21          A    I have Arctic Circle 2000 catalog, yes, because
22   I work for them in 2000.
23          Q    Did Mr. Coates make any reference to the Arctic
24   Circle catalog?
25          A    No.
0088
 1          Q    So Mr. Coates said he wanted a photo album with
 2   an antique map of Alaska?
 3          A    That's 2004, I decided I want antique map.
 4          Q    For 2003, what was your discussion with
 5   Mr. Coates about the photo album?
 6          A    Can I find the photo album look like Indian
 7   Arts and Crafts' 2000 da, da, da, da, and he was on the
 8   catalog page something and I would like to have beige color
 9   and I would like to have one color print and that's what he
10   told me.
11          Q    Did he tell you --
12          A    He send me JC Marketing sample.
13          Q    He sent you a JC Marketing sample?
14          A    Correct.
15          Q    He didn't send you an Arctic Circle sample?
16          A    No, it was paper.
17          Q    It was a flat paper?
18          A    Yes.
19          Q    And did he discuss whether he wanted flat paper
20   or embossed plastic?
21          A    He say it look Indian Arts and Crafts' 2000
22   catalog.
23          Q    Well, that was flat paper, wasn't it?
24          A    No, it was embossed.
25          Q    The plastic and --
0089
 1          A    Stamped.
 2          Q    Stamped?
 3          A    Yeah.
 4          Q    Do you recall if those were there when you were
 5   there?
 6          A    Indian Arts and Crafts did an embossed design.
 7   When I was there, it's a big dipper design.
 8          Q    It wasn't the map design?
 9          A    It wasn't the map.
10          Q    So that design came after you left?
11          A    Right, but I did have a map design with
12   wildlife on T-shirt in 1990 and '91. In Alaska, the
13   supplementary artwork is very universal. If it's not a map,
```

Page 37

```
                         cz05204r.txt
14   it's wildlife.  If it's not wildlife, it's wild flowers, so
15   we all use the same material.
16        Q    So Lu Fei did the artwork for the album?
17        A    Correct.
18        Q    For 2003?
19        A    Right.
20        Q    And this was done in January?
21        A    It was done January, February.
22        Q    And you don't have a copy of what she did?
23        A    No.  As a matter of fact, all the artists, they
24   send me the e-mail revision three, four times.  The sample
25   comes in.  Look good.  I didn't see any compelling reason to
0090
 1   keep the record because the final sample look like this.
 2   This is good.  I didn't bother to keep the artwork to go
 3   with the sample.  Sometimes doesn't look the same as the
 4   artwork, but it looks nice.  My gut feeling say it will
 5   sell, so I went ahead with it.
 6        Q    At that time, did you know whether or not --
 7   well, strike that.
 8             When Mr. Coates was telling you he wanted a
 9   photo album with an antique map --
10        A    With map.
11        Q    With a map.  All right.  He didn't say antique?
12        A    Antique is my revision for 2004.  I came up
13   with a beautiful antique map design.  I'm proud of it.
14   That's why I say it's beautiful.  I wouldn't call that
15   design antique.  I call it just plain map.
16        Q    Okay.  When Mr. Coates told you he wanted a
17   photo album, did he mention that he had bought photo albums
18   from Arctic Circle the year before?
19        A    Or year before or year before.  I don't know.
20   He just say I want the map.
21        Q    Did he mention that he had been purchasing them
22   from Arctic Circle?
23        A    No.
24        Q    Did he say anything about --
25        A    He never give me a sales history of Arctic
0091
 1   Circle, what he buy from Arctic Circle.
 2        Q    Did he tell you that the photographic album
 3   with a map was a good seller?
 4        A    No.  Like I explained to you a moment ago, when
 5   somebody wants something, must be a good seller, otherwise
 6   why do they want it.
 7        Q    I'm sure --
 8        A    He never told me literally, but he say I want
 9   this.
10        Q    You assumed it was a good seller, that's why he
11   wanted it?
12        A    Well, even if not a good seller, they want it,
13   I get it.  I'm an importer.
14        Q    So you never discussed with him what was a good
15   seller and what wasn't?
16        A    If customer wants a glass, even if it doesn't
17   sell, I sell them the glass.
18        Q    I know, but my question was:  Specifically with
19   Mr. Coates, you didn't have a discussion about --
20        A    No.
21        Q    -- what had been a good seller in the past?
22        A    He never pull the sales records, what are the
23   top numbers.
24        Q    I didn't ask you about a sales record, just
                            Page 38
```

```
                              cz05204r.txt
21   industry for so long, I don't recall when was the first map
22   design was designed by us on the T-shirt.
23         Q    Well, you weren't working for Indian Arts and
24   Crafts in '96, '97, '98, '99?
25         A    Correct.
0097
 1         Q    So yet you list yourself as the concept
 2   originator?
 3         A    I was the first one doing the T-shirt with
 4   Alaska map design on.
 5         Q    I see. And when was that?
 6         A    '94, '93, but I didn't have catalog to prove
 7   it.
 8         Q    I see. And you didn't use it on a photo album
 9   at that time?
10         A    We have photo album, but I think it's a
11   different design. I need to go refer to the catalog.
12         Q    Well, the question asked when was each article
13   first designed, so when was the photo album first designed
14   that you sold in 2003?
15         A    When?
16         Q    When?
17         A    It was January 2003.
18         Q    Okay. And that was the first time the photo
19   album was designed?
20         A    Because when I read this response as a concept
21   originator and first design, I thought it's when did you
22   first have that concept or when did you first have a record,
23   and unfortunately, because Indian Arts and Crafts was so
24   many hands, there's no clean records in my possession
25   whatsoever because I retire.
0098
 1         Q    In any case, with regard to the photo album
 2   that you sold in 2003, it was really designed by you in
 3   January 2003?
 4         A    Correct, not design but concept originate.
 5   Design --
 6              MR. KAGAN: Counsel --
 7         A    -- by the artist.
 8         Q    (By Mr. Bookman) Right.
 9              MR. KAGAN: Just so I'm clear, are you
10   talking about the first one listed?
11              MR. BOOKMAN: Yeah.
12              MR. KAGAN: Okay.
13         Q    (By Mr. Bookman) The second one is photo
14   album, that's Mr. Corrington's own --
15         A    T-shirt design.
16         Q    -- T-shirt design?
17         A    The reason I put first designed unknown is he
18   thought his T-shirt was done in '76, '77. He doesn't
19   remember.
20         Q    Then the next photo album down, is that like
21   the first one?
22         A    Yes.
23         Q    Okay. So you really designed that in January
24   of 2003?
25         A    Correct, they're identical.
0099
 1         Q    And then the next photo album is again one of
 2   Mr. Corrington's from his T-shirt?
 3         A    Correct.
 4         Q    And then the next photo album, is that like the
 5   first one?
                                Page 41
```