James N. Leik, Alaska Bar No. 8111109
Kyan Olanna, Alaska Bar No. 0405024
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:  907.279.8561
Facsimile:  907.276.3108
JLeik@perkinscoie.com
KOlanna@perkinscoie.com

Ryan J. McBrayer (*Pro Hac Vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone: 206.359-8000
Facsimile:  206.359.9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff
Arctic Circle Enterprises, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALASKA JUNEAU MINING COMPANY LLC,<br><br>　　　　　　Defendant. | Case No. 3:-06-CV-170 (TMB) |

DECLARATION OF RYAN J. McBRAYER

Exhibit 23 pages 1 through 9 are withheld pursuant to Protective Order of February 6, 2007, because they are designated as "ATTORNEYS' EYES ONLY."  Exhibit 23 will be provided to counsel and courtesy copy to Honorable Timothy M. Burgess.

59840-0003/LEGAL13185730.1