# Exhibit 24

### Dave & Lori Coates

**From:** <jhj@eHayes.com>
**To:** "Dave & Lori Coates" <coatesdl@kpunet.net>
**Sent:** Monday, January 09, 2006 1:11 PM
**Subject:** RE: album-font cfm.jpg

Hi Dave,

Back in the office briefly...Just got in last night from Dallas, home today and off to Orlando tomorrow...At least I'm going to warm places!

Prices are as follows:

Cruise Ship: $6.55 each, 24 pieces per master carton, 480 piece minimum

I am still waiting for the confirming prices on the other items, I should have those tomorrow. Also, I hate to do this...I told you I'd match the price on the small crystals--what was the price again? I don't have it handy...I'll advise packing and minimums tomorrow on that.

They are still working on the dogsled crystal. I'll advise on that ASAP.

Thanks and Regards,

Jim Hayes Jr.

>     -----Original Message-----
>     **From:** Dave & Lori Coates [mailto:coatesdl@kpunet.net]
>     **Sent:** Friday, January 06, 2006 1:19 AM
>     **To:** jhj@ehayes.com
>     **Subject:** Re: album-font cfm.jpg
>
>     Hello Jim:
>
>     Thank you for your fast response. Go ahead with photo album. Looks good.
>
>     On the crystal totem and cruise ship and crystal cubes, they all are fine. Would you please give me price on the totem and cruise ship and we will place orders immediately. Also what are the quantities? Also did you get any samples of the 6" crystal cubes. Thanks, Dave
>
>     >     ----- Original Message -----
>     >     **From:** jhj@ehayes.com
>     >     **To:** Dave Coates
>     >     **Sent:** Thursday, January 05, 2006 6:26 PM
>     >     **Subject:** Fwd: album-font cfm.jpg

8/24/2006

Hi Again Dave,

Trying my best to handle mail from the road as best I can...

When I sent Cheri the sample, she did approve the color of the album, however, she did want to darken the 'Alaska' letters on the front/back. Attached is what they came up with...Please see comments below as well from my Shanghai office.

I don't mean to rush you, but we are really getting short on time on this...If you can approve it, please e-mail me back right away that it's good.

Thanks and Regards,

Jim

----- Forwarded message from 58795938@vip.163.com -----
   Date: Thu, 5 Jan 2006 09:23:05 +0800
   From: "Ellen Liu( Hayes Shanghai)"
   Subject: album-font cfm.jpg
   To: jhj@eHayes.com

Dear Jim Jr.

I have changed the format of the picture.

The attached is the revised photo album design.The letter on the cover have been darked according your requirement.but please note that once the letter darked,the shade of the letter will not be so striking,and the letter won't look like pop although they are. The color of letters are brown instead of black.

Please confirm the design is ok or not?

best regards,

Ellen

----- End forwarded message -----