# Exhibit 25

SEP-21-2006 10:47A FROM:　　　　　　　　　　　　　　TO:18009340174115094447P.7

Page 1 of 6

## Dave & Lori Coates

| | |
|---|---|
| From: | <jhj@eHayes.com> |
| To: | "Dave Coates" <coatesdl@kpunet.net> |
| Sent: | Friday, March 31, 2006 9:12 AM |
| Attach: | SAMPLES ON 0330- 013.jpg; SAMPLES ON 0330- 014.jpg; SAMPLES ON 0330- 015.jpg; SAMPLES ON 0330- 016.jpg |
| Subject: | FW: Photo Album |

Hi Dave,

Just want to bring you abreast on what's happening...

The container is on the way and should arrive into Seattle next week. Everything will be cleared and handled on our end regarding customs, and it
will basically be like one large regular domestic shipment being delivered
to Alaska Marine Lines.

Also, my Shanghai office advised me the following...They retained a few of
the bad shrink-wrapped samples. They said after 2 weeks or so since they
last looked at them, the shrink wrap appears to have 'calmed down' and looks
much better...So we might not have a problem after all. They've attached
some photos. No promises on what's coming your way—but things look better
after waiting a little bit of time, at least on the ones we have here.

The balance that they didn't finish are in production, and those should be
done in a few weeks...Those I'm going to send directly to Seattle as well.
The process on making these is much more extensive than a lot of other items.

I found out a few other things going on as well with these, and you really

8/24/2006

AJMC 1ST RFP-0007

Ex. 25 - 2

SEP-21-2006 10:48A FROM: TO:18009340174115094447P.8

Page 2 of 6

have to know China to fully appreciate this—the government is shutting down
their factory in a couple of weeks...They take 'eminent domain' to an
extreme there—the government intends to implode their factory and build
housing on the property. Anyway, the factory has been scrambling to produce
all of their orders before the government seizes control of their property
at the end of April. My Shanghai manager believes that had more to do with
the delay than anything else. They are shopping around another factory
location and hopefully for the future, things will work much smoother when
they can get into a more 'permanent' factory.

The balance of the goods, those coming from Hong Kong, are arriving Las
Vegas in a few days, and will ship out to you as soon as they arrive. I'll
keep you posted on that as well.

Thanks for all your patience on this year's order...I know we'll come in
under the required time, but it is still too close for my comfort. Anything
else you need or further questions, please don't hesitate to call me at any
time.

Thanks and Regards,

Jim Hayes Jr.

8/24/2006

AJMC 1ST RFP-0008

Ex. 25 - 3

SEP-21-2006 10:48A FROM:　　　　　　　　　　　　　　　TO:18009340174115094447P.9

Page 3 of 6



8/24/2006

AJMC 1ST RFP-0009

**Ex. 25 - 4**

SEP-21-2006 10:50A FROM: TO:18009340174115094447P.10





8/24/2006

AJMC 1ST RFP-0010

**Ex. 25 - 5**

SEP-21-2006 10:51A FROM: TO:18009340174115094447P.11

Page 5 of 6



8/24/2006

AJMC 1ST RFP-0011

Ex. 25 - 6

SEP-21-2006 10:51A FROM:　　　　　　　　　　　　　TO:18009340174115094447P.12



8/24/2006

AJMC 1ST RFP-0012

**Ex. 25 - 7**