# Exhibit 27