James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
Tel: (907) 279-8561/Fax: (907) 276-3108
jleik@perkinscoie.com

Ryan J. McBrayer (*Pro Hac Vice*)
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
Tel: (206) 359-8000/Fax: (206) 39-9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff Arctic Circle
Enterprises, LLC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC., <br><br> Plaintiff, <br><br> v. <br><br> ALASKA JUNEAU MINING COMPANY LLC, <br><br> Defendant. | Case No. 3:06-cv-170- (TMB) |

**ARCTIC CIRCLE ENTERPRISES, LLC'S ERRATA
TO MCBRAYER DECLARATION FILED 04/24/07**

On April 24, 2007, plaintiff Arctic Circle Enterprises, LLC ("Arctic Circle") filed a Cross-Motion for Summary Judgment, Opposition to Defendants' Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment, Declaration of Mitchell Godfred with Exhibits 1 and 2, and Declaration of Ryan

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ARCTIC CIRCLE ENTERPRISES, LLC'S
CROSS-MOTION FOR SUMMARY JUDGMENT       - 1 -
59840-0003/LEGAL13190259.1

McBrayer, with Exhibits 1 through 28. In the process of electronically filing the exhibits to the McBrayer declaration, only the cover sheets of Exhibits 18 and 27 were filed. Filed with this Errata are complete copies of Exhibits 18 and 27 to the Declaration of Ryan McBrayer.

DATED: April 25, 2007.

**PERKINS COIE LLP**

By */s/ James N. Leik*
James N. Leik
Ryan McBrayer (*Pro Hac Vice)*
Attorneys for Plaintiff Arctic Circle
Enterprises, LLC

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ARCTIC CIRCLE ENTERPRISES, LLC'S
CROSS-MOTION FOR SUMMARY JUDGMENT                - 2 -
59840-0003/LEGAL13190259.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 25, 2007, I electronically filed the foregoing Errata with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Gregory F. Wesner<br>gwesner@klgates.com<br>K&L Gates LLP<br>925 4th Ave Suite 2900<br>Seattle WA 98104<br>Ph: (206) 370-6746<br>Fax: (206) 370-6319 | J. Michael Keyes, Esq.<br>jmkeyes@klgates.com<br>Brook C. Kuhl<br>brooke.kuhl@klgates.com<br>K&L Gates LLP<br>W. 601 Riverside, Suite 1400<br>Spokane, WA 99201<br>Ph: (509) 241-1527<br>Fax: (509) 444-7863 |
| Paul L. Davis, Esq.<br>davisp@klgates.com<br>K&L Gates LLP<br>420 L Street, Suite 400<br>Anchorage, AK 99501-1937<br>Ph: (907) 777-7609<br>Fax: (907) 777-7009 | |

Dated: April 25, 2007.

/s/ *James N. Leik*
James N. Leik

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ARCTIC CIRCLE ENTERPRISES, LLC'S
CROSS-MOTION FOR SUMMARY JUDGMENT   - 3 -
59840-0003/LEGAL13190259.1