# Exhibit 18

q-2

1   Kenneth S. Kagan              The Honorable J. W. Sedwick
     Carney Badley Spellman, P.S.
2   700 Fifth Avenue, #5800
     Seattle, WA 98104-5017
3   Telephone:   (206) 622-8020         **RECEIVED**
     Facsimile:    (206) 622-8983
4                                        SEP 2 3 2004
     Attorneys for Sandy Roth; Tandem Imports, Inc.
5   and Keystar International, Ltd.          **BOOKMAN & HELM, LLP**

6

7       **IN THE UNITED STATES DISTRICT COURT**
          **FOR THE DISTRICT OF ALASKA**

8

9   ARCTIC CIRCLE ENTERPRISES, INC.,

10            Plaintiff,

11     vs.

12   SANDY ROTH and TANDEM
     IMPORTS, INC., a Washington
13   Corporation, and KEYSTAR
     INTERNATIONAL, LTD.,
14

15         Defendants.         Case No. A03-139 CV (JWS)

16      **DEFENDANTS' AMENDED ANSWER, AFFIRMATIVE DEFENSES AND**
                   **COUNTERCLAIMS**
17

18      COME NOW Defendants/Counterclaimants Sandy Roth ("Roth") and Tandem

19   Imports, Inc., a Washington Corporation ("Tandem") and hereby amend their Answer to

20   Plaintiff's First Amended Complaint and submit their amended Affirmative Defenses and

21   amended Counterclaims as follows:

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

EX. 18 - 2

1

## PARTIES

2     1.    Roth and Tandem are without knowledge or information sufficient to form

3 a belief as to the truth of the allegations in this paragraph of the First Amended

4 Complaint, and therefore deny the same.

5     2.    Roth and Tandem admit that Tandem is a Washington corporation doing

6 business in Alaska, that Roth is a resident of the State of Washington, and that both Roth

7 and Tandem are engaged in trade and commerce in Alaska. Roth and Tandem admit that

8 Defendant Lawrence H. Press ("Press") is a Vermont resident. The remainder of the

9 allegations in this paragraph are denied.

10

## JURISDICTION AND VENUE

11     3.    Roth and Tandem deny that the allegations in Plaintiff's First Amended

12 Compliant are sufficient to state a cause of action for violation of any trademark or trade

13 dress rights, because Plaintiff Arctic Circle failed to allege facts sufficient to establish that

14 any of its products have acquired secondary meaning, as required by *Wal-Mart Stores,*

15 *Inc. v. Samara Brothers, Inc.*, 529 U.S. 205, 120 S. Ct. 1339 (2000). With respect to the

16 remaining allegations in this paragraph, Roth and Tandem admit only that Arctic Circle is

17 seeking relief on the causes of action listed therein.

18     4.    Admitted.

19     5.    Admitted.

20

21

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 2
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Ex. 18 - 3

## FACTS COMMON TO ALL COUNTS

6.    Admitted that Arctic Circle Enterprises, Inc. ("ACE") imports tourist goods and souvenirs for sale through retailers in Alaska and the Pacific Northwest. Roth and Tandem are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and they are therefore denied.

7.    Roth and Tandem are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

8.    Roth and Tandem are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

9.    Roth and Tandem admit that Roth was hired by ACE on or about January 11, 2000 at an annual salary of $70,000. As to the terms of the Employment Contract and Non-Compete Agreement, those documents speak for themselves. To the extent the remaining allegations contradict or are inconsistent with the Employment Contract and/or the Non-Compete Agreement contained therein, they are denied. Roth and Tandem admit that Exhibit A is a true and correct copy of the Employment Agreement between Roth and ACE.

10.    Denied.

11.    Admitted.

12.    Denied.

13.    Denied.

14.    Denied.

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 3
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Ex. 18 - 4

1    15.    Denied.

2    16.    Denied.

3    17.    Denied.

4    18.    Denied.

5    19.    Denied.

6    20.    Denied.

7    21.    Denied.

8    22.    Denied.

## COUNT I

### FEDERAL TRADEMARK INFRINGEMENT

23.    Roth and Tandem repeat their answers contained in paragraphs 1 through 22 above and incorporate them here by reference.

24.    Denied.

## COUNT II

### FEDERAL UNFAIR COMPETITION

25.    Roth and Tandem repeat their answers contained in Paragraphs 1 through 22 above and incorporate them here by reference.

26.    Denied.

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 4
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Ex. 18 - 5

1

## COUNT III

2

## UNFAIR COMPETITION UNDER ALASKA LAW

3       27.    Roth and Tandem repeat their answers contained in Paragraphs 1 through

4   22 above and incorporate them here by reference.

5       28.    Denied.

6

## COUNT IV

7

## BREACH OF CONTRACT

8       29.    Roth and Tandem repeat their answers contained in Paragraphs 1 through

9   22 above and incorporate them here by reference.

10      30.    Denied.

11      31.    Denied.

12      32.    Denied.

13

## COUNT V

14

## INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC

15

## ADVANTAGE

16      33.    Roth and Tandem repeat their answers contained in Paragraphs 1 through

17  22 above and incorporate them here by reference.

18      34.    Denied.

19      35.    Denied.

20

21

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 5
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

EX. 18 - 6

## COUNT VI

## INTENTIONAL MISREPRESENTATION

36.    Roth and Tandem repeat their answers contained in Paragraphs 1 through 22 above and incorporate them here by reference.

37.    Denied.

### AFFIRMATIVE DEFENSES

1.    Plaintiff's complaint fails to state a claim upon which relief can be granted.

2.    Plaintiff's claims are barred by the doctrines of waiver, estoppel and laches.

3.    Plaintiff's claims are barred by the doctrine of unclean hands.

4.    Plaintiff's damages, if any, are the result of its own actions or the actions of third parties over which defendants had no control.

5.    Plaintiff's breach of contract claims are barred by the doctrine of accord and satisfaction.

6.    Plaintiff's breach of contract claims are barred because the underlying contract is void for failure of consideration.

7.    Plaintiff's causes of action for federal trademark infringement, federal unfair competition, unfair competition under Alaska law, breach of contract, intentional interference with prospective economic advantage, and intentional misrepresentation are barred by the applicable statutes of limitations.

8.    Plaintiff has failed to state a cause of action for violation of any federal or state trademark or trade dress rights, because Plaintiff failed to allege facts in its

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 6
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

**EX: 18 - 7**

complaint sufficient to establish that any of Plaintiff's products have acquired secondary meaning, as required by *Wal-Mart Stores, Inc. v. Samara Brothers, Inc.*, 529 U.S. 205, 120 S. Ct. 1339 (2000).

9.    Plaintiff has failed to state a cause of action for violation of any federal or state trademark or trade dress rights, or for violation of federal or state unfair competition law, because Plaintiff possesses no actionable rights in any of the designs it accuses Roth and Tandem of infringing, or misappropriating.

10.    To the extent Plaintiff seeks to assert any claims in copyright, those claims are barred by Plaintiff's failure to secure copyright registrations prior to filing suit, in accordance with 17 U.S.C. § 411(a).

11.    Plaintiff's alleged trademark "ALASKAN FRIENDS" is invalid, unenforceable, and not infringed upon by Roth or Tandem.

## ROTH AND TANDEM'S COUNTERCLAIMS

## FACTS

**A.    RELATIONSHIP BETWEEN SANDY ROTH, TANDEM IMPORTS, KEYSTAR INTERNATIONAL, AND HVAR**

1.    Sandy Roth ("Roth") is the Secretary-Treasurer of Tandem Imports, Inc. ("Tandem"), a Washington corporation.

2.    Tandem is wholly owned by Keystar International, Ltd. ("Keystar").

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 7
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

**EX: 18 - 8**

3.      The only connection between Keystar International and a company known as Hvar, which is based in Hong Kong, is that some of the same individuals who hold shares of Keystar also hold shares of Hvar. Otherwise, their boards are different and completely independent.

**B.      ROTH'S BACKGROUND**

4.      Roth was born in the city of Tainan in Taiwan, Republic of China.

5.      Roth is a native speaker of Mandarin Chinese.

6.      Mandarin Chinese is the language used in all business transactions in Taiwan, Hong Kong and the People's Republic of China.

7.      Roth was an exporter on the island of Taiwan until 1978, when she immigrated to the United States.

**C.      INDIAN ARTS AND CRAFTS AND SUCCESSOR COMPANIES**

8.      Indian Arts and Crafts ("IAAC") was established in 1946 by Walter Lowen.

9.      IAAC was subsequently owned and operated by Walter Lowen's son, Howard Lowen.

10.      Howard Lowen was Roth's domestic partner.

11.      IAAC was a company engaged in sales of domestic and imported souvenir items for the Northwest region, including Washington, Oregon, Idaho, Montana, Utah, and Alaska.

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 8
A03-139 CV (JWS)

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

rot004 0001 fi103302 9/23/04

12.    From 1985 through 1995, IAAC was the dominant souvenir item wholesaler in the Southeast Alaska region.

13.    Many of the major tourist-oriented ports were located in the Southeast Alaska region.

14.    IAAC was a prolific designer of native-American-themed products. From 1946 until its sale in 1995, IAAC created more than 3,000 original designs (the "IAAC designs"), most of which were for the Alaska souvenir market. Some of these original designs included the following:

| IAAC Catalog No. | Description | Year First Offered |
|---|---|---|
| 6605 | Plush baby seal | 1994 |
| 6868 | Ceramic cobalt blue "Big Dipper" design mug | 1994 |
| 20083 | Porcelain Eskimo doll | 1994 |
| 5252 | Acrylic knit Alaska headband | 1992 |
| 5727 | Ceramic seal bank with "Forget-Me-Not" design | 1994 |
| 6904 | Wood Alaska cruise ornament | 1993 |
| 6757 | "Big Dipper" design playing cards | 1993 |

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 9
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

EX. 18-10

| 21273, 21274, 21275, 21276, 21277 | Polyresin Xmas Ornaments (seal, puffin, eagle, polar bear, moose with wreath) | 1995 |
|---|---|---|

15.    In 1995, IAAC sold its entire right, title and interest in and to the IAAC designs and intellectual property rights therein to Vaughn Communications. Vaughn Communications produced its own, extensive catalogs of Alaska souvenir items. Among the offerings in the Vaughn Communications catalogs were the following:

| Vaughn Comm. Catalog No. | Description | Year First Offered |
|---|---|---|
| 21342 | Porcelain Eskimo doll with stranded beads | 1996 |
| 21345 | 18" porcelain Eskimo doll with braided hair | 1995 |
| 21986 | Moose head/butt mug | 1996 |
| 22038 | 3" colored totem box | 1996 |
| 22039 | 4" colored totem box | 1996 |
| 21828 | 10" plush husky | 1996 |
| 21977 | Polyresin moose candle holder | 1996 |
| 21980 | Polyresin 2 seals candle holder | 1996 |
| 21940 | Polyresin polar bear with wreath ornament | 1996 |

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 10
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY**

**BADLEY**

**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

16.    In 1998, Vaughn Communications sold its entire right, title and interest in and to all of its designs, including the IAAC designs, and all intellectual property therein, to Gift Connections, Inc. Gift Connections produced its own catalogs. In addition, Gift Connections, Inc. secured copyright registrations for several of its designs, including the following:

| © Reg. No. | Description | Year | Author | Cat. No. |
|---|---|---|---|---|
| VA1-044-967 | AK moose mug | 1998 | Gift Connections, Inc. | 22516 |
| VA1-050-297 | Eskimo doll with baby | 1995 | Gift Connections, Inc. | 21809 |
| VA1-050-298 | Eskimo doll with husky | 1995 | Gift Connections, Inc. | 21811 |
| VA1-050-299 | Porcelain Eskimo doll | 1996 | Gift Connections, Inc. | 21342 |
| VA1-050-300 | Eskimo drummer | 1995 | Gift Connections, Inc. | 21055 |
| VA1-050-301 | Wildlife Rookery Collection | 1998 | Gift Connections, Inc. | 22405 |
| VA1-060-313 | Polyresin magnet, AK eagle with totemic border | 1998 | Gift Connections, Inc. | 22367 |

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 11
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

EX. 18 - 12

*See* Gift Connections, Inc. copyright registrations, attached hereto.

17.    In 2001, Gift Connections, Inc. sold its entire right, title and interest in and to all of its designs, including the IAAC designs, and all intellectual property therein, to Great Northern. Great Northern produced its own catalogs of Alaska souvenir items.

18.    In 2002, Great Northern sold its entire right, title and interest in and to all of its designs (the "Great Northern designs"), which included the IAAC designs, and all intellectual property therein, to a group of individuals comprised of Steve Hogberg, David Coates, and Kathy Fleenor. As a result of this sale, Steve Hogberg, David Coates, and Kathy Fleenor received an undivided interest in the Great Northern and IAAC designs and related intellectual property rights.

19.    In January, 2003, Steve Hogberg, David Coates, and Kathy Fleenor, collectively, sold a twenty-five percent (25%) stake of their entire right, title and interest in and to the Great Northern and IAAC designs and related intellectual property rights to Sandy Roth.

20.    As a twenty-five percent (25%) owner of the Great Northern and IAAC designs and related intellectual property rights, Roth is entitled to enforce those intellectual property rights, including trademarks, trade dress rights, and copyrights, now collectively owned by Steve Hogberg, David Coates, Kathy Fleenor, and Roth.

21.    Among the intellectual property rights assertable by Roth are the registered copyrights of Gift Connections set forth in paragraph 16, *supra*.

---

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 12
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

EX. 18 - 13

D.    ROTH'S EMPLOYMENT AT INDIAN ARTS AND CRAFTS:

1985 - 1995

22.    From 1985 through 1995, Roth was employed by IAAC in a variety of roles: principal sales representative, import manager, art director, accounts representative, product developer, and designer.

23.    During her employment with IAAC, Roth established import contacts, developed relationships with suppliers, designers, and other import-related individuals.

24.    Roth was one of the first persons to develop an extensive souvenir import business from Taiwan and mainland China for items to be sold in the Northwest and Alaska.

25.    Roth's language skills, and personal contacts have made her uniquely suited to, and successful in, the souvenir import business from Asia to the Northwest.

E.    ROTH'S EMPLOYMENT WITH ARCTIC CIRCLE:

February 1-November 30, 2000

26.    Roth was employed by ACE for less than a year; in fact, for only ten months.

27.    Generally speaking, Roth was not given access to confidential business information of ACE or to confidential knowledge of its designs, costs, pricing, suppliers, customers, or sales data. She was, however, provided with the same price lists and catalogs offered to each sales representative and ACE customer, and did meet some

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 13
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

EX: 18    14

suppliers while accompanying Mitchell Godfred on a sales trip to Asia in approximately February, 2000.

28.    ACE used Roth to gain access to the very designs, suppliers, and customers (with whom she had worked while she was employed by IAAC), the right to which contacts it now claims to be its property alone.

29.    While employed by ACE, Roth was instructed by her supervisors to copy other suppliers' designs.

## F.    ROTH'S TERMINATION OF HER EMPLOYMENT WITH ARCTIC CIRCLE

30.    On November 14, 2000, Roth informed Arctic Circle of her intent to resign effective November 30, 2000.

31.    Upon learning of Roth's resignation, Nick Goulick, sales representative for ACE, thanked Roth profusely for her contribution to the burgeoning success of ACE and its huge increases in sales as well as its new product line.

32.    Roth had been primarily and directly responsible for the increase in sales and the new product line, which included such items as porcelain Eskimo dolls, Christmas ornaments, and plush toys.

## G.    THE NON-COMPETE PERIOD IN ROTH'S EMPLOYMENT AGREEMENT

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 14
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

EX. 16   15

33.    After terminating her employment with ACE, Roth followed each and every detail of her Employment Agreement with ACE to the letter, even when she eventually became employed by Tandem.

34.    Roth made no retail sales, imports, developments or anything remotely to be considered as competitive with ACE during the non-compete period established in her employment contract with ACE.

35.    Roth did not directly or indirectly solicit requests, encourage or advise any employer or consultant of ACE to cease employment or their relationship with ACE, or to become employed by her or by any entity with which she was affiliated.

36.    Roth did not solicit or encourage any customer, distributor, partner, joint venturer, vendor, or supplier of ACE to either cease doing business with ACE or to begin doing business with a competitor of ACE.

37.    Roth worked for a bank during most of the two-year non-compete period, until the middle part of 2002.

38.    Because Roth strictly complied with her contractual obligations under the non-compete agreement, ACE's contract claims against Roth are barred by the doctrine of accord and satisfaction.

**H.    EVENTS SUBSEQUENT TO THE EXPIRATION OF THE NON-COMPETE PERIOD**

39.    When Roth's non-compete period ended, Mitchell Godfred, President of ACE, requested that Roth either come back to work for ACE as an independent consultant

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 15
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

1    or, in the alternative, that she extend the original non-compete time period in her former

2    Employment Agreement with ACE in exchange for monetary compensation. Mitchell

3    Godfred told her, in fact, "You could sit in the bank and get two paychecks."

4        40.    Mitchell Godfred called Roth at least every other month at her home in

5    Seattle to entice or cajole her into rejoining ACE, or, alternatively, into contracting with

6    ACE for a two year extension of the non-compete clause under the former satisfied and

7    expired contract.

8    **I.    ARCTIC CIRCLE'S THREATS**

9        41.    When Roth politely declined ACE's offers, Gordon and Mitchell Godfred,

10    and other employees or agents of ACE, began to threaten to prevent her from doing

11    business on her own, through Tandem, or through anyone else.

12        42.    Mitchell Godfred called Roth four times in four months at her home in

13    Seattle and threatened to put "her" out of business, stating, among other things, that they

14    would "do whatever it took" and that they were bigger, had more money and would

15    simply put her out of business through "endless lawsuits."

16        43.    On or about May 12, 2003, Mitchell Godfred called Roth and threatened to

17    file a lawsuit if Roth did not pay him twenty percent (20%) of the value of Tandem's

18    wholesale business.

19        44.    When Roth refused to pay this money, he warned her/Tandem to stay out of

20    the Alaskan market and told Roth to "go back to work in the bank."

21

---

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 16
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

EX. 18   17

45.    At the January 2003 Seattle Gift Show, Gordon and Mitchell Godfred stated to Roth that ACE would do everything it could to keep any new or further competition out of the Alaskan market, which ACE considered to be its alone. Gordon Godfred told her, "We'll undercut you and find out who you sell to and then we'll underprice you and you'll not last more than 6 months. We're able to lose money, but can you?"

46.    ACE continues to threaten Roth, Tandem, and their suppliers (including Keystar, which is its own supplier and the owner of Tandem, Inc.) with intentional destruction of those entities' businesses.

47.    ACE has made similar threats to other wholesalers or importers in the souvenir business in Alaska. Roth and Tandem believe that these entities will come forward in support of her counter-suit against ACE for unfair business practices and restraint of trade.

## J.    ARCTIC CIRCLE'S ALLEGATIONS REGARDING ROTH'S AND TANDEM'S BUSINESS PRACTICES

48.    ACE alleges that Roth and Tandem have (a) "knocked off" numerous items within ACE's product line, (b) communicated with ACE's suppliers and business contacts in a manner that constitutes unfair business practices, and (c) infringed on ACE's registered trademark.

    a.    *Arctic Circle's Allegations of "Knocking Off"*

49.    ACE has failed to plead any recognizable intellectual property rights.

---

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 17
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

EX. 18    18

50.    Absent any rights in the designs, trade dress or marks that ACE alleges are infringed by Roth and Tandem, there can be no infringement, i.e., no "knocking off."

51.    It is a fundamental principle of intellectual property law that there can be no misappropriation of rights where no rights exist.

52.    The general rule in American law is that copying is permitted. *See*, e.g., J. Thomas McCarthy, *MCCARTHY ON TRADEMARKS AND UNFAIR COMPETITION* § 1:2 (4th ed. 1992).

53.    *TrafFix Devices, Inc. v. Marketing Displays, Inc.*, 121 S. Ct. 1255, 1260 (2001) is controlling precedent on this Court.

54.    The *TrafFix* Court held that, "[I]n many instances there is no prohibition against copying goods and products. In general, unless an intellectual property right such as a patent or copyright protects an item, it will be subject to copying... [C]opying is not always discouraged or disfavored by the laws which preserve our competitive economy... Allowing competitors to copy will have salutary effects in many instances." *Id.*

55.    *Wal-Mart Stores, Inc. v. Samara Brothers, Inc.*, 529 U.S. 205, 120 S. Ct. 1339 (2000) is controlling precedent on this Court.

56.    The *Wal-Mart* Court held that "in an action for infringement of unregistered trade dress under § 43(a) of the Lanham Act, a product's design is distinctive, and therefore protectable, *only upon a showing of secondary meaning*." *Id.* at 215 (emphasis supplied).

---

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 18
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Ex. 18 19

57.    It would be reversible error for this Court to find infringement of unregistered trade dress absent a showing of secondary meaning.

58.    Counsel for ACE would be in violation of the Canons of Ethics applicable to Alaska attorneys if such counsel were to advocate that infringement of unregistered trade dress is actionable absent a showing of secondary meaning.

59.    In its First Amended Complaint, ACE failed to allege secondary meaning with respect to any of the designs allegedly "knocked off," that is to say, infringed, by items sold by Roth and Tandem.

60.    Absent Roth or Tandem's infringement of any valid and enforceable intellectual property rights owned by ACE, there can be no "knocking off" of ACE's designs.

61.    "Knocking off" is not a cause of action that exists separate and apart from infringement of a valid and enforceable intellectual property right.

62.    As such, neither Roth nor Tandem have ever "knocked off" any design originally produced by ACE.

63.    Any similarity that exists between designs offered by ACE and designs offered by Roth and Tandem is not actionable by ACE.

64.    Many of the designs that ACE alleges Roth and Tandem have "knocked off" are available in the open market, and thus ACE is incapable of possessing enforceable rights as to them.

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 19
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

65.    Many of the designs that ACE alleges Roth and Tandem have "knocked off" are designs that Roth developed during her employment with IAAC or the successor entities to IAAC, and thus ACE is incapable of possessing enforceable rights as to them.

66.    ACE has copied numerous IAAC designs, and other designs, since the late 1980's and continues to do so.

67.    Presently, ACE is offering many items for sale that were originally designed by another entity. Those items include, but are by no means limited to:

| Arctic Circle Catalog No. | Year First Offered by Arctic Circle | Description | Original Designer | Year First Offered by Original Designer |
|---|---|---|---|---|
| 00187, 00188, 00189, 00246, 00247, 00248, 00249, 00250 | 2000 | Plush moose with sweater | Sandy Roth | 1995 |
| 00112 | 2000 | Plush bear with parka | Sandy Roth | 1995 |
| 02102 | 2000 | Acrylic knitted hat band | IAAC | 1994 |
| 38478 | 2000 | Ceramic moose design mug | IAAC | 1998 |
| 30457 | 2000 | Ceramic seal bank | Sandy Roth | 1994 |
| 30389 | 2000 | Ceramic candle holder with "Forget-Me-Not" design | Sandy Roth | 1995 |

DEFENDANTS' AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS – 20
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY BADLEY SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

EX. 18 21

| 01547 | 2000 | Ceramic Xmas ornament with "Forget-Me-Not" design | Sandy Roth | 1995 |
| 01791, 01792, 01793, 01794, 01795, 01796 | 2002 | Polyresin Xmas ornament with animal designs | Sandy Roth | 1995 |
| 31133 | 2002 | Polyresin nativity set | Julie Collins | 1999 |

   b.    *Communication with Arctic Circle's Suppliers and Business Contacts*

68.    Although they are not prohibited from doing so now that the non-compete agreement has expired, neither Roth nor Tandem have bought from any of the suppliers Roth first met during her employment with ACE.

69.    Roth's and/or Tandem's contacts, which ACE alleges to be improper or in violation of Roth's non-compete agreement, or to be somehow misappropriated by Roth from ACE during her ten months there, are, in fact, contacts that long pre-existed her 10-month employment with ACE.

   c.    *Trademark Infringement*

70.    ACE alleges that it has registered a trademark, "ALASKAN FRIENDS."

71.    ACE's alleged trademark, "ALASKAN FRIENDS," is invalid and not enforceable.

72.    Roth and Tandem acknowledge that they sold goods under the name or mark "ALASKA FRONTIER FRIENDS."

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 21
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Ex. 18 - 22

73.    Roth and Tandem's name or mark, "ALASKA FRONTIER FRIENDS," reads, from top to bottom on the labels on which it appears, "frontier Alaska friends," but the word "Alaska" in Roth and Tandem's name or mark is so prominent, that the ordinary observer would read the name or mark as "ALASKA FRONTIER FRIENDS," much as the registered U.S. Trademark pictured below is read "A'S -- OAKLAND ATHLETICS" and not "OAKLAND A'S ATHLETICS."



U.S. Registration No. 2,573,396.

74.    Roth and Tandem's use of the name or mark "ALASKA FRONTIER FRIENDS" does not infringe any rights of ACE.

75.    There are no instances of actual confusion between ACE's trademark, "ALASKAN FRIENDS," or the mark "ALASKA FRIENDS," and Roth and Tandem's name or mark "ALASKA FRONTIER FRIENDS."

K.    ADDITIONAL FACTS RELEVANT TO ARCTIC CIRCLE'S
        UNFAIR BUSINESS PRACTICES

76.    Many of the items that ACE accuses Roth and Tandem of "knocking off" in an inferior manner come from the very same suppliers from which "open" items or

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 22
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

EX. 18 - 23

"stock" items come; i.e., both Arctic Circle and Tandem use the same suppliers to buy open or "stock" items which are designed by third parties.

77.     Many suppliers sell identical items to ACE and to Roth and Tandem, as well as others.

78.     Since the same suppliers are making the goods that both Roth and Tandem, and ACE are purchasing, they are essentially identical goods.

79.     Because Roth and Tandem, and ACE, are offering identical open market products, Roth and Tandem's products cannot be "inferior" to ACE's products.

80.     Because Roth and Tandem, and ACE, are offering identical open market products, Roth and Tandem, and ACE, all have equal rights to sell those products, and ACE Circle cannot lawfully prevent Roth and Tandem from selling them.

81.     ACE has used, and continues to use, misleading labeling for its goods, with the intent of improperly suggesting to the consuming public that its goods originate in Alaska, or are Alaskan native handicrafts.

82.     ACE sells made-in-China porcelain and vinyl dolls, ACE catalog Nos. 02236, 02237, 02238, 02240, 02241, 02242, 02246, 02247, 02248, 02249, 02250, 02272, 02275, 02276, 02277, 02278, 04300, 04301, 04302, 04303, 04304, 04308, 04309, 04310, 04311, 04312, 04313, 04314, 04315, 04316, and 04317, with hangtags printed with the inscription "GENUINE NATIVE STYLE DOLL" on the front. The inside of the hangtag is inscribed, "This genuine native style doll is hand crafted. It is made from the finest quality materials by skilled craftsmen. Dressed in the traditional Alaskan native style

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 23
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Ex. 18 - 24

parka, it will be treasured for many years to come!" This description is intended to deceive the consuming public into believing that the doll is a native handicraft, when in fact, it is made in China.

83.    Mitchell Godfred's "Declaration in Support of Arctic Circle's Motion for Preliminary Injunction" contains intentional misrepresentations under oath, made for the purpose of deceiving this Court into believing that Roth and Tandem have misappropriated ACE's intellectual property.

84.    Mitchell Godfred's Declaration states that Roth and/or Tandem sells a totem box or totem poles "made with our product mold," when, in fact, the products illustrated as "original" and "copy" are in fact *both* ACE products.

85.    Mitchell Godfred knew or should have known, at the time he executed his "Declaration in Support of Arctic Circle's Motion for Preliminary Injunction," that neither Roth nor Tandem imports the polyresin totem poles or totem boxes illustrated in the attachments to Mitchell Godfred's Declaration.

86.    ACE claims exclusive rights to an embossed photo album cover, and accuses Roth and Tandem of misappropriating ACE's alleged exclusive rights.

87.    Mitchell Godfred knew or should have known, at the time he executed his "Declaration in Support of Arctic Circle's Motion for Preliminary Injunction," that the photo album cover which ACE accuses Roth and Tandem of infringing has been an open stock item of Marble Rich Trading Company for over 20 years, and that ACE therefore has no basis for claiming exclusive rights in this item.

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 24
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

EX. 18 - 25

88.    ACE claims exclusive rights to the "Big Dipper Playing Cards," and accuses Roth and Tandem of misappropriating ACE's alleged exclusive rights.

89.    Mitchell Godfred knew or should have known, at the time he executed his "Declaration in Support of Arctic Circle's Motion for Preliminary Injunction," that the "Big Dipper Playing Cards" were designed by IAAC in 1994 (Item No. #6757), and that ACE therefore has no basis for claiming exclusive rights in this item.

90.    ACE claims exclusive rights to the "gold vial keychain," and accuses Roth and Tandem of misappropriating ACE's alleged exclusive rights.

91.    Mitchell Godfred knew or should have known, at the time he executed his "Declaration in Support of Arctic Circle's Motion for Preliminary Injunction," that the gold vial keychain has been an open stock item from one of the manufacturers that supplies Hvar, and that ACE therefore has no basis for claiming exclusive rights in this item.

92.    ACE claims that Roth and Tandem are acting in a deceptive manner by selling a gold-filled vial with a display card bearing the description "Mined Exclusively for Alaska."

93.    Mitchell Godfred knew or should have known, at the time he executed his "Declaration in Support of Arctic Circle's Motion for Preliminary Injunction," that the gold vial on a display card is a staple souvenir item developed by Karol-Western Co. of California, and has been sold for more than 6 years in at least 6 states with the state name inserted on the label (with approximately 15,000 units sold), with *not one* instance of

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 25
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

EX. 18 - 26

consumer confusion, and that ACE therefore has no basis for claiming that Roth and

Tandem's sales of this item constitute intentional misrepresentation or any other violation

of law.

## COUNT I

## DECLARATORY JUDGMENT OF TRADEMARK AND TRADE DRESS

## NONINFRINGEMENT, AND INVALIDITY OF ARCTIC CIRCLE'S

## TRADEMARK "ALASKAN FRIENDS"

94.     Roth and Tandem incorporate Paragraphs 1 through 93 above, including all

subparts, as if fully set forth herein.

95.     ACE has filed a lawsuit accusing Roth and Tandem have of infringing (i.e.

"knocking off") ACE's alleged trademark and/or trade dress rights in the packaging or

product design of certain ACE products, and also accusing Roth and Tandem of

infringing the trademark "ALASKAN FRIENDS," and/or the mark "ALASKA

FRIENDS."

96.     There is, therefore, an actual case or controversy between ACE and Roth

and Tandem concerning the alleged infringement of ACE's trademarks and trade dress.

97.     In an action for infringement of unregistered trade dress under § 43(a) of

the Lanham Act, a product's design is distinctive, and therefore protectable, only upon a

showing of secondary meaning.

98.     In its First Amended Complaint, ACE failed to allege secondary meaning

with respect to any of the designs allegedly infringed by items sold by Roth and Tandem.

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 26
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Ex. 18 - 27

99.    Absent Roth or Tandem's infringement of any valid and enforceable intellectual property rights owned by ACE, there can be no "knocking off" of ACE's designs.

100.    Many of the designs that ACE alleges Roth and Tandem have "knocked off" are available from third parties in the open market, and thus ACE is incapable of possessing enforceable rights as to them.

101.    Many of the designs that ACE alleges Roth and Tandem have "knocked off" are designs that Roth developed during her employment with IAAC or the successor entities to IAAC, and thus ACE is incapable of possessing enforceable rights as to them.

102.    ACE's allegations of trade dress infringement therefore lack any foundation and are without merit.

103.    Roth and Tandem acknowledge that they sold goods under the name or mark "ALASKA FRONTIER FRIENDS."

104.    Roth and Tandem's name or mark "ALASKA FRONTIER FRIENDS" reads, from top to bottom on the labels on which it appears, "frontier Alaska friends," but the word "Alaska" in Roth and Tandem's name or mark is so prominent that the ordinary observer would read the name or mark as "ALASKA FRONTIER FRIENDS."

105.    Roth and Tandem's use of the name or mark "ALASKA FRONTIER FRIENDS" does not infringe any rights of ACE, as there is no likelihood of confusion between ACE's and Roth and Tandem's names or marks.

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 27
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Ex. 18 - 28

106.    Even if Roth and Tandem's name or mark is read as "FRONTIER ALASKA FRIENDS," that name or mark does not infringe any rights of ACE, as there is no likelihood of confusion between ACE's and Roth and Tandem's names or marks.

107.    In addition, ACE's registration for the trademark, "ALASKAN FRIENDS," is invalid and not enforceable.

108.    Pursuant to 28 U.S.C. §§ 2201 and 1338(a), Roth and Tandem are entitled to a judgment declaring that: (a) ACE's registration of its trademark, "ALASKAN FRIENDS," is invalid and unenforceable; (b) neither Roth nor Tandem infringe any alleged trademark or trade dress rights held by ACE in the packaging or designs of its products; (c) neither Roth nor Tandem infringe ACE's "ALASKAN FRIENDS" trademark, even if such trademark is presumed valid; and (d) neither Roth nor Tandem infringe ACE's alleged common law mark, "ALASKA FRIENDS."

## COUNT II

## COPYRIGHT INFRINGEMENT

109.    Roth and Tandem incorporate Paragraphs 1 through 108 above, including all subparts, as if fully set forth herein.

110.    ACE is presently infringing Roth's above-listed copyrights, in violation of 17 U.S.C. § 501, et seq., by producing, distributing, and using products which are direct copies or derivatives of Roth's copyrighted works.

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 28
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020
Ex. 18 - 29

111.    Roth is entitled to an injunction restraining ACE, its officers, agents and employees, and all persons acting in concert with them, from engaging in any further such acts in violation of the copyright laws.

112.    Roth is further entitled to recover from ACE the damages, including attorneys' fees, it has sustained and will sustain, and any gains, profits and advantages obtained by ACE as a result of ACE's acts of infringement alleged above, in an amount to be determined at trial.

## COUNT III

## UNFAIR COMPETITION IN VIOLATION OF THE LANHAM ACT

113.    Roth and Tandem incorporate Paragraphs 1 through 112 above, including all subparts, as if fully set forth herein.

114.    ACE's conduct described above constitutes unfair competition, false advertising, false designation of origin, false or misleading description of fact, in violation of the Federal Lanham Act (15 U.S.C. §1051, et seq.).

## COUNT IV

## TORTIOUS INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

115.    Roth and Tandem incorporate Paragraphs 1 through 114 above, including all subparts, as if fully set forth herein.

116.    Roth and Tandem have, and have had, prospective business relationships with their retailers, customers, suppliers and manufacturers. ACE has intentionally

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 29
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

EX. 18 - 30

interfered with those relationships by threats, intimidation, and claims of exclusive intellectual property rights which ACE knows or should know that it does not, in fact, possess.

117.    ACE's conduct was unprivileged, unlawful and has resulted in damages to Roth and Tandem in an amount to be determined at trial.

## COUNT V

### TORTIOUS INTERFERENCE WITH EXISTING BUSINESS

### RELATIONSHIPS

118.    Roth and Tandem incorporate Paragraphs 1 through 117 above, including all subparts, as if fully set forth herein.

119.    ACE's threats, intimidation, and copying of Roth/Tandem's designs are an intentional and unlawful attempt to interfere with relationships developed by Roth in over 18 years in the souvenir business.

120.    ACE's conduct was unprivileged, unlawful and has resulted in damages to Roth and Tandem in an amount to be determined at trial.

## COUNT VI

### ALASKA UNFAIR COMPETITION

121.    Roth and Tandem incorporate Paragraphs 1 through 120 above, including all subparts, as if fully set forth herein.

122.    ACE's conduct both in the State of Alaska and elsewhere constitute unfair methods of competition and unfair and deceptive acts in the conduct of trade or commerce

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 30
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Ex. 18 - 31

in violation of Alaska's Unfair Business Practices Consumer Protection Act, AS 45.50.471(3)(11) and (2), as well as at common law.

### COUNT VII

### DEFAMATION

123.   Roth and Tandem incorporate Paragraphs 1 through 122 above, including all subparts, as if fully set forth herein.

124.   ACE, through its officers and employees has made false and defamatory accusations against Roth and Tandem.

125.   The false and defamatory statements were specifically intended to damage Roth in her personal and business capacities and Tandem in its business capacity.

126.   The false and defamatory statements were published to third persons both orally, and in writing.

127.   Roth and Tandem have suffered and continue suffering damage to their reputations, with resulting damage to Roth and Tandem's business and business relationships in an amount to be determined at trial.

128.   ACE's malicious and false statements are the direct and proximate cause of the damages to Roth and to Tandem.

### PRAYER FOR RELIEF

WHEREFORE, Defendants/Counterclaimants Roth and Tandem pray for relief on their counterclaims as follows:

A.   That the Court find that ACE has infringed Roth's copyrights.

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 31
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Ex. 18 - 32

B.    That the Court find a substantial likelihood that ACE will continue to infringe Roth's copyrights unless enjoined from doing so.

C.    That ACE, its directors and officers, agents, servants, employees, and all other persons in active concert or privity or in participation with them, be enjoined from directly or indirectly infringing Roth's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, display, advertise, reproduce, develop or manufacture any works derived or copied from the copyrighted works or to participate or assist in any such activity.

D.    That ACE, its directors and officers, agents, servants, employees, and all other persons in active concert or privity or in participation with them, be enjoined to return to Roth any and all originals, copies, facsimiles, derivatives or duplicates of the copyrighted works in their possession, custody or control.

E.    That ACE, its directors and officers, agents, servants, employees, and all other persons in active concert or privity or in participation with them, be enjoined to recall from all distributors, wholesalers, jobbers, dealers, retailers, and distributors, and all others known to ACE, any originals, copies, facsimiles, derivatives or duplicates of any works shown by the evidence to infringe any copyright in the copyrighted works.

F.    That ACE be enjoined to deliver upon oath, to be impounded during the pendency of this action and destroyed pursuant to judgment herein, all originals, copies, facsimiles, or duplicates of any work shown by the evidence to infringe any copyright in the copyrighted works.

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 32
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

EX. 18 - 33

G.    That ACE be required to file with the Court and to serve on Roth, within 30 days after service of the Court's order as herein prayed, a report in writing under oath setting forth in detail the manner and form in which ACE has complied with the Court's order.

H.    That judgment be entered for Roth and against ACE for Roth's actual damages according to proof, and for any profits attributable to infringements of Roth's copyrights, in accordance with proof.

I.    That judgment be entered for Roth and against ACE for statutory damages based upon ACE's acts of infringement, pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101 et seq.

J.    That ACE be required to account for all gains, profits, and advantages derived from its acts of infringement and for its other violations of law.

K.    That all gains, profits and advantages derived by ACE from its acts of infringement and other violations of law be deemed to be held in constructive trust for the benefit of Roth.

L.    For damages, including punitive damages, arising from interference with Roth's and/or Tandem's prospective business relationships.

M.    For damages, including punitive damages, arising from ACE's intentional interference with Roth's and/or Tandem's existing business relationships.

N.    For damages, including punitive damages, arising from ACE's conduct in violation of the Alaska Unfair Business Practices and Consumer Protection Act.

---

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 33
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

EX. 18 - 34

O.    For damages arising from ACE's violation of the federal Lanham Act, including, but not limited to, Roth and Tandem's actual damages from ACE's violations, and all ACE's revenues or other gains from such violations.

P.    For damages, including punitive damages, arising from defamatory statements made by ACE against Roth.

Q.    For damages, including punitive damages, arising from defamatory statements made by ACE against Tandem.

R.    For a judgment declaring that (a) ACE's registration of it trademark, "ALASKAN FRIENDS," is invalid and unenforceable; (b) neither Roth nor Tandem infringe any alleged trademark or trade dress rights held by ACE in the packaging or designs of its products; (c) neither Roth nor Tandem infringe ACE's "ALASKAN FRIENDS" trademark, even if such trademark is presumed valid; and (d) neither Roth nor Tandem infringe ACE's alleged common law mark, "ALASKA FRIENDS."

S.    That Roth and Tandem have judgment against ACE for Roth and Tandem's costs and attorneys' fees, and for treble damages as allowed by law.

T.    That the Court grant such other, further, and different relief as the Court deems proper under the circumstances.

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 34
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

EX. 18 - 35

DATED this 23 rd day of September, 2004.

                                    CARNEY BADLEY SPELLMAN, P.S.


                                    By _____
                                         Kenneth S. Kagan
                                         Washington State Bar No. 12983

                                    MARSTON & COLE, P.C.


                                    By _____
                                         Erin B. Marston
                                         Alaska State Bar No. 8511177

                                    Attorneys for Defendants Sandy Roth,
                                    Tandem Imports, Inc., and Keystar
                                    International, Ltd.

Certificate of Service

I HEREBY CERTIFY that on the 23 day
of September, 2004, a true and correct copy of the
foregoing document was hand-delivered via legal
messenger for service on:

Bruce A. Bookman
Bookman & Helm, LLP
810 "N" Street, #200
Anchorage, AK 99501

_____
Erin B. Marston

DEFENDANTS' AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS – 35
A03-139 CV (JWS)

rot004 0001 fi103302 9/23/04

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Ex. 18 36