Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts

VA 1 – 044 – 967

VA    VAU

**EFFECTIVE DATE OF REGISTRATION**

JUN 1 2 2000

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
**TITLE OF THIS WORK ▼**

Alaska Moose Mug

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

Laser Cut Etching on Ceramic Mug

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**
**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**
**NAME OF AUTHOR ▼**

Gift Connections, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es).  See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es).  See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**
**a**
**Year in Which Creation of This Work Was Completed**
1998
This information must be given in all cases.
◀Year in all cases.

**b**
**Date and Nation of First Publication of This Particular Work**
Complete this information Month▶ January  Day▶ 20  Year▶ 1999
ONLY if this work has been published.
USA
◀Nation

---

**4**
See Instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Gift Connections, Inc.
521 8th Street SW, Suite D
Auburn, WA 98001

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 1 2 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 1 2 2000
FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼           **Year of Registration** ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

a    See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼           **Account Number** ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

b

Eric M. Stahl, Davis Wright Tremaine LLP
1501 Fourth Avenue, Suite 2600
Seattle, WA 98101-1688

Area code and daytime telephone number ▶ ( 206 ) 622-3150        Fax number ▶ ( 206 ) 628-7699
Email ▶ ericstahl@dwt.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Gift Connections, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Eric M. Stahl                                    Date ▶ June 9 200

Handwritten signature (X) ▼
☞ X

**9** Certificate will be mailed in window envelope to this address:
**Name** ▼
Eric M. Stahl, Davis Wright Tremaine
**Number/Street/Apt** ▼
1501 Fourth Avenue, Suite 2600
**City/State/ZIP** ▼
Seattle, WA 98101-1688

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fee effective July 1, 1999.
See Note for Form VA to fee.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV: June 1999        ♲ PRINTED ON RECYCLED PAPER        ✩U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REF

VA 1 – 056 – 297

EFF

JUN 12 2000

Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

**TITLE OF THIS WORK ▼**

Eskimo Doll with Baby

**NATURE OF THIS WORK ▼** See instructions

Porcelain Doll

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**

**NAME OF AUTHOR ▼**

Gift Connections, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions.
☑ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions.
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed    1995
This information must be given in all cases.    ◄ Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ January    Day ▶ 29    Year ▶ 1998
USA    ◄ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Gift Connections, Inc.
521 8th Street SW, Suite D
Auburn, WA 98001

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 12 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 12 2000
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

a  See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼    **Account Number** ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

Eric M. Stahl, Davis Wright Tremaine LLP
1501 Fourth Avenue, Suite 2600
Seattle, WA 98101-1688

b

Area code and daytime telephone number ▶ ( 206 ) 622-3150    Fax number ▶ ( 206 ) 628-7699

Email ▶ ericstahl@dwt.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Gift Connections, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Eric M. Stahl    Date ▶ 6/9/2000

Handwritten signature (X) ▼
X

**9** Certificate will be mailed in window envelope to this address:

**Name** ▼
Eric M. Stahl, Davis Wright Tremaine

**Number/Street/Apt** ▼
1501 Fourth Avenue, Suite 2600

**City/State/ZIP** ▼
Seattle, WA 98101-1688

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—400,000    ☼ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71
WEB REV: June 1999

Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNIT
REGI    **VA 1-050-298**

VA        VAU

EFFECTIVE DATE OF REGISTRATION

JUN  12  2000
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Eskimo Doll with Husky

NATURE OF THIS WORK ▼ See instructions

Porcelain Doll

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

**a**

NAME OF AUTHOR ▼
Gift Connections, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Check appropriate box(es). See instructions
☑ 3-Dimensional sculpture        ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork          ☐ Photograph     ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture        ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork          ☐ Photograph     ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design ☐ Architectural work

**3**

**a**
Year in Which Creation of This Work Was Completed
1995    This information must be given in all cases.  Year in all cases.

**b**
Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ January    Day ▶ 29    Year ▶ 1998    Nation  USA

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Gift Connections, Inc.
521 8th Street SW, Suite D
Auburn, WA 98001

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 12 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 12 2000
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Ex. 18 - 41

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼           Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼           Account Number ▼           **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼   **b**
Eric M. Stahl, Davis Wright Tremaine LLP
1501 Fourth Avenue, Suite 2600
Seattle, WA 98101-1688

Area code and daytime telephone number ▶ ( 206 ) 622-3150        Fax number ▶ ( 206 ) 628-7699
Email ▶ ericstahl@dwt.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of __Gift Connections, Inc.__
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Eric M. Stahl                                        Date▶ 6/9/00

Handwritten signature (X) ▼
X

**9**
Certificate
will be
mailed in
window
envelope
to this
address:

| Name ▼ |
|---|
| Eric M. Stahl, Davis Wright Tremaine |
| Number/Street/Apt ▼ |
| 1501 Fourth Avenue, Suite 2600 |
| City/State/ZIP ▼ |
| Seattle, WA 98101-1688 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form VA is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000
WEB REV: June 1999
♺ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71



Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



FORM VA
For a Work of the Visual Arts

VA 1-050-299

**VA**
EFFECTIVE DATE OF REGISTRATION

JUN 12 2000
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

# 1

**TITLE OF THIS WORK ▼**

Eskimo Doll

**NATURE OF THIS WORK ▼** See instructions

Porcelain Doll

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

# 2
## a

**NAME OF AUTHOR ▼**

Gift Connections, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes    ☑ No
Pseudonymous?    ☐ Yes    ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☑ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## b

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

# 3
## a

**Year in Which Creation of This Work Was Completed**
1996    ◀ Year
This information must be given in all cases.

## b

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ January    Day ▶ 16    Year ▶ 1997
Nation ▶ USA    ◀ Nation

# 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Gift Connections, Inc.
521 8th Street SW, Suite D
Auburn, WA 98001

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**DO NOT WRITE HERE OFFICE USE ONLY**
APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
JUN 12 2000
FUNDS RECEIVED

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

Ex. 18 - 43

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼     **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. **Name/Address/Apt/City/State/ZIP** ▼

Eric M. Stahl, Davis Wright Tremaine LLP
1501 Fourth Avenue, Suite 2600
Seattle, WA 98101-1688

b

Area code and daytime telephone number ► ( 206 ) 622-3150     Fax number ► ( 206 ) 628-7699

Email ► ericstahl@dwt.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ►

☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☑ authorized agent of _Gift Connections, Inc._
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Eric M. Stahl                                    Date► 6/9/2000

Handwritten signature (X) ▼

X _[signature]_

| | |
| --- | --- |
| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | **Name** ▼<br>Eric M. Stahl, Davis Wright Tremaine<br><br>**Number/Street/Apt** ▼<br>1501 Fourth Avenue, Suite 2600<br><br>**City/State/ZIP** ▼<br>Seattle, WA 98101-1688 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000
WEB REV: June 1999

Ⓢ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

Ex. 18 - 44

Certificate of Registratio..





**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 1-050-300



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

EFFECTIVE DATE OF REGISTRATION

Jun 12 2000
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼

Eskimo Drummer

NATURE OF THIS WORK ▼ See Instructions

Porcelain Doll

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

a
NAME OF AUTHOR ▼
Gift Connections, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☒ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

b
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**
a
Year in Which Creation of This Work Was Completed
1995
◀ Year In all cases.
This information must be given

b
Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ January    Day ▶ 25    Year ▶ 1996
USA
◀ Nation

**4**
See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Gift Connections, Inc.
521 8th Street SW, Suite D
Auburn, WA 98001

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
JUN 12 2000
FUNDS RECEIVED

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                  • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Ex. 18 - 45

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                      Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Eric M. Stahl, Davis Wright Tremaine LLP
1501 Fourth Avenue, Suite 2600
Seattle, WA 98101-1688

Area code and daytime telephone number ▶ ( 206 ) 622-3150          Fax number ▶ ( 206 ) 628-7699

Email ▶ ericstahl@dwt.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶  ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive rights
                  ☑ authorized agent of  Gift Connections, Inc.
                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Eric M. Stahl                                      Date ▶ 6/9/2000

Handwritten signature (X) ▼

X

**8**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Eric M. Stahl, Davis Wright Tremaine

Number/Street/Apt ▼
1501 Fourth Avenue, Suite 2600

City/State/ZIP ▼
Seattle, WA  98101-1688

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV: June 1999          ♻ PRINTED ON RECYCLED PAPER          ★U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

Ex. 18 - 46

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 1-050-301



EF  JUN 12 2000
Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

Wildlife Collection Puffin Rookery

NATURE OF THIS WORK ▼ See Instructions

Polyresin Figurine

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼

**a** Gift Connections, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3 a** Year in Which Creation of This Work Was Completed
1998 ◀ Year   This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ December   Day ▶ 28   Year ▶ 1998
USA ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Gift Connections, Inc.
521 8th Street SW, Suite D
Auburn, WA 98001

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 12 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 12 2000

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

Ex. 18 - 47

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Eric M. Stahl, Davis Wright Tremaine LLP
1501 Fourth Avenue, Suite 2600
Seattle, WA 98101-1688

**b**

Area code and daytime telephone number ► ( 206 ) 622-3150      Fax number ► ( 206 ) 628-7699

Email ► ericstahl@dwt.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  **Gift Connections, Inc.**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Eric M. Stahl      Date ► June 9, 2000

Handwritten signature (X) ▼
X _____

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Eric M. Stahl, Davis Wright Tremaine | **9** |
|---|---|---|
| | Number/Street/Apt ▼<br>1501 Fourth Avenue, Suite 2600 | |
| | City/State/ZIP ▼<br>Seattle, WA 98101-1688 | |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000      ℗ PRINTED ON RECYCLED PAPER      ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71
WEB REV. June 1999

Ex. 18 - 48

Certificate of Registration

**FORM VA** 



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

VA 1-060-313

| VA | VAU |

**EFFECTIVE DATE OF REGISTRATION**

8    18    00
Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Alaska Eagle Magnet with Totemic Border

**NATURE OF THIS WORK ▼** See Instructions

Polyresin Figurine Magnet

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**

**a**

**NAME OF AUTHOR ▼**

Gift Connections, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☒ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

**a**

**Year in Which Creation of This Work Was Completed**
1998 ◄ Year
*This information must be given in all cases.*

**b**

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ January    Day ▶ 20    Year ▶ 1999    Nation
USA

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Gift Connections, Inc.
521 8th Street SW, Suite D
Auburn, WA 98001

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 12 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 12 2000
FUNDS RECEIVED
funds received 8-18-00

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 4 pages

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a** a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

**b** b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼                                    Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Eric M. Stahl, Davis Wright Tremaine LLP
1501 Fourth Avenue, Suite 2600
Seattle, WA 98101-1688

Area code and daytime telephone number ▶ ( 206 ) 622-3150          Fax number ▶ ( 206 ) 628-7699

Email▶ ericstahl@dwt.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☒ authorized agent of  Gift Connections, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Eric M. Stahl                                    Date▶ 6/9/2000

Handwritten signature (X) ▼
X

**9** Certificate will be mailed in window envelope to this address:
Name ▼
Eric M. Stahl, Davis Wright Tremaine
Number/Street/Apt ▼
1501 Fourth Avenue, Suite 2600
City/State/ZIP ▼
Seattle, WA 98101-1688

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000    ⊕ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/1
WEB REV: June 1999

Date:   August 18, 2004

LIBRARY
OF
CONGRESS

CHRISTENSEN, O'CONNOR,
JOHNSON, KINDNESS
Attn: Camilla L. Johnston
1420 Fifth Avenue, Ste. 2800
Seattle, WA 98101-2347

Type of remittance received:

    check or money
    order

    deposit account—
    description number:

COPYRIGHT
OFFICE

X     credit card

101 Independence
Avenue, S.E.

The Certifications and Documents Section has provided the following services and
applied fees as shown below.

Washington, D.C.
20559-6000

| | |
|---|---|
| Additional certificate | $210.00 |
| Expedited service (rush certifications, searches, or additional certificates) | $200.00 |
| **Total fees charged** | **$410.00** |
| Total remittance received | $410.00 |

Sincerely yours,

Register of Copyrights

Encl: VA 1-044-967 & 6 others

Kenneth S. Kagan
Carney Badley Spellman, P.S.
700 Fifth Avenue, #5800
Seattle, WA 98104-5017
Telephone:    (206) 622-8020
Facsimile:    (206) 622-8983

Attorneys for Sandy Roth; Tandem Imports, Inc.;
and Keystar International, Ltd.

The Honorable J. W. Sedwick

**RECEIVED**

SEP 2 3 2004

**BOOKMAN & HELM, LLP**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

ARCTIC CIRCLE ENTERPRISES, INC.,

            Plaintiff,

    vs.

SANDY ROTH and TANDEM
IMPORTS, INC., a Washington
Corporation, and KEYSTAR
INTERNATIONAL, LTD.,

            Defendants.

Case No. A03-139 CV (JWS)

## DEFENDANTS ROTH AND TANDEM'S MOTION FOR LEAVE TO AMEND ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS, PURSUANT TO F.R.C.P. 15(a)

### I.  INTRODUCTION

Arctic Circle Enterprises, Inc. (hereinafter "ACE") commenced this action against

Sandy Roth, Tandem Imports, Inc., Lawrence H. Press d/b/a Pierce Distributors and

DEFENDANTS ROTH AND
TANDEM'S MOTION TO AMEND
ANSWER, AFFIRMATIVE
DEFENSES AND
COUNTERCLAIMS – 1
A03-139 CV (JWS)
rot004 0001 fi233302 9/23/04

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Ex. 18 - 52

1   Keystar International, Ltd. (hereinafter, collectively, "Roth"), for federal trademark

2   infringement, federal unfair competition, unfair competition under Alaska law, breach of

3   contract, intentional interference with prospective economic advantage, and intentional

4   misrepresentation. By Order dated September 9, 2004, Lawrence H. Press d/b/a Pierce

5   Distributors was dismissed from this litigation with prejudice.

6        Roth respectfully moves this Court for an order allowing her to amend her

7   Answer, Affirmative Defenses and Counterclaims, pursuant to Rule 15(a) of the Federal

8   Rules of Civil Procedure. Roth's motion is necessary to address three issues: (1) Roth

9   wishes to amend her Counterclaims to assert a newly-discovered copyright infringement

10  cause of action against ACE; (2) Roth seeks to amend her Counterclaims in order to seek

11  a declaratory judgment of trademark and trade dress non-infringement, and invalidity of

12  ACE's registered trademark, "ALASKAN FRIENDS;" and (3) Roth wishes to drop her

13  Counterclaim for Alaska common law "Outrage."

14       Allowing Roth to amend her Counterclaims is consistent with the interests of

15  justice, is necessary to address newly-discovered facts, and may lead to a more speedy

16  resolution of this matter. Allowing Roth to amend is certainly preferable to having Roth

17  file a separate action to preserve her rights. In addition, it makes sense for both parties to

18  re-plead their allegations against one another, in light of newly discovered facts, and in

19  recognition of controlling law. Indeed, it may benefit ACE even more than Roth to amend

20  at this stage, because as it stands, ACE's primary causes of action against Roth are subject

21

DEFENDANTS ROTH AND
TANDEM'S MOTION TO AMEND
ANSWER, AFFIRMATIVE
DEFENSES AND
COUNTERCLAIMS – 2
A03-139 CV (JWS)
rot004 0001 fi233302 9/23/04

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

to automatic dismissal under controlling United States Supreme Court precedent: *Wal-Mart Stores, Inc. v. Samara Brothers, Inc.*, 529 U.S. 205, 120 S.Ct. 1339 (2000).

## II.   ARGUMENT

### A.   Leave To Amend Pleadings Is Freely Given When Justice So Requires.

Federal policy strongly favors determination of cases on their merits. *Foman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227, 230 (1962); *see, also, FilmTec Corp. v. Hydranautics*, 67 F.3d 931, 935 (Fed. Cir. 1995) (underlying purpose of Rule 15 is to facilitate decision on the merits rather than on the pleadings or technicalities), *cert. denied*, 519 U.S. 814, 117 S. Ct. 62 (1996). Leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a); see also *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987) (Rule 15's policy in favor of granting leave to amend is to be applied with "extreme liberality").

At least one Court of Appeals has held that good faith amendment should always be allowed unless "there is a substantial reason to deny a motion to amend." *See*, e.g., *Laurie v. Alabama Court of Criminal Appeals*, 256 F.3d 1266, 1274 (11th Cir. 2001).

### B.   Justice Requires that Roth Be Permitted To Amend Her Counterclaims To Add The Following Additional Causes Of Action.

*1.   Copyright infringement.*

DEFENDANTS ROTH AND
TANDEM'S MOTION TO AMEND
ANSWER, AFFIRMATIVE
DEFENSES AND
COUNTERCLAIMS – 3
A03-139 CV (JWS)
rot004 0001 fi233302 9/23/04

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

1    "If the underlying facts or circumstances relied upon by a [party] may be a proper

2    subject of relief, he ought to be afforded an opportunity to test his claim on the merits."

3    *Foman v. Davis*, *supra*, 371 U.S. at 182, 83 S. Ct. at 230.

4         Here, Roth seeks the opportunity to test on the merits her newly-discovered

5    copyright infringement cause of action against ACE.  Roth's potential copyright cause of

6    action became known only very recently. Since 2003, Roth has known that she is the

7    owner of twenty-five percent of all of the intellectual property rights of Gift Connections,

8    Inc. What she did not know until a few weeks ago is that Gift Connections, Inc. was the

9    owner of seven registered copyrights for Alaska souvenir items.  (Detailed in the attached

10   proposed Amended Answer and Counterclaims).  By virtue of her stake in the former Gift

11   Connections, Inc. intellectual property assets, Roth has the right to enforce these "Gift

12   Connections copyrights" against infringers.

13        Most significantly, it appears that ACE is infringing some or all of the Gift

14   Connections copyrights. Indeed, it appears that Roth owns the copyright in some of the

15   items ACE has accused Roth of "knocking off."  This is a significant development, and

16   Roth wishes to amend her Counterclaims to enforce her newly-discovered rights.

17

18        2.    *Declaratory judgment of trademark and trade dress non-*
               *infringement, and invalidity of ACE's registered trademark*
19              *"ALASKAN FRIENDS."*

20

21

| | | |
|---|---|---|
| DEFENDANTS ROTH AND TANDEM'S MOTION TO AMEND ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS – 4 A.03-139 CV (JWS) | **CARNEY BADLEY SPELLMAN** | LAW OFFICES A PROFESSIONAL SERVICE CORPORATION 700 FIFTH AVENUE, #5800 SEATTLE, WA 98104-5017 FAX (206) 467-8215 TEL (206) 622-8020 |

rot004 0001 fi233302 9/23/04

1    "[T]he grant or denial of an opportunity to amend is within the discretion of the

2    District Court." *Foman, supra*, 371 U.S. at 182. On the other hand, the Supreme Court

3    also noted that:

4
> [i]n the absence of any apparent or declared reason - such as
> undue delay, bad faith or dilatory motive on the part of the
5    movant, repeated failure to cure deficiencies by amendments
> previously allowed, undue prejudice to the opposing party by
6    virtue of the allowance of the amendment, futility of
> amendment, etc. -- the leave sought should, as the rules require,
7    be freely given.

8    *Id.* at 182.

9
                a.    No bad faith.

10   Roth seeks an amendment to get to the legal heart of this case as quickly and

11   efficiently as possible. To date, ACE has succeeded in convincing this Court that Roth has

12   "knocked off" ACE's product designs. ACE's allegations are legally defective. A

13   declaratory judgment action will give Roth the ability to challenge ACE's defective legal

14   bases. Right now, the Court is limited to considering the issue of infringement (i.e.

15   "knocking off"). Roth seeks a declaratory judgment that ACE does not, and indeed

16   cannot, possess "trade dress" rights in any of its product designs absent an extraordinary

17   showing of secondary meaning. By directly addressing the issue of the legal sufficiency

18   of ACE's claims, Roth hopes to quickly bring this matter to a head.

19

20

21

DEFENDANTS ROTH AND
TANDEM'S MOTION TO AMEND
ANSWER, AFFIRMATIVE
DEFENSES AND
COUNTERCLAIMS – 5
A03-139 CV (JWS)
rot004 0001 fi233302 9/23/04

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

As it stands, all Roth could hope to achieve is a determination that her current designs do not infringe. Roth strongly prefers to resolve the matter of ACE's trade dress rights once and for all.

b.    ACE will not be prejudiced.

Finally, Roth's declaratory judgment amendment will not prejudice ACE. Roth's declaratory judgment counterclaim seeks to challenge the core legal basis for all of ACE's "knocking off" allegations. This is an efficient approach to the parties' dispute. ACE, on the other hand, has so far made only vague allegations with respect to a shifting set of items. One list appears in ACE's First Amended Complaint, another list appears in ACE's preliminary injunction moving papers.

By failing to commit to any specific items it alleges are infringed by Roth, ACE has created a situation where Roth cannot ever prevail. Even if Roth were to prove that none of the products ACE has accused to date infringe, Roth is still left to contend with whatever other allegations ACE might make.

For example, in its First Amended Complaint, ACE makes the allegation that, "[t]o date, Arctic Circle has discovered that Roth has copied approximately 50 products that are deceptively similar to products offered by Arctic Circle." ACE Amended Complaint, p. 4. In that same pleading, ACE gives "[e]xamples of some of Roth's goods that are deceptively similar to Arctic Circle's goods," and lists only seven specific items. *Id.*

DEFENDANTS ROTH AND
TANDEM'S MOTION TO AMEND
ANSWER, AFFIRMATIVE
DEFENSES AND
COUNTERCLAIMS – 6
A03-139 CV (JWS)
rot004 0001 fi233302 9/23/04

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

On the other hand, ACE obtained a preliminary injunction against some of the items listed in its First Amended Complaint (e.g., baseball cap, totem box, knit watch cap), but also against completely different items which are *not* found anywhere in ACE's First Amended Complaint (e.g., gold vial key chain, polystone totem poles, Alaska mug box, panoramic photo album, bean bag eagle, bean bag moose, and plush "huskies in a basket").

In other words, ACE has complained of one group of items, obtained an injunction against another group of items, but has failed to describe anywhere exactly what items it accuses Roth of "knocking off." All we know is that ACE contends that "approximately 50" Roth products are "deceptively similar to products offered by Arctic Circle."

ACE cannot be prejudiced by Roth's sincere effort to resolve all of the alleged infringement issues between the parties, when ACE has yet to even define what it considers infringed. Roth respectfully urges this Court to find her amendment in the interests of justice.

**C.    Roth Wishes to Drop Her "Outrage" Claim In Order To Streamline The Proceedings.**

Roth's existing counterclaim for Alaska common law "Outrage" is a distraction from the more important legal issues involved in analyzing the parties' respective intellectual property rights. Roth wishes to drop this cause of action and proceed to a determination of the parties' intellectual property rights.

DEFENDANTS ROTH AND
TANDEM'S MOTION TO AMEND
ANSWER, AFFIRMATIVE
DEFENSES AND
COUNTERCLAIMS – 7
A03-139 CV (JWS)
rot004 0001 fi233302 9/23/04

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Ex. 18 - 58

1

### D.    ACE Should Not Object To Roth's Amendment

2

    *1.    ACE must amend its own pleadings or face dismissal of its primary causes of action.*

3

4

Aside from ACE's allegations of breach of contract, which Roth strenuously

5

denies, and infringement of a registered trademark, ACE's rights in which are so narrow

6

as to preclude a finding of infringement by Roth, the remainder of ACE's allegations

7

against Roth mainly devolve into so-called "knocking off" of product designs.

8

There is no legally cognizable action for "knocking off." So-called "knocking off"

9

is not recognized in the federal or Alaska state law of unfair competition, and it is not

10

recognized under the federal Lanham Act. The only cause of action that could possibly be

11

derived from ACE's pleadings would be for infringement of ACE's unregistered "trade

12

dress." ACE cannot claim trade dress rights unless ACE first meets its burden of proving

13

"secondary meaning" in the alleged trade dress. ACE's pleadings make no mention of

14

trade dress, fail to even allege secondary meaning, and pay no heed whatsoever to the

15

controlling United States Supreme Court case of *Wal-Mart Stores, Inc. v. Samara*

16

*Brothers, supra.*

17

If ACE fails to amend its pleadings, ACE faces dismissal of its primary causes of

18

action. Out of an abundance of caution, by separate pleading, Roth will shortly be moving

19

for dismissal of all of ACE's "trade dress" claims.

20

21

DEFENDANTS ROTH AND
TANDEM'S MOTION TO AMEND
ANSWER, AFFIRMATIVE
DEFENSES AND
COUNTERCLAIMS – 8
A03-139 CV (JWS)
rot004 0001 fi233302 9/23/04

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

> 2.  *If Roth cannot amend, she has no choice but to file a separate action.*

If Roth is not permitted to amend, she has no choice but to file a separate action to preserve her rights. This is not Roth's preference. Parallel proceedings would be an unnecessary strain on this Court's resources.

Disallowing Roth's amendment would inconvenience the Court and all of the parties to this action. It would also create a scenario where there are two parallel actions all arising out of the same operative facts, which would be doubly burdensome to the parties and the Court, and ACE's primary causes of action are subject to dismissal as a matter of law.

## III.  CONCLUSION

Accordingly, Roth respectfully moves this Court for an Order allowing her to amend her Answer, Affirmative Defenses and Counterclaims, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure to assert a newly-discovered copyright infringement cause of action against ACE, seek a declaratory judgment of trademark and trade dress non-infringement and invalidity of ACE's registered trademark, "ALASKAN FRIENDS," and to drop her counterclaim for Alaska common law "Outrage."

Allowing Roth to amend her Counterclaims is consistent with the interests of justice, is necessary to address newly-discovered facts; and may lead to an early

DEFENDANTS ROTH AND TANDEM'S MOTION TO AMEND ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS – 9
A03-139 CV (JWS)
rot004 0001 fi233302 9/23/04

**CARNEY BADLEY SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

1  resolution of this matter. If Roth's Motion to Amend is granted, Roth will not object to

2  ACE amending its pleadings to conform with the law.

3  DATED this 23rd day of September, 2004.

4

5  CARNEY BADLEY SPELLMAN, P.S.

6

7  By _____
   Kenneth S. Kagan
8  Washington State Bar No. 12983

9  MARSTON & COLE, P.C.

10

11 By _____
   Erin B. Marston
12 Alaska State Bar No. 8511177

13 Attorneys for Defendants Sandy Roth,
   Tandem Imports, Inc. and Keystar
14 International, Ltd.

15

**Certificate of Service**

16
I HEREBY CERTIFY that on the 23rd day
17 of September, 2004, a true and correct copy of the
   foregoing document was hand-delivered via legal
   messenger for service on:
18
Bruce A. Bookman
19 Bookman & Helm, LLP
   810 "N" Street, #200
20 Anchorage, AK  99501

21 _____
   Erin B. Marston

DEFENDANTS ROTH AND
TANDEM'S MOTION TO AMEND
ANSWER, AFFIRMATIVE
DEFENSES AND
COUNTERCLAIMS – 10
A03-139 CV (JWS)
rot004 0001 fi233302 9/23/04

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Ex. 18 - 61