# Exhibit 27



Arctic Circle ACE # 10102

200 Pocket Photo Album Alaska Map Design



Roth Copy   Item # *8689*

200 Pocket Photo Album Alaska Map Design



Arctic Circle     ACE # 10118

100 Pocket Photo Album Alaska Map Design



Roth Copy UPC # 8-01283-41235-7

100 Pocket Photo Album Alaska Map Design



Arctic Circle     ACE # 10118

100 Pocket Photo Album Alaska Map Design



Roth Copy     Item # *8688*

100 Pocket Photo Album Alaska Map Design

Exhibit ____A____

Page __1__ of __6__

**Ex. 27.5-2**



Arctic Circle    ACE # 10115

Panoramic Photo Album Map Design



Roth Copy  UPC # 8-01283-40097-2

Panoramic Photo Album Map Design



Arctic Circle    ACE # 00051

Chenille Bean Bag Moose



Roth Copy  UPC # 8-01283-11011-6

Chenille Bean Bag Moose



Arctic Circle  ACE # 07026

Husky in Basket



Roth Copy UPC # 8-012830-100159

Husky in Basket



Exhibit    A

Page  2 of 6

**Ex. 27 - 3**



Arctic Circle   ACE #  04317
AK Doll Three Strands and Beads



Roth Copy  UPC # 8012830040032
AK Doll Three Strands of Beads



Arctic Circle   ACE # 04306
Floral Print Doll in Box



Roth Copy  UPC # 8-01283-30019-7
Floral Print Doll



Arctic Circle   ACE # 04303
Braids  and Strings Doll



Roth Copy    UPC # 801283300272
Braids  and Strings Doll

Exhibit A
Page 3 of 6

**Ex. 27 - 4**