

Arctic Circle   ACE # 10115
Panoramic Photo Album Map Design



Roth Copy  UPC # 8-01283-40097-2
Panoramic Photo Album Map Design



Arctic Circle   ACE # 00051
Chenille Bean Bag Moose



Roth Copy  UPC # 8-01283-11011-6
Chenille Bean Bag Moose



Arctic Circle   ACE # 07026
Husky in Basket



Roth Copy  UPC # 8-012830-100159
Husky in Basket



Exhibit A
Page 2 of 6

Ex. 27 - 3