

Arctic Circle   ACE # 04317
AK Doll Three Strands and Beads



Roth Copy   UPC # 8012830040032
AK Doll Three Strands of Beads



Arctic Circle   ACE # 04306
Floral Print Doll in Box



Roth Copy   UPC # 8-01283-30019-7
Floral Print Doll



Arctic Circle   ACE # 04303
Braids and Strings Doll



Roth Copy   UPC # 801283300272
Braids and Strings Doll

Exhibit A
Page 3 of 6

Ex. 27 - 4