

Arctic Circle   ACE #14002
Bean Bag Eagle



Roth Copy
Bean Bag Eagle



Arctic Circle  ACE #38558
Alaska Mug Box



Roth Copy  UPC # 801283061470
Alaska Mug Box



Arctic Circle  ACE # NOF - TONGASS
Ketchikan Multi-color Hat



Roth Copy UPC # 8-01283-920306
Ketchikan Multi-color Hat

Exhibit  A
Page  4  of  6

Ex. 27 - 5