
Arctic Circle   ACE # 31099
Polystone Totem Poles


Roth Copy UPC # 12831099
Polystone Totem Poles


Arctic Circle   ACE # 02126
24 K Gold Vial


Roth Copy  UPC # 8-01283-40023-1
24 K Gold Vial


Arctic Circle   Golf Ball Alaska Flag


Roth Copy   Golf Ball Alaska Flag


Exhibit A
Page 5 of 6

Ex. 27 - 6