

Arctic Circle ACE #  01997
Golf Ball Alaska Map



Roth Copy   Golf Ball Alaska Map

Exhibit A
Page 6 of 6

Ex. 27 - 7