**Paul L. Davis**
Email: paul.davis@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Phone: 907-276-1969
Fax: 907-276-1365

**Gregory F. Wesner**
Email: gregory.wesner@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: 206-623-7580
Fax: 206-623-7022

**J. Michael Keyes**
**Brooke Castle Kuhl**
Email: mike.keyes@klgates.com
Email: brooke.kuhl@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
Phone: 509-624-2100
Fax: 509-456-0146

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ARCTIC CIRCLE ENTERPRISES, LLC.,

Plaintiff,

v.

ALASKA JUNEAU MINING COMPANY LLC,

Defendant.

Case No. 3:-06-cv-170 (TMB)

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

**STIPULATED EXTENSION OF BRIEFING DEADLINE**

Defendant Alaska Juneau Mining Company LLC ("AJMC") and its counsel of record, and Plaintiff Arctic Circle Enterprises, LLC ("ACE") and its counsel of record, hereby stipulate and respectfully request that the deadline for AJMC to file its Reply to AJMC's Motion for Summary Judgment be extended from May 4, 2007 to May 14, 2007 to coincide with the filing of AJMC's Opposition to ACE's Cross-Motion for Summary Judgment due on such date.

Respectfully submitted this 1st day of May, 2007.

**PERKINS COIE LLP**

By /s Ryan McBrayer
Ryan McBrayer, *Pro hac vice*
RMcBrayer@perkinscoie.com
1201 3rd Ave Suite 4800
Seattle WA 98101-3099
Telephone: (206)359-3073
Facsimile: (206)359-4073

Attorneys for Plaintiff Arctic Circle Enterprises LLC

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

By /s J. Michael Keyes
J. Michael Keyes, *Pro hac vice*
mike.keyes@klgates.com
Brooke Kuhl, *Pro hac vice*
brooke.kuhl@klgates.com
618 W. Riverside Ave. #300
Spokane, WA 99201
Telephone: (509) 241-1527
Fax: (509) 444-7863

Paul L. Davis
paul.davis@klgates.com
420 L Street, Suite 400
Anchorage, AK 99501-1971
Phone: 907-276-1969
Fax: 907-276-1365

Attorneys for Defendant AJMC

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC
Case No. 3:06-cv-00170-TMB
K:\55853\00001\BCK\BCK_O213Q 5/1/07 2:04 PM

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

Ryan McBrayer, RMcBrayer@perkinscoie.com

By /s/ J. Michael Keyes

J. Michael Keyes, *Pro Hac Vice*
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 W. Riverside Ave. #300
Spokane, WA 99201
Telephone: 509-624-2100
Facsimile: 509-456-0146
Email: mike.keyes@klgates.com
Attorneys for Defendant
Alaska-Juneau Mining Company LLC

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC
Case No. 3:06-cv-00170-TMB
K:\55853\00001\BCK\BCK_O213Q 5/1/07 2:04 PM

-3-