**Paul L. Davis**
Email: paul.davis@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Phone: 907-276-1969
Fax: 907-276-1365

**Gregory F. Wesner**
Email: gregory.wesner@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: 206-623-7580
Fax: 206-623-7022

**J. Michael Keyes**
**Brooke Castle Kuhl**
Email: mike.keyes@klgates.com
Email: brooke.kuhl@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
Phone: 509-624-2100
Fax: 509-456-0146

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC., <br><br> Plaintiff, <br><br> v. <br><br> ALASKA JUNEAU MINING COMPANY LLC, <br><br> Defendant. | Case No. 3:-06-cv-170 (TMB) |

**PROPOSED ORDER**

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC    -1-
Case No.   3:06-cv-00170-TMB
K:\55853\00001\XRH\XRH_P2554

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

The Parties' stipulated request to extend deadlines in the above-referenced action is hereby GRANTED. AJMC's Reply Brief in Support of its Motion for Summary Judgment is due on May 14, 2007.

DATED at Anchorage, Alaska, this _____ day of May, 2007.

_____
Timothy M. Burgess, U.S. District Judge

### CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

Ryan McBrayer, RMcBrayer@perkinscoie.com

By /s/ J. Michael Keyes
J. Michael Keyes, *Pro Hac Vice*
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 W. Riverside Ave. #300
Spokane, WA 99201
Telephone: 509-624-2100
Facsimile: 509-456-0146
Email: mike.keyes@klgates.com
Attorneys for Defendant
Alaska-Juneau Mining Company LLC

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC    -2-
Case No.  3:06-cv-00170-TMB
K:\55853\00001\BCK\BCK_0213Q  5/1/07 2:04 PM