**Paul L. Davis**
Email: paul.davis@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Phone: 907-276-1969
Fax: 907-276-1365

**Gregory F. Wesner**
Email: gregory.wesner@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: 206-623-7580
Fax: 206-623-7022

**J. Michael Keyes**
**Brooke Castle Kuhl**
Email: mike.keyes@klgates.com
Email: brooke.kuhl@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
Phone: 509-624-2100
Fax: 509-456-0146

Attorneys for Defendant
Alaska-Juneau Mining Company, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| **ARCTIC CIRCLE ENTERPRISES, LLC,** | **Case No. 3:06-cv-00170-TMB** |
| Plaintiff, | |
| v. | **MOTION TO STRIKE** |
| **ALASKA-JUNEAU MINING COMPANY LLC.,** | |
| Defendant. | |

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

# I. **RELIEF REQUESTED**

Defendant Alaska-Juneau Mining Company, LLC ("AJMC"), by and through its attorneys of record, Kirkpatrick & Lockhart Preston Gates Ellis LLP, moves this Court pursuant to Fed. R. Civ. P. 56(e) for an order striking documents and testimony offered by Plaintiff in opposition to AJMC's motion for summary judgment.

# II. **STATEMENT OF FACTS**

1.     Arctic Circle Enterprises, LLC ("ACE") filed its Complaint against AJMC on July 17, 2006. Keyes Supp. Aff., ¶ 3.

2.     On August 16, 2006, AJMC's counsel sent a letter to ACE's counsel explaining that the Settlement Agreement entered into between Roth and ACE precluded ACE's claims against AJMC. Keyes Aff., Ex. 16.

3.     On August 18, 2006, AJMC filed its Answer and Affirmative Defenses alleging that "To the extent the accused album is infringing, Alaska-Juneau operated under [a] . . . release from Arctic Circle." *See* Answer, filed August 18, 2006.

4.     On September 18, 2006, this Court entered its Scheduling and Planning Order directing the parties to exchange their preliminary Fed. R. Civ. Pro. 26(a)(1) disclosures by September 25, 2006. *See* Scheduling and Planning Order, at ¶ 3(b).

5.     On September 11, 2006, AJMC's counsel received ACE's 26(a) initial disclosures. Keyes Supp. Aff., ¶7. Keyes Supp. Aff., ¶ 7.

6.     AJMC filed its motion for summary judgment on March 29, 2007. Keyes Supp. Aff., ¶ 8.

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

7.    On April 10, 2007, ACE's counsel produced a series of documents (ACE000687-719) that ACE claims illustrate the negotiation history of the Settlement Agreement entered into between Sandy Roth and ACE.  Keyes Supp. Aff., ¶ 9.  These documents were not produced by ACE during the course of discovery even though ACE had known since August that AJMC was claiming it was released under the Roth Settlement Agreement.

8.    On April 24, 2007, ACE filed its opposition papers to AJMC's motion for summary judgment offering the "negotiation documents" mentioned above and the testimony of its principal, Mitchell Godfred, regarding the supposed "intent of the parties" to the Settlement Agreement.  *See* ACE Memorandum, p. 9-13; McBrayer Decl., Ex. 6, p. 9-11; Ex. 21.

### III.  LAW AND ARGUMENT

This Court should strike the following documents attached as Exhibits to the Declaration of Ryan McBrayer and paragraph 22 of that Declaration:

1.  Ex. 6, pp. 9-10

    - p. 127, lns. 9-10, lns. 14-21;

    - p. 128, lns. 1-25;

    - p. 129, lns. 1-25;

    - p. 130, lns. 1-25; and

    - p. 131, lns. 1-15.

2.  Ex. 21, pp. 2-34

    - pp. 2-11: Email from Ken Kagan to Bruce Bookman with attachment.

    - pp. 12-13: Email from Ken Kagan to Bruce Bookman.

    - p. 14: Email from Bruce Bookman to Ken Kagan.

    - pp. 15-16: Email from Bruce Bookman to Ken Kagan.

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC        -3-
Case No.    3:06-cv-00170-TMB
K:\55853\00001\BCK\BCK_P213R  5/14/07 9:11 PM

- Exhibit 21, pp. 17-25: Email from Ken Kagan to Bruce Bookman with attachment. Email was courtesy copied to marston@alaska.net and wesnerg@cojk.com.
- Exhibit 21, pp. 26-34: Email from Ken Kagan to Bruce Bookman and attachment. Email was courtesy copied to marston@alaska.net and wesnerg@cojk.com.

As set forth in Section III.C. of AJMC's summary judgment reply memorandum, this evidence is being offered by ACE in violation of the parol evidence rule and in violation of Fed. R. Civ. P. 56(e). Further, the documents attached to McBrayer's Declaration as Exhibit 21 are unauthenticated and inadmissible hearsay. Thus, this evidence cannot be relied upon by ACE in opposition to a motion for summary judgment.

## IV.  CONCLUSION

For the foregoing reasons, AJMC's motion to strike should be granted.

DATED this 14th day of May, 2007.

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP


By  /s/ J. Michael Keyes
    J. Michael Keyes, *Pro Hac Vice*
    Email:  mike.keyes@klgates.com
    Gregory F. Wesner, *Pro Hac Vice*
    Email:  gregory.wesner@klgates.com
    Attorneys for Defendant
    Alaska-Juneau Mining Company LLC
    KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
    618 West Riverside Avenue, Suite 300
    Spokane, WA  99201
    Telephone No.: 509-624-2100

    Paul L. Davis
    Email:  paul.davis@klgates.com
    Attorneys for Defendant
    KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
    420 L Street, Suite 400
    Anchorage, AK  99501-1971
    Telephone No.:  907-276-1969
    Fax: 907-276-1365

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC        -4-
Case No.  3:06-cv-00170-TMB
K:\55853\00001\BCK\BCK_P213R  5/14/07 9:11 PM

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2007, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

Ryan McBrayer, RMcBrayer@perkinscoie.com

<div style="margin-left:50%">

By /s/ J. Michael Keyes

J. Michael Keyes, *Pro Hac Vice*
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
618 W. Riverside Ave. #300
Spokane, WA  99201
Telephone:  509-624-2100
Facsimile:  509-456-0146
Email:  mike.keyes@klgates.com
Attorneys for Defendant
Alaska-Juneau Mining Company
LLC

</div>

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC          -5-
Case No.    3:06-cv-00170-TMB
K:\55853\00001\BCK\BCK_P213R   5/14/07 9:11 PM