**Paul L. Davis**
Email: paul.davis@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Phone: 907-276-1969
Fax: 907-276-1365

**Gregory F. Wesner**
Email: gregory.wesner@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: 206-623-7580
Fax: 206-623-7022

**J. Michael Keyes**
**Brooke Castle Kuhl**
Email: mike.keyes@klgates.com
Email: brooke.kuhl@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
Phone: 509-624-2100
Fax: 509-456-0146

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC., | |
| Plaintiff, | Case No. 3:-06-cv-170 (TMB) |
| v. | |
| ALASKA JUNEAU MINING COMPANY LLC, | **PROPOSED ORDER STRIKING DOCUMENTS AND TESTIMONY OFFERED BY PLAINTIFF IN OPPOSITION TO AJMC'S MOTION FOR SUMMARY JUDGMENT** |
| Defendant. | |

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

THIS MATTER came before the Court on Defendant Alaska Juneau Mining Company, LLC's ("AJMC") Motion to Strike the documents and testimony offered by Plaintiff in Opposition to AJMC's Motion for Summary Judgment.  Based on the submissions of the parties, the Court finds that:

1.    The following documents and testimony are being offered by Plaintiff in violation of the parol evidence rule:

> Ex. 6, pp. 9-10
> - p. 127, lns. 9-10, lns. 14-21;
> - p. 128, lns. 1-25;
> - p. 129, lns. 1-25;
> - p. 130, lns. 1-25; and
> - p. 131, lns. 1-15.
>
> Ex. 21, pp. 2-34
> - pp. 2-11: Email from Ken Kagan to Bruce Bookman with attachment.
> - pp. 12-13: Email from Ken Kagan to Bruce Bookman.
> - p. 14: Email from Bruce Bookman to Ken Kagan.
> - pp. 15-16: Email from Bruce Bookman to Ken Kagan.
> - Exhibit 21, pp. 17-25: Email from Ken Kagan to Bruce Bookman with attachment. Email was courtesy copied to marston@alaska.net and wesnerg@cojk.com.
> - Exhibit 21, pp. 26-34: Email from Ken Kagan to Bruce Bookman and attachment. Email was courtesy copied to marston@alaska.net and wesnerg@cojk.com.

2.    Further, the Court finds that the following documents are unauthenticated and consist of inadmissible hearsay:

> Ex. 21, pp. 2-34
> - pp. 2-11: Email from Ken Kagan to Bruce Bookman with attachment.

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC        -2-
Case No.   3:06-cv-00170-TMB
K:\55853\00001\Sa3m\order re striking docs re sj.doc

- pp. 12-13: Email from Ken Kagan to Bruce Bookman.
- p. 14: Email from Bruce Bookman to Ken Kagan.
- pp. 15-16: Email from Bruce Bookman to Ken Kagan.
- Exhibit 21, pp. 17-25: Email from Ken Kagan to Bruce Bookman with attachment. Email was courtesy copied to marston@alaska.net and wesnerg@cojk.com.
- Exhibit 21, pp. 26-34: Email from Ken Kagan to Bruce Bookman and attachment. Email was courtesy copied to marston@alaska.net and wesnerg@cojk.com.

THEREFORE, IT IS NOW ORDERED that Defendant's Motion to Strike the above-referenced documents and testimony offered by Plaintiff in opposition to AJMC's Motion for Summary Judgment is hereby GRANTED.

DATED at Anchorage, Alaska, this _____ day of May, 2007.

_____
Timothy M. Burgess, U.S. District Judge

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC        -3-
Case No.   3:06-cv-00170-TMB
K:\55853\00001\Sa3m\order re striking docs re sj.doc