**Paul L. Davis**
Email:  paul.davis@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK  99501-1971
Phone:  907-276-1969
Fax: 907-276-1365

**Gregory F. Wesner**
Email:  gregory.wesner@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158
Phone:  206-623-7580
Fax: 206-623-7022

**J. Michael Keyes**
**Brooke Castle Kuhl**
Email:  mike.keyes@klgates.com
Email:  brooke.kuhl@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA  99201
Phone:  509-624-2100
Fax: 509-456-0146

Attorneys for Defendant
Alaska-Juneau Mining Company, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| **ARCTIC CIRCLE ENTERPRISES, LLC.,** | Case No. 3:06-cv-00170-TMB |
| Plaintiff, | **DEFENDANT ALASKA-JUNEAU MINING COMPANY'S REQUEST FOR ORAL ARGUMENT** |
| v. | |
| **ALASKA-JUNEAU MINING COMPANY LLC.,** | |
| Defendant. | |

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

Pursuant to D.Ak.LR 7.2(a), Defendant Alaska Juneau Mining Co. hereby requests oral argument on Defendant's Motion for Summary Judgment, filed Thursday, March 29, 2007.

Respectfully submitted this <u>15th</u> day of May, 2007.

Kirkpatrick & Lockhart Preston Gates Ellis LLP

By <u>/s/ J. Michael Keyes</u>
J. Michael Keyes, *Pro Hac Vice*
Kirkpatrick & Lockhart Preston Gates Ellis LLP
618 W. Riverside Ave. #300
Spokane, WA 99201
Telephone: 509-624-2100
Facsimile: 509-456-0146
Email: mike.keyes@klgates.com

Paul Davis
Kirkpatrick & Lockhart Preston Gates Ellis LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Phone: 907-276-1969
Fax: 907-276-1365
E-mail: paul.davis@klgates.com

Attorneys for Defendant
Alaska-Juneau Mining Company

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May <u>15th</u>, 2007, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

Ryan McBrayer, RMcBrayer@perkinscoie.com


By  /s/ J. Michael Keyes
    J. Michael Keyes, *Pro Hac Vice*
    KIRKPATRICK & LOCKHART PRESTON
    GATES ELLIS LLP
    618 W. Riverside Ave. #300
    Spokane, WA  99201
    Telephone:  509-624-2100
    Facsimile:  509-456-0146
    Email:  mike.keyes@klgates.com
    Attorneys for Defendant
    Alaska-Juneau Mining Company
    LLC

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC          -3-    REQUEST FOR ORAL ARGUMENT
Case No.    3:06-cv-00170-TMB