**Paul L. Davis**
Email: paul.davis@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Phone: 907-276-1969
Fax: 907-276-1365

**Gregory F. Wesner**
Email: gregory.wesner@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: 206-623-7580
Fax: 206-623-7022

**J. Michael Keyes**
**Brooke Castle Kuhl**
Email: mike.keyes@klgates.com
Email: brooke.kuhl@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
Phone: 509-624-2100
Fax: 509-456-0146

Attorneys for Defendant
Alaska-Juneau Mining Company, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC., <br><br> Plaintiff, <br> v. <br><br> ALASKA-JUNEAU MINING COMPANY LLC., <br><br> Defendant. | Case No. 3:06-cv-00170-TMB <br><br> **DEFENDANT ALASKA-JUNEAU MINING COMPANY'S REQUEST FOR ORAL ARGUMENT** |

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC        -1-    REQUEST FOR ORAL ARGUMENT
Case No. 3:06-cv-00170-TMB

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

Pursuant to D.Ak.LR 7.2(a), Defendant Alaska Juneau Mining Co. hereby requests oral argument on Defendant's Motion to Strike, filed Monday, May 14, 2007.

Respectfully submitted this 15th day of May, 2007.

        KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

        By /s/ J. Michael Keyes
          J. Michael Keyes, *Pro Hac Vice*
          KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
          618 W. Riverside Ave. #300
          Spokane, WA 99201
          Telephone: 509-624-2100
          Facsimile: 509-456-0146
          Email: mike.keyes@klgates.com

        Paul Davis
        KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
        420 L Street, Suite 400
        Anchorage, AK 99501-1971
        Phone: 907-276-1969
        Fax: 907-276-1365
        E-mail: paul.davis@klgates.com

        Attorneys for Defendant
        Alaska-Juneau Mining Company

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC          -2-    REQUEST FOR ORAL ARGUMENT
Case No. 3:06-cv-00170-TMB

## CERTIFICATE OF SERVICE

I hereby certify that on May 15th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

Ryan McBrayer, RMcBrayer@perkinscoie.com

By /s/ J. Michael Keyes
J. Michael Keyes, *Pro Hac Vice*
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
618 W. Riverside Ave. #300
Spokane, WA 99201
Telephone: 509-624-2100
Facsimile: 509-456-0146
Email: mike.keyes@klgates.com
Attorneys for Defendant
Alaska-Juneau Mining Company LLC

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC   -3-   REQUEST FOR ORAL ARGUMENT
Case No.   3:06-cv-00170-TMB