**Paul L. Davis**
Email: paul.davis@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES
ELLIS LLP
420 L Street, Suite 400
Anchorage, AK  99501-1971
Phone:  907-276-1969
Fax: 907-276-1365

**Gregory Wesner**, *Pro Hac Vice*
Email: gregory.wesner@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES
ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158
Phone:  206-623-7580
Fax: 206-623-7022

**J. Michael Keyes**, *Pro Hac Vice*
**Brooke Kuhl**, *Pro Hac Vice*
Email: mike.keyes@klgates.com
Email: brooke.kuhl@klgates.com
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
618 West Riverside Avenue, Suite
300
Spokane, WA  99201
Phone:  509-624-2100
Fax: 509-456-0146

Attorneys for Defendant
Alaska-Juneau Mining Company, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC., | |
| Plaintiff, | |
| v. | Case No. 3:06-cv-170 (TMB) |
| ALASKA JUNEAU MINING COMPANY, LLC., | |
| Defendant. | |

**ALASKA JUNEAU MINING COMPANY, LLC'S ANSWERS TO PLAINTIFF ARCTIC CIRCLE ENTERPRISES' FIRST INTERRAGATORIES**

K& L GATES LLP
420 L Street, Suite 400
Anchorage, AK  99501-1971
907.276-1969 / Facsimile 907.276-1365

K:\55853\00001\BCK\BCK_P20ZQ   3/7/07 4:41 PM

Exhibit ___1___
Page __1__ of _16_

## INTERROGATORIES

**INTERROGATORY NO. 1:**  Please describe Sandy Roth's relationship, if any, with AJMC or any of its owners, members, officers, or affiliate companies, including dates of hire or contract and a description of duties, responsibilities and the products involved.

**RESPONSE:**  AJMC objects to this Request as duplicative with previous discovery inquiries during deposition testimony of Dave Coates and Toni Murphy. Notwithstanding this objection, AJMC responds as follows:  AJMC is a customer, directly and indirectly, of Ms. Roth through her business enterprises, including Tandem Imports.  AJMC's members are acquainted with Ms. Roth.  Ms. Roth and AJMC member David Coates have been friends for many years.  Ms. Roth is a licensee with permission to reproduce certain intellectual property (including the Jeff Knutson Alaska Map Photo Album design) previously owned by Gift Connections, Inc. and purchased by Dave Coates.

**INTERROGATORY NO. 2:**  Please explain the complete factual basis of your claim, if any, that AJMC had or has an express or implied license, sublicense, and/or release from Arctic Circle, including without limitation a release or license from related to the Roth litigation, to manufacture, sell, copy, distribute, or display the AJMC Photo Album.

**RESPONSE:**  AJMC objects to this Request to the extent it seeks information protected by attorney/client privilege and/or work product privilege.  Notwithstanding

K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

-2-

K:\55853\00001\BCK\BCK_P210K  3/7/07 4:41 PM

Exhibit _____1_____
Page _2_ of _16_

the foregoing objection, AJMC responds as follows:   ACE previously initiated a lawsuit against Sandy Roth and others making various allegations relating to the Alaska Photo Album design originating from Indian Arts & Crafts, Gift Connections, Inc., and Great Northern Mercantile, LTD.  Mr. Coates was a customer of Ms. Roth and was deposed in that action.  During the previous litigation, ACE was aware that Mr. Coates and Ms. Roth claimed rights to produce the photo album at issue deriving from Indian Arts & Crafts, Gift Connections, Inc., Vaughn Communications and Great Northern Mercantile, LTD.  The Roth action was ultimately resolved by a settlement that released Roth (and other named defendants) as well as customers and others from any and all claims that ACE may have had against Roth and her customers.  Despite this settlement, ACE proceeded to initiate this action against AJMC, a Roth customer and a company that had reproduced the original Jeff Knutson design that was at issue in the Roth litigation.

**INTERROGATORY NO. 3:**  Please explain the complete factual basis of your claim, if any, that any express or implied license, sublicense, and/or release from Arctic Circle to AJMC to manufacture, sell, copy, distribute, or display the AJMC Photo Album extended to photo albums that were not ordered or manufactured at the time the Roth litigation settled, including without limitation the identity of all communications between AJMC and Sandy Roth or Arctic Circle relating to the asserted license or release, the identity of all communications between AJMC and any actual or manufacturer regarding photo albums with a map on the cover within 12 months of May 12, 2005, and the identity of all other documents and communications

K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

-3-

K:\55853\00001\BCK\BCK_P210K  3/7/07 4:41 PM

Exhibit     I
Page  3  of  16

related to whether AJMC's manufacture, sale, copying, distribution, and display of the AJMC Photo Album was foreseeable to Arctic Circle.

**RESPONSE**: AJMC objects to this Request to the extent it seeks information protected by attorney/client privilege and/or work product privilege. Moreover, this Interrogatory constitutes 3 different interrogatories because of the subparts contained within it. Notwithstanding the foregoing objection, AJMC responds as follows, see response to Interrogatory No. 2. See also, settlement agreement resolving previous action.

**INTERROGATORY NO. 4**: Please explain the complete factual basis of your claim, if any, that Arctic Circle's U.S. Copyright Nos. VAu 567-176 and VAu 567-176 are invalid.

**RESPONSE**: AJMC objects to this Request to the extent it seeks information protected by attorney/client privilege and/or work product immunity. AJMC further objects to this Request to the extent it calls for legal conclusions and contentions rather than discovery of facts. Notwithstanding the foregoing objection, AJMC answers as follows:

- The content that ACE seeks to protect is not sufficiently original to warrant copyright protection.
- Some of the content that ACE seeks to protect is functional.
- ACE seeks to protect that which it did not create.

K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

K:\55853\00001\BCK\BCK_P210K  3/7/07 4:41 PM

Exhibit ___1___
Page 4 of 16

**INTERROGATORY NO. 5**: Please explain the complete factual basis of your claim, if any, that Arctic Circle's U.S. Copyright Nos. VAu 567-176 and VAu 567-176 are unenforceable.

**RESPONSE**: AJMC objects to this Request to the extent it seeks information protected by attorney/client privilege and/or work product privilege.  AJMC further objects to this Request to the extent it calls for legal conclusions and contentions rather than discovery of facts.  Notwithstanding the foregoing objections, AJMC answers as follows:  see response to Interrogatory No. 4.

**INTERROGATORY NO. 6**: Please explain the complete factual basis of your claim, if any, that Arctic Circle does not own the copyright to its Alaska Map Photo Album (U.S. Copyright Nos. VAu 567-176 and VAu 567-176) or does not have standing to sue for infringement.

**RESPONSE**: AJMC objects to this Request to the extent it seeks information protected by attorney/client privilege and/or work product immunity.  AJMC further objects to this Request to the extent it calls for legal conclusions and contentions rather than discovery of facts.  Notwithstanding this objection, AJMC answers as follows:  see responses to Interrogatory Nos. 3, 4, and 5.

**INTERROGATORY NO. 7**: For each of the elements of the Alaska Map Photo Album design that Arctic Circle identified as original in its responses to AJMC's Interrogatory No. 5, please explain the complete factual basis of your claim,

K& L GATES LLP
420 L Street, Suite 400
Anchorage, AK  99501-1971
907.276-1969 / Facsimile 907.276-1365

-5-

Exhibit ___1___
Page _5_ of _16_

if any, that the element is not original, including the identity of any products, designs, and artwork that AJMC contends exhibited, displayed, or contained that element before July 1, 1998.

**RESPONSE**: AJMC objects to this Request to the extent it seeks information protected by attorney/client privilege and/or work product privilege. Moreover, because this Interrogatory requests AJMC to provide responses to 18 different claimed original elements, ACE has exceeded the number of allowed Interrogatories under Fed. R. Civ. P. 33(a). AJMC further objects to this Request as overly broad and unduly burdensome in that it requests identification of all prior art. Notwithstanding the foregoing, ACE responds as follows:

1.      cover color, texture, and material on a photo album

*The photo album itself is a stock item offered by the manufacturer. ACE has no claim of copyright protection in this stock item.*

2.      cover stitching and the placement, color, visibility, contrast, and style thereof;

*The cover stitching and its placement is functional and not subject to copyright protection. "Color, visibility, contrast and style" are vague and ambiguous and AJMC is unable to discern to what ACE is referring. Moreover, a "style" is not copyrightable in any event.*

3.      depiction of a relief map on a photo album;

*This purported "original work of authorship" is simply a claim to protection of the idea of a map on a photo album. Ideas are not protected by copyright.*

4.      depiction of a relief map with a compass rose on a photo album;

*A compass rose commonly appears with maps and is, therefore, not a protectable element.*

K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

-6-

K:\55853\00001\BCK\BCK_P210K  3/7/07 4:41 PM

Exhibit ___1___
Page __6__ of __16__

5.    depiction of a relief map with a compass rose and the Arctic Circle on a photo album;

*Same as above.*

6.    depiction of a relief map with a compass rose and the Arctic Circle with symbols of Alaska on a photo album

*The "Arctic Circle" is a common element that appears on depictions of the map of Alaska. It is not protectable expression.*

7.    the script used in the compass rose on a photo album

*Copyright protection does not extend to "script" or fonts.*

8.    arrangement of a relief map and symbols of Alaska

*The purported "symbols" of Alaska are items that commonly appear on Alaska gift and souvenir items. As such, they are unprotectable expressions.*

9.    color of the relief map, compass rose, and the Arctic Circle;

*The color of the map is unoriginal. There are numerous depictions of maps on a tan background.*

10.    choice of geographic names included on the photo album;

*ACE's selection of cities is not sufficiently original to warrant copyright protection as pre-existing depictions of the State of Alaska illustrate a substantially similar selection of cities.*

11.    layout, configuration, relative size, and placement of the relief map on the photo album

*"Layout" is vague and ambiguous. The size of the photo album is dictated by industry convention. The placements of the relief map is not original.*

K& L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

-7-

Exhibit ___I___
Page _7_ of _16_

12.    the drawing of the float plane

*Float planes commonly appear on Alaska gift and souvenir items. It is unprotectable expression.*

13.    the drawing of the eagle

*Eagles commonly appear on Alaska gift and souvenir items. It is unprotectable expression.*

14.    the drawing of the cruise ship

*Cruise Ships commonly appear on Alaska gift and souvenir items. It is unprotectable expression.*

15.    the drawing of the whale tail

*Whales and whale tails commonly appear on Alaska gift and souvenir items. It is unprotectable expression.*

16.    the drawing of the compass rose

*A compass rose commonly appears on and in conjunction with a map. It is unprotectable expression.*

17.    the drawing of the map, including the shape, topography, lines, color and geographic specificity;

*The outline of Alaska commonly appears on Alaska gift and souvenir items. It is unprotectable expression.*

18.    the arrangement and decoration on the spine on the photo album

*There was nothing "arranged" on the spine other than horizontal black lines. This is not "original."*

K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK  99501-1971
907.276-1969 / Facsimile 907.276-1365

K:\55853\00001\BCK\BCK_P210K  3/7/07 4:41 PM

Exhibit  1

8  of  16

**INTERROGATORY NO. 8**: For each of the elements of the Alaska Map Photo Album design that Arctic Circle identified in its responses to AJMC's Interrogatory No. 6 as being present in at least substantially similar form in the AJMC Photo Album, please explain the complete factual basis of your claim, if any, that the AJMC Photo Album does not contain the element in at least substantially similar form, including without limitation the complete factual basis for any claim that the named element is not expressive or not objectively similar to the named element of the Alaska Map Photo Album design.

**RESPONSE**: ACE has exceeded the number of allowed Interrogatories under Fed. R. Civ. P. 33(a) without obtaining leave of the court. This Interrogatory alone has 24 discrete subparts. AJMC further objects to this Request to the extent it seeks information protected by attorney/client privilege and/or work product privilege. Moreover, AJMC objects to this Request to the extent it calls for legal conclusions and contentions rather than discovery of facts.

ACE's Response to Interrogatory No. 6:

1. the subject matter of the photo album;
2. color, texture, and material of the cover on the photo album;
3. cover stitching and the placement, color, visibility, contrast, and style thereof;
4. depiction of a relief map of Alaska on a photo album;
5. depiction of a relief map of Alaska with a compass rose on a photo album
6. depiction of a relief map of Alaska with a compass rose and the Arctic Circle on a photo album;
7. depiction of a relief map with a compass rose and the Arctic Circle with symbols of Alaska on a photo album
8. the script used in the compass rose on a photo album

K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

-9-

K:\55853\00001\BCK\BCK_P210K  3/7/07 4:41 PM



9.  arrangement of a relief map and symbols of Alaska
10. coloring of the relief map, compass rose, and the Arctic Circle;
11. choice of geographic names, including the combination of Alaska, Ketchikan, Sitka, Juneau, Skagway, Haines, Valdez, Anchorage, Seward, Kodiak, Homer, Kenai, Naknek, King Salmon, the Gulf of Alaska, Bristol Bay, the Pacific Ocean, Mt. McKinley, Fairbanks, Norton Sound, Nome, Kotebue, Barrow, Prudhoe Bay, and the Arctic Circle on a photo album;
12. layout, configuration, relative size, and placement of the relief map on the photo album;
13. depiction of a float plane as a symbol of Alaska on a photo album; and depiction of an eagle as a symbol of Alaska on a photo album
14. prominent display of the text "Alaska" on a photo album;
15. the text "Alaska" with a relief map and symbols of Alaska on a photo album;
16. the test "Alaska" with a relief map and symbols of Alaska and a compass rose on a photo album;
17. the arrangement of elements in a portrait format;
18. the 100-pocket photo album format;
19. the 100-pocket photo album format with a black liner and black photo sleeves;
20. incorporating the cover design on the back cover;
21. the use of 50 double-sided photo sleeves;
22. the use of mesh backing within the photo sleeves;
23. the material used as the clear cover on each photo sleeve; and
24. the location of the opening in each photo sleeve at the top of the album.

**INTERROGATORY NO. 9**: Please explain the complete factual basis of your claim, if any, that AJMC's infringement was not willful.

**RESPONSE**:  By virtue of its previous interrogatories ACE has exceeded its allotted number of requests absent permission from the Court and AJMC objects to its attempt to circumvent the Federal Rules of Civil Procedure.  Further, AJMC objects to this Request to the extent it seeks information protected by attorney/client privilege

K& L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

-10-

K:\55853\00001\BCK\BCK_P210K  3/7/07 4:41 PM

Exhibit ____
10    16

and/or work product immunity. Moreover, AJMC objects to this Request to the extent it calls for legal conclusions and contentions rather than discovery of facts. Moreover, AJMC objects to the extent that ACE is attempting to exceed the number of Interrogatory allowable by the federal rules of civil procedure absent leave from the court.

**INTERROGATORY NO. 10:** Please explain the complete factual basis of your claim, if any, that AJMC should not be compelled to pay Arctic Circle's attorneys fees.

**RESPONSE:** By virtue of its previous interrogatories ACE has exceeded its allotted number of requests absent permission from the Court and AJMC objects to its attempt to circumvent the Federal Rules of Civil Procedure. Further, AJMC objects to this Request to the extent it seeks information protected by attorney/client privilege and/or work product immunity. Moreover, AJMC objects to this Request to the extent it calls for legal conclusions and contentions rather than discovery of facts.

**INTERROGATORY NO. 11:** Please explain the complete factual basis of your claim, if any, that Arctic Circle should be compelled to pay AJMC's attorneys fees.

**RESPONSE:** By virtue of its previous interrogatories ACE has exceeded its allotted number of requests absent permission from the Court and AJMC objects to its attempt to circumvent the Federal Rules of Civil Procedure. AJMC objects to this Request to the extent it seeks information protected by attorney/client privilege and/or

K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

-11-

K:\55853\00001\BCK\BCK_P210K  3/7/07 4:41 PM



work product immunity. AJMC further objects to this Request to the extent it calls for legal conclusions and contentions rather than discovery of facts.

**INTERROGATORY NO. 12**: For each instance in which your response to a Request in the Requests for Admission, served herewith, is anything less than an unequivocal admission, please explain the complete factual basis of your denial.

      **RESPONSE**: By virtue of its previous interrogatories ACE has exceeded its allotted number of requests absent permission from the Court and AJMC objects to its attempt to circumvent the Federal Rules of Civil Procedure. AJMC objects to this Request to the extent it seeks information protected by attorney/client privilege and/or work product immunity.

**INTERROGATORY NO. 13**: Please identify all communications you had with Hayes Specialties, including any of its agents, affiliates and representatives, regarding the AJMC Photo Album, including without limitation, all communications regarding the design, configuration, color, and sample production related to the AJMC Photo Album.

      **RESPONSE**: By virtue of its previous interrogatories ACE has exceeded its allotted number of requests absent permission from the Court and AJMC objects to its attempt to circumvent the Federal Rules of Civil Procedure. AJMC objects to this

**K&L GATES** LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

-12-

12-16

Request as overly broad and unduly burdensome. In addition, this request is duplicative of other discovery inquiries.

**INTERROGATORY NO. 14:** Please describe in detail any sample photo albums, including any art work, design, or image related to a photo album, that you sent to Hayes Specialties before January 5, 2006.

**RESPONSE:** By virtue of its previous interrogatories ACE has exceeded its allotted number of requests absent permission from the Court and AJMC objects to its attempt to circumvent the Federal Rules of Civil Procedure.

**INTERROGATORY NO. 15:** Please describe in detail your unit sales and revenue for the AJMC Photo Album, including without limitation, the revenue, profit, and unit sales of AJMC Photo Albums that had been purchased from Tandem Imports LLC, and the number of AJMC Photo Albums sold, and the revenue, profit, and unit sales of AJMC Photo Albums that had been purchased from Hayes Specialties.

**RESPONSE:** By virtue of its previous interrogatories, ACE has exceeded its allotted number of requests absent permission from the Court and AJMC objects to its attempt to circumvent the Federal Rules of Civil Procedure.

**INTERROGATORY NO. 16:** Please explain the complete factual basis for your claim, if any, that you are not infringing Arctic Circle's U.S. Copyright Nos. VAu

K& L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

-13-

K:\55853\00001\BCK\BCK_P210K  3/7/07 4:41 PM



567-176 and VAu 567-176 by virtue of ownership in any rights purchased, licensed, or otherwise obtained from Indian Arts and Crafts and/or Mr. Steve Hogberg.

**RESPONSE**:  By virtue of its previous interrogatories, ACE has exceeded its allotted number of requests absent permission from the Court and AJMC objects to its attempt to circumvent the Federal Rules of Civil Procedure.  AJMC objects to this Request to the extent it seeks information protected by attorney/client privilege and/or work product privilege.

The undersigned attorney for Defendants, has read the foregoing answers to First Interrogatories to Defendant, and they are in compliance with Fed. R. Civ. P. 26(g).

DATED this _____ day of March, 2007.

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP

By_____
J. Michael Keyes, *Pro Hac Vice*
Email: mike.keyes@klgates.com
Brooke Kuhl, *Pro Hac Vice*
Email: brooke.kuhl@klgates.com
618 West Riverside Avenue, #300
Spokane, WA  99201
Telephone No.: 509-624-2100

Paul L. Davis, #7406035
Email: paul.davis@klgates.com
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK  99501-1971
Telephone No.: 907-276-1969

Attorneys for Defendant
Alaska-Juneau Mining Company LLC

K:\55853\00001\BCK\BCK_P210K  3/7/07 4:41 PM

K& L GATES LLP
420 L Street, Suite 400
Anchorage, AK  99501-1971
907.276-1969 / Facsimile 907.276-1365

STATE OF WASHINGTON    )
                                         : ss
COUNTY OF _____            )

    The undersigned, being first duly sworn, on oath deposes and says:  I am the

_____ of Defendant Alaska Juneau Mining Company,

and am authorized to sign on behalf of said Defendant.  I have read the foregoing

Answers to Interrogatories, know the contents thereof, and believe the same to be true

and correct.

                         _____

    SIGNED AND SWORN TO this _____ day of March, 2007, by David Coates.

                         _____
                         NOTARY PUBLIC

                         [Handwritten name]
                         My appointment expires: _____

K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

K:\55853\00001\BCK\BCK_P210K   3/7/07 4:41 PM

15  16

*Brooke Kuhl*

## CERTIFICATE OF SERVICE

~~J. Michael Keyes~~ declares as follows:

I am and at all times hereinafter mentioned was a citizen of the United States, a resident of the State of Washington, over the age of 21 years, and competent to be a witness in the above action, and not a party thereto; that I effected the service on the 7th day of March, , 2007, by delivering to and leaving a true and correct copy of the foregoing **PLAINTIFF ARCTIC CIRCLE ENTERPRISES' FIRST INTERROGATORIES TO DEFENDANT** *With Responses,* in the manner described to the individuals listed below:

J James N. Leik, jleik@perkinscoie.com
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501
Service by email and U.S. Mail, postage prepaid


Ramsey M. Al-Salam, RalSalam@perkinscoie.com
Ryan McBrayer, RMcBrayer@perkinscoie.com
Perkins Coie, LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Service by email and U.S. Mail, postage prepaid

_J. Michael Keyes_

*Brooke Kuhl*

**K&L GATES** LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

-2-

K:\55853\00001\BCK\BCK_P210K  3/7/07 4:41 PM

Exhibit 1
16 of 16