James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
Tel: (907) 279-8561/Fax: (907) 276-3108
jleik@perkinscoie.com

Ryan J. McBrayer (*Pro Hac Vice*)
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101
Tel: (206) 359-8000/Fax: (206) 39-9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff Arctic Circle Enterprises, LLC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| ARCTIC CIRCLE ENTERPRISES, LLC., | |
|---|---|
| Plaintiff, | Case No. 3:06-cv-170- (TMB) |
| v. | |
| ALASKA JUNEAU MINING COMPANY LLC, | |
| Defendant. | |

**DECLARATION OF KYAN OLANNA IN SUPPORT OF MOTION TO COMPEL**

I, Kyan Olanna, state that the following is true and correct:

1. I am one of the attorneys for Arctic Circle Enterprises, LLC in the above captioned case.

DECLARATION OF KYAN OLANNA
IN SUPPORT OF MOTION TO COMPEL      - 1 -
59840-0003/LEGAL13243392.1

2.     I attempted to resolve the matter in controversy with opposing counsel without success.

3.     As part of these efforts, I sent a letter to and spoke with Brooke Kuhl, attorney for Alaska Juneau Mining Company, LLC ("AJMC"), and exchanged email on May 15, 2007.  A true and correct copy of my communication to Ms. Kuhl is attached as Exhibit A.

4.     Ms. Kuhl and I met and conferred on three occasions on May 15, 2007 regarding AJMC's willingness, if any, to promptly supplement its responses to Arctic Circle's interrogatories.  I clarified that Arctic Circle was only seeking a response to Interrogatory No.s 8-11 and No. 13.

5.     Ms. Kuhl refused on behalf of AJMC to provide any supplementary responses to those Interrogatories.

6.     Ms. Kuhl told me during our several meetings that AJMC they counted Interrogartory No. 3 as having three subparts and Nos. 4-6 as having two subparts each. for Rule 33(a) purposes.  Ms. Kuhl refused to readdress these assertions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

DATED at Anchorage, Alaska, this 17th day of May, 2007.

/s/ Kyan Olanna
Kyan Olanna

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

DECLARATION OF KYAN OLANNA
IN SUPPORT OF MOTION TO COMPEL     - 2 -
59840-0003/LEGAL13243392.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 17, 2007, I electronically filed the foregoing Declaration of Kyan Olanna in Support of Motion to Compel with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Gregory F. Wesner<br>gwesner@klgates.com<br>K&L Gates LLP<br>925 4th Ave Suite 2900<br>Seattle WA 98104<br>Ph: (206) 370-6746<br>Fax: (206) 370-6319 | J. Michael Keyes, Esq.<br>jmkeyes@klgates.com<br>Brook C. Kuhl<br>brooke.kuhl@klgates.com<br>K&L Gates LLP<br>W. 601 Riverside, Suite 1400<br>Spokane, WA 99201<br>Ph: (509) 241-1527<br>Fax: (509) 444-7863 |
| Paul L. Davis, Esq.<br>davisp@klgates.com<br>K&L Gates LLP<br>420 L Street, Suite 400<br>Anchorage, AK 99501-1937<br>Ph: (907) 777-7609<br>Fax: (907) 777-7009 | |

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

DECLARATION OF KYAN OLANNA
IN SUPPORT OF MOTION TO COMPEL     - 3 -
59840-0003/LEGAL13243392.1