

1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
PHONE: 907.279.8561
FAX: 907.276.3108
www.perkinscoie.com

Kyan Olanna
Associate
PHONE: (907) 279-8561
EMAIL: KOlanna@perkinscoie.com

May 10, 2007

**VIA FACSIMILE AND EMAIL**

Brooke Castle Kuhl
K&L Gates
618 West Riverside Avenue, Suite 300
Spokane, WA 99201-0602

Re:   **AJMC's Answers to Plaintiff ACE's First Interrogatories**
       **Client-Matter No. 59840-0003**

Dear Ms. Kuhl:

We have received AJMC's answers to ACE's first interrogatories and do not believe that your objections to interrogatories 8-16 are valid. AJMC objected to these interrogatories based on the allegation that ACE served more than twenty-five interrogatories, including discrete subparts.

In counting ACE's interrogatories, AJMC apparently counted every piece of information specifically requested in each interrogatory regardless of whether the pieces of information sought were logically and factually related to each other (i.e., the pieces of information relate to a common theme). See *Cardenas v. Dorel Juvenile Group, Inc.*, 231 F.R.D. 616, 620 (D.Kan. 2005) ("[T]he fact that it seeks this information about multiple alleged design defects does not turn it into multiple interrogatories."); *Swackhammer v. Sprint Corp. PCS*, 225 F.R.D. 658, 664 (D. Kan. 2004) ("[A]n interrogatory containing subparts directed at eliciting pertains concerning a 'common theme' should generally be considered a single question."); *Benas v. Baca*, Not Reported in F.Supp.2d, 2003 WL 21697750 at * 2 (C.D. Cal. 2003).

In interrogatory 7, ACE requested an explanation of the factual basis of AJMC's claim that the elements of the photo album design were not original and specified that this

Exhibit 4
Page 1 of 2

59840-0003/LEGAL13230776.1

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES
MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.

Perkins Coie LLP and Affiliates

...

Brooke Castle Kuhl
May 10, 2007
Page 2

information should be provided for eighteen design elements. While eighteen elements were specified in the interrogatory, these do not count as multiple interrogatories, because they relate to one central issue or common theme.

Accordingly, ACE asks AJMC to supplement its interrogatory responses to fully provide the requested information. If you are not able to provide complete disclosure of the requested information, then I ask that we meet and confer Tuesday May 15th at 2 PM Alaska Time. If this meeting time is not convenient to you, please let me know what time would work better for you.

Sincerely,

Kyan Olanna
Associate

KO:ko

Exhibit A
Page 2 of 2