James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
Tel: (907) 279-8561/Fax: (907) 276-3108
jleik@perkinscoie.com

Ryan J. McBrayer (*Pro Hac Vice*)
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
Tel: (206) 359-8000/Fax: (206) 39-9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff Arctic Circle Enterprises, LLC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC.,<br><br>            Plaintiff,<br><br>v.<br><br>ALASKA JUNEAU MINING COMPANY LLC,<br><br>            Defendant. | Case No. 3:06-cv-170- (TMB) |

**GOOD FAITH CERTIFICATE**

All counsel certify that they have conferred in good faith to resolve the issues

in question and that it is necessary to file the following motion: Motion To Compel

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

GOOD FAITH CERTIFICATE                - 1 -
59840-0003/LEGAL13243507.1

Alaska Juneau Mining Company To Answer Arctic Circle Enterprises' First Interrogatories.

☐ The motion is unopposed by all parties.

☐ The motion is unopposed by: _____

☒ The motion is opposed by:  <u>Alaska Juneau Mining Company LLC</u>

The parties agree that oppositions to the motion and any reply are to be served and filed as provided in D.Ak. LR 7.1.

DATED: May 17, 2007.

**PERKINS COIE LLP**

By */s/ James N. Leik*
James N. Leik
Ryan McBrayer (*Pro Hac Vice*)
Attorneys for Plaintiff Arctic Circle Enterprises, LLC

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

GOOD FAITH CERTIFICATE        - 2 -
59840-0003/LEGAL13243507.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 17, 2007, I electronically filed the foregoing Arctic Circle Enterprises, LLC's Motion to Compel with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Gregory F. Wesner<br>gwesner@klgates.com<br>K&L Gates LLP<br>925 4th Ave Suite 2900<br>Seattle WA 98104<br>Ph: (206) 370-6746<br>Fax: (206) 370-6319 | J. Michael Keyes, Esq.<br>jmkeyes@klgates.com<br>Brook C. Kuhl<br>brooke.kuhl@klgates.com<br>K&L Gates LLP<br>W. 601 Riverside, Suite 1400<br>Spokane, WA 99201<br>Ph: (509) 241-1527<br>Fax: (509) 444-7863 |
| Paul L. Davis, Esq.<br>davisp@klgates.com<br>K&L Gates LLP<br>420 L Street, Suite 400<br>Anchorage, AK 99501-1937<br>Ph: (907) 777-7609<br>Fax: (907) 777-7009 | |

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

GOOD FAITH CERTIFICATE   - 3 -
59840-0003/LEGAL13243507.1