James N. Leik, Alaska Bar No. 8111109
Kyan Olanna, Alaska Bar No. 0405024
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108
JLeik@perkinscoie.com
KOlanna@perkinscoie.com

Ryan J. McBrayer (*Pro Hac Vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359-8000
Facsimile: 206.359.9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff
Arctic Circle Enterprises, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA JUNEAU MINING COMPANY LLC,<br><br>Defendant. | Case No. 3:-06-CV-170 (TMB) |

### DECLARATION OF RYAN MCBRAYER IN SUPPORT OF ARCTIC CIRCLE'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE

I, RYAN McBRAYER declare as follows:

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

1. I am counsel for plaintiff Arctic Circle Enterprises, LLC ("Arctic Circle"). I make this Declaration on personal knowledge. I am a competent witness to give testimony as to the facts set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Defendant's Reply to Plaintiff's Certification of Readiness for Trial filed by the Defendants in *Arctic Circle Enterprises, Inc. v. Sandy Roth, et al.*, Case No. A03-139 CV(JWS) ("Roth Litigation") at Docket No. 158.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Defendant's Reply to Plaintiff's Roth and Tandem's Motion to Dismiss Trade Dress Claims on the Pleadings filed by the Defendants in the Roth Litigation at Docket No. 128. Exhibits 1 and 2 depict the names, addresses and law firms of the counsel in the Roth Litigation.

4. We were prompted by remarks in AJMC's Motion for Summary Judgment, filed March 29, 2007, to investigate certain facts. We discovered the emails and attachments between Mr. Bookman and Mr. Kagan (attached as Exhibit 21 to my declaration in this case at Docket No. 58 -- the "Bookman/Kagan Emails") on April 10, 2007. We promptly reviewed the documents and produced them via electronic mail the same day.

5. Attached hereto as Exhibit 3 are the letter and email I sent to Mr. Mike Keyes and Ms. Brooke Kuhl, counsel for AJMC, on April 10, 2007, in which Arctic Circle produced the Bookman/Kagan Emails.

6. I received no response from Mr. Keyes or Ms. Kuhl regarding my invitation in Exhibit 3 to discuss the documents and how the parties might address them.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

Arctic Circle v. Alaska Juneau Mining Co.        -2-
Case No. 3:06-cv-0170-TMB
59840-0003/LEGAL13240412.1

7. I again invited Mr. Keyes and Ms. Kuhl to discuss any concerns by AJMC regarding the Bookman/Kagan Emails. Attached hereto as Exhibit 4 is a true and correct copy of the letter I sent to Mr. Keyes inviting that discussion.

8. Attached hereto as Exhibit 5 is a true and correct copy of the letter I received from Mr. Keyes in response to my Exhibit 4 letter.

9. Mr. Keyes and I next discussed the Bookman/Kagan Emails during a phone conference on April 30, 2007. Mr. Keyes sought an extension of AJMC's briefing deadline in the subject motion. I told Mr. Keyes that we were willing to discuss any prejudice AJMC felt it suffered from the timing of our disclosure and that we were willing to explore follow-up discovery or other proposals AJMC might have. I also told Mr. Keyes that the extension allowed more time for any discovery and that we believed a Motion to Strike would be unfortunate given that the parties had more than a month following the production of the Bookman/Kagan Emails to address any issues. Mr. Keyes thanked me for our offer and suggested no additional discovery or other remedy.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

EXECUTED at Seattle, Washington, this 21st day of May, 2007.

_____
Ryan J. McBrayer

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

Arctic Circle v. Alaska Juneau Mining Co.    -3-
Case No. 3:06-cv-0170-TMB
59840-0003/LEGAL13240412.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 21, 2007, I electronically filed the foregoing Declaration of Ryan McBrayer in Support of Arctic Circle's Opposition to Defendant's Motion to Strike with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Gregory F. Wesner  
gwesner@klgates.com  
K&L Gates LLP  
925 4th Ave Suite 2900  
Seattle WA 98104  
Ph: (206) 370-6746  
Fax: (206) 370-6319

J. Michael Keyes, Esq.  
jmkeyes@klgates.com  
Brook C. Kuhl  
brooke.kuhl@klgates.com  
K&L Gates LLP  
W. 601 Riverside, Suite 1400  
Spokane, WA 99201  
Ph: (509) 241-1527  
Fax: (509) 444-7863

Paul L. Davis, Esq.  
davisp@klgates.com  
K&L Gates LLP  
420 L Street, Suite 400  
Anchorage, AK 99501-1937  
Ph: (907) 777-7609  
Fax: (907) 777-7009

Dated: May 21, 2007.

/s/ Ryan J. McBrayer  
Ryan J. McBrayer

PERKINS COIE LLP  
1029 West Third Avenue, Suite 300  
Anchorage, AK 99501-1981  
907.279.8561 / Facsimile 907.276.3108