# Exhibit 2

**Exhibit 2 - 1**

Kenneth S. Kagan
Carney Badley Spellman, P.S.
700 Fifth Avenue, #5800
Seattle, WA 98104-5017
Telephone:   (206) 622-8020
Facsimile:   (206) 622-8983

The Honorable J. W. Sedwick

**RECEIVED**

FEB 08 2005

**PERKINS COIE**

Attorneys for Sandy Roth; Tandem Imports, Inc.;
and Keystar International, Ltd.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

ARCTIC CIRCLE ENTERPRISES, INC.,

    Plaintiff,

vs.

SANDY ROTH and TANDEM IMPORTS, INC., a Washington Corporation, and KEYSTAR INTERNATIONAL, LTD.,

    Defendants.

Case No. A03-139 CV (JWS)

## DEFENDANTS' REPLY TO PLAINTIFF'S CERTIFICATION OF READINESS FOR TRIAL

Defendants are in receipt of Plaintiff's Certification of Readiness for Trial, filed with this Court on or about February 1, 2005. Unfortunately, counsel for plaintiff and counsel for defendants were unable to confer prior to plaintiff's counsel's departure.

Defendants are substantially in agreement, but not complete agreement.

---

DEFENDANTS' REPLY TO
PLAINTIFF'S CERTIFICATION OF
READINESS FOR TRIAL – 1
A03-139 CV (JWS)
rot004 0001 gb043301 2/4/05

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

**Exhibit 2 - 2**

## DEFENDANTS' POSITION WITH RESPECT TO READINESS

1. Defendants agree that discovery is complete.

2. Defendants agree that there are no outstanding motions or procedural issues, other than the following:

   a. This Court has yet to rule on plaintiff's "Motion to Allow Late Opposition" (regarding defendants' motions relating to the injunction and the injunction bond) and defendants' opposition thereto; and

   b. The Court has yet to rule on defendants' motions regarding the injunction and the injunction bond.

3. Settlement has been explored, and defendants agree that settlement, while somewhat remote, is still possible.

4. Defendants agree to participate in a judicial settlement conference to be set by the Court, but believe that in order for the conference to be meaningful, and for the conference to have a beneficial outcome, it needs to be scheduled for a date that is at least 90 days, and preferably, at least 120 days, prior to the trial date.

5. Defendants' lead counsel will be unavailable for the entire month of July, 2005, in that he and his family will be out of the country on a long-awaited vacation. Defendants' co-counsel will be unavailable for most of the months of August and September, 2005, due to family matters of a personal nature.

DEFENDANTS' REPLY TO
PLAINTIFF'S CERTIFICATION OF
READINESS FOR TRIAL – 2
A03-139 CV (JWS)
rot004 0001 gb043301 2/4/05

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Exhibit 2 - 3

1  6. For those reasons, defendants would be available to try this case in June or
2  October, 2005.

3  DATED this 4th day of February, 2005.

CARNEY BADLEY SPELLMAN, P.S.

By _____
   Kenneth S. Kagan
   Washington State Bar No. 12983


CHRISTENSEN O'CONNOR JOHNSON KINDNESS, PLLC

By _____
   Gregory F. Wesner
   Washington State Bar No. 30241


MARSTON & COLE, P.C.

By _____
   Erin B. Marston
   Alaska State Bar No. 8511177
   Brent Cole
   Alaska State Bar No.

Attorneys for Defendants Sandy Roth, Tandem Imports, Inc. and Keystar International, Ltd.

DEFENDANTS' REPLY TO
PLAINTIFF'S CERTIFICATION OF
READINESS FOR TRIAL – 3
A03-139 CV (JWS)
rot004 0001 gb043301 2/4/05

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

Exhibit 2 - 4

I HEREBY CERTIFY that on the 4th day of February, 2005, a true and correct copy of the foregoing document was mailed via U.S. Mail, First Class, for service on:

Bruce A. Bookman
Bookman & Helm, LLP
810 "N" Street, #200
Anchorage, AK 99501

Ryan McBrayer
Perkins Coie LLP
1201 Third Avenue, #4800
Seattle, WA 98101

*/s/ Erin B. Marston*
Erin B. Marston

---

DEFENDANTS' REPLY TO
PLAINTIFF'S CERTIFICATION OF
READINESS FOR TRIAL – 4
A03-139 CV (JWS)
rot004 0001 gb043301 2/4/05

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

**Exhibit 2 - 5**