# Exhibit 3

**Exhibit 3 - 1**



Ryan J. McBrayer
PHONE (206) 359-3073
FAX   (206) 359-4073
EMAIL RMcBrayer@perkinscoie.com

1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
PHONE 206.359.8000
FAX   206.359.9000
www.perkinscoie.com

April 10, 2007

VIA EMAIL

Mr. Michael F. Keyes, Esq.
K&L Gates LLP
618 W Riverside, Suite 300
Spokane, WA 99201

Re:   Arctic Circle Enterprises LLC v. Alaska-Juneau Mining Company LLC
      Case No. 3:06-cv-170 (TMB)

Dear Mike:

Please find enclosed documents marked ACE 000687-719 regarding the negotiations between counsel for Arctic Circle and Sandy Roth regarding the Settlement Agreement in *Arctic Circle Enterprises Inc. v. Sandy Roth, et al.* We obtained these documents for the first time today after we were prompted by certain claims in your recent motion for summary judgment. Although they are not responsive to any discovery request by Alaska Juneau Mining Company, we want to promptly supplement our production.

We note that Mr. Wesner received at least some of these documents during the course of his representation of Ms. Roth in that lawsuit. Mr. Wesner received at least the most probative modifications of the Agreement at ACE000702-710 and 711-719. Should these documents enable you to discover additional documents in your own possession, please disclose them with equal speed.

Please contact me at your convenience to discuss these documents and how the parties can address their importance to your release defense and your pending motion.

Very truly yours,

Ryan J. McBrayer

cc:   Brooke C. Kuhl

**Exhibit 3 - 2**

59840-0003/LEGAL13155066.1

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES
MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.

Perkins Coie LLP and Affiliates

## McBrayer, Ryan J. (Perkins Coie)

| | |
|---|---|
| **From:** | McBrayer, Ryan J. (Perkins Coie) |
| **Sent:** | Tuesday, April 10, 2007 4:20 PM |
| **To:** | Keyes, J. Michael; 'Kuhl, Brooke C.' |
| **Cc:** | Olanna, Kyan (Perkins Coie); Stewart, Renee; Harnett, Rosemary; Cutler, Joseph P. (Perkins Coie) |
| **Subject:** | Supplemental Production in ACE v. AJMC |
| **Attachments:** | L-Michael Keyes re ACE 000687-719.pdf |

Mike and Brooke,
Please see the attached letter and supplemental production. To make things easy, please see paragraph 2(c) in the initial draft agreement on page ACE000691 and its removal - specifically bargained for by ACE - at ACE000706. As I note in our letter, we were prompted by arguments in your summary judgment motion and saw these for the first time today.

Please contact me if you would like to discuss any concern regarding these documents.

Best Regards,
**Ryan McBrayer**
Perkins Coie LLP
1201 3rd Ave, Suite 4800
Seattle, WA 98101-3099
Phone    (206) 359-3073
Direct fax  (206) 359-4073

L-Michael Keyes re
 ACE 000687-...

**Exhibit 3 - 3**

1