# Exhibit 4

**Exhibit 4 - 1**



Ryan J. McBrayer
PHONE (206) 359-3073
FAX (206) 359-4073
EMAIL RMcBrayer@perkinscoie.com

1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
PHONE 206.359.8000
FAX 206.359.9000
www.perkinscoie.com

April 17, 2007

*VIA EMAIL AND U.S. MAIL*

Michael Keyes, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
618 West Riverside, Suite 300
Spokane, WA, 99201-0602

Re:   **Conference Regarding Negotiation History Documents**

Dear Mike:

We have received no response to our letter and my e-mail inviting your comments and concerns, if any, regarding the documents Artic Circle produced from the negotiation history of the Roth Settlement Agreement. We believe the parties should take a proactive approach to resolving any disputes and accomplishing any required follow-up. To the extent Alaska Juneau Mining Company has concerns regarding our production, you should raise them now while we have greater opportunity to resolve your concerns. We hope Alaska Juneau Mining Company is not wasting the intervening multi-week opportunity to discuss and potentially conduct additional targeted discovery. A Motion to Strike would be unwarranted and unfortunate given the available time period and our willingness to discuss your concerns.

Please contact me at your soonest convenience to discuss and resolve any concerns you have regarding the negotiation history documents.

Very truly yours,

Ryan J. McBrayer

RJM:cbf

59840-0004/LEGAL13169514.1

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES
MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
Perkins Coie LLP and Affiliates

**Exhibit 4 - 2**