# Exhibit 5

**K&L|GATES**

Kirkpatrick & Lockhart Preston Gates Ellis LLP
618 West Riverside Avenue
Suite 300
Spokane, WA 99201-0602

T 509.624.2100   www.klgates.com

April 18, 2007

Mr. Ryan J. McBrayer
Perkins Coie LLP
1201 3rd Avenue, #4800
Seattle, WA 98101-3099

    *Re:    Supplemental production by ACE*

Dear Mr. McBrayer:

    Thank you for your correspondence of April 10, 2007 and the follow-up letter that you sent yesterday requesting a conference to discuss your recent "supplemental" production. I have now had an opportunity to review both of your letters and accompanying material yesterday, as I out last week presenting at the American Bar Association's Annual Intellectual Property Law Conference in Arlington, VA.

    I am not certain that there is anything to discuss here, Ryan, but I am happy to talk with you if you feel the need to do so. From our perspective, your client has purported to produce documents nearly 45 days after the discovery cut off. Both you and ACE have been aware of AJMC's position regarding the Roth settlement since August 16, 2006, when I sent you a letter detailing why the Roth settlement precludes the present claim against AJMC. Accordingly, this "supplemental" production should have been produced initially back in September 2006 pursuant to the court's scheduling order regarding exchange of Fed. R. Civ. Pro. 26(a) material.

    Notwithstanding the procedural irregularities with this production, these documents further underscore the central malady that plagues your client's claim against AJMC. Should ACE choose to use these documents in responding to the motion for summary judgment, AJMC will respond in whatever way it deems appropriate at that juncture.

**Exhibit 5 - 2**

Ryan J. McBrayer
April 18, 2007
Page 2

      Please let me know if you have any questions or need anything further from me. Thank you for your continued courtesy and I hope that you had a nice vacation with your family and a successful argument before the Federal Circuit.

Sincerely,

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By *[signature]*
  J. Michael Keyes

cc:    Dave Coates
        Greg Wesner
        Brooke Kuhl

K:\55853\00001\XRH\XRH_L254Q

**Exhibit 5 - 3**