James N. Leik, Alaska Bar No. 8111109
Kyan Olanna, Alaska Bar No. 0405024
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:  907.279.8561
Facsimile:  907.276.3108
JLeik@perkinscoie.com
KOlanna@perkinscoie.com

Ryan J. McBrayer (*Pro Hac Vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone: 206.359-8000
Facsimile:  206.359.9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff
Arctic Circle Enterprises, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA JUNEAU MINING COMPANY LLC,<br><br>Defendant. | Case No. 3:-06-CV-170 (TMB) |

**DECLARATION OF
BRUCE BOOKMAN IN SUPPORT OF ARCTIC CIRCLE
ENTERPRISE LLC'S OPPOSITION TO DEFENDANT'S
MOTION TO STRIKE AND IN SUPPORT OF ARCTIC
CIRCLE ENTERPRISE LLC'S CROSS-MOTION FOR
SUMMARY JUDGMENT**

I, BRUCE BOOKMAN declare as follows:

Arctic Circle v. Alaska Juneau Mining Co.                    -1-
Case No. 3:06-cv-0170-TMB
59840-0003/LEGAL13240425.1

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

1.     I am a partner in the firm of Bookman and Helm LLC in Anchorage, Alaska.  I have been an attorney in the state of Alaska for 40 years and have been admitted to this Court for 39 years.

**Part I**

2.     I was counsel of record for Arctic Circle Enterprises, Inc. in *Arctic Circle Enterprises, Inc. v. Sandy Roth et al.*, Case No. A03-139CV (JWS) that was filed in this District in 2003.

3.     Ryan McBrayer of Perkins Coie LLP in Seattle, Washington, also represented Arctic Circle Enterprises, Inc. in that action.

4.     Ms. Roth and the other defendants had several attorneys during the course of the litigation, but she was primarily represented by Mr. Ken Kagan of Carney Badley Spellman PS in Seattle, Washington.  Ms. Roth was also represented by Mr. Gregory Wesner of Christensen O'Connor Johnson Kindness PLLC in Seattle, Washington.

5.     During the course of my representation, I regularly corresponded with Mr. Kagan.  My correspondence with Mr. Kagan over email was directed to him at "kagan@carneylaw.com."  I understand from my representation of Arctic Circle in that matter that Mr. Wesner's email address was "wesnerg@cojk.com."  The email address from which I corresponded with Mr. Kagan and Ms. Roth's other attorneys during the course of *Arctic Circle v. Roth* was "bbookman@bookman-helm.com."

**Part II**

6.     Attached hereto as Exhibit 1 is a true and correct copy of the emails and attachments that Mr. Kagan and I sent to each other in April 2005, while we negotiated the Settlement Agreement in *Arctic Circle v. Roth*.  At the time these emails were received and sent, they were stored by me without change in my

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

computer files in the ordinary course of my business as an attorney.  The emails in Exhibit 1 that are shown in the address block to have been transmitted by me were, in fact, transmitted by me from my email account discussed in paragraph 5 above.  The emails depicting me as the recipient were received by me on the respective date in each email at my email account discussed in paragraph 5 above.

7.    The attachments to the emails in Exhibit 1 were attached and received as depicted in the email.  The drafts of the Settlement Agreement attached within Exhibit 1 are true and correct copies of the drafts that Mr. Kagan and I transmitted to each other.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

EXECUTED at Anchorage, Alaska, this 21st day of May, 2007.

Bruce Bookman

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
907.279.8561 / Facsimile 907.276.3108

Arctic Circle v. Alaska Juneau Mining Co.                    -3-
Case No. 3:06-cv-0170-TMB
59840-0003/LEGAL13240425.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 21, 2007, I electronically filed the foregoing Supplemental Declaration of Bruce Bookman in Support of Arctic Circle Enterprises, LLC's Opposition to Defendant's Motion to Strike and in Support of Arctic Circle Enterprises, LLC's Cross-Motion for Summary Judgment with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Gregory F. Wesner
gwesner@klgates.com
K&L Gates LLP
925 4th Ave Suite 2900
Seattle WA 98104
Ph: (206) 370-6746
Fax: (206) 370-6319

J. Michael Keyes, Esq.
jmkeyes@klgates.com
Brook C. Kuhl
brooke.kuhl@klgates.com
K&L Gates LLP
W. 601 Riverside, Suite 1400
Spokane, WA 99201
Ph: (509) 241-1527
Fax: (509) 444-7863

Paul L. Davis, Esq.
davisp@klgates.com
K&L Gates LLP
420 L Street, Suite 400
Anchorage, AK 99501-1937
Ph: (907) 777-7609
Fax: (907) 777-7009

Dated: May 21, 2007.

/s/ Ryan J. McBrayer
Ryan J. McBrayer

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

Arctic Circle v. Alaska Juneau Mining Co.                    -4-
Case No. 3:06-cv-0170-TMB
59840-0003/LEGAL13240425.1

James N. Leik, Alaska Bar No. 8111109
Kyan Olanna, Alaska Bar No. 0405024
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:  907.279.8561
Facsimile:  907.276.3108
JLeik@perkinscoie.com
KOlanna@perkinscoie.com

Ryan J. McBrayer (*Pro Hac Vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone: 206.359-8000
Facsimile:  206.359.9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff
Arctic Circle Enterprises, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC, | Case No. 3:-06-CV-170 (TMB) |
| Plaintiff, | |
| v. | |
| ALASKA JUNEAU MINING COMPANY LLC, | |
| Defendant. | |

## DECLARATION OF BRUCE BOOKMAN

Exhibit 1 is withheld pursuant to Protective Order of February 6, 2007, because it is designated as "ATTORNEYS' EYES ONLY."  Exhibit 1 will be provided to counsel and courtesy copy to Honorable Timothy M. Burgess.

59840-0003/LEGAL13250102.1

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
907.279.8561 / Facsimile 907.276.3108