**Paul L. Davis**
Email: paul.davis@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Phone: 907-276-1969
Fax: 907-276-1365

**Gregory Wesner**
Email: gregory.wesner@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: 206-623-7580
Fax: 206-623-7022

**J. Michael Keyes**
**Brooke Castle Kuhl**
Email: mike.keyes@klgates.com
Email: brooke.kuhl@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
Phone: 509-624-2100
Fax: 509-456-0146

Attorneys for Defendant
Alaska-Juneau Mining Company, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>Plaintiff,<br>v.<br><br>ALASKA-JUNEAU MINING COMPANY LLC.,<br><br>Defendant. | Case No. 3:06-cv-00170-TMB<br><br>DEFENDANT ALASKA-JUNEAU MINING COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING ACTUAL DAMAGES, STATUTORY DAMAGES, AND ATTORNEYS' FEES |

Defendant Alaska-Juneau Mining Company, LLC ("AJMC"), by and through its attorneys of record, Kirkpatrick & Lockhart Preston Gates Ellis LLP, respectfully moves this Court pursuant to Fed. R. Civ. P. 56 for an order granting partial summary judgment to AJMC on ACE's claim for actual damages, statutory damages, and attorneys' fees.

This motion is supported by the attached memorandum, the Affidavit of J. Michael Keyes, and the pleadings and other material on file with this Court.

DATED this 25th day of May, 2007.

        KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

        By /s/ J. Michael Keyes
          J. Michael Keyes, *Pro Hac Vice*
          KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
          618 W. Riverside Ave. #300
          Spokane, WA  99201
          Telephone:  509-624-2100
          Facsimile:  509-456-0146
          Email:  mike.keyes@klgates.com

        Paul Davis
        KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
        420 L Street, Suite 400
        Anchorage, AK  99501-1971
        Phone:  907-276-1969
        Fax: 907-276-1365
        E-mail:  paul.davis@klgates.com

        Attorneys for Defendant
        Alaska-Juneau Mining Company

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC     - 2 -
Case No. 3:06-cv-00170-TMB
K:\55853\00001\JMK\SA3MP200C

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

Ryan McBrayer, RMcBrayer@perkinscoie.com

By /s/ J. Michael Keyes
J. Michael Keyes, *Pro Hac Vice*
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 W. Riverside Ave. #300
Spokane, WA 99201
Telephone: 509-624-2100
Facsimile: 509-456-0146
Email: mike.keyes@klgates.com
Attorneys for Defendant
Alaska-Juneau Mining Company LLC

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC    - 3 -
Case No. 3:06-cv-00170-TMB
K:\55853\00001\JMK\SA3MP200C