**Paul L. Davis**
Email: paul.davis@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Phone: 907-276-1969
Fax: 907-276-1365

**Gregory F. Wesner**
Email: gregory.wesner@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: 206-623-7580
Fax: 206-623-7022

**J. Michael Keyes**
**Brooke Castle Kuhl**
Email: mike.keyes@klgates.com
Email: brooke.kuhl@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
Phone: 509-624-2100
Fax: 509-456-0146

Attorneys for Defendant
Alaska-Juneau Mining Company, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC., <br><br> Plaintiff, <br> v. <br><br> ALASKA-JUNEAU MINING COMPANY LLC., <br><br> Defendant. | Case No. 3:06-cv-00170-TMB <br><br> **DEFENDANT ALASKA-JUNEAU MINING COMPANY'S REQUEST FOR ORAL ARGUMENT** |

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC    -1-    REQUEST FOR ORAL ARGUMENT
Case No.   3:06-cv-00170-TMB
K:\55853\00001\JMK\JMK_P21JK==Request for OA re AJMCs Mtn to Strike.doc

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

Pursuant to D.Ak.LR 7.2(a), Defendant Alaska Juneau Mining Co. hereby requests oral argument on Defendant's Alaska-Juneau Mining Company's Motion to Strike, filed Monday, May 14, 2007.

Respectfully submitted this 30th day of May, 2007.

                KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

                By /s/ J. Michael Keyes
                   J. Michael Keyes, *Pro Hac Vice*
                  KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
                  618 W. Riverside Ave. #300
                  Spokane, WA 99201
                  Telephone: 509-624-2100
                  Facsimile: 509-456-0146
                  Email: mike.keyes@klgates.com

                Paul Davis
                KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
                420 L Street, Suite 400
                Anchorage, AK 99501-1971
                Phone: 907-276-1969
                Fax: 907-276-1365
                E-mail: paul.davis@klgates.com

                Attorneys for Defendant
                Alaska-Juneau Mining Company

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC          -2-   REQUEST FOR ORAL ARGUMENT
Case No.   3:06-cv-00170-TMB
K:\55853\00001\JMK\JMK_P21JK==Request for OA re AJMCs Mtn to Strike.doc

## CERTIFICATE OF SERVICE

I hereby certify that on May 30th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

Ryan McBrayer, RMcBrayer@perkinscoie.com

By /s/ J. Michael Keyes
J. Michael Keyes, *Pro Hac Vice*
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 W. Riverside Ave. #300
Spokane, WA  99201
Telephone: 509-624-2100
Facsimile: 509-456-0146
Email: mike.keyes@klgates.com
Attorneys for Defendant
Alaska-Juneau Mining Company LLC

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC     -3-   REQUEST FOR ORAL ARGUMENT
Case No.   3:06-cv-00170-TMB
K:\55853\00001\JMK\JMK_P21JK==Request for OA re AJMCs Mtn to Strike.doc