**Paul L. Davis**
Email: paul.davis@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Phone: 907-276-1969
Fax: 907-276-1365

**Gregory Wesner,** *Pro Hac Vice*
Email: gregory.wesner@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: 206-623-7580
Fax: 206-623-7022

**J. Michael Keyes,** *Pro Hac Vice*
**Brooke Kuhl,** *Pro Hac Vice*
Email: mike.keyes@klgates.com
Email: brooke.kuhl@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
Phone: 509-624-2100
Fax: 509-456-0146

Attorneys for Defendant
Alaska-Juneau Mining Company, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC., <br><br> Plaintiff, <br><br> v. <br><br> ALASKA-JUNEAU MINING COMPANY LLC., <br><br> Defendant. | Case No. 3:06-cv-00170-TMB <br><br> **AFFIDAVIT OF BROOKE KUHL IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC       - 1 -
Case No. 3:06-cv-00170-TMB
K:\55853\00001\BCK\BCK_P215F

STATE OF WASHINGTON            )
                               ) ss.
County of SPOKANE              )

Brooke Kuhl, being duly sworn, deposes and states:

1. I am over 18 years of age. I reside in Spokane, Washington. I am fully competent to make this affidavit and have personal knowledge of the facts stated herein. To my knowledge, all the facts stated in this affidavit are true and correct.

2. I am counsel of record for defendant Alaska Juneau Mining Company, LLC ("AJMC").

3. On or about August 23, 2006, Plaintiff Arctic Circle Enterprises ("ACE") served its First Set of Requests for Production of Documents on AJMC. On September 22, 2006, AJMC responded to ACE's these requests. Attached as **Exhibit A** is a true and correct copy of AJMC's responses. On January 29, 2007, ACE served its First Set of Interrogatories, First Set of Requests for Admission and Second Set of Requests for Production on AJMC. Attached as **Exhibit B** is a true and correct copy of the First Set of Requests for Admissions with Responses. AJMC responded to the First Set of Requests for Admission on February 28, 2007. Pursuant to an agreed extension, AJMC responded to ACE's Second Set of Requests for Production and First Set of Interrogatories on March 7, 2007. Attached as Exhibit 1 to ACE's Motion to Compel is a true and correct copy of AJMC's responses to ACE's First Set of Interrogatories. Attached as **Exhibit C** hereto is a true and correct copy of AJMC's Responses to ACE's Second Set of Requests for Production of Documents. On March 12, 2007, and March 20, 2007, AJMC produced documents to supplement its earlier responses.

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC      - 2 -
Case No. 3:06-cv-00170-TMB
K:\55853\00001\BCK\BCK_P215F

4.  On May 10, 2007, counsel for AJMC received a letter from ACE challenging AJMC's calculation of the number of Interrogatories served by ACE as being in excess of the limit allowed by Fed. R. Civ. Pro. 33(a). A true and correct copy of that letter is attached to the Declaration Kyan Olanna as Exhibit 1. AJMC's counsel responded and the parties conferred electronically and telephonically on May 15 and 16. During those discussions, the parties disagreed as to how ACE's compound questions containing multiple subparts should be counted with ACE continuing to take the position that each identified Interrogatory was to be counted as only one question regardless of its subparts. The parties also disagreed regarding ACE's request at Interrogatory No. 7 directing AJMC to product all prior art that contained elements similar to the design elements claimed by ACE. ACE filed this motion to compel on May 17, 2007.

5.  In its motion filed May 17, 2007, ACE raised for the first time a contention that AJMC's additional objection to Interrogatory No. 13 as overly broad and unduly burdensome was unfounded. AJMC has agreed to withdraw this objection, but maintains its previous objections to the discovery request in that it exceeds the limitations of Fed. R. Civ. Pro. 33(a) and the information was asked (and produced) in previous discovery.

EXECUTED this 4th day of June, 2007 at Spokane, Washington.

_____
Brooke Kuhl

SIGNED AND AFFIRMED before me on the 4th day of June, 2007, by Brooke Kuhl.

_____
NOTARY PUBLIC
Print Name: Sherry A Morrison
My commission expires: 11/4/09
Residing in Spokane

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC      - 3 -
Case No. 3:06-cv-00170-TMB
K:\55853\00001\BCK\BCK_P215F

## CERTIFICATE OF SERVICE

I hereby certify that on June 4th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

Ryan McBrayer, RMcBrayer@perkinscoie.com

                                         By /s/ J. Michael Keyes
                                                  J. Michael Keyes, *Pro Hac Vice*
                                                  KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
                                                  618 W. Riverside Ave. #300
                                                  Spokane, WA 99201
                                                  Telephone: 509-624-2100
                                                  Facsimile: 509-456-0146
                                                  Email: mike.keyes@klgates.com
                                                  Attorneys for Defendant
                                                  Alaska-Juneau Mining Company LLC

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC - 4 -
Case No. 3:06-cv-00170-TMB
K:\55853\00001\BCK\BCK_P215F