# EXHIBIT B

**Paul L. Davis**
Email: paul.davis@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES
ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Phone: 907-276-1969
Fax: 907-276-1365

**Gregory Wesner**, *Pro Hac Vice*
Email: gregory.wesner@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES
ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: 206-623-7580
Fax: 206-623-7022

**J. Michael Keyes**, *Pro Hac Vice*
**Brooke Kuhl**, *Pro Hac Vice*
Email: mike.keyes@klgates.com
Email: brooke.kuhl@klgates.com
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
Phone: 509-624-2100
Fax: 509-456-0146

Attorneys for Defendant
Alaska-Juneau Mining Company, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC., <br><br> Plaintiff, <br><br> v. <br><br> ALASKA JUNEAU MINING COMPANY, LLC., <br><br> Defendant. | Case No. 3:06-cv-170 (TMB) |

**DEFENDANT ALASKA JUNEAU MINING COMPANY, LLC'S RESPONSES TO ARCTIC CIRCLE ENTERPRISES, LLC'S FIRST REQUESTS FOR ADMISSION TO DEFENDANT**

K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276.1365

59840-0003/LEGAL12978372.1

Exhibit B Page 2

REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1.:** Admit that AJMC knew of U.S. Copyright No. VAu 567-176 before it ordered the AJMC Photo Album for the first time from Hayes Specialties.

**RESPONSE: Denied.**

**REQUEST FOR ADMISSION NO. 2.:** Admit that AJMC knew of U.S. Copyright No. VAu 567-176 before AJMC sold the AJMC Photo Album for the first time.

**RESPONSE: Denied.**

**REQUEST FOR ADMISSION NO. 3.:** Admit that AJMC knew of U.S. Copyright No. VAu 567-178 before it ordered the AJMC Photo Album for the first time from Hayes Specialties.

**RESPONSE: Denied.**

**REQUEST FOR ADMISSION NO. 4.:** Admit that AJMC knew of U.S. Copyright No. VAu 567-178 before AJMC sold the AJMC Photo Album for the first time.

**RESPONSE: Denied.**

K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

-2-

K:\55853\00001\BCK\BCK_O20ZF  2/28/07 3:20 PM

Exhibit B Page 3

**REQUEST FOR ADMISSION NO. 5.:** Admit AJMC knew before it first sold the AJMC Photo Album that Arctic Circle asserted during the Roth litigation that the Alaska Map Photo Album was protected by a U.S. Copyright.

**RESPONSE:** AJMC admits that it (via member David Coates) knew that Arctic Circle asserted during the Roth litigation that Arctic Circle's Alaska Map Photo Album was protected by a U.S. Copyright.

**REQUEST FOR ADMISSION NO. 6.:** Admit AJMC knew before it first sold the AJMC Photo Albums it had purchased from Hayes Specialties that Arctic Circles asserted during the Roth litigation that the Alaska Map Photo Album was protected by a U.S. copyright.

**RESPONSE:** AJMC admits that it (via member David Coates) knew that Arctic Circle asserted during the Roth litigation that Arctic Circle's Alaska Map Photo Album was protected by a U.S. Copyright.

**REQUEST FOR ADMISSION NO. 7.:** Admit that AJMC possessed no AJMC Photo Album before the settlement of the Roth litigation.

**RESPONSE:** Objection the request is vague and ambiguous. AJMC is not sure what is intended by the use of the phrase "possessed no AJMC Photo Album." Notwithstanding the objection, AJMC denies the same.

**REQUEST FOR ADMISSION NO. 8.:** Admit that AJMC first sold the AJMC Photo Album after June 25, 2003.

**RESPONSE:** Denied.

K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

-3-

K:\55853\00001\BCK\BCK_O2OZF  2/28/07 3:20 PM

Exhibit B Page 4

**REQUEST FOR ADMISSION NO. 9.:** Admit that AJMC first displayed the AJMC Photo Album after June 25, 2003.

**RESPONSE: Denied.**

**REQUEST FOR ADMISSION NO. 10.:** Admit that AJMC first distributed the AJMC Photo Album after June 25, 2003.

**RESPONSE: Denied.**

**REQUEST FOR ADMISSION NO. 11.:** Admit that AJMC first published the AJMC Photo Album after June 25, 2003.

**RESPONSE: Denied.**

**REQUEST FOR ADMISSION NO. 12.:** Admit that, to the extent AJMC's activity regarding the AJMC Photo Album amounted to infringement of Arctic Circle's copyrights, the infringement commenced after June 25, 2003.

**RESPONSE: Denied.**

**REQUEST FOR ADMISSION NO. 13.:** Admit that Mitchell Godfred displayed the Alaska Map Photo Album to at least Toni Murphy on at least one occasion before January 1, 2000.

K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

K:\55853\00001\BCK\BCK_O2OZF  2/26/07 3:20 PM

-4-

Exhibit B Page 5

**RESPONSE:** AJMC has made reasonable inquiry and the information known or readily obtainable by AJMC is insufficient to enable AJMC to admit or deny and AJMC denies the averment on that basis.

**REQUEST FOR ADMISSION NO. 14.:** Admit that Glacier Bear Gifts was not related as a predecessor or affiliated with Alaska-Juneau Mining Company, LLC.

**RESPONSE:** Objection to the use of the undefined terms "predecessor" and "affiliated". Notwithstanding the foregoing objection, AJMC denies the same.

**REQUEST FOR ADMISSION NO. 15.:** Admit that Alaska-Juneau Mining Company LLC purchased the AJMC Photo Album directly from Tandem Imports, LLC.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 16.:** Admit that Alaska-Juneau Mining Company LLC did not purchase the AJMC Photo Album directly from Tandem Imports, LLC.

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 17.:** Admit that AJMC sold at least 2,772 units of the 100-pocket AJMC Photo Album that had been purchased directly from Hayes Specialties.

**RESPONSE:** Admitted.

K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

**REQUEST FOR ADMISSION NO. 18.:** Admit that AJMC sold at least 2,912 of the 200-pocket AJMC Photo Album that it had purchased directly from Hayes Specialties.

**RESPONSE: Admitted.**

**REQUEST FOR ADMISSION NO. 19.:** Admit that you sent a photo album that contained a map of Alaska on the cover to Hayes Specialties before January 5, 2006.

**RESPONSE: Denied.**

**REQUEST FOR ADMISSION NO. 20.:** Admit that you sent a photo album to Hayes Specialties before January 5, 2006 that had been manufactured or sold by Tandem Imports, LLC.

**RESPONSE: Denied.**

**REQUEST FOR ADMISSION NO. 21.:** Admit that you sent Hayes Specialties before January 5, 2006 a photograph or other document depicting the design of a photo album manufactured or sold by Tandem Imports, LLC.

**RESPONSE: Admitted in part and denied in part.** AJMC admits that it sent the artwork for the design created by Gift Connections, Inc. to Hayes Specialties. This artwork also formed the basis of the design for an album manufactured or sold by Tandem. As to the remainder of the request, AJMC has made reasonable inquiry and the information known or readily obtainable by AJMC is insufficient to enable AJMC to admit or deny and AJMC denies the remainder of the averment on that basis.

K& L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

-6-

K:\55853\00001\BCK\BCK_O2OZF  2/28/07 3:20 PM

Exhibit B Page 7

**REQUEST FOR ADMISSION NO. 22.:** Admit that Mr. David Coates sent Hayes Specialties a photo album or document depicting a photo album manufactured or sold by Tandem Imports, LLC and asked Hayes Specialties to design a similar photo album.

**RESPONSE: Admitted in part and denied in part. AJMC admits that it sent the artwork for the design created by Gift Connections, Inc. to Hayes Specialties. This artwork also formed the basis of the design for an album manufactured or sold by Tandem. As to the remainder of the request, AJMC has made reasonable inquiry and the information known or readily obtainable by AJMC is insufficient to enable AJMC to admit or deny and AJMC denies the remainder of the averment on that basis.**

**REQUEST FOR ADMISSION NO. 23.:** Admit that Mr. Jeff Knutson designed the photo album depicted at AJMC(1st RFP)-0021 after January 1, 1999.

**RESPONSE: AJMC has made reasonable inquiry and the information known or readily obtainable by AJMC is insufficient to enable AJMC to admit or deny and AJMC denies the averment on that basis.**

K& L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

-7-

K:\55853\00001\BCK\BCK_O2OZF  2/28/07 3:20 PM

Exhibit B Page 8

The undersigned attorney for Defendant, has read the foregoing Responses to Requests for Admissions, and they are in compliance with Fed. R. Civ. P. 26(g).

DATED this 28th day of February, 2007.

          KIRKPATRICK & LOCKHART PRESTON
          GATES ELLIS LLP

          By *[signature: Brooke Castle Kuhl]*
          J. Michael Keyes, *Pro Hac Vice*
          Email: mike.keyes@klgates.com
          Brooke Kuhl, *Pro Hac Vice*
          Email: brooke.kuhl@klgates.com
          618 West Riverside Avenue, #300
          Spokane, WA 99201
          Telephone No.: 509-624-2100

          Paul L. Davis, #7406035
          Email: paul.davis@klgates.com
          KIRKPATRICK & LOCKHART PRESTON
          GATES ELLIS LLP
          420 L Street, Suite 400
          Anchorage, AK 99501-1971
          Telephone No.: 907-276-1969

          Attorneys for Defendant
          Alaska-Juneau Mining Company LLC

K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

K:\55853\00001\BCK\BCK_O2OZF   2/28/07 3:20 PM

-8-

Exhibit B Page 9

## CERTIFICATE OF SERVICE

~~I, Michael Keyes~~ Brooke Kuhl declares as follows:

I am and at all times hereinafter mentioned was a citizen of the United States, a resident of the State of Washington, over the age of 21 years, and competent to be a witness in the above action, and not a party thereto; that I effected the service on the 28th day of February, 2007, of the foregoing **PLAINTIFF ARCTIC CIRCLE ENTERPRISES' FIRST REQUESTS FOR ADMISSION TO DEFENDANT** *With Responses,* in the manner described to the individuals listed below:

James N. Leik, jleik@perkinscoie.com
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501
Service by email and U.S. Mail, postage prepaid

Ramsey M. Al-Salam, RalSalam@perkinscoie.com
Ryan McBrayer, RMcBrayer@perkinscoie.com
Perkins Coie, LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Service by email and U.S. Mail, postage prepaid

*Brooke Castle Kuhl*
~~J. Michael Keyes~~
Brooke Kuhl

K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

-9-

K:\55853\00001\BCK\BCK_O2OZF  2/28/07 3:20 PM

Exhibit B Page 10