# EXHIBIT C

Exhibit C Page 1

Paul L. Davis
Email: paul.davis@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES
ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Phone: 907-276-1969
Fax: 907-276-1365

Gregory Wesner, *Pro Hac Vice*
Email: gregory.wesner@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES
ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: 206-623-7580
Fax: 206-623-7022

J. Michael Keyes, *Pro Hac Vice*
Brooke Kuhl, *Pro Hac Vice*
Email: mike.keyes@klgates.com
Email: brooke.kuhl@klgates.com
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
Phone: 509-624-2100
Fax: 509-456-0146

Attorneys for Defendant
Alaska-Juneau Mining Company, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC., <br><br> Plaintiff, <br><br> v. <br><br> ALASKA JUNEAU MINING COMPANY LLC, <br><br> Defendant. | Case No. 3:06-cv-170- (TMB) |

**DEFENDANT ALASKA JUNEAU MINING COMPANY LLC's RESPONSES TO PLAINTIFF ARCTIC CIRCLE ENTERPRISES, LLC'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

- 1 -

Exhibit C Page 2

K:\55853\00001\BCK\BCK_P20ZR  3/7/07 3:28 PM

K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 16:** Please produce all documents relating to any company or entity named Hoffman Enterprises.

**RESPONSE: AJMC objects to this Request because it seeks documents protected by the attorney/client privilege and/or work product privilege. Notwithstanding this objection, AJMC has conducted a reasonably diligent search of its records and has located no such documents.**

**REQUEST FOR PRODUCTION NO. 17:** Please produce all documents relating to any company or entity named Hoffmaster or Hoffmeister.

**RESPONSE: AJMC objects to this Request because it seeks documents protected by the attorney/client privilege and/or work product privilege. Notwithstanding this objection, AJMC has conducted a reasonably diligent search of its records and has located no such documents.**

**REQUEST FOR PRODUCTION NO. 18:** Please produce all documents to which AJMC referred in its Rule 26(a) Initial Disclosures.

**RESPONSE: AJMC objects to this Request as overly broad and unduly burdensome to the extent it seeks information that is publicly available or already in plaintiff's possession, custody or control. Notwithstanding the foregoing objection, nonpublic documents were previously produced.**

K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

Additional documents are produced in conjunction with AJMC's responses to these written requests and supplementing its previous responses.

**REQUEST FOR PRODUCTION NO. 19:** Please produce all documents relating to any company or entity named JC Marketing.

**RESPONSE:** AJMC objects to this Request because it seeks documents protected by the attorney/client privilege and/or work product privilege. AJMC further objects to this Request as overly broad and unduly burdensome and to the extent it seeks information that is neither relevant to the issues in this litigation nor reasonably calculated to lead to the discovery of admissible evidence. Notwithstanding this objection, and pursuant to the protective order agreed to by the parties, AJMC has produced responsive documents attached hereto.

**REQUEST FOR PRODUCTION NO. 20:** Please produce all documents relating to the production or manufacturing of the AJMC Photo Album, including without limitation all documents related to Hayes Specialties and all documents related to any purchases by Glacier Bear Gifts from Tandem Imports LLC of the AJMC Photo Album.

**RESPONSE:** Responsive documents have already been produced. Additional documents responsive to this request are produced herewith.

K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

- 3 -

Exhibit C Page 4

K:\55853\00001\BCK\BCK_P20ZR   3/7/07 3:28 PM

**REQUEST FOR PRODUCTION NO. 21:** Please produce all documents describing, discussing or relating to any thing that AJMC asserts a) was sold, distributed, published or displayed before the Alaska Map Photo Album; and b) that contained any depiction or expression of an element, including any depiction or expression that AJMC contends is substantially similar to an element, identified by Arctic Circle in its response to AJMC Interrogatory No. 5.

**RESPONSE: AJMC objects to this Request because it seeks documents protected by the attorney/client privilege and/or work product privilege. Notwithstanding this objection, see documents previously produced by AJMC and documents produced herewith.**

**REQUEST FOR PRODUCTION NO. 22:** Please produce all documents describing, discussing or relating to any claim by AJMC that a design feature or element of the Arctic Circle Alaska Map Photo Album is not original.

**RESPONSE: AJMC objects to this Request because it seeks documents protected by the attorney/client privilege and/or work product immunity. Notwithstanding this objection, see documents previously produced and see also documents produced herewith.**

**REQUEST FOR PRODUCTION NO. 23:** Please produce all documents describing, discussing or relating to your records from your "RetailPro" software, including Item Summaries (e.g., AJMC 0015), financial reports, and vendor reports

K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

- 4 -

Exhibit C Page 5

K:\55853\00001\BCK\BCK_P20ZR   3/7/07 3:28 PM

related to Hayes Specialties and any Alaska map photo albums purchased from Tandem Imports.

**RESPONSE: Responsive documents have already been produced. Additional responsive documents are produced herewith. AJMC will produce additional non-privileged responsive documents to the extent they exist and can be located through a reasonably diligent search.**

**REQUEST FOR PRODUCTION NO. 24:** Please produce all documents describing, discussing or relating to costs an expenses, if any, that reduce gross profit from the AJMC Photo Album, including any maintained QuickBooks, that detail costs incurred by Alaska-Juneau Mining Company related to the sales of the accused photo albums

**RESPONSE: Responsive documents have already been produced. See also documents produced herewith. AJMC will produce additional non-privileged responsive documents to the extent they exist and can be located through a reasonably diligent search.**

**REQUEST FOR PRODUCTION NO. 25:** Please produce all documents describing, discussing or relating to purchase orders and cancelled checks documenting your payment to Hayes Specialties for orders of the AJMC Photo Album.

**RESPONSE: Responsive documents have already been produced.**

K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

- 5 -

Exhibit C Page 6

K:\55853\00001\BCK\BCK_P20ZR  3/7/07 3:28 PM

Responsive documents are also produced herewith. AJMC will produce additional non-privileged responsive documents to the extent they exist and can be located through a reasonably diligent search.

DATED: March 7th, 2007.

The undersigned attorney for Defendant, has read the foregoing Responses to Requests for Production to Defendant, and they are in compliance with Fed. R. Civ. P. 26(g).

DATED this 7th day of March, 2007.

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP

By_____
J. Michael Keyes, *Pro Hac Vice*
Email: mike.keyes@klgates.com
Brooke Kuhl, *Pro Hac Vice*
Email: brooke.kuhl@klgates.com
618 West Riverside Avenue, #300
Spokane, WA  99201
Telephone No.: 509-624-2100

Paul L. Davis, #7406035
Email: paul.davis@klgates.com
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK  99501-1971
Telephone No.: 907-276-1969

Attorneys for Defendant
Alaska-Juneau Mining Company LLC

K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365

- 6 -

Exhibit C Page 7

K:\55853\00001\BCK\BCK_P20ZR  3/7/07 3:28 PM

## CERTIFICATE OF SERVICE

Brooke Castle Kuhl declares as follows:

I am and at all times hereinafter mentioned was a citizen of the United States, a resident of the State of Washington, over the age of 21 years, and competent to be a witness in the above action, and not a party thereto; that I effected the service on the 7th day of March, 2007, by delivering to and leaving a true and correct copy of the foregoing **PLAINTIFF ARCTIC CIRCLE ENTERPRISES' FIRST REQUESTS FOR PRODUCTION TO DEFENDANT** *With Responses,* in the manner described to the individuals listed below:

James N. Leik, jleik@perkinscoie.com
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501
Service by email and U.S. Mail, postage prepaid

Ramsey M. Al-Salam, RalSalam@perkinscoie.com
Ryan McBrayer, RMcBrayer@perkinscoie.com
Perkins Coie, LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101
Service by email and U.S. Mail, postage prepaid

_____
Brooke Castle Kuhl

K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
907.276-1969 / Facsimile 907.276-1365