James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
Tel: (907) 279-8561/Fax: (907) 276-3108
jleik@perkinscoie.com

Ryan J. McBrayer (*Pro Hac Vice*)
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101
Tel: (206) 359-8000/Fax: (206) 39-9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff Arctic Circle
Enterprises, LLC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC., | |
| Plaintiff, | Case No. 3:06-cv-170- (TMB) |
| v. | |
| ALASKA JUNEAU MINING COMPANY LLC, | |
| Defendant. | |

## DECLARATION OF KYAN OLANNA TO REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

I, Kyan Olanna, state that the following is true and correct:

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

1.    I am one of the attorneys for Arctic Circle Enterprises, LLC in the above captioned case.

2.    In response to Plaintiff's Motion to Compel, plaintiff's counsel received a letter from Brooke Kuhl dated June 4, 2007.  A true and correct copy of Brooke Kuhl's communication to Kyan Olanna is attached as Exhibit 1.

3.    AJMC supplemented its response to Interrogatory No. 7 by supplying copies of several catalogues and a stack of undated documents marked "AJMC 2nd RFP 0087-103", which are attached as Exhibit 2.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

DATED at Anchorage, Alaska, this 11th day of June, 2007.

/s/ Kyan Olanna
Kyan Olanna

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 11, 2007, I electronically filed the foregoing Declaration of Kyan Olanna to Reply to Defendant's Response in Opposition to Plaintiff's Motion to Compel with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

| | |
|---|---|
| Gregory F. Wesner<br>gwesner@klgates.com<br>K&L Gates LLP<br>925 4th Ave Suite 2900<br>Seattle WA 98104<br>Ph: (206) 370-6746<br>Fax: (206) 370-6319 | J. Michael Keyes, Esq.<br>jmkeyes@klgates.com<br>Brook C. Kuhl<br>brooke.kuhl@klgates.com<br>K&L Gates LLP<br>W. 601 Riverside, Suite 1400<br>Spokane, WA  99201<br>Ph: (509) 241-1527<br>Fax: (509) 444-7863 |
| Paul L. Davis, Esq.<br>davisp@klgates.com<br>K&L Gates LLP<br>420 L Street, Suite 400<br>Anchorage, AK  99501-1937<br>Ph: (907) 777-7609<br>Fax: (907) 777-7009 | |

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108