**K&L | GATES**

Kirkpatrick & Lockhart Preston Gates Ellis LLP
618 West Riverside Avenue
Suite 300
Spokane, WA 99201-0602

T 509.624.2100   www.klgates.com

June 4, 2007

RECEIVED

JUN 0 7 2007

Kyan Olanna
Perkins Coie, LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501

PERKINS COIE
ANCHORAGE

Re:   *Supplemental Response to ACE's Discovery Requests*

Dear Kyan:

Notwithstanding our previous objections, AJMC supplements its responses to ACE's First Set of Interrogatories as set forth herein. In response to the second question asked (regarding prior art) as to the eighteen subparts of Interrogatory No. 7, and without waiving its objections, AJMC previously produced documents Bates Nos. AJMC 1st RFP 0033-0050, 0059-0062; AJMC 2nd RFP 0087-0103, 0107 that are responsive to your request. *See also*, Deposition Transcripts of Lorraine Wyles, Pam Ruatto, Jason Reynolds and Sheldon Plutsky.

In response to Interrogatory No. 13 and without waiving its objections, AJMC previously responded to ACE's Request for Production Nos. 3 and 20 that asked for this same information. Documents responsive to those requests (and this one) were previously produced as Bates Nos. AJMC 1st RFP-0001-0008, 0013-14; AJMC 2nd RFP 0066-69, 0076, 0079, 0081, 0085-86, 0104-105. *See also*, Deposition Transcripts of David Coates and Toni Murphy.

Finally, although the challenge raised in your motion to compel regarding AJMC's overly broad and unduly burdensome objection to Interrogatory No. 13 was not an issue discussed or raised by ACE in its meet and confer, AJMC will withdraw this objection. However, AJMC has and continues to object to this question as duplicative of previous discovery inquiries and as exceeding the permissible number of Interrogatories pursuant to Fed. R. Civ. Pro. 33(a).

Very truly yours,

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By *Brooke Kuhl*
Brooke Kuhl

Exhibit  1
Page  1  of  1