Alaska State Map - a simple outline Alaska state map                                Page 1 of 1

You are here:                              About> Travel >California for Visitors

# About : California for Visitors

## Alaska State Map - Outline

**Alaska State Map**



Back to Alaska Map Collection

*Alaska state map courtesy of National Atlas of the United States*

From Betsy Malloy,
Your Guide to California for Visitors.
**FREE** Newsletter. Sign Up Now!

**Related Articles**
  Blank & Outline Maps
  Blank & Outline Maps
  Oregon State Map - outline style Oregon state map
  Connecticut Maps - New England Maps - State Town Highwa...
  Colorado State Map - outline style Colorado state map

Exhibit 2
Page 1 of 17

AJMC 2nd RFP 0087

http://gocalifornia.about.com/bl_ak_st_map_out.htm                                  2/28/2007

Free Blank Outline Map of Alaska                                                                 Page 1 of 2

You are here:                          About > Education > Geography

# About: Geography

Free Blank Outline Map of Alaska

Alaska Information | U.S. Outline Maps Index | U.S. Atlas Index | Geography Home Page



Click the map above for a printable version.

**Subscribe to the Newsletter**

Name            Email

[ subscribe ]

From Matt Rosenberg,
Your Guide to Geography.
FREE Newsletter. Sign Up Now!

**Related Articles**
Free Blank Outline Map of Afghanistan
Free Blank Outline Maps of Dominica

Exhibit  2
Page  2  of  17

AJMC 2nd RFP 0088

http://geography.about.com/library/blank/blxusak.htm                                    2/28/2007

Alaska Blank Outline Map                                                                 Page 1 of 1

# ALASKA
www.50states.com



Exhibit 2
Page 3 of 17

AJMC 2nd RFP 0089

http://www.50states.com/maps/print/alaska.htm                                            2/28/2007

# Ottavia's Suitcase

Help | Who is Ottl... | Ask My Friends | Home

## Wrap it up!
### Italian Ideas for Gifts

Great Stuff
Back to more Shopping



Click the picture
for a close-up view

**Tassotti Photo Album**
The art of composing a fine photo album requires a curator's touch, a critical eye, a talent for juxtaposition. But the real secret is that it needs the restraint of a guiding theme: the trip, the reunion, the house that we built, the play that Paolo directed. Hence the importance of a small photo album. Just big enough to include the highlights of a world tour, or a deeper view of a summer's sojourn at a single, very special location. Either way, you won't bore your friends.

**Tassotti Photo Album**
Artisan-made small photo album with antique map cover. 30 pages, 8 by 6 inches.(To the left of the picture)
$35


To order

**Tassotti Address Book**
Quality crafted *libretto* from Tassotti, with an antique map cover. 150 pages, 6 by 8½ inches.(To the right of the picture)
$30
Next


To order



Exhibit 2
Page 4 of 17

Florida Map Photo Album: Everglades Safari Gift Shop                                Page 1 of 2



- Apparel
- Books, DVDs, & Videos
- Christmas
- Food & Candy
- Gifts & Home Decor
- Gator Taxidermy Products
- Indian Themed Products
- Jewelry
- Magnets, Key Rings, & More
- Miscellaneous Items
- Scrapbooking
- Souvenirs
- Toys

## Florida Map Photo Album

Quantity in Code: 273
Price: $18.

Shipping W

Quantity:

Tan vinyl album with an embossed Florida map on the cover. Holds over 400 4x6 x 10" x 1.5".

### Related Item(s)

| Code | Name | Price |
|---|---|---|
| 3256 | Small Florida Map Photo Album | $11.95 |

**Search For Products:**

Search

Exhibit 2
Page 5 of 17

AJMC 2nd RFP 0091

http://www.evsafaripark.com/Merchant2/merchant.mvc?Screen=PROD&Product_Code=2736&Category...   1/28/2007

RememberTheBahamas.com                                                         Page 1 of 2


.com

## We help you build memories and keep them for

[ home ] [ search ] [ help ] [ contact us ]

- O CLOTHES
- O BATH & BODY
- O TASTY TREATS
- O ART & CRAFTS
- O SOUVENIRS
- O CIGARS
- O SERVICES
- O MAIN
- O CONTACT

Home » Arts & Crafts » Photo Albums & Journals



**Bahamas Map Photo Album (100)**

This album holds 100 photos. This product is shipped from the make the most of your shipping costs by ordering 3.

**Price: $12.95**



My name is Sandra Miller-Byles and I would like to welcome all of our vistors to this site.

We at RememberTheBahamas are committed to helping you build and keep your memories of the Bahamas, so that you can enjoy them forever.

A vacation only lasts 2 weeks, but your memories should last a lifetime.



**Bahamas Map Photo Album (200)**

This photo album holds 200 photos.

**Price: $18.95**



**Banana Leaf & Sea Grape Photo Album (20)**

This beautiful photo album is covered with a combination of Ba Sea Grape leaves that have been dried and treated. Using ban goes back to slavery times in the Caribbean where slaves used cooking and construction. The Sea Grape is a plant that grows Bahamas bearing a small pitted grape the size of a wine grape Grape leaves as a cover is unique in the region where sea grap mention the rest of the world. This photo album stands alone holds 20 photos. This product is shipped from the Bahamas, s of your shipping costs by ordering 4.

**Price: $12.50**

**Sea Grape Butterfly Photo Album (40)**

This beautiful photo album is covered with Sea Grape leaves t

AJMC 2nd RFP 0092

Exhibit 2
Page 6 of 17



Exhibit 2
Page 7 of 17
AIMC 2nd REP 0093

eBay: ALASKA MAP handmade LEATHER PHOTO ALBUM * (item 120070762996 end time Mar-02-07 14:03:20 PST)  Page 1 of 6

home | pay | register | sign in | site map

Buy | Sell | My eBay | Community | Help

Start new search [Search]
Advanced Search

Back to list of items    Listed in category: Home & Garden > Home Decor > Photo Frame & Display > Photo Albums

## ALASKA MAP handmade LEATHER PHOTO ALBUM *

Buyer or seller of this item? Sign in for your status.                                    Item number: 120070762996

View larger picture

*Buy it now* price: **US $14.90**   [Buy It Now >]

*Best Offer*   [Make Offer >]

Shipping costs: **US $6.90**
Standard Flat Rate Shipping Service
Service to United States
(more services)

Ships to: Worldwide

Item location: Moorhead, Minnesota, United States

You can also: [Watch this item]
Get alerts via Text message or IM
Sell one like this

Watch this item in My eBay | Email to a friend

**Meet the seller**
Seller: msciepura ( 513 ☆ ) me
Feedback: **99.4% Positive**
Member: since Feb-18-02 in United States
Read feedback comments
Ask seller a question
Add to Favorite Sellers
View seller's other items: Store | List
Visit seller's Store:
🗺 MAPSONLEATHER

**Buy safely**
1. **Check the seller's reputation**
   Score: 513 | 99.4% Positive
   Read feedback comments
2. **Check how you're protected**
   [PayPal] This item is covered up to $2,000 See eligibility
   Returns: Seller accepts returns.
   30 Days Money Back

Listing and payment details: Hide

Payment methods: **PayPal** (preferred),
Personal check,
Money order/Cashiers check
See details

**Description** (revised)

HANDMADE, HAND TOOLED AND HAND PAINTED PHOTO ALBUM - This album is entirely done by hand. The front is

http://cgi.ebay.com/ALASKA-MAP-handmade-LEATHER-PHOTO-ALBUM_W0QQitemZ120070762996QQihZ002QQcategoryZ79653QQr...  2/28/2007

AJMC 2nd RFP 0094

Exhibit 2
Page 8 of 17

AJMC 2nd RFP 0095

Page 2 of 6

eBay: ALASKA MAP handmade LEATHER PHOTO ALBUM * (item 12007076299G end time Mar-02-07 14:03:20 PST)

**ALASKA MAP** handmade **LEATHER PHOTO ALBUM** decorated with one of my designs and my initials are burned on the back. The album becomes more beautiful the more it is touched. It is a work of art and it makes unique gift, unforgettable souvenir of your travels or handsome decoration. Enjoy it.

Maps are our finest window into times long past. They allow us to dream, to learn and to understand the world that preceded us. Some of the maps capture spirit of adventure, of discovery and the promise of new beginning. They register the triumph of navigators and explorers. Maps are not only to instruct but they also reflect the artistic expression of the times in which they were created. They are as attractive as paintings and prints, and they are significantly more interesting in that that they display man's knowledge of his universe. Many people love to look at old maps of places they have visited, place they lived in and places they are curious about. I have been crafting my maps using technique called PYROGRAPHY. Pyrography is the art of using fire to create art. "PYRO" means fire and "GRAPH" means art. My maps are entirely done by hand which makes each piece very unique. In my work I use fine ox leather, simple tools and well practiced fire engraving methods to create stunning works of art. All the lines and shades are burned into the leather thus impossible to erase or fade. Dyes are applied to the skin to create deeper shades and contrasts. Next, the surface is coated with plant solution to protect it against time and insects. Finally, natural paste is applied to attain fine finish.

**SIZE:**
6" x 4" (15 x10 cm)
**MATERIALS:**
Leather and leather dyes

**ADDITIONAL INFO:**
- Fits up to 80 6"x4" photos
- Initialed by the artist
- For detailed pictures Click here
- Look in my STORE for more designs
- I ship it from my studio in Brazil
- two to three weeks for delivery

If you have questions regarding this product that are not found on this page please E-Mail me

Exhibit 2
Page 9 of 17

eBay: ALASKA MAP handmade LEATHER PHOTO ALBUM * (item 120070762996 end time Mar-02-07 14:03:20 PST)

Page 3 of 6

AJMC 2nd RFP 0096



**Find more items from the same seller. Bid or Buy Now!**



NEW ORLEANS handmade art decor map LEATHER PHOTO ALBUM
=Buy It Now or Best Offer
US $19.90

HONG KONG handmade art decor map LEATHER PHOTO ALBUM
=Buy It Now or Best Offer
US $19.90

NETHERLANDS MAP handmade LEATHER PHOTO ALBUM HOLLAND
=Buy It Now or Best Offer
US $19.90







LEATHER PHOTO ALBUM handmade VINTAGE HAWAII MAP DECOR
=Buy It Now or Best Offer
US $19.90

Visit seller's Store

http://cgi.ebay.com/ALASKA-MAP-handmade-LEATHER-PHOTO-ALBUM_W0QQitemZ120070762996QQihZ002QQcategoryZ79653QQr...    2/28/2007

Exhibit 2
Page 10 of 17

Alaska Map Photo Album - Photo Albums & Frames - Travel Accessories - Tongass Trading Company    Page 1 of 1

# Alaskan Trading Post

Shopping Search: [____] Go  [Shopping Cart/Ch]

- Alaskan Gifts & Souvenirs    - Alaska Apparel

| Salmon & Food | Novelty & Souvenirs | Photo Albums & Frames | Books & Videos | Kitchen Accessories | Mugs & Ceramics | Figurines & Sculptures | Christmas | Dolls & Plush | Totem Poles |

-- Home Page --



Click Below for Shopping





**Alaska Map Photo Album**
813162

200 pocket Alaska map photo album, perfect for your trave
$7.99

Qty: 1

Add To Cart

Add to Wish List

E-Mail A Friend

- Site Map   - About Us   - Contact Us   - FAQ   - Shipping   - When You Vi

© 2005 To

AJMC 2nd RFP 0097

http://www.tongasstrading.com/detail.aspx?ID=245&projectID=1&CategoryID=54    2/28/2007



Exhibit 2
Page 11 of 17

**KOHLS.com**

store locator | customer service | order status

Shopping Bag | checkout
0 item(s), $0.00   estimated shipping: $0.00

sign-in | my account

## 99¢ Standard Shipping

Home/Homestore/Frames & Albums/Photo Albums/Map Photo Album

**Map Photo Album**
orig. $16.99
sale $8.49

Select the item below.

**99¢ Standard Shipping**



What a find! This album is a unique alternative to others, featuring a map of the world on the front and back covers. The sleek black pages inside have protective sleeves for 200 photos. There's even space on the front cover for a favorite photo.

- 9 1/4" x 8 1/2"
- Synthetic cover
- Protective sleeves for 200 photos
- Holds 4" x 6" photos

| Item | Price | Quantity |
|---|---|---|
| Map Photo Album | orig. $16.99 / sale $8.49 | 1 |

Ship this item to:   Self



\* Required Fields

contact us   e-mail alerts   our brands   product guides   recalls   returns   shipping   site map
about us   careers   investor relations   news   our websites   store locator   store survey

**SIGN-UP FOR**
Find out about our biggest sales, plus receive an e-mail to get 10% off your next order!

© 2006-2007 Kohl's Illinois, Inc. Kohl's and Kohl's brand names are trademarks of Kohl's Illinois, Inc.
Please read our Security & Privacy Policy and Legal Notices.

AJMC 2nd RFP 0098

http://www.kohls.com/products/product_page_vanilla0.jsp?PRODUCT%3C%3Eprd_id=177349937     2/28/2007

Exhibit 2
Page 12 of 17

World Map Photo Album - Shop by Category - Shop by Destination - Hello Traveler                    Page 1 of 1



HelloTraveler!

My Cart: $0.00
Free Gift - click here

Search

**Shop By Category**
- JOURNALS
- PHOTO ALBUMS
  - Insert sleeves
  - Other Types
- PICTURE FRAMES
- SCRAPBOOKS
- TRAVEL EMBELLISHMENTS
- TRAVEL GIFTS
- WHAT'S ON SALE!!

**Shop By Destination**
- AMERICA
- EUROPE
- INTERNATIONAL

**Shop By Theme**
- BEACH
- CRUISE
- KIDS
- OUTDOORS
- ROAD TRIP
- WOMEN'S

Unique to Us!

**Business Gift Ideas**
- Albums & Frames
- Journals
- Travel Gifts




Home > Shop by Category > PHOTO ALBUMS > World Map Photo Album



**Product Name: World Map Photo Album**
Product ID: 16-200WM/PA

Description: The Americas and Africa are featured on the front cover while Russia, Asia, Australia and New Zealand are shown on the back of this attractive photo album.

It holds 200 pictures of 4 x 6 size (2 on each page) and memo space is provided for every photo. The album has a sewn binding for extra durability, measures 9 x 9 1/2 and has a 3 1/2 x 3 1/2 window on the front cover for personalization.
Price: $15.95

Qty: 1

[Add to Cart]

[Add to Wish List]

[Email to Friend]

Home   About Us   Customer Info   Privacy & Security   Links   Site Map   Travel Products   My Account   Checkout
© 2004-2007 Hello Traveler, All Rights Reserved

http://hellotraveler.com/detail.aspx?ID=763&Name=World-Map-Photo-Album                     2/28/2007

AJMC 2nd RFP 0099

Exhibit 2
Page 13 of 17

AJMC 2nd RFP 0100

← Back to list of items

Listed in category: Cameras & Photo > Photo Albums & Archive Items > Photo Albums > Other

# 3-RING PHOTO ALBUM WITH "OLD WORLD MAP" COVER - NEW

Item number: 190087649042

Seller of this item? Sign in for your status

Watch this item in My eBay | Email to a friend

| | | |
|---|---|---|
| Starting bid: | US $3.00 | Place Bid > |
| End time: | Mar-06-07 17:45:17 PST (6 days 4 hours) | |
| Shipping costs: | US $8.58 US Postal Service Parcel Post® Service to 99901, United States | |
| Ships to: | Worldwide | |
| Item location: | GEORGIA ON MY MIND, United States | |
| History: | 0 bids | |
| You can also: | Watch this item | |
| | Get alerts via Text message, IM or Cell phone Sell one like this | |

**Meet the seller**
Seller: wolford2260 ( 406 )
Feedback: 100% Positive
Member: since Sep-14-04 in United States

Read feedback comments
Ask seller a question
Add to Favorite Sellers
View seller's other items

**Buy safely**

1. Check the seller's reputation
   Score: 406 | 100% Positive
   Read feedback comments

2. Check how you're protected
   PayPal This item is covered up to $2,000 See eligibility

| | |
|---|---|
| Payment methods: | PayPal, Money order/Cashiers check See details |
| Returns: | Seller accepts returns. 3 Days Money Back |

View larger picture

**Listing and payment details:** hide
Starting time: Feb-27-07 17:45:17 PST
Starting bid: US $3.00
Duration: 7-day listing

## Description

Item Specifics - Item Condition
Condition: **New**

eBay: 3-RING PHOTO ALBUM WITH "OLD WORLD MAP" COVER - NEW (item 190087649042 end time Mar-06-07 17:45:17 PST)   Page 2 of 5

THIS PRETTY PHOTO ALBUM MEASURES 13-1/4" HIGH x 8-3/4" WIDE x 2-1/4" DEEP. THERE ARE 44 PAGES OF INSERTS WITH 6 HOLDERS EACH WHICH EQUALS SPACE FOR 264 OF 4"x6" PHOTOGRAPHS. THIS ITEM IS NEW BUT IS NOT WRAPPED. SEE FRONT AND BACK PHOTOS OF THIS ALBUM.

PLEASE CHECK BACK FROM TIME TO TIME AS ITEMS ARE LISTED FROM ATTICS, BASEMENTS, AND ESTATE SALES ON A WEEKLY BASIS. IT'S A VIRTUAL ON-LINE FLEA MARKET! Also, please add me to your favorites list and check out my other items! I will be happy to combine shipping of multiple items won on the same auction to save shipping costs. BIDS ARE WELCOME FROM INTERNATIONAL BIDDERS, JUST SEND AN EMAIL FOR SHIPPING COSTS. PLEASE EMAIL IF YOU HAVE ANY QUESTIONS.



Select a picture





Powered by eBay Turbo Lister

AJMC 2nd RFP 0101

Exhibit 2
Page 15 of 17

Alaska Ceded By Russia Map 1867 poster and print from Zazzle.com   Page 1 of 2



Alaska Ceded By Russia Map 1867 poster and print from Zazzle.com                                      Page 2 of 2

- Tennessee
- Texas
- United States
- Utah
- Vermont
- Virginia
- Washington
- West Virginia
- Wisconsin
- Wyoming
- World, Continents, Space
- Maps by Theme

return to gallery

Customer Support | Safe Shopping Guarantee | Shipping & Returns | Associates Program | API | About Us | Sitemap | Zazzle Blog
Use of this Web site constitutes acceptance of the User Agreement and Privacy Policy.
Copyright © 2000-2007, Zazzle.com, Inc. All rights reserved.

AJMC 2nd RFP 0103

Exhibit 2
Page 17 of 17

http://www.zazzle.com/collections/products/product/product.asp?cid=2380632507673940&general_cat...   2/28/2007