James N. Leik, Alaska Bar No. 8111109
Kyan Olanna, Alaska Bar No. 0405024
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:  907.279.8561
Facsimile:  907.276.3108
JLeik@perkinscoie.com
KOlanna@perkinscoie.com

Ryan J. McBrayer (*Pro Hac Vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone: 206.359-8000
Facsimile:  206.359.9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff
Arctic Circle Enterprises, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALASKA JUNEAU MINING COMPANY LLC,<br><br>　　　　Defendant. | Case No. 3:06-CV-170 (TMB) |

**DECLARATION OF RYAN J. McBRAYER IN SUPPORT OF ARCTIC CIRCLE'S OPPOSITION TO AJMC'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DAMAGES**

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

DECLARATION OF RYAN J. MCBRAYER            -1-
59840-0003/LEGAL13305296.1

I, Ryan J. McBrayer declare as follows:

1.  I am counsel of record for Arctic Circle Enterprises LLC in the above captioned action. I was also one of the counsel of record for Arctic Cicle in *Arctic Circle Enterprises Inc. v Sandy Roth, et al.*, Case No. 03-139 (JWS) (the "Roth Litigation"). I make this declaration based upon personal knowledge about which I am competent to testify.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the Indian Arts and Crafts photo album design provided to me by Mr. Michael Keyes, counsel for Alaska Juneau Mining Company. Alaska Juneau Mining Company produced the document depicting this design in black and white format during discovery and provided and used a colored copy during the deposition of Mitchell Godfred in this action. Exhibit 2 pages 2-4 are true and correct copies of correspondence I sent to Alaska Juneau Mining Company's attorney in the weeks before filing this motion to verify the color of Exhibit 2. We received no response.

3.  Attached hereto as Exhibit 2 is an accurate photograph of a photo album ("Roth I") that Arctic Circle alleged was an infringing product in the Roth Litigation.

4.  Attached hereto as Exhibit 3 is an accurate photograph of a photo album ("Roth II") that Arctic Circle alleged was an infringing product in the Roth Litigation.

5. Attached hereto as Exhibit 4 is an accurate photograph of the Alaska Juneau Mining Company photo album design at issue in this matter.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the testimony of Mr. David Coates in this matter. The following pages are included in Exhibit 5: 1 – 4, 13 – 16, 18 – 21, 25 – 28, 29 – 40, 46 – 49, 52 – 53, 81 – 84, and 106 - 125.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the testimony of Mr. David Coates in the Roth Litigation. The following pages are included in Exhibit 8: 1, 82.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the testimony of Ms. Toni Murphy in this matter. The following pages are included in Exhibit 10: 1 – 4, 8 – 11, 52 – 55, 61 – 64, and 72 - 75.

9. Attached hereto as Exhibit 8 are true and correct copies of U.S. copyright registration VAu-176 and VAu-178 including pictures of the deposits that accompanied the copyright registrations.

10. Attached hereto as Exhibit 9 is a true and correct copy of documents produced in this matter by Alaska Juneau Mining Company that are Bates stamped AJMC 0004-5.

11. Attached hereto as Exhibit 10 is a true and correct copy of documents produced in this matter by Alaska Juneau Mining Company that are Bates stamped AJMC 0007-12.

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

DECLARATION OF RYAN J. MCBRAYER   -3-
59840-0003/LEGAL13305296.1

12. Attached hereto as Exhibit 11 is a true and correct copy of United States Court of Appeals for the Sixth Circuit Rule 28(g) which allows citations of unpublished opinions.

13. Attached hereto as Exhibit 12 is a true and correct copy of the decision from the United States Court of Appeals for the Sixth Circuit in *Cotter v. Christus Gardens, Inc.*, 2000 WL 107 1689 (6th Cir. 2000).

14. Attached hereto as Exhibit 13 is a true and correct copy of a letter we received from Ms. Brooke Kuhl, counsel for AJMC, on March 12, 2007.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED at Seattle, Washington this 11th day of June, 2007.

_____
Ryan J. McBrayer

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

DECLARATION OF RYAN J. MCBRAYER   -4-
59840-0003/LEGAL13305296.1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Alaska that, on June 11, 2007 he/she/they caused to be served on the person(s) listed below in the manner shown:

DECLARATION OF RYAN J. McBRAYER IN SUPPORT OF ARCTIC CIRCLE'S OPPOSITION TO AJMC'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DAMAGES

Gregory F. Wesner
gwesner@klgates.com
K&L Gates LLP
925 4th Ave Suite 2900
Seattle WA 98104
Ph:  (206) 370-6746
Fax: (206) 370-6319

Paul L. Davis, Esq.
davisp@klgates.com
K&L Gates LLP
420 L Street, Suite 400
Anchorage, AK  99501-1937
Ph:  (907) 777-7609
Fax: (907) 777-7009

J. Michael Keyes, Esq.
jmkeyes@klgates.com
Brook C. Kuhl
brooke.kuhl@klgates.com
K&L Gates LLP
W. 601 Riverside, Suite 1400
Spokane, WA  99201
Ph:  (509) 241-1527
Fax: (509) 444-7863

☐ United States Mail, First Class

☐ By Messenger

☐ By Facsimile

☒ By eFiling

Dated at Anchorage, Alaska, this 11th day of June, 2007.

s/ *Ryan McBrayer*
Ryan McBrayer, (*pro hac vice*)
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Tel:  206.359.3073/Fax: 206.359.4073

**Perkins Coie** LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
907.279.8561 / Facsimile 907.276.3108

CERTIFICATE OF SERVICE TO
DECLARATION OF RYAN J. McBRAYER                                -1-
59840-0003/LEGAL13305296.1