# Exhibit 1



## McBrayer, Ryan J. (Perkins Coie)

| | |
|---|---|
| From: | McBrayer, Ryan J. (Perkins Coie) |
| Sent: | Monday, April 09, 2007 11:59 AM |
| To: | 'Kuhl, Brooke C.' |
| Subject: | Gift Connections Design |
| Attachments: | Alaska_M.pdf |



Alaska_M.pdf (221 KB)

Brooke,

Following up on our conversation this morning, I attached a color scan of the only color copy I have of AJMC 0021.  This was produced from the color copy Mike gave me at the Godfred deposition (your original production was not in color).  Is this an accurate scan of what you have?  I want to make sure as we move toward trial that the colors in our documents are accurate.

Best Regards,
Ryan

McBrayer, Ryan J.  (Perkins Coie)

| | |
|---|---|
| From: | McBrayer, Ryan J.  (Perkins Coie) |
| Sent: | Friday, April 13, 2007 4:44 PM |
| To: | 'Kuhl, Brooke C.' |
| Cc: | Reynolds, Nadine  (Perkins Coie); Olanna, Kyan  (Perkins Coie); Keyes, J. Michael |
| Subject: | RE: Gift Connections Design |
| Attachments: | Letter to B. Kuhl.pdf |



Letter to B.
Kuhl.pdf (46 KB)

Brooke,
Please see the attached letter on this topic.
Best Regards,
Ryan


-----Original Message-----
From: McBrayer, Ryan J. (Perkins Coie)
Sent: Monday, April 09, 2007 11:59 AM
To: 'Kuhl, Brooke C.'
Subject: Gift Connections Design

Brooke,
Following up on our conversation this morning, I attached a color scan of the only color copy I have of AJMC 0021.  This was produced from the color copy Mike gave me at the Godfred deposition (your original production was not in color).  Is this an accurate scan of what you have?  I want to make sure as we move toward trial that the colors in our documents are accurate.

Best Regards,
Ryan



Ryan J McBrayer
PHONE (206) 359-3073
FAX (206) 359-4073
EMAIL RMcBrayer@perkinscoie.com

1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
PHONE 206.359.8000
FAX: 206.359.9000
www.perkinscoie.com

April 13, 2007

*VIA EMAIL*

Ms. Brooke Kuhl, Esq.
K&L Gates LLP
618 W Riverside, Suite 300
Spokane, WA 99201

Re:   Arctic Circle Enterprises LLC v. Alaska-Juneau Mining Company LLC,
      Case No. 3:06-cv-170 (TMB)

Dear Brooke:

I have received no response to my inquiry of April 9, 2007 regarding the accuracy of the color document produced by Alaska Juneau Mining Company "AJMC 1st RFP-0021." You initially produced this as a black-and-white document. The color version I sent you on April 9th is an exact copy of the color document that Mr. Keyes used in the deposition of Mitchell Godfred. We intend to rely on the document Mr. Keyes gave me (and used in the Godfred deposition) in our briefing in opposition to AJMC's summary judgment motion. Please contact me immediately if AJMC has provided an inaccurate representation of this document's color. We will otherwise rely on AJMC's earlier representation and production.

Very truly yours,

Ryan J. McBrayer

RJM:nr

Enclosure

cc:   J. Michael Keyes, Esq.

59840-0003/LEGAL13163537 1

ANCHORAGE · BEIJING · BELLEVUE   BOISE   CHICAGO · DENVER   LOS ANGELES
MENLO PARK   OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
Perkins Coie LLP and Affiliates

Ex. 1 - 5