# Exhibit 6

**SEAK Professional Services, LLC**

1        IN THE UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF ALASKA

3

ARCTIC CIRCLE ENTERPRISES, INC.  )

4                           )

5           Plaintiff,       )

6         vs.                )

7

SANDY ROTH and TANDEM IMPORTS, INC.)

8  A WASHINGTON CORPORATION,       )

    LAWRENCE H.  PRESS d/b/a PIERCE   )

9  DISTRIBUTORS, KEYSTAR          )

    INTERNATIONAL LIMITED,         )

10                       )

            Defendants.    )   No.  A03-139 CV(JWS)

11  _____ ) _____

    SANDY ROTH and TANDEM IMPORTS, INC.)

12  A Washington Corporation.      )

13       Counterclaim Plaintiffs   )

14  vs                   )

15  ARCTIC CIRCLE ENTERPRISES, INC.  )

16       Counterclaim Defendant.  )

17

DEPOSITION ON ORAL EXAMINATION

18                 OF

19

DAVID L. COATES

20

             1:51 p.m.

21            May 17, 2004

      SEAK PROFESSIONAL SERVICES, LLC

22          833 Schoenbar Road

       Ketchikan, Alaska 99901

23

24

25

-1-

Coates Direct

1  Q    And 2003 season, you didn't?  You sold Sandy Roth's?

2  A    Yes.  No, we sold their photo albums in 2003.

3  Q    You sold Arctic Circle's?

4  A    Uh-huh (affirmative).  Uh-huh (affirmative).

5  Q    You didn't sell Sandy Roth's?

6  A    Uh-huh (affirmative).  Yeah, we sold them both.

7  Q    Side by side?

8  A    Yes.  Because we had enough of them left over.  We had

9       plenty to you know, to sell.

10 Q    You didn't buy any photographic albums for -- from Arctic

11      Circle for the 2003 season?

12 A    I don't believe so.

13 Q    You sold off what you had left of theirs and you sold

14      Sandy Roth's?

15 A    Well we didn't sell what we had -- or sell them all

16      because I think we still have some left even today.

17 Q    Of Arctic Circle's?

18 A    Uh-huh (affirmative).  I believe so.  I mean I believe

19      so, there was -- you know when -- some of these big

20      orders are so big and when you're guessing and you're

21      taking 2,880, or 4,000 and then all of a sudden you only

22      sell a 1,000 and you can have a residual left over.

23 Q    In 2003 for that season is what I'm saying.

24 A    Uh-huh (affirmative).

25 Q    Didn't you buy quite a bit more from Roth than you did

-64-

Coates Direct

1  Q   You found that out from Mr. Kagan?

2  A   No, I think she told me at some point.  I think this --

3      the last year when I was down in Seattle, this guy came

4      through and it was this -- her customer.

5  Q   Larry Press.

6  A   Yeah.  And she said this guy was coming to town, and she

7      was going to have to work with him for -- you know meet

8      with him.

9  Q   Did you ever do any business with Larry Press?

10 A   I've never even met him.

11 Q   Did you give any artwork for Sandy Roth for the 2003

12     season?

13 A   I don't think I did.

14 Q   Did you make any suggestions that you wanted a product

15     changed at all?

16 A   You know I don't recall that I did, because I didn't have

17     a lot of control.  There might have been some samples

18     that she sent us, and that we said you know, you need to

19     change the color, or change something, or something,

20     or.....

21 Q   Well is it your testimony that the items you ordered in a

22     sense, out of the IAAC catalogue were produced as they

23     were in the IAAC catalogue?

24 A   Not always.  She told me she said some of these I can

25     change them to make them better.  Because some of them,

-82-