# Exhibit 7

```
0001
 1            IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF ALASKA
 3
 4   ARCTIC CIRCLE        )
     ENTERPRISES, LLC.,   )
 5                        )
          Plaintiff,      )
 6                        )
     vs.                  )
 7                        )
     ALASKA JUNEAU        )
 8   MINING COMPANY, LLC.,)
                          )
 9        Defendant.      )
     _____)
10
11   Case No. 3:-06-CV-170 (TMB)
12
13
14
15       DEPOSITION OF ANTONIA M. MURPHY
16
17       Pages 1 through 86, Inclusive
18       Taken: Wednesday, January 24, 2007
19       Place: Juneau, Alaska
20
21
22
23
24
25
```

```
 1   APPEARANCES:
 2
 3   For the Plaintiff:    RYAN McBRAYER, ESQ.
                           Perkins Coie LLP
 4                         1201 Third Ave., Ste. 4800
                           Seattle, WA  98101-3099
 5
 6
     For the Defendant:    BROOKE C. KUHL, ESQ.
 7                         K&L Gates
                           618 West Riverside Ave.
 8                         Ste. 300
                           Spokane, WA  99201-0602
 9
10
11       BE IT REMEMBERED that, pursuant to Notice of
12   Taking Deposition, and beginning on Wednesday, the 24th
13   day of January, 2007, commencing at the hour of
14   12:00 p.m. thereof, in the Travelodge Hotel, located at
15   9200 Glacier Highway, Juneau, Alaska, before me, LYNDA
16   BATCHELOR BARKER, Registered Diplomate Reporter and
17   Notary Public in and for the State of Alaska,
18   personally appeared:
19
20            ANTONIA M. MURPHY
21
22   called as a witness by the plaintiff, who was
23   thereafter examined and interrogated as hereinafter set
24   forth.
25
```

```
 1   Deposition of ANTONIA M. MURPHY
 2
 3            INDEX OF EXAMINATIONS
 4                                        PAGE
 5   Examination by Mr. McBrayer ........   4
 6
 7            INDEX OF EXHIBITS
 8   NO.                                   PAGE
 9   Exhibit 30 ......................      33
         AJMC 1st RFP-0021 - Photo album
10       cover from Gift Connections, IAC
11   Exhibit 31 ......................      39
         AJMC 1st RFP-0015 - Sales information
12       regarding Hayes photo album sales
13   Exhibit 32 ......................      44
         AJMC 1st RFP-0016 - Sales information
14       regarding Hayes photo album sales
15   Exhibit 33 ......................      47
         AJMC 1st RFP-0017 - Sales information
16       regarding Hayes photo album sales
17   Exhibit 34 ......................      48
         AJMC 1st RFP-0014 - Hayes invoice
18       to Dockside Trading Co. dated 6/20/06
19   Exhibit 35 ......................      50
         AJMC 1st RFP-0013 - Hayes invoice
20       to Dockside Trading Co. dated 4/20/06
21
22
23
24
25
```

```
 1            WEDNESDAY, JANUARY 24, 2007
 2                 JUNEAU, ALASKA
 3                   12:00 P.M.
 4
 5       THE REPORTER: I'll now swear you
 6   in. Would you raise your right hand for me,
 7   please?
 8       (Oath administered)
 9       THE WITNESS: Yes.
10
11            ANTONIA M. MURPHY
12
13   having been first duly sworn by the court reporter to
14   tell the truth, the whole truth, and nothing but the
15   truth, testified as follows:
16
17                 EXAMINATION
18
19   BY MR. McBRAYER:
20       Q.  Good afternoon, Ms. Murphy. We had a
21   chance to meet before we went on the record, but my
22   name is Ryan McBrayer. I'm an attorney with
23   Perkins Coie and we represent Arctic Circle
24   Enterprises in the lawsuit.
25       A.  Okay.
```

Page 5:

1   Q.   Have you ever had your deposition taken
2   before?
3   A.   Once, yeah.
4   Q.   Okay. And was it in a case involving a
5   business dispute, or was it something different?
6   A.   It was -- I guess -- nothing with the
7   store itself, no. It was just one of my partners.
8   Q.   Okay.
9   A.   Land.
10  Q.   Okay. Well, I'll go over a few of the
11  ground rules that you may have experienced at the
12  time and that your attorney may have explained to
13  you before today.
14       This is -- the purpose of this
15  deposition is to create a written record of your
16  testimony. I'll be asking you questions for which
17  you'll hopefully have answers, and the court
18  reporter is transcribing all of this as we speak.
19  So in order to accomplish that, I'll try and make
20  my questions as clear as possible. If you don't
21  understand something that I ask, please ask me to
22  clarify it, and let me know what part of it is
23  unclear or needs work. Is that okay?
24  A.   Yes.
25  Q.   Okay. Also, I'll do my best not to

Page 6:

1   speak over you if you'll do likewise. It makes
2   things difficult for the court reporter if we are
3   both talking at the same time. So it's important
4   that I finish my entire question, and that you
5   finish your entire answer again before I ask a
6   question.
7        If you need a break, please let me
8   know, and I'll wrap up a line of questioning and --
9   A.   Okay.
10  Q.   -- we can take a break. We'll endeavor
11  to take one about every hour.
12  A.   Every hour?
13  Q.   Yes, about once every hour. If you
14  need one more often, let me know.
15  A.   Okay. How long is this going to take?
16  Q.   We'll see. I certainly don't
17  anticipate that it's going to take more than a
18  couple of hours at most. But I guess that just
19  depends on what we discover during the course of
20  the deposition.
21  A.   Okay. All right.
22  Q.   Can you please state your address for
23  the record?
24  A.   My personal, or the store?
25  Q.   Wherever you can most easily be found.

Page 7:

1   A.   425 South Franklin Street, Juneau,
2   Alaska.
3   Q.   Okay. And is that a business address?
4   A.   Yes.
5   Q.   For what business?
6   A.   Alaska Juneau Mining.
7   Q.   Okay. Do you work for or own --
8   A.   Co-owner.
9   Q.   -- Alaska Juneau Mining Company?
10  A.   Co-owner.
11  Q.   How long have you been a co-owner of
12  Alaska Juneau Mining Company?
13  A.   Three years.
14  Q.   And because it's a mouthful, is it okay
15  if I call the business AJMC or --
16  A.   Correct. That's fine.
17  Q.   -- how do you refer to it in short?
18  A.   AJM.
19  Q.   AJM.
20  A.   Yeah. That's fine.
21  Q.   Okay. I'm happy to refer to it as AJM
22  to keep us from having to repeat --
23  A.   I know it's long.
24  Q.   -- the whole phrase during the course
25  of today. Were you a founding owner of AJM?

Page 8:

1   A.   Yes.
2   Q.   Who are the other co-owners of AJM?
3   A.   Dave and Lori Coates, and my husband,
4   Neal Murphy, Gary and Meeta Jethani, and Doug
5   Trucano.
6   Q.   And the last one?
7   A.   Doug Trucano.
8   Q.   Can you spell his last name, please?
9   A.   T-R-U-C-A-N-O.
10  Q.   Are all of those co-owners, co-owners
11  in their individual capacity?
12  A.   Yes.
13  Q.   So none of those co-owners holds their
14  interest in AJMC as an LLC or a corporation?
15  A.   No, it is an LLC. I'm sorry.
16  Q.   Alaska Juneau Mining, or AJM, is an
17  LLC, I understand.
18  A.   Right.
19  Q.   But, for instance -- maybe it will help
20  to come at this another way.
21       Does Mr. Coates own his interest
22  in AJM as an individual?
23       MS. KUHL: Object to the extent
24  that you are asking for a legal conclusion, but go
25  ahead and answer.

Ex. 7 - 3

Page 9

1  A. Yeah. I guess I'm not sure what you
2  are asking me. Yes, we're all four partners, but
3  it's under an LLC.
4  Q. I understand. I just want to make sure
5  that this isn't the last in a string of LLCs, and
6  that Mr. Coates doesn't, for instance, own his
7  interest through a series of shell companies.
8  A. No. No. Personal.
9  Q. Okay. And is that the case with all of
10 the other co-owners?
11 A. Correct.
12 Q. Were all of the co-owners you described
13 earlier founding co-owners of AJM?
14 A. Yes. Yes.
15 Q. So the ownership structure of AJM has
16 not changed since it was founded?
17 A. No.
18 Q. Do you have primary responsibility in
19 the day-to-day operation of AJM?
20 A. I manage the store.
21 Q. Has that been your responsibility since
22 the store was founded?
23 A. Yes.
24 Q. What are the other owners'
25 responsibilities? Let's start with your husband,

Page 10

1  if that's easiest.
2  A. Actually, his responsibility is just to
3  help me out.
4  Q. Okay.
5  A. And Doug doesn't really do anything.
6  He just kind of helps us with a little bit of
7  construction, which he does construction. Gary is
8  responsible for the jewelry side, ordering and
9  employment. And then Dave does -- helps me with
10 some of the buying.
11 Q. When you say he helps you with some of
12 the buying --
13 A. In the beginning, yeah, but now he
14 doesn't really do much.
15 Q. Okay. When did he stop helping you --
16 A. About two years ago.
17 Q. -- in the buying?
18 A. The first -- just the first year he
19 helped.
20 Q. Okay. So that would have been 2004?
21 A. Correct.
22 Q. For the season in 2005?
23 A. Yes.
24 Q. So you would have been buying --
25 A. Yes. Right.

Page 11

1  Q. Okay. And after the 2005 retail season
2  was done, you did the purchasing --
3  A. Yes.
4  Q. -- from there on for the 2006 retail
5  season?
6  A. Yes.
7  Q. Does Mr. Coates have any other
8  responsibilities in the operation of AJM?
9  A. No.
10 Q. Outside of the operation of AJM, does
11 Mr. Coates have any responsibilities within the
12 membership?
13 A. No.
14 Q. How many employees does AJM have?
15 A. About 30.
16 Q. And is AJM open year round?
17 A. No.
18 Q. What are its approximate dates of
19 operation every year?
20 A. From May through September.
21 Q. Do you reside year round in Juneau?
22 A. Not now.
23 Q. Okay. What months of the year do you
24 reside in Juneau?
25 A. From March through October.

Page 12

1  Q. And where do you reside the remainder
2  of the year?
3  A. Florida.
4  Q. Your address in Florida?
5  A. 1433 Southeast 8th Street, Deerfield
6  Beach, Florida.
7  Q. Does AJM own the real estate for its
8  store location?
9  A. No.
10 Q. Who owns the real estate for the AJMC
11 store location?
12 A. AJ Building, which is a group of other
13 members, which is mainly Doug Trucano, my other
14 partner.
15 Q. Okay. And the other owners in -- I'm
16 sorry, AJ Building?
17 A. AJ Building.
18 Q. AJ Building. The other partners in
19 that are?
20 A. Dave Coates and Gary.
21 Q. Do you know how much rent AJMC pays AJ
22 Building for the use of its real estate?
23 A. It's $36,000, $37,000 a month.
24 Q. Other than the money that AJMC pays to
25 AJ Building for the use of the space, does AJMC pay

Ex. 7 - 4

## Page 49

1  Q. Okay. What do you buy the Alaska map
2  photo albums from Hayes Specialties for? How much?
3  A. I believe it was that, $1.65 and the
4  $2.94.
5  Q. $2.94 for the --
6  A. I believe so, yes.
7  Q. -- 200-pocket album?
8     If you can again pull out
9  Exhibit 34.
10 A. That's what this is.
11 Q. Sorry. Exhibit 33. Let's just look at
12 the first line item in -- first of all, let's look
13 at the invoice number in Exhibit 33 and Exhibit 34.
14 Do you agree that the invoice number appears to
15 match between the report in Exhibit 33 and the
16 invoice in Exhibit 34?
17 A. Yes.
18 Q. The quantity of the -- both the
19 quantity and cost match for the first line item?
20 A. Yes.
21 Q. And were all 2,280 of those items
22 shipped to Alaska Juneau Mining Company?
23 A. I -- no. I don't even know. I'd have
24 to check that and see what I actually received. I
25 don't know.

## Page 50

1  Q. Okay. Do you have an invoice from
2  Hayes Specialties for Alaska Juneau Mining Company
3  for the albums you purchased?
4  A. I might, yes.
5  Q. Have you previously investigated your
6  records before today's deposition for such an
7  invoice?
8  A. No.
9  Q. Do you recall sending a purchase order
10 to Hayes Specialties Corporation for the 100-pocket
11 photo albums that you purchased?
12 A. I didn't send a purchase order. It was
13 an e-mail.
14 Q. An e-mail? Okay. You can set aside
15 Exhibit 34.
16    (Exhibit 35 duly marked)
17 BY MR. McBRAYER:
18 Q. Here is the next exhibit, Exhibit 35.
19 Do you recognize Exhibit 35?
20 A. It's an invoice from Hayes Specialties.
21 Q. Have you ever seen the invoice before?
22 A. I can't tell you I saw this particular
23 invoice, no.
24 Q. Do you know why Alaska Juneau Mining
25 Company produced an invoice to Dockside Trading

## Page 51

1  Company in this litigation?
2  A. I'm sorry. What was that?
3  Q. If you look in the bottom right-hand
4  corner of Exhibit 35, this document has a marking
5  and the litigation as "AJMC 1st RFP-0013," which
6  indicates that Alaska Juneau Mining Company
7  produced this document to Arctic Circle in the
8  litigation.
9     Do you know why Alaska Juneau
10 Mining Company produced an invoice to Dockside
11 Trading Company in this litigation?
12 A. I didn't give this to -- I didn't
13 produce an invoice.
14 Q. Does Alaska Juneau Mining Company hold
15 financial records for Dockside Trading Company?
16 A. No.
17 Q. Do you know if Alaska Juneau Mining
18 Company's financial records are stored in the same
19 place as Dockside Trading Company's financial
20 records?
21 A. No, they are not.
22 Q. Do the companies use the same
23 bookkeeper or accountant?
24 A. No.
25 Q. Do you recall paying Hayes Specialties

## Page 52

1  Corporation for the Alaska map photo albums you
2  ordered?
3  A. Yes.
4  Q. Do you recall how you paid them?
5  A. By check.
6  Q. And was the check made out to Hayes
7  Specialties Corporation?
8  A. I believe so, yes.
9  Q. Okay. You can set aside Exhibit 35.
10    Can you pull out Exhibits 32 and
11 33 now? They are the documents that look like this
12 (indicating).
13 A. Okay.
14 Q. I want to look at just a line item, the
15 first line item in each of these tables for Hayes
16 Specialties, Item No. DS6001. Is that the
17 100-pocket photo album that you sell, that item
18 number?
19 A. Yes.
20 Q. If you look over on the right-hand side
21 of these two tables, under the column marked "JMC,"
22 do you see that column on both tables?
23 A. Yes.
24 Q. It appears as if an entity or person
25 called "JMC" received, first, in Exhibit 32, 1,680

Ex. 7 - 5

```
 1   of those -- of the 100-pocket albums, and then
 2   later received 2,280 of those albums, for a total
 3   of about 3,760 albums.
 4            Did Alaska Juneau Mining Company
 5   sell approximately 3,700 of the 100-pocket photo
 6   albums?
 7      A.   It's from the report here, what I sold.
 8   2,700 of one and 29 of another one.
 9      Q.   So do you have any inventory remaining
10   of the 100-pocket photo album?
11      A.   No.
12      Q.   If someone were to assert that Alaska
13   Juneau Mining Company was provided 3,700 units of
14   the 100-pocket photo album, would that be
15   incorrect?
16      A.   I don't know.  Like I said, I wasn't
17   sure how many I had previously ordered.  I thought
18   it was like 1,500 of one and 2,500.  I wasn't
19   accurate.  But again, I know that this is not
20   exactly a received-in log that shows me how many I
21   received.
22      Q.   Well, in Exhibit 31, it says you sold
23   2,732 of the 100-pocket photo album.
24      A.   Yes.
25      Q.   I take it Exhibit 31 is correct.
```

53

```
 1      A.   Yes.
 2      Q.   And you have no remaining inventory?
 3      A.   Right.
 4      Q.   So presumably somewhere along the way,
 5   AJMC received approximately 2,732 of the photo
 6   albums, of the 100-pocket photo albums?
 7      A.   Well, give or take, because I had
 8   already inventory from another vendor on that same
 9   album.  So I just sold them for the exact same
10   amount.
11      Q.   And what inventory did you have from
12   another vendor before?
13      A.   I don't know.  It was just a couple --
14   I don't know -- like 1,000 or something.  I'm not
15   sure.  I'd have to check.
16      Q.   And from where -- from what vendor did
17   you get those albums?
18      A.   Tandem Imports.
19      Q.   How did you come into possession of the
20   albums from Tandem Imports?
21      A.   I ordered them.
22      Q.   When?
23      A.   The year -- I guess the summer
24   before -- the winter before 2006 -- or 2005, so the
25   first season.
```

54

```
 1      Q.   Okay.  So the first season that AJMC
 2   was in business --
 3      A.   Right.
 4      Q.   -- was the summer of 2005?
 5      A.   2005, right.
 6      Q.   So you ordered albums from Tandem
 7   Imports from the winter of 2004, like --
 8      A.   Correct, for the new season.
 9      Q.   -- November, December, 2004?
10      A.   Yes, for the new season.
11      Q.   I don't want to talk over each other.
12   I want to make sure this is correct.  The albums
13   you ordered from Tandem Imports that were similar
14   to the 100-pocket photo album, as Exhibit 14, were
15   ordered in November and December of 2004?
16      A.   Correct.
17      Q.   Were those albums similar to the album
18   depicted in Exhibit 14?
19      A.   I believe so, yes.
20      Q.   Was it the same album?
21      A.   I think so, yes.  I'm not even sure.
22   It may be a little different.  I don't even know.
23      Q.   Do you have any records of purchases
24   from Tandem Imports for those albums?
25      A.   Yes.
```

55

```
 1      Q.   Where are they located?
 2      A.   At the store.
 3      Q.   Before today, have you made any effort
 4   to search for or produce those records?
 5      A.   No.
 6      Q.   You bought the 100-pocket photo album
 7   from Tandem Imports?
 8      A.   Yes.
 9      Q.   Did you also by the 200-pocket photo
10   album from Tandem Imports?
11      A.   Yes.
12      Q.   How many units of each?
13      A.   I don't know.
14      Q.   To the best of your memory?
15      A.   576 of each, I would say, maybe 1,000.
16   I don't know.
17      Q.   In Exhibit 31, Alaska Juneau Mining
18   Company's sales item summary --
19      A.   Yes.
20      Q.   -- does this Exhibit 31 reflect only
21   sales of albums you purchased from Hayes
22   Specialties?
23      A.   No.
24      Q.   What is reflected here?
25      A.   It reflects the albums that I had from
```

56

Ex. 7 - 6

1/24/2007 MURPHY, ANTONIA

```
 1    A.   No.
 2    Q.   Have you ever discussed the lawsuit
 3  with Mr. Coates?
 4    A.   Not -- not really, no. Just basically
 5  that it was a long thing for Sandy. That's all.
 6    Q.   When you ordered your 100-pocket and
 7  200-pocket photo albums from Hayes Specialties, did
 8  you believe your order was in any way connected to
 9  the Sandy Roth lawsuit?
10    A.   No.
11    Q.   When you ordered the 100-pocket and
12  200-pocket photo albums from Hayes Specialties, did
13  you think that you -- when I say "you," that Alaska
14  Juneau Mining Company had any rights to sell the
15  100-pocket and 200-pocket albums by virtue of any
16  settlement in the Roth litigation?
17    A.   I'm sorry. Repeat that again.
18         MR. McBRAYER: Can you read back
19  the question, please?
20         (Pending question read back by the
21          court reporter)
22    A.   No. No. If I understand the question
23  right, just buying I had the right to sell it. Is
24  that what you are asking me?
25    Q.   Well, I mean --
```

61

1/24/2007 MURPHY, ANTONIA

```
 1    A.   In kind of a roundabout way, yeah.
 2    Q.   I understand that by buying it from
 3  Hayes Specialties, you believed you had a right to
 4  sell the album.
 5    A.   Yes.
 6    Q.   I'm wondering -- and I want to ask a
 7  little bit about this -- are there any other facts
 8  or circumstances, other than just by virtue of
 9  buying it from Hayes Specialties, that you believed
10  you had a right --
11    A.   Yes.
12    Q.   -- at AJMC to sell the album? Was
13  there anything else that contributed to your belief
14  that you had a right to sell the album --
15    A.   No.
16    Q.   -- other than just purchasing it from
17  Hayes Specialties?
18    A.   Just purchasing it.
19    Q.   Okay. When you purchased the
20  100-pocket and 200-pocket photo albums, did you
21  believe that AJMC had a right to sell that album by
22  virtue of any agreement Mr. Coates had
23  previously --
24    A.   Yes.
25    Q.   -- been a party to?
```

62

1/24/2007 MURPHY, ANTONIA

```
 1    A.   No. I just -- I guess I'm not
 2  understanding the question. You are asking if,
 3  because of the lawsuit -- I don't understand the
 4  question you are asking me, I guess, is the best
 5  way to say it.
 6    Q.   Did you believe that you had -- that
 7  AJMC had a right to sell the 100-pocket and
 8  200-pocket photo albums that you ordered from Hayes
 9  Specialties for any reason connected to the Roth
10  lawsuit?
11    A.   No.
12    Q.   Were the two related in any way?
13    A.   No.
14    Q.   Have you ever discussed any ownership
15  of the rights to Indian Arts and Crafts designs
16  with Mr. Coates?
17    A.   Yes.
18    Q.   Can you describe -- well, let me back
19  up. How many times have you discussed the rights
20  to Indian Arts and Crafts designs with Mr. Coates?
21    A.   I think twice.
22    Q.   When was the first conversation?
23    A.   It was a few years ago, when he had
24  told me that he had purchased the rights for the
25  artwork, that he had Steve Holberg ask him to
```

63

1/24/2007 MURPHY, ANTONIA

```
 1  become a partner in purchasing the rights to their
 2  artwork that was remaining, was the first time.
 3    Q.   Okay. Where did that conversation
 4  occur?
 5    A.   I think it was just on the phone.
 6  Just -- he was just telling me about it.
 7    Q.   Okay.
 8    A.   And that, you know, so we could have a
 9  little bit -- you know, he would be able to create
10  and we'd be able to buy that album again.
11    Q.   You say that "he'd be able to do it."
12  That Mr. Coates would be able to do that?
13    A.   No, Steve.
14    Q.   Steve would be able to do that?
15    A.   Yes.
16    Q.   Do you know if Mr. Holberg is a
17  co-owner in any business ventures with Mr. Coates
18  currently?
19    A.   No.
20    Q.   Was he at one time?
21    A.   No.
22    Q.   And the second time you discussed the
23  Indian Arts and Crafts -- ownership of the Indian
24  Arts and Crafts design with Mr. Coates, when was
25  that?
```

64

Ex. 7 - 7

## Page 69

1 really didn't think twice about it.
2   Q.  Have you ever spoken with Hayes
3 Specialties about where Hayes Specialties got the
4 design from?
5   A.  No.
6       MR. McBRAYER:  We have been going
7 for another 45 minutes.  Why don't we take another
8 break?
9 1:37 PM
10      (Off record)
11 1:47 PM
12      MR. McBRAYER:  Back on the record.
13 BY MR. McBRAYER:
14  Q.  Can you pull Exhibit 31 up again,
15 please?  In the third column from the left labeled
16 "DESC-1," the information in that column is the
17 item number from Hayes Specialties?
18  A.  Yes.
19  Q.  The first one being DS6001, is that the
20 same number as your SKU for this item?
21  A.  No.
22  Q.  Do you know what your SKU for this item
23 is?
24  A.  No.  Not right now I don't, no.
25  Q.  Is the SKU reflected anywhere in this

## Page 70

1 report in Exhibit 31?
2  A.  No, it's not.
3  Q.  Okay.  You can set Exhibit 31 aside.
4 Let's go back to Exhibits 32 and 33.  In
5 Exhibit 32, the first line item is of Hayes Item
6 No. DS6001.  Do you see that?
7  A.  Yes.
8  Q.  Did Alaska Juneau Mining Company
9 receive 1,680 of that item from Hayes Specialties
10 in April 2006?
11  A.  I don't know if we received the whole
12 amount, but I would say probably, yes.
13  Q.  And in Exhibit 33, did Alaska Juneau
14 Mining Company receive 2,280 of that item from
15 Hayes Specialties?
16  A.  I would say the same thing.  I don't
17 know whether or not I received all of them, but --
18 I'm not even sure -- I probably did receive them.
19 Again, I'm not sure, but -- I'm not sure about the
20 quantity.
21  Q.  Did Alaska Juneau Mining Company share
22 an order with other companies owned by Mr. Coates?
23  A.  Yes.
24  Q.  Are the invoices from Hayes Specialties
25 in Exhibits 34 and 35, to your knowledge, related

## Page 71

1 to Alaska Juneau Mining Company's purchase of these
2 items?
3  A.  It could be, yes, because we share for
4 shipping.  If we can get it on one shipment, it
5 helps us out.
6  Q.  In the third column of Exhibit 35, the
7 longer Hayes Specialties purchase order, there is a
8 column labeled "B/O."  Do you know what that column
9 is?
10  A.  I believe that's "Back Order."
11  Q.  So in Exhibit 35, do you understand
12 this purchase, or this invoice from Hayes
13 Specialties to be actually shipping 5,472 units of
14 that photo album, with an additional 2,200
15 backordered?
16  A.  Correct.  That's what I'm reading, yes.
17  Q.  So it looks -- it appears as if the
18 total order by Dockside Trading for these photo
19 albums was approximately 7,750 albums?
20  A.  Yes.
21  Q.  Okay.  And then, as reflected in
22 Exhibit 34, the backordered 2,280 --
23  A.  Right.
24  Q.  -- was later shipped?
25  A.  Yes.

## Page 72

1  Q.  So turning again to Exhibits 32 and 33,
2 it appears that Alaska Juneau Mining Company
3 received 3,800 units of the 100-pocket photo album.
4  A.  Could have, yeah.  Perhaps, yeah.
5  Q.  Exhibit 31 indicates Alaska Juneau
6 Mining Company has only sold 2,700 units of the
7 100-pocket photo album, which leaves 1,100 units
8 unaccounted for.  Do you agree with me?
9  A.  Yes.
10  Q.  Do you know where those 1,100 photo
11 albums are?
12  A.  That's what I'm trying to tell you, is
13 that this is not an invoice.
14  Q.  What is not an invoice?
15  A.  These are not invoices.  Just because
16 this says I -- this is what, you know, they billed
17 me for doesn't mean I have actually received it.
18  Q.  Do you have records that would show --
19  A.  Yes.
20  Q.  -- if you received these materials?
21  A.  Yes.
22  Q.  Okay.  And when you say that "these
23 don't show that they actually billed me for it,"
24 you were pointing to Exhibits 32 and 33.  Who was
25 billing you for it?

Ex. 7 - 8

1  A.  These are not bills. This is just
2  basically Hayes dividing up the stores for
3  shipments.
4  Q.  Okay. And what kind of records do you
5  have that would show you how many you actually
6  received at Alaska Juneau Mining Company?
7  A.  It would be in my reports, my invoices,
8  where I documented what I paid.
9  Q.  Okay.
10 A.  I mean, I don't know for sure how many
11 I received.
12 Q.  Is that part of your Retail Pro system?
13 A.  Yes.
14 Q.  Okay. I think I understand now. I
15 think you can set all those exhibits aside, and
16 we'll move on to something new.
17     MR. McBRAYER: Let's go off the
18 record for a second.
19 1:56 PM
20     (Off record)
21 1:57 PM
22 BY MR. McBRAYER:
23 Q.  I'm going to hand you what has
24 previously been marked as Exhibits 4 and 14. Is
25 there anything similar about Exhibits 4 and 14?

1  A.  The color.
2  Q.  Anything -- the color of what?
3  A.  I'm sorry. Of the leatherette, I
4  guess.
5  Q.  Is there anything else similar?
6  A.  The fact that it's a map of Alaska.
7  Q.  Is there anything similar about the
8  color of the print?
9  A.  No. This is a lot darker than this; to
10 me.
11 Q.  Which is darker --
12 A.  I'm sorry. The Arctic Circle 4 is
13 darker to me than Exhibit 14 from Hayes.
14 Q.  The print is darker?
15 A.  Yes.
16 Q.  How about the texture of the
17 leatherette? Not in the embossed sections, but
18 just of the leatherette itself.
19 A.  Yes, it's similar.
20 Q.  Okay. Could you please look at the
21 letter "N" on the compass rose on each of those?
22 Is the letter "N" similar?
23 A.  Yes.
24 Q.  Is it, in fact, identical?
25 A.  No.

1  Q.  What is different?
2  A.  Arctic Circle's is larger.
3  Q.  Other than size, is there any
4  difference in the font?
5  A.  Just that on the top of the N, it has a
6  little -- like a, I don't know, dash. That's about
7  it. So I wouldn't say it's identical.
8  Q.  Okay. Both albums depict Juneau,
9  correct, the city Juneau on the map?
10 A.  Uh-huh.
11 Q.  Both depict Anchorage?
12 A.  I really never looked at this. Yes.
13 Q.  Ketchikan?
14 A.  Yes.
15 Q.  Sitka?
16 A.  Yes.
17 Q.  Both of the Alaska maps cut off the
18 Aleutian Islands, and they don't depict the
19 Aleutian Islands; is that correct?
20 A.  Yes.
21 Q.  Is the stitching similar on both
22 albums?
23 A.  The Arctic Circle is a little bit
24 lighter, and the Hayes is a little golder, tanner,
25 but basically the stitch looks the same.

1  Q.  It's spacing from the edge of the map
2  is --
3  A.  Oh, yes.
4  Q.  -- or the edge of the album is similar?
5  A.  Oh, yes. Yes.
6  Q.  And the length of the stitches
7  themselves are similar?
8  A.  Yes.
9  Q.  Slightly different color in the
10 stitching, but they still contrast with the
11 background of the leatherette?
12 A.  Yes.
13 Q.  Both albums depict or embody the idea
14 of displaying an embossed map of Alaska with
15 symbols of Alaska. Is that the general idea that
16 both albums depict?
17 A.  Yeah. Yes. Yeah, I guess so. Uh-huh.
18 Q.  You testified earlier that you couldn't
19 remember whether you'd first purchased the map
20 album from Arctic Circle or from Indian Arts and
21 Crafts when you owned Glacier Bear Gifts.
22 A.  Right.
23 Q.  Other than the Indian Arts and Crafts
24 album and the Arctic Circle album, do you recall
25 ever seeing a similar photo album before you

Ex. 7 - 9