# Exhibit 11

Amendment to 6 Cir. R. 28(g), which **reads in its entirety as follows**:

(g)  **Citation of Unpublished Decisions.** Citation of unpublished opinions is permitted. FRAP 32.1(b) applies to all such citations.