# Exhibit 13

**K&L | GATES**

Kirkpatrick & Lockhart Preston Gates Ellis LLP
618 West Riverside Avenue
Suite 300
Spokane, WA 99201-0602
T 509.624.2100    www.klgates.com

March 12, 2007

Ryan J. McBrayer
Perkins Coie LLP
1201 3rd Avenue
Suite 4800
Seattle, WA 98101-3099

   *Re: Documents produced by AJMC on March 7, 2007*

Dear Mr. McBrayer:

  As you know, Toni Murphy, the manager of the AJMC store, resides in Florida during the winters and just returned to Juneau last week. Like many gift and souvenir shops, the AJMC store is only open seasonally. Upon her return to Juneau, Ms. Murphy was able to devote additional time to searching for records responsive to your recent discovery requests and records supplementing AJMC's earlier responses. To ensure that you understand the records produced I wanted to offer the following clarifications. In approximately 2004 AJMC purchased inventory from Glacier Bear Gifts. This inventory contained Tandem products including, 390 of the 200 pocket and 92 of the 100 pocket embossed Alaska map photo albums sold by Tandem. AJMC 2nd RFP 0074-76. In approximately 2006 AJMC purchased 3960 of the 100 pocket and 2976 of the 200 pocket albums from Hayes Specialties. AJMC 2nd RFP 0077-79. Due to an error between Hayes and its manufacturer, Hayes ended up with more albums than were ordered by its buyers and shipped the surplus to the Ketchikan warehouse allowing the individual stores to pay for the excess inventory if, and when, those albums were sold in 2007. AJMC 2nd RFP 0081 illustrates the existing inventory of 4,117 of the 100 pocket Hayes' albums. Updated sales of the Hayes' albums are depicted in the spreadsheet Bates No. AJMC 2nd RFP 00084. In addition, sales of the Hayes' albums may have been inadvertently tracked as Tandem albums. *See* AJMC 2nd RFP 0083. In sum, AJMC believes its sales of the Hayes' albums to date has been approximately 3,578 of the 100 pocket album and 3,278 of the 200 pocket album. The excess 200 pocket albums sold were likely purchased by AJMC from one of the other stores that received a shipment from Hayes.

  Enclosed please find Mr. Coates' signature page for his responses to the Interrogatories. Also enclosed, is a spreadsheet depicting the sales of an Alaska Map album purchased by AJMC from Tandem. This document is marked as Bates No. AJMC 2nd RFP 0104. We will be updating our 26(a) disclosures to reflect the name address and telephone

Ryan J. McBrayer
March 12, 2007
Page 2

number of the representative of Marble Rich. Marble Rich is believed to have discoverable information that AJMC may use to support its claims or defenses in this matter. The contact information for Marble Rich is listed below:

Jenny Ho (Managing Director)
Marble Rich Trading, LTD
Tel: (852) 2311 8981
Fax: (852) 2311 9109
Email: info@marble-rich.com

Very truly yours,

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By  *Brooke Castle Kuhl*
    Brooke Castle Kuhl

cc:   Dave Coates

K:\55853\00001\BCK\BCK_L210M  3/12/07 9:37 AM

Ex. 13 - 3