**Paul L. Davis**
Email: paul.davis@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Phone: 907-276-1969
Fax: 907-276-1365

**Gregory Wesner,** *Pro Hac Vice*
Email: gregory.wesner@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: 206-623-7580
Fax: 206-623-7022

**J. Michael Keyes,** *Pro Hac Vice*
**Brooke Kuhl,** *Pro Hac Vice*
Email: mike.keyes@klgates.com
Email: brooke.kuhl@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
Phone: 509-624-2100
Fax: 509-456-0146

Attorneys for Defendant
Alaska-Juneau Mining Company, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC., <br><br> Plaintiff, <br><br> v. <br><br> ALASKA-JUNEAU MINING COMPANY LLC., <br><br> Defendant. | Case No. 3:06-cv-00170-TMB <br><br> **SUPPLEMENTAL DECLARATION OF J. MICHAEL KEYES IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING ACTUAL DAMAGES, STATUTORY DAMAGES, AND ATTORNEYS' FEES** |

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC--1
Case No. 3:06-cv-00170-TMB
K:\55853\00001\BCK\BCK_P216E

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

I, J. Michael Keyes, declare as follows:

1. I am over 18 years of age. I reside in Spokane, Washington. I am fully competent to make this affidavit and have personal knowledge of the facts stated herein. To my knowledge, all the facts stated in this affidavit are true and correct.

2. I am the lead counsel for Alaska Juneau Mining Company, LLC ("AJMC") and a partner in the law firm of Kirkpatrick & Lockhart Preston Gates Ellis.

3. Attached as **Exhibit 1** are true and correct excerpts from the deposition of Antonia Murphy taken on January 24, 2007.

4. Attached as **Exhibit 2** is a true and correct copy of a page from the Sixth Circuit Court of Appeals Website. As noted on the Sixth's Circuit's site: "Citation of unpublished decisions in briefs and oral arguments in this Court and in the district courts within this Circuit is disfavored, except for the purpose of establishing res judicata, estoppel, or the law of the case. If a party believes, nevertheless, that an unpublished disposition has precedential value in relation to a material issue in a case, and that there is no published opinion that would serve as well, such decision may be cited if that party serves a copy thereof on all other parties in the case and on this Court. Such service shall be accomplished by including a copy of the decision in an addendum to the brief." Also available at http://www.ca6.uscourts.gov/internet/opinions/opinions.php.

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC--2
Case No. 3:06-cv-00170-TMB
K:\55853\00001\SA3MP200E

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 18th day of June, 2007 at Spokane, Washington.

                                                              J. Michael Keyes

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC--3
Case No. 3:06-cv-00170-TMB
K:\55853\00001\SA3MP200E

## CERTIFICATE OF SERVICE

I hereby certify that on June 18th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

Ryan McBrayer, RMcBrayer@perkinscoie.com

By /s J. Michael Keyes
J. Michael Keyes, *Pro Hac Vice*
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
618 W. Riverside Ave. #300
Spokane, WA 99201
Telephone: 509-624-2100
Facsimile: 509-456-0146
Email: mike.keyes@klgates.com
Attorneys for Defendant
Alaska-Juneau Mining Company LLC

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC--4
Case No. 3:06-cv-00170-TMB
K:\55853\00001\SA3MP200E

# EXHIBIT 1

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ARCTIC CIRCLE            )
ENTERPRISES, LLC.,       )
                         )
       Plaintiff,        )
                         )
vs.                      )
                         )
ALASKA JUNEAU            )
MINING COMPANY, LLC.,    )
                         )
       Defendant.        )
_____)

Case No. 3:-06-CV-170 (TMB)


DEPOSITION OF ANTONIA M. MURPHY


Pages 1 through 86, Inclusive

Taken: Wednesday, January 24, 2007

Place: Juneau, Alaska

Antonia Murphy * 1/24/2007
Arctic Circle v. Alaska Juneau Mining * 3:06-CV-170 (TMB)

Page 38

1  Exhibit 4 from the Indian Arts and Crafts album in
2  Exhibit 30, were there other differences between
3  the two photo albums to you?
4      A.  No.
5      Q.  Was there ever a time, as the owner of
6  Glacier Bear Gifts, that you had both the Arctic
7  Circle album and the Indian Arts and Crafts album
8  displayed on your sales floor at the same time?
9      A.  No.
10     Q.  Before you purchased the album in
11 Exhibit 30 from Indian Arts and Crafts, did you
12 purchase a similar album from anybody else?
13     A.  No.
14     Q.  Had you seen an album similar to the
15 one in Exhibit 30 before you purchased this one
16 from Indian Arts and Crafts?
17     A.  I don't know for sure that I have.
18     Q.  The album in Exhibit 30 appears to have
19 a dark stripe as its binding.
20     A.  Okay.
21     Q.  Do you recall what the nature of the
22 binding was in the Indian Arts and Crafts album
23 shown in Exhibit 30?
24     A.  No, I sure don't.
25     Q.  You can set aside both Exhibit 30 and

Page 39

1  Exhibit 4, if you want to hand them back to the
2  court reporter.
3          MR. McBRAYER:  Can I have this
4  marked as Exhibit 31, please?
5          (Exhibit 31 duly marked)
6  BY MR. McBRAYER:
7      Q.  Do you recognize Exhibit 31?
8      A.  Yes.
9      Q.  What is Exhibit 31?
10     A.  It's an item summary on the photo
11 albums that were sold.
12     Q.  By AJM?
13     A.  Yes.
14     Q.  Does this item summary come from an
15 inventory tracking system or sales tracking system
16 that AJM maintains?
17     A.  Yes.
18     Q.  What is that system?
19     A.  It's Retail Pro.
20     Q.  What time period does this report
21 cover?
22     A.  Well, it's from January through
23 September, but basically it's May through
24 September.
25     Q.  Of what year?

Page 40

1      A.  Of 2006.
2      Q.  I'd like to walk through each column so
3  I can understand --
4      A.  Okay.
5      Q.  -- what each column is.  On the far
6  left-hand column says "DCS."  What is that column?
7      A.  A department.
8      Q.  And underneath that it says "CMIS."
9      A.  Yes.
10     Q.  What does "CMIS" stand for?
11     A.  Curio/miscellaneous.
12     Q.  And the next column over is "VC."
13     A.  Yes.
14     Q.  What is that?
15     A.  Vendor.
16     Q.  Vendor code?
17     A.  Yes.
18     Q.  And I take it "HAY" is Hayes
19 Specialties?
20     A.  Yes.
21     Q.  The next column over is "DESC-1."  Is
22 that the number that you assign as an internal code
23 for this?
24     A.  No.  That's the vendor selling number
25 for the product.

Page 41

1      Q.  Let's go over to "SOLD," the "SOLD"
2  column.  Is that the number of units that you have
3  sold?
4      A.  Yes.
5      Q.  The next line over is "EXTOP$."  What
6  is that?
7      A.  Extended sales dollars.
8      Q.  And what are extended sales dollars?
9      A.  Meaning the total amount, the cost
10 times the -- or, I'm sorry, the retail.  The retail
11 sales.
12     Q.  Okay.  It's essentially the total
13 revenue associated with your sales of this product?
14     A.  Yes, before discount.
15     Q.  And what is the next column over,
16 "DISC"?
17     A.  That's a discount.
18     Q.  And what is that?
19     A.  Basically, it could be a 10 percent off
20 for a crew member or something like that.
21     Q.  So a certain number of the sales were
22 discounted sales?
23     A.  Yes.
24     Q.  And then the next column over is?
25     A.  That's my actual retail.

11 (Pages 38 to 41)

**Page 42**

1  Q. Okay. So that's the total dollar
2  amount you took in associated with sales of the
3  Exhibit 14 photo albums, the Alaska map photo
4  albums?
5  A. Right. Yes. Uh-huh.
6  Q. What is the next column over?
7  A. That's my cost.
8  Q. And the next column over, "EXTM$"?
9  A. That's my -- my profit.
10 Q. Let's talk about the cost column. What
11 items go into the cost?
12 A. The cost of the item and the shipping,
13 freight.
14 Q. Anything else?
15 A. That's it.
16 Q. Does Alaska Juneau Mining Company track
17 its administrative and other expenses, such as
18 advertising expenses, on a per-product basis?
19 A. No.
20 Q. Other than the cost column depicted
21 here, in which the cost of the item and its
22 shipping is tracked, does Alaska Juneau Mining
23 Company track any expenses on a per-product basis?
24 A. No.
25 Q. Do you track your net profit on a

**Page 43**

1  per-item basis?
2  A. No.
3  Q. Let's just take, for example, the
4  100-pocket photo album where you made a profit,
5  according to Exhibit 31, of approximately $2,600.
6  A. Yes.
7  Q. Do you know if you -- let me rephrase
8  the question.
9       Was your gross profit -- was your
10 net profit on that item less than your gross
11 profit?
12 A. I don't know.
13 Q. Is AJM profitable?
14 A. Yes.
15 Q. What was AJM's profit in 2006?
16 A. The whole store?
17 Q. Yes.
18 A. $2.4 million.
19 Q. Is that gross or net?
20 A. Gross.
21 Q. What was its net profit in 2006?
22 A. Oh, I'm sorry. It was net. It was
23 net. $2.4 million is net.
24 Q. Do you accept a salary?
25 A. Yes.

**Page 44**

1  Q. What is your salary?
2  A. $48,000 a year.
3  Q. Do any other members of the LLC accept
4  a salary?
5  A. No.
6  Q. You can set Exhibit 31 aside.
7       MR. McBRAYER: Can I have this
8  marked as Exhibit 32, please?
9       (Exhibit 32 duly marked)
10 BY MR. McBRAYER:
11 Q. I just want to clarify. Your profits
12 last year were, after taxes, $2.4 million?
13 A. I'm sorry?
14 Q. AJM's profits after taxes in 2006 were
15 $2.4 million?
16 A. We haven't got our taxes yet. That's
17 just our gross sales. Well, yes, our gross sales.
18 I'm sorry.
19 Q. So let's back up to that --
20 A. Yeah.
21 Q. -- and set Exhibit 32 aside. AJM's
22 total receipts --
23 A. Yes. Is $2.4 million.
24 Q. -- is $2.4 million. Let's go back to
25 2005. AJM was in operation in the 2005 season?

**Page 45**

1  A. Yes.
2  Q. Did AJM make a profit in 2005?
3  A. Yes.
4  Q. What was its after-tax profit in 2005?
5  A. I don't know offhand.
6  Q. Was it more than $1 million?
7  A. I don't know offhand. I don't.
8  Q. Do you have records that would show
9  you --
10 A. Yes.
11 Q. -- what that was? Where are those
12 located?
13 A. At my store.
14 Q. Are they part of the Retail Pro
15 software system?
16 A. No. It would be QuickBooks.
17 Q. Okay. Did AJM keep its accounting
18 records in QuickBooks for the 2006 season?
19 A. Yes. What does this got to do with
20 what I make and what I -- I don't understand this.
21 What does my personal business have to do with -- I
22 don't like answering questions about how much I
23 make. I really don't.
24 Q. I understand. I don't want to --
25 A. It's personal.

# EXHIBIT 2

Monday, June 18, 2007

## U.S. Court of Appeals for the Sixth Circuit
### Kentucky, Michigan, Ohio and Tennessee

Home | Contact Information | Court Links
PACER

OPINIONS
- Today's Opinions
- Opinions Search

COURT CALENDARS
- Oral Argument Calendar

FORMS

DOCKET SHEET

COURT OF APPEALS
- Judges
- History

CLERK'S OFFICE
- Fee Schedule
- Pending Cases
- Journals Past 7 Days

CIRCUIT EXECUTIVE
- Judicial Complaint

MEDIATION OFFICE

LIBRARY

B.A.P. INFORMATION
- B.A.P. Forms
- B.A.P. Calendar
- Local B.A.P. Rules
- Federal B.A.P. Rules

JUDICIAL COUNCIL
- Pattern Jury Instructions

JUDICIAL CONFERENCE

RULES AND PROCEDURES

TRAVEL INFORMATION
- Directions to the Court

COURT LINKS

## OPINIONS

**Opinions Postings**
Today's Opinions
Opinions have been posted for Monday, June 18, 2007.

**Resources**
Opinions Search
FTP Download

**Email Notification**
To receive notification by email of newly issued opinions send a request to CA06-OpinionsSubscription@ca6.uscourts.gov. Type "Subscribe" in the Subject line.

**Please Note:**
Citation of unpublished decisions in briefs and oral arguments in this Court and in the district courts within this Circuit is disfavored, except for the purpose of establishing res judicata, estoppel, or the law of the case. If a party believes, nevertheless, that an unpublished disposition has precedential value in relation to a material issue in a case, and that there is no published opinion that would serve as well, such decision may be cited if that party serves a copy thereof on all other parties in the case and on this Court. Such service shall be accomplished by including a copy of the decision in an addendum to the brief.

This site is managed by the United States Court of Appeals for the Sixth Circuit.
External links to other Internet sites should not be construed as an endorsement of the views contained therein.