**Paul L. Davis**
Email: paul.davis@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK  99501-1971
Phone:  907-276-1969
Fax: 907-276-1365

**Gregory F. Wesner**
Email: gregory.wesner@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158
Phone:  206-623-7580
Fax: 206-623-7022

**J. Michael Keyes**
**Brooke Castle Kuhl**
Email: mike.keyes@klgates.com
Email: brooke.kuhl@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA  99201
Phone:  509-624-2100
Fax: 509-456-0146

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC., <br><br> Plaintiff, <br><br> v. <br><br> ALASKA JUNEAU MINING COMPANY LLC, <br><br> Defendant. | Case No. 3:-06-cv-170 (TMB) |

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC     -1-
Case No.   3:06-cv-00170-TMB
K:\55853\00001\JMK\JMK_P21J7

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

**STIPULATED EXTENSION OF DEADLINE TO FILE MOTIONS *IN LIMINE***

Defendant Alaska Juneau Mining Company LLC ("AJMC") and its counsel of record, and Plaintiff Arctic Circle Enterprises, LLC ("ACE") and its counsel of record, hereby stipulate and respectfully request that upcoming deadlines, including the deadline to file motions *in limine* and the deadline to serve and file final revised witness lists, be adjourned pending the Court's issuance of an order on the parties' competing dispositive motions. The deadline to file motions *in limine* is presently set for June 29, 2007, by the Court's Scheduling Order dated September 18, 2006. The deadline to file and serve a final, revised witness list is June 30, 2007. The hearing on the parties competing summary judgment motions is set for June 29, 2007.

The parties propose that within five (5) days following the Court's issuance of an order on the motions for summary judgment or at the time the parties certify that the case is ready for trial (whichever is earlier), the parties will submit agreed dates for filing of motions in *limine* and final witness lists.

Respectfully submitted this 21st day of June, 2007.

| | |
|---|---|
| **PERKINS COIE LLP** | **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP** |
| By /s Ryan McBrayer    --------------- | By    /s J. Michael Keyes   ---------------- |
| Ryan McBrayer, *Pro hac vice* | J. Michael Keyes, *Pro hac vice* |
| RMcBrayer@perkinscoie.com | mike.keyes@klgates.com |
| 1201 3rd Ave Suite 4800 | 618 W. Riverside Ave. #300 |
| Seattle WA 98101-3099 | Spokane, WA 99201 |
| Telephone: (206)359-3073 | Telephone: (509) 241-1527 |
| Facsimile: (206)359-4073 | Fax: (509) 444-7863 |
| | |
| James N. Leik | Paul L. Davis |
| Kyan Olanna | paul.davis@klgates.com |
| 1029 West Third Avenue, Suite 300 | 420 L Street, Suite 400 |
| Anchorage, AK 99501-1981 | Anchorage, AK 99501-1971 |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC          -2-
Case No.   3:06-cv-00170-TMB
K:\55853\00001\XRH\XRH_P257J

| | |
|---|---|
| Telephone: 907.279.8561<br>Facsimile: 907.276.3108<br>JLeik@perkinscoie.com<br>KOlanna@perkinscoie.com<br><br>Attorneys for Plaintiff Arctic Circle Enterprises LLC | Phone: 907-276-1969<br>Fax: 907-276-1365<br><br><br><br>Attorneys for Defendant Alaska-Juneau Mining Company |

### CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

Ryan McBrayer, RMcBrayer@perkinscoie.com

        By /s/ J. Michael Keyes
        J. Michael Keyes, *Pro Hac Vice*
        KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
        618 W. Riverside Ave. #300
        Spokane, WA 99201
        Telephone: 509-624-2100
        Facsimile: 509-456-0146
        Email: mike.keyes@klgates.com
        Attorneys for Defendant Alaska-Juneau Mining Company LLC

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC    -3-
Case No.   3:06-cv-00170-TMB
K:\55853\00001\XRH\XRH_P257J