IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC.,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA JUNEAU MINING COMPANY LLC,<br><br>Defendant. | Case No. 3:-06-cv-170 (TMB) |

**PROPOSED ORDER**

The Parties' stipulated request to extend the deadline to file motions *in limine* and exchange final witness lists in the above-referenced action is hereby GRANTED.  Within five (5) days after the Court submits its Order on the pending summary judgment motions, the parties will submit agreed dates for filing of motions *in limine* and final witness lists.

DATED at Anchorage, Alaska, this _____ day of _____, 2007.

_____
Timothy M. Burgess, U.S. District Judge

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC         -1-
Case No.   3:06-cv-00170-TMB
K:\55853\00001\XRH\XRH_P257K

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

Ryan McBrayer, RMcBrayer@perkinscoie.com

                                            By /s/ J. Michael Keyes
                                            J. Michael Keyes, *Pro Hac Vice*
                                            KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
                                            618 W. Riverside Ave. #300
                                            Spokane, WA  99201
                                            Telephone:  509-624-2100
                                            Facsimile:  509-456-0146
                                            Email:  mike.keyes@klgates.com
                                            Attorneys for Defendant
                                            Alaska-Juneau Mining Company LLC

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

ARCTIC CIRCLE ENTERPRISES vs.
ALASKA-JUNEAU MINING COMPANY LLC     -2-
Case No.   3:06-cv-00170-TMB
K:\55853\00001\BCK\BCK_O213Q  5/1/07 2:04 PM