```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

ARCTIC CIRCLE ENTERPRISES LLC vs.  ALASKA-JUNEAU MINING COMPANY LLC

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO. 3:06-cv-00170-TMB

DEPUTY CLERK/RECORDER: LINDA CHRISENSEN

APPEARANCES:    PLAINTIFF: RYAN J. McBRAYER

                DEFENDANT: J. MICHAEL KEYES, JENNIFER M. COUGHLIN
                           GREGORY F. WESNER

PROCEEDINGS:    ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT
                (DKTS 37, 48, 79) MOTION TO STRIKE (DKT 62) and
                MOTION TO COMPEL (DKT 69) HELD 6/29/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:09 a.m. court convened.

Arguments heard re Motions for Summary Judgment (docket 37, 48 and 79), Motion to Strike (docket 62) and Motion to Compel (docket 69).

Court heard; Motions for Summary Judgment (docket 37, 48 and 79), Motion to Strike (docket 62) and Motion to Compel (docket 69) **TAKEN UNDER ADVISEMENT.**

At 10:18 a.m. court adjourned.

DATE:     JUNE 29, 2007          DEPUTY CLERK'S INITIALS:     LSC

Revised 6/18/07