**Paul L. Davis**
Email: paul.davis@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK  99501-1971
Phone:  907-276-1969
Fax: 907-276-1365

**Gregory Wesner**
Email: gregory.wesner@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158
Phone:  206-623-7580
Fax: 206-623-7022

**J. Michael Keyes**
**Brooke Castle Kuhl**
Email: mike.keyes@klgates.com
Email: brooke.kuhl@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane, WA  99201
Phone:  509-624-2100
Fax: 509-456-0146

Attorneys for Defendant
Alaska-Juneau Mining Company, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| **ARCTIC CIRCLE ENTERPRISES, LLC,**<br><br>                              Plaintiff,<br><br>      v.<br><br>**ALASKA-JUNEAU MINING COMPANY LLC.,**<br><br>                              Defendant. | **Case No. 3:06-cv-00170-TMB**<br><br>**DEFENDANT ALASKA-JUNEAU MINING COMPANY'S MOTION REQUESTING A STATUS CONFERENCE** |

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

**DEFENDANT'S REQUEST FOR STATUS CONFERENCE**
*Arctic Circle Enterprises vs. AJMC,* Case No. 3:06-cv-00170-TMB
Page 1 of 3

Defendant Alaska-Juneau Mining Company, LLC (AJMC), by and through its attorneys of record, Kirkpatrick & Lockhart Preston Gates Ellis LLP, respectfully requests the Court to set a status conference in this matter.

The Scheduling Order filed in this matter on September 18, 2006, provides that a status conference can be scheduled at the request of either party. Pursuant to the Scheduling Order AJMC respectfully requests that a scheduling conference be convened at a time convenient for the Court to discuss the status of this matter. In particular, AJMC would like to discuss the status of AJMC's Motion for Summary Judgment and Arctic Circle Enterprise, LLC's Motion for Partial Summary Judgment that the Court took under advisement following the June 29, 2007 oral argument.

DATED this 18th day of January, 2008.

      KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

      By /s/ J. Michael Keyes
        J. Michael Keyes, *Pro Hac Vice*
        KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
        618 W. Riverside Ave. #300
        Spokane, WA 99201
        Telephone: 509-624-2100
        Facsimile: 509-456-0146
        Email: mike.keyes@klgates.com

      Paul Davis
      KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
      420 L Street, Suite 400
      Anchorage, AK 99501-1971
      Phone: 907-276-1969
      Fax: 907-276-1365
      E-mail: paul.davis@klgates.com

      Attorneys for Defendant
      Alaska-Juneau Mining Company

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

**DEFENDANT'S REQUEST FOR STATUS CONFERENCE**
*Arctic Circle Enterprises vs. AJMC,* Case No. 3:06-cv-00170-TMB
Page 2 of 3

### CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James N. Leik, jleik@perkinscoie.com

Ramsey M. Al-Salam, RalSalam@perkinscoie.com

Ryan McBrayer, RMcBrayer@perkinscoie.com

By /s/ J. Michael Keyes
J. Michael Keyes, *Pro Hac Vice*
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 W. Riverside Ave. #300
Spokane, WA 99201
Telephone: 509-624-2100
Facsimile: 509-456-0146
Email: mike.keyes@klgates.com
Attorneys for Defendant
Alaska-Juneau Mining Company LLC

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

**DEFENDANT'S REQUEST FOR STATUS CONFERENCE**
*Arctic Circle Enterprises vs. AJMC,* Case No. 3:06-cv-00170-TMB
Page 3 of 3