James N. Leik, Alaska Bar No. 8111109
JLeik@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Tel:  907-279-8561/Fax:  907-276-3108

Ryan J. McBrayer (*Pro Hac Vice*)
rmcbrayer@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101
Tel: 206-359-8000/Fax: 206-359-9000

Attorneys for Plaintiff
Arctic Circle Enterprises, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALASKA JUNEAU MINING COMPANY LLC,<br><br>　　　　Defendant. | Case No. 3:06-cv-170 (TMB) |

**JOINT STATUS REPORT**

In response to the Court's Order at Docket No. 107, the parties provide the following joint status report:

<u>Discovery</u>:  The parties certified that discovery is substantially complete.  AJMC will supplement its interrogatory responses in accordance with the Court's order no later than April 30, 2008.

JOINT STATUS REPORT
59840-0003/LEGAL14180771.1

<u>Outstanding Issues</u>: AJMC's supplementation of its interrogatory responses regarding the identity of and factual support for its defenses may raise issues properly settled by motion. Beyond such issues, none remain that are appropriate for resolution by summary judgment.

<u>Settlement Possibilities</u>: The parties have not seriously explored settlement and cannot certify that the possibility of settlement is remote. In lieu of a court-ordered settlement conference suggested in the Court's order at Docket No. 107, the parties respectfully request the opportunity to mediate their dispute. To this end, the parties have agreed on a potential mediator and have agreed to conduct mediate in Seattle, Washington, no later than June 14.

<u>Remaining Deadlines before Trial</u>: The parties respectfully request that the Court order the following pretrial deadlines:

A.   Mutual exchange of witness and exhibit lists: August 20, 2008.

B.   Motions *in limine*: September 16, 2008; Oppositions: September 30, 2008

C.   Proposed one-week trial starting October 27, 2008, or November 3, 2008.

Respectfully submitted this 15th day of April, 2008.

| **PERKINS COIE LLP** | **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP** |
|---|---|
| By    /s/ *Ryan J. McBrayer*  <br>Ryan McBrayer (*Pro Hac Vice*)<br>1201 Third Avenue, Suite 4800<br>Seattle, Washington  98101<br>Tel: 206-359-8000/Fax: 206-359-9000<br>rmcbrayer@perkinscoie.com<br><br>Attorneys for Plaintiff Arctic Circle Enterprises LLC | By    /s/ *J. Michael Keyes*  <br>J. Michael Keyes (*Pro Hac Vice*)<br>Brooke C. Kuhl (*Pro Hac Vice*)<br>W. 601 Riverside, Suite 1400<br>Spokane, WA  99201<br>Tel:  509-241-1527/Fax: 509-444-7863<br>mike.keyes@klgates.com<br>brooke.kuhl@klgates.com<br><br>Attorneys for Defendant Alaska Juneau Mining Company LLC |

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
907.279.8561 / Facsimile 907.276.3108

JOINT STATUS REPORT                                           -2-
59840-0003/LEGAL14180771.1

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

JOINT STATUS REPORT
59840-0003/LEGAL14180771.1

-3-