James N. Leik, Alaska Bar No. 8111109
JLeik@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Tel: 907-279-8561/Fax: 907-276-3108

Ryan J. McBrayer (*Pro Hac Vice*)
rmcbrayer@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Tel: 206-359-8000/Fax: 206-359-9000

Attorneys for Plaintiff
Arctic Circle Enterprises, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>    Plaintiff,<br><br>   v.<br><br>ALASKA JUNEAU MINING COMPANY LLC,<br><br>    Defendant. | Case No. 3:06-cv-170 (TMB) |

**NOTICE OF FILING CORRECTED JOINT STATUS REPORT**

In response to the Court's Order at Docket No. 107, the parties filed a Joint Status Report on April 15, 2008 under Docket No. 108.

At the time of the filing the joint status report, the third page of the report, which was blank, was inadvertently filed.

The parties hereby re-file a corrected Joint Status Report with the correct number of pages.

NOTICE OF FILING CORRECTED JOINT
STATUS REPORT
41063-0037/LEGAL14196943.1

Respectfully submitted this 18th day of April, 2008.

| **PERKINS COIE LLP** | **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP** |
|---|---|
| By  /s/ *Ryan J. McBrayer* | By  /s/ *J. Brooke C. Kuhl* |
| Ryan McBrayer (*Pro Hac Vice*) | J. Michael Keyes (*Pro Hac Vice*) |
| 1201 Third Avenue, Suite 4800 | Brooke C. Kuhl (*Pro Hac Vice*) |
| Seattle, Washington 98101 | W. 601 Riverside, Suite 1400 |
| Tel: 206-359-8000/Fax: 206-359-9000 | Spokane, WA 99201 |
| rmcbrayer@perkinscoie.com | Tel: 509-241-1527/Fax: 509-444-7863 |
| | mike.keyes@klgates.com |
| Attorneys for Plaintiff Arctic Circle Enterprises LLC | brooke.kuhl@klgates.com |
| | Attorneys for Defendant Alaska Juneau Mining Company LLC |

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
907.279.8561 / Facsimile 907.276.3108

NOTICE OF FILING CORRECTED JOINT STATUS REPORT   -2-
41063-0037/LEGAL14196943.1