James N. Leik, Alaska Bar No. 8111109
JLeik@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Tel:  907-279-8561/Fax:  907-276-3108

Ryan J. McBrayer (*Pro Hac Vice*)
rmcbrayer@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101
Tel: 206-359-8000/Fax: 206-359-9000

Attorneys for Plaintiff
Arctic Circle Enterprises, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>ALASKA JUNEAU MINING COMPANY LLC,<br><br>        Defendant. | Case No. 3:06-cv-170 (TMB) |

**CORRECTED JOINT STATUS REPORT**

In response to the Court's Order at Docket No. 107, the parties provide the following joint status report:

Discovery:    The parties certify that discovery is substantially complete.  AJMC will supplement its interrogatory responses in accordance with the Court's order no later than April 30, 2008.

Outstanding Issues:  AJMC's supplementation of its interrogatory response regarding the identity of and factual support for its defenses may raise issues properly

CORRECTED JOINT STATUS REPORT
59840-0003/LEGAL14180771.1

settled by motion. Beyond such issues, none remain that are appropriate for resolution by summary judgment.

<u>Settlement Possibilities</u>:     The parties have not seriously explored settlement and cannot certify that the possibility of settlement is remote. In lieu of a court-ordered settlement conference suggested in the Court's order at Docket No. 107, the parties respectfully request the opportunity to mediate their dispute. To this end, the parties have agreed on a potential mediator and have agreed to conduct mediation in Seattle, Washington, no later than June 14, 2008.

<u>Remaining Deadlines Before Trial</u>:     The parties respectfully request that the Court order the following pretrial deadlines:

 A. Mutual exchange of witness and exhibit lists: August 20, 2008.

 B. Motions *in limine*: September 16, 2008; Oppositions: September 30, 2008.

 C. Proposed one-week trial starting October 27, 2008 or November 3, 2008.

Respectfully submitted this 18th day of April, 2008.

| **PERKINS COIE LLP** | **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP** |
|---|---|
| By   /s/ *Ryan J. McBrayer* <br> Ryan McBrayer (*Pro Hac Vice*) <br> 1201 Third Avenue, Suite 4800 <br> Seattle, Washington 98101 <br> Tel: 206-359-8000/Fax: 206-359-9000 <br> rmcbrayer@perkinscoie.com <br><br> Attorneys for Plaintiff Arctic Circle Enterprises LLC | By   /s/ *Brooke C. Kuhl* <br> J. Michael Keyes (*Pro Hac Vice*) <br> Brooke C. Kuhl (*Pro Hac Vice*) <br> W. 601 Riverside, Suite 1400 <br> Spokane, WA 99201 <br> Tel: 509-241-1527/Fax: 509-444-7863 <br> mike.keyes@klgates.com <br> brooke.kuhl@klgates.com <br><br> Attorneys for Defendant Alaska Juneau Mining Company LLC |

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

CORRECTED JOINT STATUS REPORT     -2-
59840-0003/LEGAL14180771.1